B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Little Tokyo Partners, L.P.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**New Otani Hotel; Kyoto Grand Hotel & Gardens; Weller Court;<br>Little Tokyo Partners – Kyoto Grand Hotel & Gardens;<br>Little Tokyo Partners – Weller Court** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**26-0665905** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**c/o 3D Investments, LLC<br>1880 Century Park East, Suite 810<br>Los Angeles, CA 90067**<br>ZIP CODE **90067-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**    **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter.*)

----------------------------------------------------

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

540566v.1

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Little Tokyo Partners, L.P.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No (but Exhibit C is attached hereto)

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

```
_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)
```

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Little Tokyo Partners, L.P. |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>   Telephone Number (If not represented by attorney)<br><br>_____<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>   (Printed Name of Foreign Representative)<br><br>_____<br>   Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X /s/ Neeta Menon<br>   Signature of Attorney for Debtor(s)<br>**Jeffrey C. Krause, (State Bar No. 94053)**<br>**Christine M. Pajak, (State Bar No. 217173)**<br>**Neeta Menon, (State Bar No. 254736)**<br>   Printed Name of Attorney for Debtor(s)<br>**Stutman, Treister & Glatt Professional Corporation**<br>   Firm Name<br>**1901 Avenue of the Stars**<br>**12th Floor**<br>**Los Angeles, CA 90067**<br>   Address<br><br>**(310) 228-5600 Fax:(310) 228-5788**<br>   Telephone Number<br>**July 15, 2010**<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>   Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>   Address<br>X _____<br><br>_____<br>   Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ David Goddard<br>   Signature of Authorized Individual<br>**David Goddard**<br>   Printed Name of Authorized Individual<br>**Chief Financial Officer**<br>   Title of Authorized Individual<br>**July 15, 2010**<br>   Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**Form B1, Exhibit C**
**(9/01)**

# United States Bankruptcy Court
### Central District of California

In re   **Little Tokyo Partners, L.P.** _____   Case No. _____

                                            Debtor(s)                 Chapter    **11**     _____

## Exhibit "C" to Voluntary Petition

      1.    Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

      **None**

      2.    With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

      **None**

540570v.1

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE PARTNERS OF
## LITTLE TOKYO PARTNERS, L.P.

Pursuant to that certain Limited Partnership Agreement dated as of August 17, 2001 (the "Partnership Agreement") of Little Tokyo Partners, L.P., a Delaware limited partnership (the "Company"), the undersigned, constituting all the partners of the Company (the "Partnership") hereby adopt the following resolutions, effective as of July 12, 2010:

WHEREAS, pursuant to Section 31(a)(vi) of the Partnership Agreement, the unanimous consent of all partners of the Company is required to file a bankruptcy, insolvency or reorganization petition or otherwise institute insolvency proceedings or otherwise seek any relief under any laws relating to the relief from debts or the protection of debtors generally.

WHEREAS, the Partnership believes it is in the best interests of the Company to file a bankruptcy, insolvency or reorganization petition.

NOW, THEREFORE, BE IT RESOLVED, that David Goddard, Chief Financial Officer of the Company, is hereby authorized and empowered to do all things necessary or appropriate on behalf of the Company in order to facilitate the filing of a bankruptcy, insolvency or reorganization petition under the United States Bankruptcy Code, and to take any and all action, to execute and deliver and perform any and all instruments, documents or certificates on behalf of the Company, in the name and on behalf of the Company, as David Goddard, Chief Financial Officer of the Company, may deem necessary or advisable in order to facilitate the filing of a bankruptcy, insolvency or reorganization petition under the United States Bankruptcy Code, and the taking of such actions, the execution and delivery of such agreements, instruments, documents and certificates by David Goddard, Chief Financial Officer of the Company, to be conclusive evidence of his authorization hereunder and the approval thereof.

RESOLVED, that David Goddard, as Chief Financial Officer of the Company, is hereby authorized to execute and file all petitions, schedules, lists, amendments and other papers and to take any and all action which each of them shall deem necessary and proper in connection with such proceedings under said chapter 11 and in that connection to retain and employ all assistance by legal counsel or otherwise which he may deem necessary and proper with a view to the successful completion of such proceedings.

RESOLVED FURTHER, that any and all actions taken by David Goddard, Chief Financial Officer of the Company to carry out the purposes and intent of the foregoing resolution prior to its adoption are approved, ratified and confirmed.

This Action by Unanimous Written Consent may be executed in any number of counterparts each of which will be deemed an original and all of which together will constitute the same instrument.

**GENERAL PARTNER**

Little Tokyo Partners, LLC,
a California limited liability company

By: _____
　　Joseph Daneshgar, Manager

**LIMITED PARTNER**

3D Investments IV, L.P.,
a California limited partnership

By:　3D Investments, LLC,
　　　a California limited liability company

By: _____
　　Joseph Daneshgar, Manager

2

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Little Tokyo Partners, L.P., Debtor

**Case No.** _____

**Chapter 11**

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is a list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with FED. R. Bankr. P. 1007(d) for the filing in this chapter 11 case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT* | UNLIQUIDATED* | DISPUTED* | SUBJECT TO SETOFF* | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| 1.  Able Engineering Services 868 Folsom Street San Francisco, CA 94107 | Able Engineering Services 868 Folsom Street San Francisco, CA 94107 Contact: Mark S. Kelly, VP Telephone: (415) 546-6534 | Services | | | | | $76, 901.95 |

---

\*     The following information is based upon a review of the debtor's books and records.  However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed.  Therefore, this listing does not and should not be deemed to constitute:  (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor.

540532v.3

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T * | U N L I Q U I D A T E D * | D I S P U T E D * | S U B J E C T   T O   S E T O F F * | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| 2.  LA DWP<br>PO Box 30808<br>Los Angeles, CA 90030 | LA DWP<br>PO Box 30808<br>Los Angeles, CA 90030<br>Telephone: (213) 367-4211 | Utility Services | | | | | $71,128.13 |
| 3.  Crestline Hotels & Resorts<br>3950 University Drive, Suite 301<br>Fairfax, VA 22030 | Crestline Hotels & Resorts<br>3950 University Drive Suite 301<br>Fairfax, VA 22030<br>Contact: Elizabeth Lieberman, Esq.<br>Telephone: (571) 529-6100 | Management fees | | | | | $38,888.00 |
| 4.  State of California<br>Board of Equalization<br>PO Box 942879<br>Sacramento, CA 94279 | State of California<br>Board of Equalization<br>PO Box 942870<br>Sacramento, CA 94279 | Sales & Use Taxes | | | | | $37,810.00 |
| 5.  Marukai Corporation<br>1740 W Artesia Blvd<br>Gardena, CA 90248 | Marukai Corporation<br>1740 W Artesia Blvd<br>Gardena, CA 90248<br>Contact: Debi Ichinofe<br>Telephone: (310) 660-6300 X217 | Security Deposit | | | | | $32,423.00 |
| 6.  Hugh Marsh & Neva Lima<br>Thimesch Law Offices<br>158 Hilltop Crescent<br>Walnut Creek, CA 94597-3457 | Thimesch Law Offices<br>158 Hilltop Crescent<br>Walnut Creek, CA 94597-3457<br>Contact: Timothy S. Thimesch<br>Telephone: (925) 588-0401 | ADA Claims | X | X | X | | Unknown |
| 7.  Kinokuniya Bookstores<br>123 South Onizuka St<br>Suites 205-206<br>Los Angeles, CA 90012 | Kinokuniya Bookstores<br>123 South Onizuka St<br>Suites 205-206<br>Los Angeles, CA 90012<br>Contact: Kyoichi Ishikawa<br>Telephone: (213) 687-4480 | Security Deposit | | | | | $26,000.00 |

540532v.3

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T * | U N L I Q U I D A T E D * | D I S P U T E D * | S U B J E C T   T O   S E T O F F * | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| 8.  Hodes Parking<br>421 N. Rodeo Drive<br>Beverly Hills, CA 90210 | Hodes Parking<br>421 N. Rodeo Drive<br>Beverly Hills, CA 90210<br>Telephone: (310) 275-7740 | Parking fees | | | | | $20,445.29 |
| 9.  Gateway Security, Inc.<br>604-608 Market Street<br>Newark, NJ 07105 | Gateway Security, Inc.<br>604-608 Market Street<br>Newark, NJ 07105 | Trade | | | | | $19,843.98 |
| 10.  House Foods America Corp<br>7351 Orangewood Avenue<br>Garden Grove, CA 92841 | House Foods America Corp<br>7351 Orangewood Avenue<br>Garden Grove, CA 92841<br>Contact: Koji Yamada<br>Telephone: (714) 901-4350<br>X205 | Security Deposit | | | | | $17,495.30 |
| 11.  LA DWP<br>PO Box 30808<br>Los Angeles, CA 90030 | LA DWP<br>PO Box 30808<br>Los Angeles, CA 90030<br>Telephone: (213) 367-4211 | Utility Services | | | | | $15,851.62 |
| 12.  K & M Foodservice<br>2443 3 27th Street<br>Vernon, CA 90058 | K & M Foodservice<br>2443 3 27th Street<br>Vernon, CA 90058 | Trade | | | | | $12,147.58 |
| 13.  Jin Sung Lee & Jae Hee Lee<br>DBA Tofu Village<br>123 S Onizuka St Suite 307<br>Los Angeles, CA 90012 | Jin Sung Lee & Jae Hee Lee<br>DBA Tofu Village<br>123 S Onizuka St Suite 307<br>Los Angeles, CA 90012<br>Contact: Jin Sung Lee<br>Telephone: (213) 613-0996 | Security Deposit | | | | | $10,311.48 |
| 14.  Waxie Sanitary Supply<br>PO Box 81006<br>San Diego, CA 92138 | Waxie Sanitary Supply<br>PO Box 81006<br>San Diego, CA 92138 | Trade | | | | | $7,535.40 |
| 15.  KTWV-FM<br>PO Box 100495<br>Pasadena, CA 91189 | KTWV-FM<br>PO Box 100495<br>Pasadena, CA 91189 | Trade | | | | | $6,000.00 |

540532v.3

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T * | U N L I Q U I D A T E D * | D I S P U T E D * | S U B J E C T   T O   S E T O F F * | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| 16.  Yee Yuen Linen Service 2575 S Normandie Avenue Los Angeles, CA 90007 | Yee Yuen Linen Service 2575 S Normandie Avenue Los Angeles, CA 90007 | Trade | | | | | $5,945.20 |
| 17.  Room Service Amenities 1010 Campus Drive West Morganville, NJ 07751 | Room Service Amenities 1010 Campus Drive West Morganville, NJ 07751 | Trade | | | | | $5,923.11 |
| 18.  Pasadena Baking Wholesale 70 W. Palmetto Drive Pasadena, CA 91105 | Pasadena Baking Wholesale 70 W. Palmetto Drive Pasadena, CA 91105 | Trade | | | | | $5,858.30 |
| 19.  Commercial Waste Service Inc. PO Box 820 Montebello, CA 90640 | Commercial Waste Service Inc. PO Box 820 Montebello, CA 90640 | Trade | | | | | $5,665.88 |
| 20.  Simplex Grinnell Dept. Ch 10320 Palatine, IL 60055 | Simplex Grinnell Dept. Ch 10320 Palatine, IL 60055 | Trade | | | | | $5,407.98 |

## DECLARATION UNDER PENALTY OF PERJURY

## ON BEHALF OF A PARTNERSHIP

The undersigned, David Goddard, the Chief Financial Officer of the Debtor herein, declares under penalty of perjury that he has read the foregoing List of Creditors Holding 20 Largest Unsecured Claims, and that it is true and correct to the best of his information and belief.


DATED:  July 15, 2010                    */s/ David Goddard*_____
                                          David Goddard, Chief Financial Officer

# United States Bankruptcy Court
## Central District of California

In re  **Little Tokyo Partners, L.P.**                                                                                    Case No.  _____

Debtor(s)                                                                                    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **3D Investments IV, L.P.**<br>**1880 Century Park East, #810**<br>**Los Angeles, CA 90067** | | 99% | **Limited Partner** |
| **Little Tokyo Partners, LLC**<br>**1880 Century Park East, Suite 810**<br>**Los Angeles, CA 90067** | | 1% | **General Partner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, David Goddard, the Chief Financial Officer of Little Tokyo Partners, L.P., the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 15, 2010**                                    Signature  */s/David Goddard*

**David Goddard, |**
**Chief Financial Officer of Little Tokyo Partners, L.P.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

540567v.1

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **Jeffrey C. Krause,  (State Bar No. 94053)**<br>jkrause@stutman.com<br>**Christine M. Pajak, (State Bar No. 217173)**<br>cpajak@stutman.com<br>**Neeta Menon (State Bar No. 254736)**<br>nmenon@stutman.com<br>**Stutman, Treister & Glatt, P.C.**<br>**1901 Avenue of the Stars, 12th Floor**<br>**Los Angeles, CA 90067**<br>**Ph: (310) 228-5600; Fax:(310) 228-5788**<br>CA State Bar Number: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Little Tokyo Partners, L.P.**<br><br>                                                     Debtor. | CHAPTER 11<br>CASE NUMBER<br><br>(No Hearing Required) |
|---|---|

## VENUE DISCLOSURE FORM
## FOR PARTNERSHIPS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.    Specify the address(es) of the principal office(s) of the Debtor currently on file with the California Secretary of State *(from Form LP1, LP5, or GP1)*:
      **1880 Century Park East, Suite 810, Los Angeles, CA 90067**

2.    Specify the address of the principal office(s) of the Debtor listed on the Debtor's most recent federal tax return:
      **Same as above.**

3.    Disclose the current business address(es) for the general partner(s) and all officers of the general partner(s):
      **Same as above.**

4.    Disclose the current business address(es) where the Debtor's books and records are located:
      **Same as above**

5.    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
      **Same as above.**

6.    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):
      **Same as above**

7.    State the name and address of the individual signing this Statement and the relationship of such individual to the Debtor and to the General Partner of the debtor *(specify)*:
      **David Goddard, Chief Financial Officer of Little Tokyo Partners, L.P.**
      **1880 Century Park East, Suite 810, Los Angeles, CA 90067**

8.    Total number of attached pages of supporting documentation: 0

This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VEN-P**

540571v.1

Venue Disclosure Form for Partnerships Filing Chapter 11 - Page 2

**VEN-P**

| In re | CHAPTER 11 |
|-------|------------|
| **Little Tokyo Partners, L.P.** | |
| Debtor. | CASE NUMBER |

9.   I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on ____ **July 15, 2010** ____, at _ **Los Angeles** ____, California.

**Little Tokyo Partners, LLC**
_____
*Type Name of General Partner*

*/s/David Goddard*
_____
*Signature of Declarant*

**Chief Financial Officer**
_____
*Title of Declarant (if any)*

This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VEN-P**

540571v.1

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **Not applicable**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **Not applicable**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **Not applicable**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Los Angeles, CA**            , California.

Dated   **July 15, 2010**

*/s/ David Goddard*
**David Goddard, Chief Financial Officer of**
**Little Tokyo Partners, L.P.**
*Debtor*

*Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1**

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)      1998 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re<br><br>**Little Tokyo Partners, L.P.**<br><br><div align="right">Debtor.</div> | Case No.:<br><br><br>**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

> For legal services, I have agreed to accept ........................................................ $ _____
>
> Prior to the filing of this statement I have received.......................................... $         375,265.60
>
> Balance Due ............................................................................................... $                 0.00

2.  The source of the compensation paid to me was:

    ☒ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor      ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

<div align="center"><b>CERTIFICATION</b></div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 15, 2010**<br>*Date* | /s/ Neeta Menon<br>**Jeffrey C. Krause, (State Bar No. 94053)**<br>**Christine M. Pajak, (State Bar No. 217173)**<br>**Neeta Menon, (State Bar No. 254736)**<br>*Signature of Attorney*<br>**Stutman, Treister & Glatt Professional Corporation**<br>*Name of Law Firm*<br>**1901 Avenue of the Stars, 12th Floor**<br>**Los Angeles, CA 90067**<br>**Ph: (310) 228-5600  Fax: (310) 228-5788** |

540572v.1

Verification of Creditor Mailing List - (Rev. 10/05)                                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **Jeffrey C. Krause, (State Bar No. 94053),
Christine M. Pajak, (State Bar No. 217173),
Neeta Menon, (State Bar No. 254736)**

Address     **1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067**

Telephone   **(310) 228-5600 Fax: (310) 228-5788**

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Little Tokyo Partners, L.P.<br>New Otani Hotel; Kyoto Grand Hotel & Gardens; Weller Court; Little Tokyo Partners – Kyoto Grand Hotel & Gardens; Little Tokyo Partners – Weller Court** | Case No.: |
| | Chapter:        **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __57__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **July 15, 2010**                    */s/David Goddard*
                                             **David Goddard Chief Financial Officer**

                                             Signer/Title

Date:   **July 15, 2010**                    */s/Neeta Menon*
                                             Signature of Attorney
                                             **Jeffrey C. Krause, (State Bar No. 94053)
                                             Christine M. Pajak, (State Bar No. 217173)
                                             Neeta Menon, (State Bar No. 254736)
                                             Stutman, Treister & Glatt Professional Corporation
                                             1901 Avenue of the Stars, 12th Floor
                                             Los Angeles, CA 90067
                                             Ph: (310) 228-5600   Fax: (310) 228-5788**

540573v.1

Little Tokyo Partners LP
1880 Century Park East Suite 810
Los Angeles, CA 90067

Jeffrey C Krause
Christine M Pajak
Stutman Treister   Glatt PC
1901 Ave of the Stars 12th Fl
Los Angeles, CA 90067

Office of the US Trustee
725 S Figueroa St
Suite 2600
Los Angeles, CA 90017

3D Investments IV LP
1880 Century Park East
Suite 810
Los Angeles, CA 90067


A1 Textiles
PO Box 5259
Chatsworth, CA 91313


Able Engineering Services
868 Folsom Street
San Francisco, CA 94107


ABM Security Services Inc
6400 Canoga Avenue Suite 300
Woodland Hills, CA 91367


ABM Security Services Inc
Dept 1088 03
PO Box 61000
San Francisco, CA 94161

ACCO Engineered Systems
Dept 6650
Los Angeles, CA 90084


Ace Beverage Co
401 S Anderson Street
Los Angeles, CA 90033


ACT NV
American Cooling Tower
8635 West Sahara Avenue
Suite 641
Las Vegas, NV 89117


ACT INC
1620 S Broadmoor
Wichita, KS  67207


Accurate Backflow Testing
7840 Burnet Avenue
Van Nuys, CA 91405

Administrative Services Coop
2129 W Rosecrans Avenue
Gardena, CA 90249

ADP Inc
PO Box 0500
Carol Stream, IL 60132

Adspec
21818 Lassen Street Suite D
Chatsworth, CA 91311

Advance Investments Group Inc
123 South Onizuka St Suite 207
Los Angeles, CA 90012

Affordable Laundry Solutions
236 East Alameda Avenue
Burbank, CA 91502

AGB
PO Box 890818
Temecula, CA 92589


Air Treatment Corporation
957 Lawson Street
City Of Industry, CA 91748


Airgas West Inc
4007 Paramount Blvd Suite 100
Lakewood, CA 90712


A and J Lock Key Service
Jacob Zvingler
20732 Collins Street
Woodland Hills, CA 91367


Alan Yang
DBA Relax Accupressure Clinic
123 South Onizuka Street Suite 313
Los Angeles, CA 90012

Alsco American Linen Division
900 N Highland Avenue
Los Angeles, CA 90038

Alta Dena Dairy
Dept 2363
Los Angeles, CA 90084

Alternative Source LA
2310 S Atlantic Blvd
Monterey Park, CA 91754

Ambius Inc (23)
PO Box 95409
Palatine, IL 60095

American Hotel Register Co
16458 Collections Center Drive
Chicago, IL 60693

Ameripride Uniform Services
5950 Alcoa Avenue
Vernon, CA 90058


Am PM Door Inc
9723 Telfair Avenue
Pacoima, CA 91311


Anas Gardens
Ana Sanchez
11168 Carriage Ave
Montclair, CA 91763


Antbusters Inc
Business To Business Capital
PO Box 876
Campbell, CA 95009


Aquatrol
PO Box 19569
Atlanta, GA 30325

Arbuckle Electric Motors Inc
7548 Santa Monica Blvd
Hollywood, CA 90046

ATT
PO Box 5020
Carol Stream, IL 60197

ATT
PO Box 5095
Carol Stream, IL 60197

ATT Mobility
PO Box 6463
Carol Stream, IL 60197

ATT
Payment Center
Sacramento, CA 95887

Athens Services
PO Box 60009
City Of Industry, CA 91716


Audio Marketing Systems Inc
Audio Messaging Solutions LLC
PO Box 890271
Charlotte, NC 28289


Avalon Property Service Inc
1125 S Flower St
Burbank, CA 91502


Azix Inc
10 W 37th Street 5th Floor
New York, NY 10018


Backflow Testing   Maintenance
Company
PO Box 545
Hermosa Beach, CA 90254

Baltic Linen Company Inc
1999 Marcus Avenue Suite 300
PO Box 5485
Lake Success, NY 11040


Bank of America
Jerri Shephard
1185 Avenue of the Americas
16th Floor
New York, NY 10036


Bank of the West Corp RE
Attn M Zardadi
300 S Grand Ave 6th Fl
Los Angeles, CA 90071


Barragan Carlos
8343 Vista Del Rio Avenue
Downey, CA 90240


BBT Insurance Services
Of California
19100 Von Kaman Suite 900
Irvine, CA 92612

Blue Whale Music Inc
123 South Onizuka St Suite 301
Los Angeles, CA 90012

Bregman Keith
11320 Magnolia Blvd
North Hollywood, CA 91601

Brideworld
Adcom Publishing Inc
14742 Beach Blvd  409
La Mirada, CA 90638

Browns Green Thumb
PO Box 837
Manhattan Beach, CA 90266

Canon Financial Services Inc
14904 Collections Center Drive
Chicago, IL 60693

Capehart Cutlery
10959 Rubio Avenue
Granada Hills, CA 91344

CA Short Company
PO Box 890151
Charlotte, NC 28289

California Travel And Tourism
Commission
PO Box 2007
Sacramento, CA 95812

Cendyn
1515 N Federal Highway Ste 419
Boca Raton, FL 33432

Center Medical Building LLC
1880 Century Park East Suite 810
Los Angeles, CA 90067

Century Rooter
1609 S California Ave
Monrovia, CA 91016

Channel Rush
Dept 7914
Carol Stream, IL 60122

Chef Works Inc
12325 Kerran Street
San Diego, CA 92064

Cintas 053
7735 S Paramount Blvd
Pico Rivera, CA 90660

City Seafoods
531 Towne Avenue
Los Angeles, CA 90013

City Of Los Angeles
Building and Safety
PO Box 514260
Los Angeles, CA 90051


City Of Los Angeles
Office Of Finance
File 57065
Los Angeles, CA 90074


City of Los Angeles
Public Works Sanitation
File 56689
Los Angeles, CA 90074-6689


Classic Dist  Bev Group
PO Box 60397
Los Angeles, CA 90060


CMC Events
110 0 E Ninth Street
Suite A727
Los Angeles, CA 90079

Coca Cola Bottling Company
Los Angeles Sales Center
PO Box 53158
Los Angeles, CA 90074

Community Pest Control Inc
184 South Rosemead Blvd
Pasadena, CA 91107

Commercial Waste Services Inc
PO Box 820
Montebello, CA 90640

Conference Direct
Attn Mr Chris Wezel
6300 Wilshire Boulevard
Los Angeles, CA 90048

Contemporary Information Corp
42913 Capital Drive Unit 101
Lancaster, CA 93535

Contractors Building Materials
2905 Exposition Place
Los Angeles, CA 90018

Convention Management Resources
33 New Montgomery Suite 1420
San Francisco, CA 94105

County Of Los Angeles
Public Health License/Permit
5050 Commerce Dr Room 117
Baldwin Park, CA 91706

Courtesy Products Llc
PO Box 17488
St Louis, MO 63178

Crestline Hotels  Resorts
3950 University Drive  Suite 301
Fairfax, VA 22030

Dekra Lite Industries Inc
310 W Alton Avenue
Santa Ana, CA 92704

Delaware Secretary of State
Reg Agent 9000014 Corp Svc Co
2711 Centerville Rd Ste 400
Wilmington, DE 19808

Dependable Electric
15832 Pasadena Avenue
Tustin, CA 92780

The Dish Factory Inc
310 S Los Angeles Street
Los Angeles, CA 90013

Dixie Diesel and Electric Inc
3150 Maxson Road
El Monte, CA 91732

DMX Inc
PO Box 660557
Dallas, TX 75266

Doortech
928 Palomares Avenue
La Verne, CA 91750

Dunbar Armored Inc
PO Box 64115
Baltimore, MD 21264

Duthie Electric Service Corp
dba Duthie Power Services
2335 E Cherry Industrial Circle
Long Beach, CA 90805

Economic Alternatives Inc
1307 W 6th Street Ste 203
Corona, CA 92882

Ecolab
PO Box 100512
Pasadena, CA 91189


Eiki World Inc
123 South Onizuka St Suite 308
Los Angeles, CA 90012


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Encore Fire Extinguisher
Service Inc
1901 S Alameda Street  117
Los Angeles, CA 90058


Entertainment Software Association
575 Seventh Street NW Suite 300
Washington, D.C. 20004

Everest Iv LLC
1880 Century Park East Suite 810
Los Angeles, CA 90067


Eversoft
707 W 16th Street
Long Beach, CA 90813


Excalibur Cleaners   Tailor
Young kwon
978 S San Pedro Street
Los Angeles, CA 90021


Excalibur Printing
9255 Glenoaks Blvd
Sun Valley, CA 91352


Excell Investment Group, LLC
23586 Calabasas Rd.  100
Calabasas, CA 91302

Express Pipe   Supply Co Inc
1235 S Lewis Street
Anaheim, CA 92805

Facility Solutions Group
PO Box 952143
Dallas, TX 75395

Facility Solutions Group
801 Richfield Road
Placentia, CA 92870

Federal Express
PO Box 7221
Pasadena, CA 91109

Fedrooms (CWT)
Attn Toni Marple
701 Carlson Parkway MS 8208
Minnetonka, MN 55305

Fire Master Dept 1019
PO Box 121019
Dallas, TX 75312

First Citizens Bank
PO Box 3800
Lacey, WA 98509

First Citizens Bank and Trust
1801 Century Park East Suite 800
Los Angeles, CA 90067

First Private Bank and Trust
Note Department
16000 Ventura Blvd Suite 100
Encino, CA 91436

Florence Filter Corporation
530 W Manville St
Compton, CA 90220

Flue Steam Inc
5734 Bankfield Ave
Culver City, CA 90230

Ford and Harrison LLP
350 South Grand Avenue
Suite 2300
Los Angeles, CA 90071

Franchise Tax Board
Attn Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

Frandzel Robins Bloom Csato
Brian Bloom Esq
6500 Wilshire Blvd 17th Fl
Los Angeles, CA 90048-4920

Frazee Paint and Wallcovering
Frazee Industries Inc Dept 2510
Los Angeles, CA 90084-2510

Gadi Gowhari
1043 North Hayworth Avenue
Los Angeles, CA 90046


The Gas Company
PO Box C
Monterey Park, CA 91756


Gateway Security Inc
604 608 Market Street
Newark, NJ 07105


GCS Service Inc
Ecolab Equipment Care
24673 Network Place
Chicago, IL 60673


Gene V Pira
17501 Chase Street
Northridge, CA 91325

General Coatings Corporation
9349 Feron Blvd
Rancho Cucamonga, CA 91730

General Cashier
Kyoto Grand Hotel and Gardens
120 S Los Angeles St
Los Angeles, CA 90012

George T Hall Company Inc
PO Box 25269
Anaheim, CA 92825

Gerardo Jimenez
1368 W Roland Curtis
Los Angeles, CA 90062

GKL Corporate Search Inc
915 L Street Suite 1250
Sacramento, CA 95814-3705

Global CTI Group Inc
PO Box 2028
Bakersfield, CA 93303

Global Hospitality Marketing
4905 34th St South Suite 3000
St Petersburg, FL 33711

GML Consulting LLC
240 South Broadway Unit 6
Redondo Beach, CA 90277

Grainger
Dept 873048888
Palatine, IL 60038

Green Light Consulting Group
3530 Wilshire Blvd Ste 1210
Los Angeles, CA 90010

Hana Grafix Art Studio
8419 Orion Avenue Unit 4
North Hills, CA 91343


Hankins Engineers
Charles Hankins
14400 Aviation Blvd
Hawthorne, CA 90250


HD Supply Facilities
Maintenance
PO Box 509058
San Diego, CA 92150


Hectors Welding and Iron Works
6527 McKinley Ave Unit G
PO Box 1588
Los Angeles, CA 90001


Heritage Food Service
Equipment Inc
PO Box 8710
Fort Wayne, IN 46898

Hirsch Pipe   Supply
15025 Oxnard St Ste 200
Van Nuys, CA 91411

Hodes Parking
421 N Rodeo Drive
Beverly Hills, CA 90210

Home Depot Crredit
Dept 32 2532864869
PO Box 6031
The Lakes, NV 88901-6031

Hopscotch Press Inc
930 Carleton Street
Berkeley, CA 94710

Hospitality Solutions Intl
9977 N 90th St Ste 300
Scottsdale, AZ 85258

House Foods America Corp
DBA Curry House
7351 Orangewood Avenue
Garden Grove, CA 92841

House Sanitary Supply Company
1603 Palma Drive
Ventura, CA 93003

Hugh Marsh
Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA 94597-3457

Ibahn
PO Box 51259
Los Angeles, CA 90051

Ikun LLC
Dept  34175
PO Box 39000
San Francisco, CA 94139

Imperial Wacold Air Conditioning
PO Box 7496
Van Nuys, CA 91409-7496

Imprints Interior Design Inc
119 Standard Street
El Segundo, CA 90245

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Isenberg Raizman Thurston Wong
10880 Wilshire Blvd
11th Floor
Los Angeles, CA 90024

Japan Graphics
20817 Western Ave
Torrance, CA 90501

Jin Sung Lee
DBA Tofu Village
123 South Onizuka St Suite 307
Los Angeles, CA 90012


K and M Foodservice
2443 E 27th Street
Vernon, CA 90058


Kaiser Foundation Health
Plan Inc
File 5915
Los Angeles, CA 90074


Kajima Associates Inc
123 South Onizuka St Suites 200 201
Los Angeles, CA 90012


KC Pool Inc
15445 Ventura Blvd  383
Sherman Oaks, CA 91403

Kennedy Lock   Safe
18512 Sherman Way
Reseda, CA 91335

Kinokuniya Bookstores
123 South Onizuka St Suites 205 206
Los Angeles, CA 90012

Kirman Plumbing
PO Box 21927
Los Angeles, CA 90021

Knowland Group
PO Box 476
Lewes, DE 19958

Kremier Air Conditioning
5725 Topaka Drive
Tarzana, CA 91356

KTWV-FM
PO Box 100495
Pasadena, CA 91189


Lane Mark
3668 Alta Vista Drive
Fallbrook, CA 92008


Le Chef Bakery
7547 Telegraph Road
Montebello, CA 90640


Lexyl Travel Technology
8880 Rio San Diego Dr
Suite 800
San Diego, CA 92108


Life Fitness
Dept 77-2716
Chicago, IL 60678

Liftech Elevator Services Inc
3286 E Willow St
Signal Hill, CA 90755

Little Tokyo Public
Safety Association
307 E First Street
Los Angeles, CA 90012

Loc International Inc
2760 Chemin Du Lac
Longueuil, J4N1B

Los Angeles County
Tax Collector
PO Box 54018
Los Angeles, CA 90054

Los Angeles Department
Of Water and Power
PO Box 30808
Los Angeles, CA 90030

Los Angeles Downtown News
1264 W First Street
Los Angeles, CA 90026

Luis Santo
10727 Lull Street
Sun Valley, CA 91352

Mailfinance Inc
dba Neopost Leasing
PO Box 45840
San Francisco, CA 94145

Mako Sushi Inc
123 S Onizuka St Suite 306
Los Angeles, CA 90012

Marketing Solutions
PO Box 643
Wheeling, IL 60090

Maruhana USA Corp
4578 E 49th Street
Vernon, CA 90058

Marukai Corporation
1740 W Artesia Blvd
Gardena, CA 92841

Master Cooling Corp
8430 Atlantis
Moorpark, CA 93021-7101

The Max Company
1400 Quail Street Ste 138
Newport Beach, CA 92660

McMaster Carr Supply Co
PO Box 7690
Chicago, IL 60680

Mechanical Alliance Inc
13908 La Forge St
Whittier, CA 90605

MIK Construction Inc
600 E Washington Blvd Unit 227
Los Angeles, CA 90016

Milestone Internet Marketing
2620 Augustine Drive Ste 140
Santa Clara, CA 95054

Mission Beverage Co
PO Box 33256
Los Angeles, CA 90033

Mission Building Services Inc
3665 Elliotta Dr
Riverside, CA 92501

Mitsubishi Electric
Electronics Usa Inc
PO Box 100403
Pasadena, CA 91189

Miyako Hotel Los Angeles
328 E First Street
Los Angeles, CA 90012

Mutual Trading Co Inc
431 Crocker Street
Los Angeles, CA 90013

Nagayuki Ebata
DBA Koshiji Yakitori Rest
123 South Onizuka St Suite 203
Los Angeles, CA 90012

National Construction Group Inc
10850 Wilshire Blvd Unit 400
Los Angeles, CA 90024

NCTA
Attn Ms Melinda Yium
1146 19th Street NW Suite 250
Washington DC 20036

Nestle Waters Arrowhead
PO Box 856158
Louisville, KY 40285

Neva Lima
Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA 94597-3457

Newport Meat Company
PO Box 19726
Irvine, CA 92623

Nor1 Inc
Attn Accounts Receivable
440 North Wolfe Road MS 012
Sunnyvale, CA 94085

Office Depot
PO Box 70025
Los Angeles, CA 90074

One Safe Place
1550 Walnut Hill Lane
Irving, TX 75038

Paetec
PO Box 1283
Buffalo, NY 14240

Paracorp Inc
PO Box 160568
Sacramento, CA 95815

Partner Engineering and Science Inc
1990 Grand Avenue Ste 100
El Segundo, CA 90245

Pasadena Baking Wholesale
70 W Palmetto Drive
Pasadena, CA 91105

Pennine Plumbing Inc
1139 S Placentia Avenue
Fullerton, CA 92831

Pepsi Cola
PO Box 75948
Chicago, IL 60675

Professional Carpeting Inc
5426 Alhambra Ave
Los Angeles, CA 90032

Pro Travel Beverly Hills
9171 Wilshire Blvd Suite 428
Beverly Hills, CA 90210

Quest Diagnostics
PO Box 740709
Atlanta, GA 30374

Q Tec Telephone Services
2022 Las Lomitas Drive
Hacienda Heights, CA 91745

Refrigeration Supplies
Distributor
26021 Atlantic Ocean Drive
Lake Forest, CA 92630

Regal Wine Company
File No 72956
PO Box 60000
San Francisco, CA 94160

Remanufacturing and Design Group LLC
1735 Buford Highway
Suite 215-333
Cumming, GA 30041

Resort Meetings Consortium
120 Saddlebrook Court
Cherry Hill, NJ 08003

RKGK LLC
DBA Kyokyshin Karate of LA
120 S Onizuka St Suite 201C
Los Angeles, CA 90012

Road Concierge
372 Central Park West  6G
New York, NY 10025

Road Rebel
1747 Hancock Street Suite A
San Diego, CA 92101

Robert A. Lisnow, A Professional Corp
10866 Wilshire Blvd
Suite 400
Los Angeles, CA 90024

Rooftek Roofing
28115 Bradley Road Ste 1 220
Sun City, CA 92586

Room Service Amenities
1010 Campus Drive West
Morganville, NJ 07751

Royal Gourmet Foods
2876 Main Street
San Diego, CA 92113

The Rubicon Group Inc
101 Marietta St Ste 3525
Atlanta, GA 30303

Sabre Hospitality Solutions
7285 Collection Center Drive
Chicago, IL 60693

Saflok
31750 Sherman Avenue
Madison Heights, MI 48071


Sam House
House Entertainment
3329 Keystone Ave  5
Los Angeles, CA 90034


Scentair Technologies Inc
75 Remittance Dr Suite 6542
Chicago, IL 60675


Schindler Elevator Corp
PO Box 93050
Chicago, IL 60673-3050


Schindler Elevator Corp
16450 Foothill Blvd
Suite 200
Sylmar, CA 91342

Seachange Interactive Services
PO Box 846022
Boston, MA 02284


Senka International Inc
DBA Senka Café
123 S Onizuka St Suite 103
Los Angeles, CA 90012


Senka International Inc
123 S Onizuka St Suites 311 312
Los Angeles, CA 90012


Serv-Ease Office Systems Inc
6044 San Fernando Rd
Glendale, CA 91202


Seven Star Realty
319 E 2nd Street Suite 204
Los Angeles, CA 90012

Sharma Smith and Gray PC
9595 Wilshire Blvd
Suite 900
Beverly Hills, CA 90212-2509

Shigkeki Corporation
DBA Orochon Ramen
123 S Onizuka St Suite 303
Los Angeles, CA 90012

Shigeki Corporation
123 S Onizuka St Suite 314
Los Angeles, CA 90012

Simplexgrinnell
Dept Ch 10320
Palatine, IL 60055

South Bay Electric Motors Inc
1900 W Rosecrans Avenue
Gardena, CA 90249

South Coast Aqmd
PO Box 4943
Diamond Bar, CA 91765

Southern California Security
Centers Inc
11900 South St Ste 120
Cerritos, CA 90703

Southern Wine   Spirits
File 56002
Los Angeles, CA 90074

Sparkletts
PO Box 660579
Dallas, TX 75266

Special T Water Systems Inc
11934 Washington Blvd
Whittier, CA 90606

Sprint
PO Box 4181
Carol Stream, IL 60197

Stacy K Porras
PO Box 5028
Burbank, CA 91504

Standard Insurance Company
Unit 16
PO Box 5000
Portland, OR 97208

Staples Advantage
PO Box 71217
Chicago, IL 60694

Starbucks Coffee Company
PO Box 84348
Seattle, WA 98124

Starlight Magnex Corporation
DBA Kushi Shabu Restaurant
123 S Onizuka St Suite 305
Los Angeles, CA 90012

State Of California
Board Of Equalization
PO Box 942879
Sacramento, CA 94279-8006

Summa International
Corporate Center III
2275 Corporate Circle Ste 270
Henderson, NV 89074

Sunwest Electrical Inc
3064 E Miraloma Avenue
Anaheim, CA 92806

Sushi Boy Inc
18527 S Broadway St
Gardena, CA 90248

Swank Audio Visuals LLC
Attn Adrienne Rose
639-E Gravois Bluffs Blvd
Fenton, MO 63026


Swiss Chalet
9455 NW 40th St Road
Miami, FL 33178


Swiss Dairy
Department  0190
Los Angeles, CA 90088


Talent Air
10880 Walker St
Cypress, CA 90630


Tavern Service Company
18228 Parthenia Street
Northridge, CA 91325

Terminal Hardware Co Inc
824 E 8th Street
Los Angeles, CA 90021


Theodora Oringher Miller Richman
10880 Wilshire Blvd Ste 1700
Los Angeles, CA 90024


Thimesch Law Offices
Timothy S Thimesch
158 Hilltop Crescent
Walnut Creek, CA 94597


Trane US Inc
File 56718
Los Angeles, CA 90074


Transformation Community Church
123 S Onizuka St Suite 201A
Los Angeles, CA 90012

Transformation Community Church
Jonathan Ngai
174 W Las Flores Ave
Arcadia, CA 91007

Treasurer City Of Los Angeles
Attn Patricia Baker
100 S Main Street Rm 01-080
Los Angeles, CA 90012

Trinity Manufacturing
13399 Malaki Road
Apple Valley, CA 92308

Unifocus Texas LP
2455 McIver Lane
Carrollton, TX 75006

United Parcel Service
PO Box 894820
Los Angeles, CA 90189

USA Today
PO Box 79782
Baltimore, MD 21279


US Foodservice
Los Angeles
File 6993
Los Angeles, CA 90074


Vantage Sports Shop
123 S Onizuka St Suite 102
Los Angeles, CA 90012


Ventura Link International
DBA Chin Ma Ya of Tokyo
11150 W Olympic Blvd Suite 1080
Los Angeles, CA 90065


Waxie Sanitary Supply
PO Box 81006
San Diego, CA 92138

Weaver Multimedia Group
900 S Broadway Suite 300
Denver, CO 80209

Wedding Pages Inc
11106 Mockingbird Drive
Omaha, NE 68137

Wells Fargo Bank
Michael Barry
433 N Camden Drive
Beverly Hills, CA 90210

West Central Produce Inc
2020 E 7th Place
PO Box 21331
Los Angeles, CA 90021

West Coast Door Masters Inc
5413 Brittany Avenue
Riverside, CA 92506

Westside Wholesale Electric
7122 Beverly Blvd
Unit A
Los Angeles, CA 90036


Western State Design Inc
25616 Nickel Place
Hayward, CA 94545


Wilmar Industries
PO Box 404284
Atlanta, GA 30384


Wine Warehouse
PO Box 910900
Los Angeles, CA 90091


World Cinema Inc
9801 Westheimer  409
Houston, TX 77042

Yee Yuen Linen Service
2575 S Normandie Avenue
Los Angeles, CA 90007

Young Kwon
DBA Seven Luck Cleaner
123 S Onizuka St Suite 101D
Los Angeles, CA 90012

Youngs Market Company
PO Box 30145
Los Angeles, CA 90030

Yuji Okamoto
DBA Haircraft
123 S Onizuka St Suite 304
Los Angeles, CA 90012