1  JEFFREY C. KRAUSE (State Bar No. 94053),
   jkrause@stutman.com
2  CHRISTINE M. PAJAK (State Bar No. 217173), and
   cpajak@stutman.com
3  NEETA MENON (State Bar No. 254736), Members of
   nmenon@stutman.com
4  STUTMAN, TREISTER & GLATT, P.C.
   1901 Avenue of the Stars, 12th Floor
5  Los Angeles, CA 90067
   Telephone:    (310) 228-5600
6  Telecopy:     (310) 228-5788

7  [Proposed] Reorganization Counsel for
   Debtor and Debtor in Possession
8
   <u>Debtor's Mailing Address</u>:
9  1880 Century Park East, Suite 810
   Los Angeles, CA  90067

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:10-39113-RN |
| LITTLE TOKYO PARTNERS, L.P., a Delaware limited partnership, | Chapter 11 |
| Debtor. | **NOTICE OF HEARINGS ON DEBTOR'S FIRST DAY EMERGENCY MOTIONS** |
| | <u>Hearing</u> |
| | Date: July 20, 2010<br>Time: 2:00 p.m.<br>Ctrm: Courtroom 1660<br>255 E. Temple St.<br>Los Angeles, CA  90012 |

542352v.1

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR'S SECURED CREDITORS, THE TWENTY LARGEST UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on July 15, 2010, Little Tokyo Partners, L.P., the debtor and debtor in possession (the "Debtor") in the above-captioned case (the "Bankruptcy Case), filed a voluntary petition under chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the Central District of California, Los Angeles Division (the "Court"). The case number for the Debtor's chapter 11 case is: 2:10-39113-RN .

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on **Tuesday, July 20, 2010 at 2:00 p.m.** before the Honorable Barry Russell, United States Bankruptcy Judge, in Courtroom 1660 located at 255 E. Temple Street, Los Angeles, California on the following emergency motions (the "First Day Motions") filed by the Debtor:

- Emergency Motion Of Debtor In Possession For Orders: (1) Authorizing The Debtor To Use Cash Collateral And Provide Adequate Protection To First Citizens Bank and Trust Company And Excell Investment Group, LLC Pursuant To 11 U.S.C. Sections 361 and 363; (2) Scheduling Final Hearing On Continued Use Of Cash Collateral; and (3) Authorizing Continued Use of Cash Collateral [Docket No. 7];

- Emergency Motion For Order Pursuant to 11 U.S.C. Sections 105 and 363 Authorizing (A) Continued Maintenance Of Certain Existing Bank Accounts; and (B) Continued Use of Existing Cash Management System [Docket No. 5];

- Emergency Motion For Order Permitting Debtor To Honor Pre-Petition Customer Deposits and Travel Agency Commissions [Docket No. 3];

- Emergency Motion For Order: (I) Deeming Utilities Adequately Assured of Future Performance: and (II) Establishing Procedures For Determining Requests For Additional Assurance Pursuant To Bankruptcy Code Section 366 [Docket No. 6]; and

- Emergency Motion of the Debtor and Debtor in Possession For Order Limiting Notice and Permitting Service on Insured Depository Institutions By First-Class Mail [Docket No. 4].

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions, along with supporting declarations and memoranda of points and authorities, were previously served on you. In addition, you may retrieve electronic copies of all the relevant documents via the Court's CM/ECF system, which is accessible at https://ecf.cacb.uscourts.gov.

542352v.1                                   2

**PLEASE TAKE FURTHER NOTICE** that, any opposition to the First Day Motions **must be in writing and filed with the Court by no later than 4:00 p.m. on Monday, July 19, 2010**. In addition, **COURTESY COPIES** of any such oppositions **MUST ALSO BE DELIVERED to the Chambers of the Honorable Barry Russell by 4:00 P.M. ON MONDAY, JULY 19, 2010.**

Dated:  July 16, 2010

/s/ *Neeta Menon*
JEFFREY C. KRAUSE,
CHRISTINE M. PAJAK, and
NEETA MENON, Members of
STUTMAN, TREISTER & GLATT, P.C.
Reorganization Counsel for Debtor and
Debtor in Possession

-3-

542352v.1