# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Jeffrey C. Krause, Christine M. Pajak, Neeta Menon | Atty Name (if applicable): | Jeffrey C. Krause, Christine M. Pajak, Neeta Menon |
| Street Address: | 1901 Avenue of the Stars, 12th Floor Los Angeles, CA 90067 | CA Bar No. (if applicable): | 94053, 217173, 254736 |
| Filer's Telephone No.: | (310) 228-5600 | Atty Fax No. (if applicable): | (310) 228-5788 |

| In re: | Case No. 2:10-bk-39113-BR |
|---|---|
| Little Tokyo Partners, L.P. | Chapter 11 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☒ Yes          ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A    ☒ B    ☐ C    ☒ D    ☒ E    ☒ F    ☒ G    ☐ H    ☐ I    ☐ J

☐ Statement of Social Security Number(s)      ☐ Statement of Financial Affairs

☐ Statement of Intention                      ☐ Other

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **David Goddard, Chief Financial Officer of Little Tokyo Partners, L.P.**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:   September 17, 2010

**David Goddard, Chief Financial Officer**
**of Little Tokyo Partners, L.P.**
*Debtor Signature*

_____

*Co-Debtor Signature*

**\*\*FOR COURT USE ONLY\*\***

**\*\*SEE PROOF OF SERVICE\*\***

**In re LITTLE TOKYO PARTNERS, L.P.,**          **Case No.:  2:10-bk-39113**
   **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | $18,800.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See attached Schedule B-2 | | $1,434,726.60 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | See attached Schedule B-3 | | $150,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | $0.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures, and other art objects, and antiques located at Kyoto Grand Hotel & Gardens | | Unknown |
| 6. Wearing apparel. | X | | | $0.00 |
| 7. Furs and jewelry. | X | | | $0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | $0.00 |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | $0.00 |

2

544001v1

**In re LITTLE TOKYO PARTNERS, L.P.,**           **Case No.:  2:10-bk-39113**
    **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | $0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | $0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | $0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | $0.00 |
| 15. Government and corporate bonds and other negotiable and non negotiable instruments. | X | | | $0.00 |
| 16. Accounts receivable. | | | | $393,982.58 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | $0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | $0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | $0.00 |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | $0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax | | Possible tax refunds | | Unknown |

544001v1

**In re LITTLE TOKYO PARTNERS, L.P.,**          **Case No.:  2:10-bk-39113**
      **Debtor**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | $0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | $0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | $0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Oldsmobile Silhouette Kyoto Grand Hotel | | Blue Book Value $5,545.00 |
| 26. Boats, motors, and accessories. | X | | | $0.00 |
| 27. Aircraft and accessories. | X | | | $0.00 |
| 28. Office equipment, furnishings, and supplies. | | Office equipment, furnishings, linens, fixtures located at Kyoto Grand Hotel & Gardens | | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Hotel fixtures, machinery, equipment and supplies used in restaurant, room furnishings located at Kyoto Grand Hotel & Gardens | | Unknown |
| 30. Inventory. | X | | | $0.00 |
| 31. Animals. | X | | | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | $0.00 |
| 33. Farming equipment and implements. | X | | | $0.00 |

4

**In re LITTLE TOKYO PARTNERS, L.P.,**　　　　　　**Case No.:  2:10-bk-39113**
　　**Debtor**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | $0.00 |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | $0.00 |
| | | ___ continuation sheets attached | Total▶ | $2,003,054.18 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

544001v1

**In re LITTLE TOKYO PARTNERS, L.P.,**                    **Case No.:  2:10-bk-39113**
    **Debtor**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

### Schedule B-2

| | |
|---|---|
| Bank of America<br>1185 Avenue of the Americas, 16th Floor<br>New York, NY 10035 | $408,396.65 |
| Wells Fargo Bank<br>433 North Camden Drive, 12th Floor<br>Beverly Hills, CA 90210 | $1,026,329.95 |
| Total: | $1,434,726.60 |

544001v1

**In re LITTLE TOKYO PARTNERS, L.P.,**                    **Case No.:  2:10-bk-39113**
**Debtor**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

### Schedule B - 3 Security Deposits

| | |
|---|---|
| LADWP<br>P.O. Box 30808<br>Los Angeles, CA  90030 | Surety Bond<br>$100,000.00 |
| State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA  94279 | Surety Bond<br>$50,000.00 |
| Total: | $150,000.00 |

544001v1

**In re LITTLE TOKYO PARTNERS, L.P.,**                     **Case No.: 2:10-bk-39113**
**Debtor**                                                                          **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes  labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

### GENERAL NOTES REGARDING SCHEDULE D

Subject to the terms of any postpetition financing agreement, the Debtor reserves the right to dispute or challenge the validity of any lien purported to be granted and/or perfected by a secured creditor listed on this Schedule D.  Moreover, although the debtor has scheduled claims of creditor(s) as secured claims, no current valuation of the Debtor's assets in which such creditors may have a lien has been undertaken.  The Debtor reserved the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purposed to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debto has scheduled on secured claim, the Debtor reserves all rights to dispute or challenge the secured nature of this creditor's claim or the characterization of the structure of any such transaction, or any document or instruction related to such creditor's claim.

Certain of the Debtor's agreements listed on Schedule G may be in the nature of sales agreements or secured financings.  Certain creditors might assert that their claims are secured due to a right of reclamation.  Also, certain creditors may assert secured claims respecting consigned goods. Schedule D does not include claims regarding consigned goods or reclamation .  Such claims, if any, are listed on Schedules F or G, as appropriate.  No attempt has been made to identify such agreements for purposes of including them on this Schedule D.  The Debtor's failure to designate a claim on this Schedule D as " contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim is not contingent, unliquidated, or disputed, and the Debtor reserves the right to dispute,

544001v1

or to assert offset or defenses to, any claims reflected on this Schedule D as to amount, liability, classification or otherwise and to subsequently designate any such claim as disputed, contingent, or unliquidated.

Lessors, utility companies and other parties, which may hold security deposits, have not been listed on Schedule D.

The claims listed on Schedule D are subject to further review, reconciliation and amendment by the Debtor.  The description provided is intended only to be a summary.  Reference to the applicable credit agreement and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing herein shall be deemed a modification or interpretation of the terms of such agreements.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| First Citizens Bank & Trust 1801 Century Park East Suite 800 Los Angeles, CA  90067 | | | August 17, 2007 Deed of Trust #2007193389 VALUE$ | | | | $44,674,185.76 | |
| ACCOUNT NO. | | | | | | | | |
| Excell Investment Group, Inc. 23586 Calabasas Road, #100 Calabasas, CA  91302 | | | Deed of Trust VALUE$ | | | | $300,000 | |
| ACCOUNT NO. | | | | | | | | |
| First Private Bank 520 Broadway Santa Monica, CA  90401 | | | Vehicle Loan | | | | $8,674.24 | |
| ACCOUNT NO. | | | | | | | | |
| Young Kwon DBA Seven Lucky Cleaner 123 South Onizuka Street, Suite 101-D Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $1,000.05 | |
| ACCOUNT NO. | | | | | | | | |
| Vantage Sports Shop 123 South Onizuka Street, Suite 102 Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $7,563.20 | |
| ACCOUNT NO. | | | | | | | | |
| Senka international, Inc. DBS Senka Café 123 South Onizuka Street, Suite 103 Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $7,985.00 | |

9

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| Marukai Coproration 1740 West Artesia Blvd. Gardena, CA 90248 (Suites 104-105) | | | Set-off right, security deposit | | | | $32,423.00 | |
| ACCOUNT NO. | | | | | | | | |
| House of Foods America Corp DBA Curry House 7351 Orangewood Avenue Garden Grove, CA  92841 (Suite 106B ) | | | Set-off right, security deposit | | | | $6,000.00 | |
| ACCOUNT NO. | | | | | | | | |
| Kajima Associates,Inc. 123 South Onizuka Street, Suites 200-201 Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $4,489.60 | |
| ACCOUNT NO. | | | | | | | | |
| Transformation Community Church 123 South Onizuka Street, Suite 201A Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $3,200.00 | |
| ACCOUNT NO. | | | | | | | | |
| RKGK, LLC DBA Kyokushin Karate of L.A. 123 South Onizuka Street, Suite 201C Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $1,500.00 | |
| ACCOUNT NO. | | | | | | | | |
| Venture Link International DBA Chin Ma Ya of Tokyo 11150 West Olympic Blvd., Suite 1080 Los Angeles, CA 90067 (Suite 202) | | | Set-off right, security deposit | | | | $8,191.38 | |
| ACCOUNT NO. | | | | | | | | |
| Nagayuki Ebata DBA Koshiji Yakitori Restaurant 123 South Onizuka Street, Suite 203 Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $7,387.60 | |

544001v1

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| House of Foods America Corp DBA Curry House 7351 Orangewood Avenue Garden Grove, CA  92841 (Suite 204) | | | Set-off right, security deposit | | | | $17,495.30 | |
| ACCOUNT NO. | | | | | | | | |
| Kinikuniya Bookstores 123 South Onizuka Street, Suites 205-206 Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $26,000.00 | |
| ACCOUNT NO. | | | | | | | | |
| Advance Investments Group, Inc. 123 South Onizuka Street, Suite 207 Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $4,237.20 | |
| ACCOUNT NO. | | | | | | | | |
| Blue Whale Music, Inc. 123 South Onizuka Street, Suite 301 Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $10,000.00 | |
| ACCOUNT NO. | | | | | | | | |
| Sushi Boy Inc. 123 South Onizuka Street, Suite 302 Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $4,780.00 | |
| ACCOUNT NO. | | | | | | | | |
| Shigeki Corporaiton DBA Orochon Ramen 123 South Onizuka Street, Suite 303 Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $5,700.00 | |
| ACCOUNT NO. | | | | | | | | |
| Yuji Okamoto DBA Haircraft 123 South Onizuka Street, Suite 304 Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $4,191.50 | |

544001v1

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| Starlight Magnex Corporation DBA Kushi Shabu Restaurant 123 South Onizuka Street, Suite 305 Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $7,684.40 | |
| ACCOUNT NO. | | | | | | | | |
| Mako Sushi, Inc. 123 South Onizuka Street, Suite 307 Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $5,748.96 | |
| ACCOUNT NO. | | | | | | | | |
| Jin Sung Lee & Jae Hee Lee DBA Tofu Village 123 South Onizuka Street, Suite 308 Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $10,311.48 | |
| ACCOUNT NO. | | | | | | | | |
| Eiki Worlkd, Inc. 123 South Onizuka Street, Suite 310 Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $5,000.00 | |
| ACCOUNT NO. | | | | | | | | |
| Senka International Inc. 123 South Onizuka Street, Suite 311-312 Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $5,801.60 | |
| ACCOUNT NO. | | | | | | | | |
| Alan Yang DBA Relax Acupuncture Clinic 123 South Onizuka Street, Suite 313 Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $3,243.10 | |

544001v1

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| Shigeki Corporation 123 South Onizuka Street, Suite 314 Los Angeles, CA 90012 | | | Set-off right, security deposit | | | | $1,233.00 | |
| ___ continuation sheets attached | | | Subtotal▶ (Total of this page) | | | | $45,174,026.37 | $ |
| | | | Total▶ (Use only on last page) | | | | $45,174,026.37 | $ |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

13

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per

544001v1

person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

544001v1

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Internal Revenue Service Fresno, CA | | | 2009 Income Taxes | | | | Unknown | | |
| Account No. | | | | | | | | | |
| State of California Franchise Tax Board P.O. Box 942857 Sacramento, CA  94257-0631 | | | 2009 Income Taxes | | | | Unknown | | |
| Account No. | | | | | | | | | |
| State of California Board of Equalization P.O. Box 942879 Sacramento, CA  94279 | | | Sales & Use Taxes | | | | $11,421.00 | | |
| Account No. | | | | | | | | | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | Subtotal▶ (Total of this page) | | | $11,421.00 | | |
| | | | | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules) | | | $11,421.00 | | |

544001v1

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO** | | | | | | | |
| 3D Investment IV, L.P. 1880 Century Park East, Suite 810 Los Angeles, CA 90067 | | | | | | | $1,915,000.00 |
| **ACCOUNT NO** | | | | | | | |
| AAA Southern New England Inc 110 Royal Little Drive Ste 400 Providence, RI  02904 | | | | | | | $33.12 |
| **ACCOUNT NO** | | | | | | | |
| AAA Travel Agency 450 West Stetson Avenue Hemet, CA  92543 7045 | | | | | | | $16.56 |
| **ACCOUNT NO** | | | | | | | |
| AAA Travel Agency 600 Southwest Market Street Portland, OR  97201 5295 | | | | | | | $14.90 |
| **ACCOUNT NO.** | | | | | | | |
| Able Engineering Services 868 Folsom Street San Francisco, CA 94107 | | | | | | | $189,529.45 |

B-1008 *Revised November 2003*
*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ABM Security Services, Inc. Dept. 1088-03 P.O. Box 61000 San Francisco CA  94161 | | | | | | | $8,416.93 |
| ACCOUNT NO. | | | | | | | |
| Acco Engineered Systems Dept 6650 Los Angeles, CA 90084 | | | | | | | $1,037.48 |
| ACCOUNT NO. | | | | | | | |
| ACT-NV American Cooling Tower 8635 West Sahara Avenue #641 Las Vegas, CA 89117 | | | | | | | $666.00 |
| ACCOUNT NO. | | | | | | | |
| Adelman Travel Group 6980 N Port Washington Rd FL 1 Milwaukee, WI  53217 3900 | | | | | | | $100.60 |
| ACCOUNT NO. | | | | | | | |
| Administrative Services Coop 2129 W Rosecrans Avenue Gardena, CA 90249 | | | | | | | $119.95 |
| ACCOUNT NO. | | | | | | | |
| ADP Inc P O Box 0500 Carol Stream, IL 60132 | | | | | | | $1,422.73 |
| ACCOUNT NO. | | | | | | | |
| Advanced Lock & Security 430 N. Moorpark Road Thousand Oaks, CA  91360 | | | | | | | $336.15 |
| ACCOUNT NO. | | | | | | | |
| AGB P O Box 890818 Temecula, CA 92589 | | | | | | | $865.00 |
| ACCOUNT NO. | | | | | | | |
| Airgas West, Inc 4007 Paramount Blvd, Suite 100 Lakewood, CA 90712 | | | | | | | $167.85 |
| ACCOUNT NO. | | | | | | | |
| Air Travel Services 4 Filellinon Str Athens, Greece     105 57 | | | | | | | $98.70 |

B-1008 *Revised November 2003*

*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Alsco-American Linen Division 900 N Highland Avenue Los Angeles, CA 90038 | | | | | | | $2,317.56 |
| ACCOUNT NO. | | | | | | | |
| Alta Dena Dairy Dept 2363 Los Angeles, CA 90084 | | | | | | | $258.75 |
| ACCOUNT NO. | | | | | | | |
| Ambius INC (23) P 0 Box 95409 Palatine, IL 60095 | | | | | | | $4,621.48 |
| ACCOUNT NO. | | | | | | | |
| American Express Centurion Level 4  American Express House 12 Shelley Street Sydney, NS  2000 | | | | | | | $31.20 |
| ACCOUNT NO. | | | | | | | |
| American Express Interactive Business Travel 15100 NW 67th Ave Suite 300 Miami Lakes, FL 33014 | | | | | | | $39.30 |
| ACCOUNT NO. | | | | | | | |
| American Express Intl 5f  No 363 Fu Hsing North Road Taipei, TW | | | | | | | $68.70 |
| ACCOUNT NO. | | | | | | | |
| American Express Travel c/o ITG International 15100 NW 67th Ave Suite 300 Miami Lakes, FL  33014 | | | | | | | $66.90 |
| ACCOUNT NO. | | | | | | | |
| American Express Travel 8415 Data Point Drive San Antonio, TX  78229 | | | | | | | $115.60 |
| ACCOUNT NO. | | | | | | | |
| American Express Travel 3000 Two Logan Square Philadelphia, PA  19103 | | | | | | | $31.90 |

B-1008 *Revised November 2003*

*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| American Express Travel Related c/oWorley Parsons 575 Dairy Ashford 12 Floor Houston, TX  77079 | | | | | | | $31.90 |
| ACCOUNT NO. | | | | | | | |
| American Express Travel Related c/o Interactive SCE Suite 300 15100 Northwest 67th Avenue Miami Lakes, FL  33014 | | | | | | | $30.00 |
| ACCOUNT NO. | | | | | | | |
| American Express Travel Related c/o Dell 64 Pratt Street Hartford, CT 06103 | | | | | | | $30.00 |
| ACCOUNT NO. | | | | | | | |
| American Express Travel Related 530 Chestnut Ridge Road Montvale, NJ  07645 | | | | | | | $30.00 |
| ACCOUNT NO. | | | | | | | |
| American Express Travel Related 3600 East  University Drive Northrop Gruman Ste E1050 Phoenix, AZ  85034 | | | | | | | $26.80 |
| ACCOUNT NO. | | | | | | | |
| American Express Travel Related 300 N La Salle Dr FL 47 Chicago, IL  60654 3406 | | | | | | | $167.80 |
| ACCOUNT NO. | | | | | | | |
| American Express Travel Related 2761 Fruitland Avenue Los Angeles, CA  90058 | | | | | | | $115.60 |
| ACCOUNT NO. | | | | | | | |
| American Express Travel Related 2901 Wilcrest Dr P TK Ste 520 Houston, TX  77042 3399 | | | | | | | $48.80 |
| ACCOUNT NO. | | | | | | | |
| American Hotel Register Co 16458 Collections Center Drive Chicago IL 60693 | | | | | | | $1,133.60 |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| American Travel Associates 16633 Ventura Blvd  Ste 815 Encino, CA  914361845 | | | | | | | $228.10 |
| ACCOUNT NO. | | | | | | | |
| Amex Travel Microsoft 14335 Northeast 24th Street Building B  Suite 101A Bellevue, WA  98007 3737 | | | | | | | $140.50 |
| ACCOUNT NO. | | | | | | | |
| Amexco 2421 West Peoria Avenue 3rd Floor Phoenix, AZ  85029 | | | | | | | $98.21 |
| ACCOUNT NO. | | | | | | | |
| Ana's Gardens Ana Sanchez 11168 Carriage Ave Montclair, CA 91783 | | | | | | | $1,533.00 |
| ACCOUNT NO. | | | | | | | |
| Antbusters Inc Business To Business Capital PO Box 876 Campbell, CA 95009 | | | | | | | $1,345.00 |
| ACCOUNT NO. | | | | | | | |
| Apollo Business Travel The Malthouse Water Street Stafford,   ST16 2AG | | | | | | | $591.15 |
| ACCOUNT NO. | | | | | | | |
| AquaTrol P.O. Box 19569 Atlanta, GA  30325-0569 | | | | | | | $270.00 |
| ACCOUNT NO. | | | | | | | |
| Associated Of Los Angeles Inc c/o Accounting Dept P 0 Box 3215 Ontario, CA 91761 | | | | | | | $129.88 |
| ACCOUNT NO. | | | | | | | |
| Association of Black City Attorneys 1800 City Hall E Los Angeles, CA 90012 | | | | | | | $100.23 |

B-1008 *Revised November 2003*
*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| AT&T
Payment Center
Sacramento, CA  95887 | | | | | | | $92.04 |
| ACCOUNT NO. | | | | | | | |
| AT&T
PO Box 5020
Carol Stream, IL 60197 | | | | | | | $746.24 |
| ACCOUNT NO. | | | | | | | |
| AT&T
PO Box 5095
Carol Stream, IL 60197 | | | | | | | $714.20 |
| ACCOUNT NO. | | | | | | | |
| AT&T
Payment Center
Sacramento, CA 95887 | | | | | | | $811.87 |
| ACCOUNT NO. | | | | | | | |
| Athens Services
PO Box 60009
City Of Industry, CA 91718 | | | | | | | $105.92 |
| ACCOUNT NO. | | | | | | | |
| Audio Marketing Systems Inc
Audio Messaging Solutions, LLC
PO Box 890271
Charlotte, NC 28289 | | | | | | | $207.00 |
| ACCOUNT NO. | | | | | | | |
| Axess International Network
5 20 1 Josuihoncho
Kodaira Shi
Tokyo, JP  187 0022 | | | | | | | $20.90 |
| ACCOUNT NO. | | | | | | | |
| Azix Inc
10 W 37th Street 5th Floor
New York, NY 10018 | | | | | | | $295.00 |
| ACCOUNT NO. | | | | | | | |
| Baltic Linen Company Inc
1999 Marcus Avenue Suite 300
P 0 Box 5485
Lake Success, NY 11040 | | | | | | | $1,290.00 |
| ACCOUNT NO | | | | | | | |
| BCD Travel USA LLC
1120 Avenue of the Americas
New York, NY  10036 9564 | | | | | | | $28.70 |

B-1008 *Revised November 2003*

*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BCD Travel USA LLC 1300 E 9th St Fl 8 Cleveland, OH  44114 1501 | | | | | | | $45.60 |
| ACCOUNT NO. | | | | | | | |
| Brown's Green Thumb, Inc. P.O. Box 837 Manhattan Beach, CA  90266 | | | | | | | $1,016.47 |
| ACCOUNT NO. | | | | | | | |
| BTI Canada 1550 Rue Metcalfe Suite 700 Montreal, QC  H3A 1X6 | | | | | | | $34.90 |
| ACCOUNT NO. | | | | | | | |
| Buford Productions and Travel PO Box 93597 Las Vegas, NV  89193 | | | | | | | $11.00 |
| ACCOUNT NO. | | | | | | | |
| Canon Financial Services Inc 14904 Collections Center Drive Chicago, IL 60693 | | | | | | | $1,666.41 |
| ACCOUNT NO. | | | | | | | |
| Capehart Cutlery 10959 Rubio Avenue Granada Hills, CA 91344 | | | | | | | $78.00 |
| ACCOUNT NO. | | | | | | | |
| CA Short Company PO Box 890151 Charlotte, NC 28289 | | | | | | | $469.16 |
| ACCOUNT NO. | | | | | | | |
| Carlson Wagonlit Canada 2810 Matheson Blvd East 3rd Floor Mississauga, ON  L4W 4X7 | | | | | | | $36.90 |
| ACCOUNT NO. | | | | | | | |
| Carlson Wagonlit Travel Inc c/o Amazon 1200 12th Ave S Ste 200 Seattle, WA  98144 2712 | | | | | | | $28.70 |
| ACCOUNT NO. | | | | | | | |
| Carlson Wagonlit Travel Inc c/o Comcast 1862 Lackland Hill Pkwy Saint Louis, MO  63146 3572 | | | | | | | $70.20 |

B-1008 *Revised November 2003*
*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Carlson Wagonlit Travel Inc c/o Callaway Golf 2180 Rutherford Rd Ste 2 Carlsbad, CA  92008 7328 | | | | | | | $11.70 |
| ACCOUNT NO. | | | | | | | |
| Carlson Wagonlit Travel Inc 4055 Valley View Ln Dallas, TX  75244 | | | | | | | $120.40 |
| ACCOUNT NO. | | | | | | | |
| Carlson Wagonlit Travel Inc Davis Polk & Wardell 450 Lexington Ave New York, NY  10017 3911 | | | | | | | $17.00 |
| ACCOUNT NO. | | | | | | | |
| Carlson Wagonlit Travel Inc c/o Viacom 5 Independence Way Princeton, NJ  08540 6627 | | | | | | | $28.70 |
| ACCOUNT NO. | | | | | | | |
| Carlson Wagonlit Travel Inc 6330 Variel Avenue Woodland Hills, CA  91367 | | | | | | | $62.90 |
| ACCOUNT NO. | | | | | | | |
| Carlson Wagonlit Travel Inc 9333 Balboa Avenue San Diego, CA  92123 | | | | | | | $41.40 |
| ACCOUNT NO. | | | | | | | |
| Carlson Wagonlit Travel Inc c/o Fedrooms 1250 Northland Drive Mendota Heights, MN  55120 | | | | | | | $121.50 |
| ACCOUNT NO. | | | | | | | |
| Carlson Wagonlit Travel 460 S Waverly Rd Ste 101 Holland, MI  49423 | | | | | | | $221.84 |
| ACCOUNT NO. | | | | | | | |
| Carlson Wagonlit Travel 7000 Central Parkway Suite  405 Atlanta, GA  30328 | | | | | | | $20.10 |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Carlson Wagonlit Travel Btc Brussels Avenue Du Boulevard 21 Bruxelles Brussel, BE  1210 | | | | | | | $175.50 |
| ACCOUNT NO. | | | | | | | |
| Carlson Wagonlit Travel c/o Travel Services Rm 0117 011 0118 1st Flr West Empress State London, GB  SW6 1TR | | | | | | | $107.80 |
| ACCOUNT NO. | | | | | | | |
| Carlson Wagonlit Travel The Stamp Office Level 2 10 Waterloo Place Edinburgh, GB  EH1 3EG | | | | | | | $105.70 |
| ACCOUNT NO. | | | | | | | |
| Central Fulfilment Center Ringwade 51 Nieuwegien, 3439 LM  NL | | | | | | | $30.40 |
| ACCOUNT NO. | | | | | | | |
| Century Rooter 1609 S. California Avenue Monrovia, CA 91016 | | | | | | | $1,968.00 |
| ACCOUNT NO. | | | | | | | |
| Chef Works Inc 12325 Kerran Street San Diego, CA 92064 | | | | | | | $212.27 |
| ACCOUNT NO. | | | | | | | |
| Christopherson Travel 5588 South Green Street Salt Lake City, UT  84123 | | | | | | | $18.80 |
| ACCOUNT NO. | | | | | | | |
| Cintas #053 7735 S Paramount Blvd Pico Rivera, CA 90680 | | | | | | | $721.75 |
| ACCOUNT NO. | | | | | | | |
| City Seafoods 531 Towne Avenue Los Angeles, CA 90013 | | | | | | | $4,980.45 |

B-1008 *Revised November 2003*

*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| City Of Los Angeles Office Of Finance File 56478 Los Angeles, CA 90074 | | | | | | | $133.05 |
| ACCOUNT NO. | | | | | | | |
| City Of Los Angeles Public Works/Sanitation File #58689 Los Angeles, CA 90074 | | | | | | | $122.00 |
| ACCOUNT NO. | | | | | | | |
| Coca Cola Bottling Company Los Angeles Sales Center PO Box 53158 Los Angeles, CA 90074 | | | | | | | $772.20 |
| ACCOUNT NO. | | | | | | | |
| Commercial Waste Services Inc. P.O. Box 820 Montebello, CA  90640 | | | | | | | $6,867.95 |
| ACCOUNT NO. | | | | | | | |
| Conference Direct PO Box 69777 Los Angeles, CA 90069 | | | | | | | $1,199.00 |
| ACCOUNT NO. | | | | | | | |
| Convention Management Resources 33 New Montgomery Ste 1420 San Francisco, CA 94105 | | | | | | | $2,508.50 |
| ACCOUNT NO. | | | | | | | |
| Corporate Travel Consultants 450 East 22nd Street Suite 100 Lombard, IL  60148 | | | | | | | $94.20 |
| ACCOUNT NO. | | | | | | | |
| County Of Los Angeles Public Health License/Permit 5050 Commerce Dr Room 117 Baldwin Park, CA 91706 | | | | | | | $3,391.94 |
| ACCOUNT NO. | | | | | | | |
| Courtesy Products, LLC PO Box 17488 St. Louis, MO 63178-7488 | | | | | | | $3,391.94 |
| ACCOUNT NO. | | | | | | | |
| Cox Travel 4355 River Green Pkwy Duluth, GA  30096 | | | | | | | $29.80 |

B-1008 *Revised November 2003*
*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Crestline Hotels & Resorts 3950 University Drive Suite 301 Fairfax, VA 22030 | | | | | | | $58,621.21 |
| ACCOUNT NO. | | | | | | | |
| Cvent Inc P O Box 822699 Philadelphia, PA 19182 | | | | | | | $4,560.00 |
| ACCOUNT NO. | | | | | | | |
| CW Government Travel Inc 425 I Street Nw Rm 6501 Washington, DC  20536 | | | | | | | $65.40 |
| ACCOUNT NO. | | | | | | | |
| CW Government Travel Inc 4300 Wilson Blvd Ste 500 Arlington, VA  22203 4178 | | | | | | | $137.10 |
| ACCOUNT NO. | | | | | | | |
| CW Government Travel Inc c/o Dept  Of Justice 5711 University Heights Blvd Suite 300 San Antonio, TX  78249 | | | | | | | $76.80 |
| ACCOUNT NO. | | | | | | | |
| Dai Ichi International 1000 Southwest Broadway Suite 1170 Portland, OR  97205 3063 | | | | | | | $16.90 |
| ACCOUNT NO. | | | | | | | |
| Dependable Electric 15832 Pasadena Avenue Tustin, CA 92780 | | | | | | | $535.24 |
| ACCOUNT NO. | | | | | | | |
| Detection Logic 7605 N. San Fernando Road Burbank, CA 91505 | | | | | | | $238.38 |
| ACCOUNT NO. | | | | | | | |
| DMX Inc P O Box 660557 Dallas, TX 75266 | | | | | | | $184.44 |
| ACCOUNT NO. | | | | | | | |
| DOJ OBD 950 Pensylvania Avenue Washington, DC  20530 | | | | | | | $40.50 |

B-1008 *Revised November 2003*
*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Dunbar Armored Inc<br>P 0 Box 64115<br>Baltimore, MD 21264 | | | | | | | $498.81 |
| ACCOUNT NO. | | | | | | | |
| Ebara Agency Co Ltd<br>11 1 Haneda Asahicho<br>Ohta Ku<br>Tokyo, JP 144 0042 | | | | | | | $90.40 |
| ACCOUNT NO. | | | | | | | |
| Ecolab<br>P 0 Box 100512<br>Pasadena, CA 91189 | | | | | | | $1,508.73 |
| ACCOUNT NO. | | | | | | | |
| Ecolab Equipment Care<br>24673 Network Place<br>Chicago, IL 60673 | | | | | | | $1,900.87 |
| ACCOUNT NO. | | | | | | | |
| Economic Alternatives Inc<br>1307 W 8th Street Ste 203<br>Corona, CA 92882 | | | | | | | $1,750.00 |
| ACCOUNT NO. | | | | | | | |
| El Orto Co Ltd<br>Hibiya Mitsui Bldg 8F<br>1 1 2  Yurakucho<br>Tokyo, TK  100 8440 | | | | | | | $72.50 |
| ACCOUNT NO. | | | | | | | |
| Emergency Assistance Japan Co<br>KDX  Koishikawa Bldg<br>1 21 14 Koishikawa Bunkyo Ku<br>Tokyo  JP  112 0002 | | | | | | | $119.10 |
| ACCOUNT NO. | | | | | | | |
| Empire Floor Machine<br>18333 Napa St<br>Northridge, CA 91325 | | | | | | | $395.76 |
| ACCOUNT NO. | | | | | | | |
| Encore Fire Extinguisher Service Inc<br>1901 S Alameda Street #117<br>Los Angeles, CA 90058 | | | | | | | $445.95 |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Entertainment Software Association 575 7th Street NW Suite 300 Washington DC 20004 | | | | | | | $870.00 |
| ACCOUNT NO. | | | | | | | |
| Entertainment Travel 15260 Ventura Blvd Ste 1030 Sherman Oaks, CA  91403 5353 | | | | | | | $28.60 |
| ACCOUNT NO. | | | | | | | |
| Epson Nisshin Travel Solutions (Corp) 80 Hirooka Harashinden Shiojiri shi, NG  399 0706 | | | | | | | $477.80 |
| ACCOUNT NO. | | | | | | | |
| Eversoft 707 W 16th Street Long Beach, CA 90813 | | | | | | | $120.61 |
| ACCOUNT NO. | | | | | | | |
| Excalibur Cleaners & Tailor Young Kwon 978 S San Pedro Street Los Angeles, CA 90021 | | | | | | | $216.10 |
| ACCOUNT NO. | | | | | | | |
| Excalibur Printing 9255 Glenoaks Blvd Sun Valley CA 91352 | | | | | | | $666.21 |
| ACCOUNT NO. | | | | | | | |
| Executive Travel Associates Inc 1333 New Hampshire Avenue NW Suite 701 Washington, DC  20036 | | | | | | | $57.40 |
| ACCOUNT NO. | | | | | | | |
| Express Pipe & Supply Co Inc 1235 S Lewis Street Anaheim, CA 92805 | | | | | | | $844.01 |
| ACCOUNT NO. | | | | | | | |
| Facility Solutions Group P O Box 952143 Dallas, TX 75395 | | | | | | | $1,140.55 |
| ACCOUNT NO. | | | | | | | |
| FEDROOMS 701 Carlson Pkwy MS 8208 Minnetonka, MN 55305 | | | | | | | $148.50 |

B-1008 *Revised November 2003*
*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Federal Express<br>P O Box 7221<br>Pasadena, CA 91109 | | | | | | | $319.95 |
| ACCOUNT NO. | | | | | | | |
| First Cabin Holidays Inc<br>3939 S Sixth Street PMB 331<br>14333 Hill Road<br>Klamath Falls, OR  97603 | | | | | | | $108.36 |
| ACCOUNT NO. | | | | | | | |
| First Private Bank And Trust<br>16000 Venture Blvd<br>Encino, CA 91436 | | | | | | | $269.29 |
| ACCOUNT NO. | | | | | | | |
| Flue Steam Inc.<br>5734 Bankfield Avenue<br>Culver City, CA 90230 | | | | | | | $475.00 |
| ACCOUNT NO. | | | | | | | |
| Galileo Corporate Travel<br>500 W Madison St<br>Ste 1000<br>Chicago, IL  60661 | | | | | | | $13.90 |
| ACCOUNT NO. | | | | | | | |
| Galileo Corporate Travel<br>801 Royal Parkway<br>Suite 300<br>Nashville, TN  37214 3746 | | | | | | | $110.70 |
| ACCOUNT NO. | | | | | | | |
| The Gas Company<br>P O Box C<br>Monterey Park, CA 91756 | | | | | | | $6,055.82 |
| ACCOUNT NO. | | | | | | | |
| Gateway Security Inc<br>604-608 Market Street<br>Newark, NJ 07105 | | | | | | | $25,830.34 |
| ACCOUNT NO. | | | | | | | |
| Gene V Pira<br>17501 Chase Street<br>Northridge, CA 91325 | | | | | | | $4,650.00 |
| ACCOUNT NO. | | | | | | | |
| George T Hall Company Inc<br>PO Box 25269<br>Anaheim, CA 92825 | | | | | | | $762.68 |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Gerardo Robles Expense Report Kyoto Grand Hotel 120 South Los Angeles Los Angeles, CA 90012 | | | | | | | $28.84 |
| ACCOUNT NO. | | | | | | | |
| GKL Corporate Search, Inc. 915 L Street, Suite 1250 Sacramento, CA  95814-3705 | | | | | | | $95.00 |
| ACCOUNT NO. | | | | | | | |
| Global CTI Group Inc P 0 Box 2028 Bakersfield, CA 93303 | | | | | | | $1,560.00 |
| ACCOUNT NO. | | | | | | | |
| Global Hospitality Marketing 4905 34th St. South Suite 3000 St. Petersburg, FL 33711 | | | | | | | $6,684.00 |
| ACCOUNT NO. | | | | | | | |
| GML Consulting, LLC 240 South Broadway Unit 6 Redondo Beach, CA 90277 | | | | | | | $1,000.00 |
| ACCOUNT NO. | | | | | | | |
| Grainger Dept 873048888 Palatine, IL 60038 | | | | | | | $1,343.66 |
| ACCOUNT NO. | | | | | | | |
| The Grease Company 4020 Bandini Blvd Vernon, CA 90058 | | | | | | | $800.00 |
| ACCOUNT NO. | | | | | | | |
| Group Travel Associates Attn: Benny Cukier 262 Culview Court Simi Valley CA 93065 | | | | | | | $178.00 |
| ACCOUNT NO. | | | | | | | |
| Hana Grafix Art Studio 8419 Orion Avenue #4 North Hills, CA  91343 | | | | | | | $300.00 |
| ACCOUNT NO. | | | | | | | |
| Hart Photographic, Inc. 493 S Francis St Kent, OH 44240 | | | | | | | $82.50 |

B-1008 *Revised November 2003*

*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| HD Supply Facilities Maintenance PO Box 509058 San Diego, CA 92150 | | | | | | | $2,096.02 |
| ACCOUNT NO. | | | | | | | |
| Heritage Food Service Equipment Inc P 0 Box 8710 Fort Wayne, IN 46898 | | | | | | | $936.10 |
| ACCOUNT NO. | | | | | | | |
| Hiroshi Akimoto 16111 S Dalton Ave #1 Gardena, CA 90247 | | | | | | | $15.00 |
| ACCOUNT NO | | | | | | | |
| H I S International Tours LA 414 East 2nd Street Los Angeles, CA  90012 | | | | | | | $97.40 |
| ACCOUNT NO. | | | | | | | |
| Hodes Parking 421 N Rodeo Drive Beverly Hills, CA 90210 | | | | | | | $52,593.40 |
| ACCOUNT NO | | | | | | | |
| Hogg Robinson USA LLC 3426 Toringdon Way Ste 400 Charlotte, NC  28277 3497 | | | | | | | $99.80 |
| ACCOUNT NO. | | | | | | | |
| Hospitality Solutions Intl 9977 N 90th St Ste 300 Scottsdale, AZ 85258 | | | | | | | $2,175.55 |
| ACCOUNT NO | | | | | | | |
| Hotel Shilla Co Ltd 202 Jangchung Dong 2ga Jung Gu Seoul,   100 856 | | | | | | | $1,070.00 |
| ACCOUNT NO. | | | | | | | |
| House Sanitary Supply 1603 Palma Drive Ventura, CA  93003 | | | | | | | $334.75 |
| ACCOUNT NO. | | | | | | | |
| Ibahn PO Box 51259 Los Angeles, CA 90051 | | | | | | | $16,310.07 |

B-1008 *Revised November 2003*
*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Japan Graphics 20817 Western Ave Torrance, CA 90501 | | | | | | | $218.41 |
| ACCOUNT NO. | | | | | | | |
| Japan Gray Line Co  Ltd 5F  Toranomon Toyo Bldg 4 2 Toranomon 1 Chome Tokyo, TK  105 0001 | | | | | | | $15.90 |
| ACCOUNT NO. | | | | | | | |
| Journeycorp 350 Madison Ave FL 15 New York, NY  10017 3721 | | | | | | | $17.90 |
| ACCOUNT NO. | | | | | | | |
| JTB USA Inc 156 W 56th St Ste 301 New York, NY  10019 | | | | | | | $27.12 |
| ACCOUNT NO. | | | | | | | |
| JTB USA Inc 810 7th Avenue 34th Floor New York, NY  10019 | | | | | | | $32.08 |
| ACCOUNT NO. | | | | | | | |
| JTB CWT Business Travel 3F Sakaisuji Hon Machi Centre Bldg 1 6 Hon Machi 2 Chome Chuo Ku Osaka Shi,   541 0053 | | | | | | | $46.20 |
| ACCOUNT NO. | | | | | | | |
| JTB CWT Business Travel 8F Tokyo Parkside Building 8 40  Kiba 5 Chome  Koto  Ku Tokyo, TK  135 0042 | | | | | | | $111.20 |
| ACCOUNT NO. | | | | | | | |
| K&M Food K & M Foodservice 2443 E 27th Street Vernon, CA 90058 | | | | | | | $14,041.37 |
| ACCOUNT NO. | | | | | | | |
| Kelly Paper 1611 E 16th Street Los Angeles, CA 90021 | | | | | | | $83.85 |
| ACCOUNT NO. | | | | | | | |
| Kirman Plumbing Company 794 Merchant Street Los Angeles, CA  90021 | | | | | | | $3,291.74 |

B-1008 *Revised November 2003*

*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| KJM Industries, Inc<br>BDA/ CA Backflow Testing<br>26252 Sandcastle Court<br>San Juan Capistrano, CA 92675 | | | | | | | $125.00 |
| ACCOUNT NO. | | | | | | | |
| The Knowland Group<br>PO Box 476<br>Lewes, DE 19958 | | | | | | | $375.00 |
| ACCOUNT NO. | | | | | | | |
| Kobelco Business Support<br>1F Kobe Seiko Bldg 9 12<br>Kita Shinagawa 5 Chome<br>Shinagawa Ku,   141 8688 | | | | | | | $15.90 |
| ACCOUNT NO. | | | | | | | |
| KTWV-FM<br>PO Box 100495<br>Pasadena, CA 91189 | | | | | | | $5,000.00 |
| ACCOUNT NO. | | | | | | | |
| KTWV-FM<br>PO Box 100495<br>Pasadena, CA 91189 | | | | | | | $8,500.00 |
| ACCOUNT NO. | | | | | | | |
| Kyoto Grand Hotel & Gardens<br>120 S. Los Angeles Street<br>Los Angeles, CA 90012 | | | | | | | $4,916.93 |
| ACCOUNT NO. | | | | | | | |
| L A Department Of Water And Power<br>P O Box 30808<br>Los Angeles, CA 90030 | | | | | | | $113,054.47 |
| ACCOUNT NO. | | | | | | | |
| L A Department Of Water And Power<br>P O Box 30808<br>Los Angeles, CA 90030 | | | | | | | $23,472.39 |
| ACCOUNT NO. | | | | | | | |
| L A Dept of Water & Power<br>PO Box 30808<br>Los Angeles, CA  90030-0808 | | | | | | | $484.86 |
| ACCOUNT NO. | | | | | | | |
| Latin Sol And Holdings S A De<br>Presa Salinillas No  370 702a<br>Colonia Irrigacion<br>Mexico D F , MX  11500 | | | | | | | $86.70 |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Lawyers Travel Service 71 5th Avenue 11th Floor New York, NY  10003 3004 | | | | | | | $61.90 |
| ACCOUNT NO. | | | | | | | |
| Le Chef Bakery 7547 Telegraph Road Montebello, CA 90640 | | | | | | | $998.99 |
| ACCOUNT NO. | | | | | | | |
| Lexyl Travel Technology 8880 Rio San Diego Dr Ste 800 San Diego, CA 92108 | | | | | | | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Life Fitness Dept. 77-2716 Chicago, IL 60678 | | | | | | | $150.00 |
| ACCOUNT NO. | | | | | | | |
| LOC International Inc 2760 Chemin Du Lac Longueuil J4N1B | | | | | | | $586.00 |
| ACCOUNT NO. | | | | | | | |
| Lori Travel 2124 Ne 123rd St Ste 213 North Miami, FL  33181 2939 | | | | | | | $62.82 |
| ACCOUNT NO. | | | | | | | |
| Mailfinance Inc. DBA Neopost Leasing P 0 BOX 45840 San Francisco, CA 94145 | | | | | | | $298.15 |
| ACCOUNT NO. | | | | | | | |
| Marisa DiDomenico Expense Report Kyoto Grand Hotel 120 South Los Angeles Street Los Angeles, CA 90012 | | | | | | | $146.35 |
| ACCOUNT NO. | | | | | | | |
| Maruhana USA Corp 4578 E 49th Street Vernon, CA 90058 | | | | | | | $414.50 |
| ACCOUNT NO. | | | | | | | |
| Master Cooling Corp 5430 Atlantis Court Moorpark, CA 93021-7101 | | | | | | | $354.20 |

B-1008 *Revised November 2003*

*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Matthew Ramirez Hotel Expense Report Kyoto Grand Hotel 120 South Los Angeles Street Los Angeles, CA 90012 | | | | | | | $26.64 |
| ACCOUNT NO. | | | | | | | |
| The Max Company 1400 Quail Street Ste 138 Newport Beach, CA 92680 | | | | | | | $25.00 |
| ACCOUNT NO. | | | | | | | |
| McMaster Carr Supply Co PO Box 7690 Chicago, IL 60680 | | | | | | | $2,372.10 |
| ACCOUNT NO. | | | | | | | |
| Mechanical Alliance Inc 13908 La Forge St Whittier, CA 90605 | | | | | | | $1,490.00 |
| ACCOUNT NO. | | | | | | | |
| Micros Systems Inc PO Box 23747 Baltimore, MD 21203 | | | | | | | $810.00 |
| ACCOUNT NO. | | | | | | | |
| Milestone Internet Marketing 2620 Augustine Drive Ste 140 Santa Clara, CA 95054 | | | | | | | $1,797.00 |
| ACCOUNT NO. | | | | | | | |
| Mission Beverage Co PO Box 33256 Los Angeles, CA 90033 | | | | | | | $75.60 |
| ACCOUNT NO. | | | | | | | |
| Mission Building Services Inc 3865 Elliotta Dr Riverside CA 92501 | | | | | | | $790.00 |
| ACCOUNT NO. | | | | | | | |
| Mitsubishi Electric & Electronics USA Inc P O Box 100403 Pasadena, CA 91189 | | | | | | | $10,476.00 |
| ACCOUNT NO | | | | | | | |
| MWT Management Inc 1830 Water Pl SE Ste 100 Atlanta, GA  30339 2042 | | | | | | | $16.50 |

B-1008 *Revised November 2003*

*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | |
| Naigai Travel Service Co c/o Itoh  Co Ltd   4th Flr Itoh Ho Bldg  5 1  Kita Aoyama Tokyo, JP  107 0061 | | | | | | | $13.90 |
| ACCOUNT NO. | | | | | | | |
| Nationwide Meetings 6186 Coral Pink Circle Woodland Hills, CA 91367 | | | | | | | $600.00 |
| ACCOUNT NO. | | | | | | | |
| Nestle Waters Arrowhead P O Box 856158 Louisville, KY 40285 | | | | | | | $307.58 |
| ACCOUNT NO | | | | | | | |
| Network International Co Ltd Biko Hongo 2 Bldg 3 14 15  Bunkyo Tokyo, JP  113 0033 | | | | | | | $11.90 |
| ACCOUNT NO | | | | | | | |
| Nippon Express Co Ltd 1st 6th Flrs Nittsukoku Ginza Bldg 5 2 Shimbashi Tokyo, TK  105 0004 | | | | | | | $15.90 |
| ACCOUNT NO | | | | | | | |
| Noe Corp 1F 2F 3F N4F Tanaka Tamuracho Bldg -1215 Shinbashi 2 Chome, Minato Ku, TO  105 0004 | | | | | | | $22.00 |
| ACCOUNT NO. | | | | | | | |
| Nor1, Inc. Attn: Accounts Receivable 440 North Wolfe Road MS-012 Sunnyvale, CA 94085 | | | | | | | $1,097.00 |
| ACCOUNT NO | | | | | | | |
| Omega World Travel Inc 1325 G Street Northwest Suite 930 Washington, DC  20005 | | | | | | | $34.60 |
| ACCOUNT NO | | | | | | | |
| Omega World Travel Inc 2118 S Queen St York, PA  17403 4869 | | | | | | | $81.00 |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| One Safe Place 1550 Walnut Hill Lane Irving, TX 75038 | | | | | | | $243.81 |
| ACCOUNT NO. | | | | | | | |
| Ontario Refrigeration 635 S. Mountain Avenue Ontario, CA 91762 | | | | | | | $290.00 |
| ACCOUNT NO. | | | | | | | |
| Opera America Mr. Anthony Cekay 330 7th Street, 16th Floor New York, NY 10001 | | | | | | | $1,110.00 |
| ACCOUNT NO. | | | | | | | |
| Panorama Flextronics Ruben Dario No 1349 Local 5 Colonia Providencia Guadalajara, MX  44630 | | | | | | | $31.90 |
| ACCOUNT NO. | | | | | | | |
| Pasadena Baking Wholesale 70 W. Palmetto Drive Pasadena, CA 91105 | | | | | | | $5,858.30 |
| ACCOUNT NO. | | | | | | | |
| Pellegrino Travel Agency 281 Maroondah Highway Ringwood, VI  3134 | | | | | | | $67.00 |
| ACCOUNT NO. | | | | | | | |
| The Plumbers Warehouse 1010 E. Manchester Avenue Los Angeles, CA 90001 | | | | | | | $550.51 |
| ACCOUNT NO. | | | | | | | |
| PM Squared Travel Inc 1266 High Bluff Dr  Suite 399 San Diego, CA  92130 | | | | | | | $31.90 |
| ACCOUNT NO. | | | | | | | |
| Protravel International Inc 9171 Wilshire Blvd Beverly Hills, CA  90210 5516 | | | | | | | $62.70 |
| ACCOUNT NO. | | | | | | | |
| Protravel The Zenith Group 10 East 53rd Street Fl 21 New York, NY  10022 5244 | | | | | | | $217.50 |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Quest Diagnostics P O Box 740709 Atlanta, GA 30374 | | | | | | | $212.00 |
| ACCOUNT NO. | | | | | | | |
| R  T  Peak Travel Group 1221 Lincoln Avenue San Jose, CA  95125 | | | | | | | $93.40 |
| ACCOUNT NO. | | | | | | | |
| Red Universal De Marketing Y C Francisca Delgado 9 Madrid, ES  28109 | | | | | | | $89.73 |
| ACCOUNT NO. | | | | | | | |
| Redcap Tour Co Ltd 17th Flr  Hana Securities Bldg 23 3 Yoido Dong Seoul, KR  150 876 | | | | | | | $56.70 |
| ACCOUNT NO. | | | | | | | |
| Refrigeration Supplies Distributor 26021 Atlantic Ocean Drive Lake Forest, CA 92630 | | | | | | | $1,811.90 |
| ACCOUNT NO. | | | | | | | |
| Rennies Travel (Pty) Ltd P O  Box 5817 Rivonia, ZA  2128 | | | | | | | $118.60 |
| ACCOUNT NO. | | | | | | | |
| Revinate, LLC 106 Lincoln Blvd. The Presidio San Francisco, CA 94129 | | | | | | | $408.00 |
| ACCOUNT NO. | | | | | | | |
| Road Concierge 372 Central Park West #6G New York, NY 10025 | | | | | | | $244.90 |
| ACCOUNT NO. | | | | | | | |
| Road Rebel 1747 Hancock Street Suite A San Diego, CA 92101 | | | | | | | $2,603.40 |
| ACCOUNT NO. | | | | | | | |
| Robert A. Lisnow, A Professional Corporation 10866 Wilshire Boulevard Suite 400 Los Angeles, CA  90024 | | | | | | | $60,107.91 |

B-1008 *Revised November 2003*

*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Rooftek Roofing 28115 Bradley Road, Suite 1-220 Sun City, CA  92586 | | | | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| Room Service Amenities 1010 Campus Drive West Morganville, NJ 07751 | | | | | | | $11,535.23 |
| ACCOUNT NO. | | | | | | | |
| Royal Gourmet Foods 2876 Main Street San Diego, CA 92113 | | | | | | | $3,049.93 |
| ACCOUNT NO. | | | | | | | |
| Saflok 31750 Sherman Avenue Madison Heights, MI 48071 | | | | | | | $1,113.93 |
| ACCOUNT NO. | | | | | | | |
| Sankei Travel Service Co Ltd 2f  Nagoya Mitsui Bldg Annex 1 24 21  Meieki Minami Nagoya, JP  450 0003 | | | | | | | $31.90 |
| ACCOUNT NO. | | | | | | | |
| Scentair Technologies Inc 75 Remittance Dr Suite 6542 Chicago, IL 60675 | | | | | | | $658.50 |
| ACCOUNT NO. | | | | | | | |
| Seachange Interactive Services P O Box 846022 Boston, MA 02284 | | | | | | | $3,086.71 |
| ACCOUNT NO. | | | | | | | |
| Senior Travel Counselors 553 Shirotori  Ikeda Cho Ibi Gun Gifu, JP  503 2413 | | | | | | | $55.20 |
| ACCOUNT NO. | | | | | | | |
| Seven Star Realty 319 E. 2nd Street, Suite 204 Los Angeles, CA  90012 | | | | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| Serv-Ease Office Systems Inc 6044 San Fernando Rd Glendale, CA 91202 | | | | | | | $125.00 |

B-1008 *Revised November 2003*

*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| SHI Corp<br>P 0 Box 952121<br>Dallas, TX 75395 | | | | | | | $934.61 |
| ACCOUNT NO. | | | | | | | |
| Simplexgrinnell<br>Dept Ch 10320<br>Palatine, IL 60055 | | | | | | | $5,407.98 |
| ACCOUNT NO. | | | | | | | |
| Sky Travel Service<br>244 South Oxford Avenue No 14<br>Los Angeles, CA  90004 | | | | | | | $14.90 |
| ACCOUNT NO. | | | | | | | |
| Southern California Boiler<br>5331 Business Drive<br>Huntington Beach, CA 92649 | | | | | | | $106.28 |
| ACCOUNT NO. | | | | | | | |
| Southern California Security Centers Inc<br>11900 South St Ste 120<br>Cerritos, CA 90703 | | | | | | | $295.12 |
| ACCOUNT NO. | | | | | | | |
| Southern Wine & Spirits<br>File 56002<br>Los Angeles, CA 90074 | | | | | | | $1,273.52 |
| ACCOUNT NO. | | | | | | | |
| Sparkletts<br>P.O. Box 660579<br>Dallas, TX  75266-0579 | | | | | | | $56.05 |
| ACCOUNT NO. | | | | | | | |
| Special T Water Systems Inc<br>11934 Washington Blvd<br>Whittier, CA 90606 | | | | | | | $652.69 |
| ACCOUNT NO. | | | | | | | |
| Sprint<br>P 0 Box 4181<br>Carol Stream, IL 60197 | | | | | | | $1,492.24 |
| ACCOUNT NO. | | | | | | | |
| Stacy K Porras<br>PO Box 5028<br>Burbank, CA 91504 | | | | | | | $1,350.00 |
| ACCOUNT NO. | | | | | | | |
| Staples Advantage<br>PO Box 71217<br>Chicago, IL  60694 | | | | | | | $1,458.13 |

B-1008 *Revised November 2003*
*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| STA Travel Inc. 750 State Highway 121 Byp Ste 250 Lewisville, TX 75067-8199 | | | | | | | $25.80 |
| ACCOUNT NO. | | | | | | | |
| Supertravel Of Palm Beach Inc 3380 Fairlane Farms Road Suite 7 West Palm Beach, FL  33414 8764 | | | | | | | $25.80 |
| ACCOUNT NO. | | | | | | | |
| Swank Audio Visuals LLC Attn: Adrienne Rose 639-E Gravois Bluffs Blvd Fenton, MO 63026 | | | | | | | $4,915.00 |
| ACCOUNT NO. | | | | | | | |
| Swiss Chalet 9455 NW 40th St Road Miami, FL 33178 | | | | | | | $1,239.96 |
| ACCOUNT NO. | | | | | | | |
| Swiss Dairy Department #0190 Los Angeles, CA 90088 | | | | | | | $15,580.71 |
| ACCOUNT NO. | | | | | | | |
| Terminal Hardware Co Inc 824 E 8th Street Los Angeles CA 90021 | | | | | | | $1,324.80 |
| ACCOUNT NO. | | | | | | | |
| The New Act Inc. 1900 Avenue of the Stars Ste 1550 Los Angeles, CA  90067 | | | | | | | $30.40 |
| ACCOUNT NO. | | | | | | | |
| The World Travel Specialists 300 South Grand Ave, 22nd floor Los Angeles, CA  90071 | | | | | | | $26.50 |
| ACCOUNT NO. | | | | | | | |
| The World Travel Specialists 666 3rd Avenue, 31st Floor New York, NY  10017 | | | | | | | $28.70 |

B-1008 *Revised November 2003*

*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Thimesch Law Offices<br>Timothy S. Thimesch<br>158 Hilltop Crescent<br>Walnut Creek, CA 94597 | | | | | | | $100,000.00 |
| ACCOUNT NO. | | | | | | | |
| Tiger, Inc.<br>1422 E. 71 Street, Suite J<br>Tulsa, OK 74136 | | | | | | | $15,236.19 |
| ACCOUNT NO. | | | | | | | |
| TQ3 Travel Solutions<br>Wilhelm-Theodor-Roemhled Str. 34<br>Mainz, DE 55130 | | | | | | | $100.80 |
| ACCOUNT NO. | | | | | | | |
| TQ3Navigant<br>20700 44th Ave W, Ste 550<br>Lynnwood, WA 98036-7742 | | | | | | | $140.50 |
| ACCOUNT NO. | | | | | | | |
| TQ3Navigant<br>c/o Broadcom<br>5300 California Ave.<br>Irvine, CA 92617-3038 | | | | | | | $18.80 |
| ACCOUNT NO. | | | | | | | |
| TQ3Navigant<br>155 Federal St.<br>Boston, MA 02110 | | | | | | | $33.20 |
| ACCOUNT NO. | | | | | | | |
| Travelclick<br>2193 Paysphere Circle<br>Chicago, IL 60674 | | | | | | | $472.00 |
| ACCOUNT NO. | | | | | | | |
| Travel Destinations Management<br>100 Painters Mill Road, Suite 36<br>Owings Mills, MD 21117-4911 | | | | | | | $61.90 |
| ACCOUNT NO. | | | | | | | |
| Travel Leaders<br>1701 Ponce De Leon<br>Coral Gables, FL 33134 | | | | | | | $53.82 |
| ACCOUNT NO. | | | | | | | |
| Travel Management Partners<br>7208 Falls of Neuse Road<br>Raleigh, NC 27615 | | | | | | | $18.80 |

B-1008 *Revised November 2003*
*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Travel Pro SA c/o RTL Group SA 45 Bld Pierre Frieden Luxembourg, LU 2850 | | | | | | | $111.20 |
| ACCOUNT NO. | | | | | | | |
| Travel Pros PO Box 213GT Anchorage Center Grand Cayman KY | | | | | | | $132.80 |
| ACCOUNT NO. | | | | | | | |
| Travelcare Sports & Events Hanover Building Hanover Street Manchester, GB M60 0AD | | | | | | | $31.90 |
| ACCOUNT NO. | | | | | | | |
| TravelWeb-comm Rates PO Box 915204 717 N. Harwood 6th Fl Dallas, TX 75201 | | | | | | | $93.80 |
| ACCOUNT NO. | | | | | | | |
| Tsusho Air & Sea Service 3F Denyo Bldg. 2-8-5 Nohonbashi horidomecho Tokyo TK 103-0012 | | | | | | | 30.80 |
| ACCOUNT NO. | | | | | | | |
| Tzell Travel LLC 9600 SW Oak Street Portland, OR 97223 | | | | | | | $33.80 |
| ACCOUNT NO. | | | | | | | |
| Tzell Travel LLC 119 West 40th Street Suite 1400 New York, NY 10018 | | | | | | | $176.91 |
| ACCOUNT NO. | | | | | | | |
| UAB Travel Center 4555 Southlake Parkway Birmingham, AL 35244 | | | | | | | $27.00 |
| ACCOUNT NO. | | | | | | | |
| Ultramar Travel Bureau Inc. 14 East 47th St., 5th Fl New York, NY 10017 | | | | | | | $15.20 |

B-1008 *Revised November 2003*

*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Unifocus Texas LP 2455 McIver Lane Carrollton, TX 75006 | | | | | | | $1,499.82 |
| ACCOUNT NO. | | | | | | | |
| UPS PO Box 894820 Los Angeles, CA 90189-4820 | | | | | | | $40.00 |
| ACCOUNT NO. | | | | | | | |
| USA Today P O Box 79782 Baltimore, MD 21279 | | | | | | | $1,123.22 |
| ACCOUNT NO. | | | | | | | |
| US Foodservice/Los Angeles File #6993 Los Angeles, CA 90074 | | | | | | | $29.11 |
| ACCOUNT NO. | | | | | | | |
| Viajes Bel-Air S.A.DE C.V. Paseo De La Reforma No. 295 Planta Baja-Colonia Cuauhtemoc Mexico, D.F. 6500 | | | | | | | $58.32 |
| ACCOUNT NO. | | | | | | | |
| Viajes Y Turisom Esmeralda Avenida 5 De Julio Edificio Don Jose-Local 1 Puerto LaCruz/Anzoategui | | | | | | | $13.90 |
| ACCOUNT NO. | | | | | | | |
| VTS Travel Enterprises, Inc. 150 East 42nd Street New York, NY 10017 | | | | | | | $10.80 |
| ACCOUNT NO. | | | | | | | |
| Waxie Sanitary Supply P 0 Box 81006 San Diego, CA 92138 | | | | | | | $12,140.07 |
| ACCOUNT NO. | | | | | | | |
| West Central Produce Inc 2020 E 7th Place P 0 Box 21331 Los Angeles, CA 90021 | | | | | | | $621.34 |
| ACCOUNT NO. | | | | | | | |
| Wilmar Industries P O Box 404284 Atlanta, GA 30384 | | | | | | | $380.44 |

B-1008 *Revised November 2003*

*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| The Women Lawyers Association Of Los Angeles 634 S Spring Street #617 Los Angeles, CA 90014 | | | | | | | $66.40 |
| ACCOUNT NO. | | | | | | | |
| World Joint Corporation 370 Crenshaw Drive, Ste E106 Torrance, CA 90503-1728 | | | | | | | $63.80 |
| ACCOUNT NO. | | | | | | | |
| World Travel Inc. 11785 Beltsville Drive Beltsville, MD 20705 | | | | | | | $76.80 |
| ACCOUNT NO. | | | | | | | |
| Worldchoicetravel.com PO Box 105199 Atlanta, GA 30348-5199 | | | | | | | $144.41 |
| ACCOUNT NO. | | | | | | | |
| Worldtravel BTI c/o Joyce Cohen 255 California Street  9th Floor San Francisco, CA  94111 | | | | | | | $156.60 |
| ACCOUNT NO. | | | | | | | |
| Worldtravel BTI c/o Cyndee Simmons 500 W Madison St Ste 1200 Chicago, IL  60661 4602 | | | | | | | $18.00 |
| ACCOUNT NO. | | | | | | | |
| Worldtravel BTI c/o Gulfstream 30 Lummus Dr Savannah, GA  31407 | | | | | | | $61.20 |
| ACCOUNT NO. | | | | | | | |
| Worldtravel BTI c/o Jacobs Engineering 1321 Murfreesboro Pike Ste 325 Nashville, TN  37217 | | | | | | | $64.80 |
| ACCOUNT NO. | | | | | | | |
| Worldtravel BT c/o Time Warner Cable 7820 Crescent Executive Dr Charlotte, NC  28217 | | | | | | | $102.30 |

B-1008 *Revised November 2003*
*544001v1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Worldtravel BTI c/o Universal Music Group 333 N Glenoaks Blvd Ste 410 Burbank, CA 91502 | | | | | | | $62.70 |
| ACCOUNT NO. | | | | | | | |
| Worldtravel BTI c/o Winston and Strawn 35 West Wacker Drive Chicago, IL 60601 | | | | | | | $70.20 |
| ACCOUNT NO. | | | | | | | |
| W.V.T. 299 Camino Gardens Blvd Boca Raton. FL 33434 | | | | | | | $11.70 |
| ACCOUNT NO. | | | | | | | |
| Yamato Travel Bureau 250 East 1st Street, Suite 502 Los Angeles, CA 90012 | | | | | | | $58.20 |
| ACCOUNT NO. | | | | | | | |
| Yee Yuen Linen Service 2575 S Normandie Avenue Los Angeles, CA 90007 | | | | | | | $7,104.87 |
| ACCOUNT NO. | | | | | | | |
| Yoshiko Ehara Manager Expense Kyoto Grand Hotel 120 South Los Angeles Street Los Angeles, CA 90012 | | | | | | | $637.38 |
| ACCOUNT NO. | | | | | | | |
| Young's Market Company P 0 Box 30145 Los Angeles, CA 90030 | | | | | | | $607.50 |
| ACCOUNT NO. | | | | | | | |
| Zenith Travel Consultants 195 South Westmonte Drive Altamonte Springs, FL 32714 | | | | | | | $14.90 |
| | | | Subtotal▶ | | | | |
| | | | Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $2,838,233,74 |

B-1008 *Revised November 2003*
*544001v1*

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

Schedule G.  While every effort has been made to ensure the accuracy of the "Schedule of Executory Contracts," inadvertent errors or omissions may have occurred. The Debtor does not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth in Schedule G, or the validity or enforceability of any contracts, agreements or documents listed therein.  The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

Certain of the contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein.  Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Executory agreements that are oral in nature, if any, have been scheduled to the best of the Debtor's knowledge.  Additionally, the Debtor may be a party to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements. Such agreements, if any, are not set forth in Schedule G. Schedule G does not include all equipment and inventory purchase orders.

Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  In addition, the omission of a contract or agreement from this Schedule does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on these Schedules as well as any contract or agreement omitted from these Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Crestline Hotels & Resorts Inc.<br>3950 University Drive<br>Suite 301<br>Fairfax, VA  22039 | Management Agreement with respect to Kyoto Grand Hotel & Gardens Dated November 30, 2007 |
| Everest IV, LLC<br>1880 Century Park East<br>Suite 810<br>Los Angeles, CA  90067 | Management Agreement re Weller Court Property |
| National Fire Insurance Co. of Hartford<br>333 S. Wabash<br>Chicago, IL  60604 | General Commercial Liability Policy<br>Building<br>Business Income<br>Business Personal<br>Property<br>Boiler & Machinery<br>Automobile Liability |
| National Union Fire Insurance Co<br>333 S. Wabash<br>Chicago, IL  60604 | Excess Liability Insurance Policy |
| American Casualty Co. of Reading PA<br>333 S. Wabash<br>Chicago, IL  60604 | Automobile Liability Insurance Policy |
| Bank of the West<br>123 Astronaut Onizuka Street<br>Suite 101<br>Los Angeles, CA  90012 | Tenant Lease |
| Young Kwan<br>dba Seven Luck Cleaner<br>123 Astronaut Onizuka Street<br>Suite 101D<br>Los Angeles, CA  90012 | Tenant Lease |
| Vantage Sports Shop<br>123 Astronaut Onizuka Street<br>Suite 102<br>Los Angeles, CA  90012 | Tenant Lease |
| Senka Corp.<br>123 Astronaut Onizuka Street<br>Suite 103<br>Los Angeles, CA  90012 | Tenant Lease |
| Marukai Corp.<br>123 Astronaut Onizuka Street<br>Suite 104-105<br>Los Angeles, CA  90012 | Tenant Lease |
| Curry House<br>123 Astronaut Onizuka Street<br>Suite 108<br>Los Angeles, CA  90012 | Tenant Lease |
| Kajima Associates, Inc.<br>123 Astronaut Onizuka Street<br>Suite 200-201<br>Los Angeles, CA  90012 | Tenant Lease |

B-1008 *Revised November 2003*
*544001v1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Transformation Community Church<br>123 Astronaut Onizuka Street<br>Suite 201A<br>Los Angeles, CA  90012 | Tenant Lease |
| RKGK, LLC<br>dba Kyo Ku Shin Karate of L.A.<br>123 Astronaut Onizuka Street<br>Suite 201C<br>Los Angeles, CA  90012 | Tenant Lease |
| Chin-Ma-Ya of Tokyo<br>123 Astronaut Onizuka Street<br>Suite 202<br>Los Angeles, CA  90012 | Tenant Lease |
| Koshiji Yakitori Restaurant<br>123 Astronaut Onizuka Street<br>Suite 203<br>Los Angeles, CA  90012 | Tenant Lease |
| Curry House<br>123 Astronaut Onizuka Street<br>Suite 204<br>Los Angeles, CA  90012 | Tenant Lease |
| Kinokunlya Bookstore<br>123 Astronaut Onizuka Street<br>Suites 205-206<br>Los Angeles, CA  90012 | Tenant Lease |
| Vantage Sports Shop<br>123 Astronaut Onizuka Street<br>Suite 206B<br>Los Angeles, CA  90012 | Tenant Lease |
| Advance Investment Group, Inc.<br>123 Astronaut Onizuka Street<br>Suite 207<br>Los Angeles, CA  90012 | Tenant Lease |
| Blue Whale Music, Inc.<br>123 Astronaut Onizuka Street<br>Suite 301<br>Los Angeles, CA  90012 | Tenant Lease |
| Orochon Ramen<br>123 Astronaut Onizuka Street<br>Suite 303<br>Los Angeles, CA  90012 | Tenant Lease |
| Hair Craft<br>123 Astronaut Onizuka Street<br>Suite 304<br>Los Angeles, CA  90012 | Tenant Lease |
| Starlight Magnex Corporation<br>123 Astronaut Onizuka Street<br>Suite 305<br>Los Angeles, CA  90012 | Tenant Lease |

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Mako Sushi<br>123 Astronaut Onizuka Street<br>Suite 307<br>Los Angeles, CA  90012 | Tenant Lease |
| Tofu Village<br>123 Astronaut Onizuka Street<br>Suite 308<br>Los Angeles, CA  90012 | Tenant Lease |
| Eiki World<br>123 Astronaut Onizuka Street<br>Suite 310<br>Los Angeles, CA  90012 | Tenant Lease |
| Senka International<br>123 Astronaut Onizuka Street<br>Suite 311<br>Los Angeles, CA  90012 | Tenant Lease |
| Relax Accupuncture Clinic<br>123 Astronaut Onizuka Street<br>Suite 313<br>Los Angeles, CA  90012 | Tenant Lease |
| Shizeki Corporation<br>123 Astronaut Onizuka Street<br>Suite 314<br>Los Angeles, CA  90012 | Tenant Lease |
| Canon Financial Services Inc.<br>14904 Collections Center Drive<br>Chicago, IL  60693 | Copier Lease |
| Mail Financial<br>DBA Neopost Leasing, Inc.<br>P.O. Box 45840<br>San Francisco, CA  91367 | Postage Meter |
| Hodes Parking Inc.<br>421 N. Rodeo Drive<br>Beverly Hills, CA  90210 | Management Agreement |
| Quikbook, Inc.<br>381 Park Avenue South<br>New York, NY | Travel Agency Agreement |
| Booking.Com<br>1017 SG Weteringschans 28<br>Amsterdam, The Netherlands | Travel Agency Agreement |
| Ambius, Inc.<br>PO Box 95409<br>Palatine, IL 60095 | Interior/exterior plant maintenance agreement |
| Gateway Security Inc.<br>604-608 Market Street<br>Newark, NJ 07105 | Outside security services agreement |
| Ibahn<br>PO Box 51259<br>Los Angeles, CA 90051 | Guest room internet service agreement |

B-1008 *Revised November 2003*
*544001v1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Kaiser Foundation Health Plan Inc.<br>File 5915<br>Los Angeles, CA 90074 | Medical health care insurance policy |
| Mitsubishi Electric & Electronics USA Inc<br>P O Box 100403<br>Pasadena, CA 91189 | Elevator maintenance agreement |
| ABM Security Services, Inc.<br>Dept. 1088-03<br>P.O. Box 61000<br>San Francisco CA  94161 | Security services agreement |
| Avalon Property Services, Inc.<br>PO Box 5342<br>Glendale, CA 91221-5342 | Cleaning & day porter services agreement |
| Commercial Waste Services, Inc.<br>PO Box 820<br>Montebello, CA  90640 | Refuse removal agreement |

# AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 0 | $Unknown | | |
| B - Personal Property | Yes | 6 | $2,003,054.18 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | $45,174,026.37 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 3 | | $11,421.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 31 | | $2,838,233.74 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | No | 0 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $ N/A |
| J - Current Expenditures of Individual Debtors(s) | No | 0 | | | $ N/A |
| TOTAL | | 51 | $2,003,054.18 | $48,023,681.11 | |

B-1008 *Revised November 2003*
*544001v1*

## **PROOF OF SERVICE**

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: **September 17, 2010** _____    **Joanne B. Stern** _____
                                                                                          Print or Type Name


_____
*Signature*


SEE ATTACHED MAILING LIST

LTP-Addendum Service List
Doc. #544033 – created 9-17-2010

First Citizens Bank & Trust
1801 Century Park East
Suite 800
Los Angeles, CA  90067

Excell Investment Group, Inc.
23586 Calabasas Road, #100
Calabasas, CA  91302

First Private Bank
520 Broadway
Santa Monica, CA  90401

Young Kwon
DBA Seven Lucky Cleaner
123 South Onizuka Street,
 Suite 101-D
Los Angeles, CA 90012

Vantage Sports Shop
123 South Onizuka Street,
 Suite 102
Los Angeles, CA 90012

Senka international, Inc.
DBS Senka Café
123 South Onizuka Street,
 Suite 103
Los Angeles, CA 90012

Marukai Corporation
1740 West Artesia Blvd.
Gardena, CA 90248

House of Foods America Corp
DBA Curry House
7351 Orangewood Avenue
Garden Grove, CA  92841

Kajima Associates,Inc.
123 South Onizuka Street,
 Suites 200-201
Los Angeles, CA 90012

Transformation Community Church
123 South Onizuka Street,
 Suite 201A
Los Angeles, CA 90012

RKGK, LLC
DBA Kyokushin Karate of L.A.
123 South Onizuka Street,
 Suite 201C
Los Angeles, CA 90012

Venture Link International
DBA Chin Ma Ya of Tokyo
11150 West Olympic Blvd.,
Suite 1080
Los Angeles, CA 90067

Nagayuki Ebata
DBA Koshiji Yakitori Restaurant
123 South Onizuka Street,
 Suite 203
Los Angeles, CA 90012

House of Foods America Corp
DBA Curry House
7351 Orangewood Avenue
Garden Grove, CA  92841

House of Foods America Corp
DBA Curry House
7351 Orangewood Avenue
Garden Grove, CA  92841

Kinikuniya Bookstores
123 South Onizuka Street,
 Suites 205-206
Los Angeles, CA 90012

Advance Investments Group, Inc.
123 South Onizuka Street,
 Suite 207
Los Angeles, CA 90012

Blue Whale Music, Inc.
123 South Onizuka Street,
 Suite 301
Los Angeles, CA 90012

Sushi Boy Inc.
123 South Onizuka Street,
 Suite 302
Los Angeles, CA 90012

Shigeki Corporation
DBA Orochon Ramen
123 South Onizuka Street,
 Suite 303
Los Angeles, CA 90012

Yuji Okamoto
DBA Haircraft
123 South Onizuka Street,
 Suite 304
Los Angeles, CA 90012

Starlight Magnex Corporation
DBA Kushi Shabu Restaurant
123 South Onizuka Street,
 Suite 305
Los Angeles, CA 90012

Mako Sushi, Inc.
123 South Onizuka Street,
 Suite 307
Los Angeles, CA 90012

Jin Sung Lee & Jae Hee Lee
DBA Tofu Village
123 South Onizuka Street,
 Suite 308
Los Angeles, CA 90012

Eiki Worlkd, Inc.
123 South Onizuka Street,
 Suite 310
Los Angeles, CA 90012

Senka International Inc.
123 South Onizuka Street,
 Suite 311-312
Los Angeles, CA 90012

Alan Yang
DBA Relax Acupuncture Clinic
123 South Onizuka Street,
 Suite 313
Los Angeles, CA 90012

Shigeki Corporation
123 South Onizuka Street,
 Suite 314
Los Angeles, CA 90012

3D Investment IV, L.P.
1880 Century Park East,
Suite 810
Los Angeles, CA 90067

AAA Southern New England Inc
110 Royal Little Drive Ste 400
Providence, RI  02904

AAA Travel Agency
450 West Stetson Avenue
Hemet, CA  92543 7045

AAA Travel Agency
600 Southwest Market Street
Portland, OR  97201 5295

Able Engineering Services
868 Folsom Street
San Francisco, CA 94107

ABM Security Services, Inc.
Dept. 1088-03
P.O. Box 61000
San Francisco CA  94161

Acco Engineered Systems
Dept 6650
Los Angeles, CA 90084

ACT-NV
American Cooling Tower
8635 West Sahara Avenue #641
Las Vegas, CA 89117

Adelman Travel Group
6980 N Port Washington Rd
FL 1
Milwaukee, WI  53217 3900

Administrative Services Coop
2129 W Rosecrans Avenue
Gardena, CA 90249

ADP Inc
P O Box 0500
Carol Stream, IL 60132

Advanced Lock & Security
430 N. Moorpark Road
Thousand Oaks, CA  91360

AGB
P O Box 890818
Temecula, CA 92589

Airgas West, Inc
4007 Paramount Blvd, Suite 100
Lakewood, CA 90712

Air Travel Services
4 Filellinon Str
Athens, Greece    105 57

Alsco-American Linen Division
900 N Highland Avenue
Los Angeles, CA 90038

Alta Dena Dairy
Dept 2363
Los Angeles, CA 90084

Ambius INC (23)
P 0 Box 95409
Palatine, IL 60095

American Express Centurion
Level 4  American Express House
12 Shelley Street
Sydney, NS  2000

American Express
Interactive Business Travel
15100 NW 67th Ave Suite 300
Miami Lakes, FL 33014

American Express Intl
5f  No 363
Fu Hsing North Road
Taipei, TW

American Express Travel
c/o ITG International
15100 NW 67th Ave Suite 300
Miami Lakes, FL  33014

American Express Travel
8415 Data Point Drive
San Antonio, TX  78229

American Express Travel
3000 Two Logan Square
Philadelphia, PA  19103

American Express Travel Related
c/oWorley Parsons
575 Dairy Ashford 12 Floor
Houston, TX  77079

American Express Travel Related
c/o Interactive SCE Suite 300
15100 Northwest 67th Avenue
Miami Lakes, FL  33014

American Express Travel Related
c/o Dell
64 Pratt Street
Hartford, CT 06103

American Express Travel Related
530 Chestnut Ridge Road
Montvale, NJ  07645

American Express Travel Related
3600 East  University Drive
Northrop Gruman Ste E1050
Phoenix, AZ  85034

American Express Travel Related
300 N La Salle Dr FL 47
Chicago, IL  60654 3406

American Express Travel Related
2761 Fruitland Avenue
Los Angeles, CA  90058

American Express Travel Related
2901 Wilcrest Dr
P TK Ste 520
Houston, TX  77042 3399

American Hotel Register Co
16458 Collections Center Drive
Chicago IL 60693

American Travel Associates
16633 Ventura Blvd  Ste 815
Encino, CA  914361845

Amex Travel Microsoft
14335 Northeast 24th Street
Building B  Suite 101A
Bellevue, WA  98007 3737

Amexco
2421 West Peoria Avenue
3rd Floor
Phoenix, AZ  85029

Ana's Gardens
Ana Sanchez
11168 Carriage Ave
Montclair, CA 91783

Antbusters Inc
Business To Business Capital
PO Box 876
Campbell, CA 95009

Apollo Business Travel
The Malthouse
Water Street
Stafford,   ST16 2AG

AquaTrol
P.O. Box 19569
Atlanta, GA  30325-0569

Associated Of Los Angeles Inc
c/o Accounting Dept
P 0 Box 3215
Ontario, CA 91761

Association of Black City Attorneys
1800 City Hall E
Los Angeles, CA 90012

AT&T
Payment Center
Sacramento, CA  95887

AT&T
PO Box 5020
Carol Stream, IL 60197

AT&T
PO Box 5095
Carol Stream, IL 60197

AT&T
Payment Center
Sacramento, CA 95887

Athens Services
P 0 Box 60009
City Of Industry, CA 91718

Audio Marketing Systems Inc
Audio Messaging Solutions, LLC
P 0 Box 890271
Charlotte, NC 28289

Axess International Network
5 20 1 Josuihoncho
Kodaira Shi
Tokyo, JP  187 0022

Azix Inc
10 W 37th Street 5th Floor
New York, NY 10018

---

B-1008 *Revised November 2003*
544001v1

Baltic Linen Company Inc
1999 Marcus Avenue Suite 300
P 0 Box 5485
Lake Success, NY 11040

BCD Travel USA LLC
1120 Avenue of the Americas
New York, NY  10036 9564

BCD Travel USA LLC
1300 E 9th St Fl 8
Cleveland, OH  44114 1501

Brown's Green Thumb, Inc.
P.O. Box 837
Manhattan Beach, CA  90266

BTI Canada
1550 Rue Metcalfe
Suite 700
Montreal, QC  H3A 1X6

Buford Productions and Travel
PO Box 93597
Las Vegas, NV  89193

Canon Financial Services Inc
14904 Collections Center Drive
Chicago, IL 60693

Capehart Cutlery
10959 Rubio Avenue
Granada Hills, CA 91344

CA Short Company
P 0 Box 890151
Charlotte, NC 28289

Carlson Wagonlit Canada
2810 Matheson Blvd East
3rd Floor
Mississauga, ON  L4W 4X7

Carlson Wagonlit Travel Inc
c/o Amazon
1200 12th Ave S Ste 200
Seattle, WA  98144 2712

Carlson Wagonlit Travel Inc
c/o Comcast
1862 Lackland Hill Pkwy
Saint Louis, MO  63146 3572

Carlson Wagonlit Travel Inc
c/o Callaway Golf
2180 Rutherford Rd Ste 2
Carlsbad, CA  92008 7328

Carlson Wagonlit Travel Inc
4055 Valley View Ln
Dallas, TX  75244

Carlson Wagonlit Travel Inc
Davis Polk & Wardell
450 Lexington Ave
New York, NY  10017 3911

Carlson Wagonlit Travel Inc
c/o Viacom
5 Independence Way
Princeton, NJ  08540 6627

Carlson Wagonlit Travel Inc
6330 Variel Avenue
Woodland Hills, CA  91367

Carlson Wagonlit Travel Inc
9333 Balboa Avenue
San Diego, CA  92123

Carlson Wagonlit Travel Inc
c/o Fedrooms
1250 Northland Drive
Mendota Heights, MN  55120

Carlson Wagonlit Travel
460 S Waverly Rd Ste 101
Holland, MI  49423

Carlson Wagonlit Travel
7000 Central Parkway
Suite  405
Atlanta, GA  30328

Carlson Wagonlit Travel
Btc Brussels
Avenue Du Boulevard 21
Bruxelles Brussel, BE  1210

Carlson Wagonlit Travel
c/o Travel Services Rm 0117 011
0118 1st Flr West Empress State
London, GB  SW6 1TR

Carlson Wagonlit Travel
The Stamp Office Level 2
10 Waterloo Place
Edinburgh, GB  EH1 3EG

Central Fulfilment Center
Ringwade 51
Nieuwegien, 3439 LM  NL

Century Rooter
1609 S. California Avenue
Monrovia, CA 91016

Chef Works Inc
12325 Kerran Street
San Diego, CA 92064

Christopherson Travel
5588 South Green Street
Salt Lake City, UT  84123

Cintas #053
7735 S Paramount Blvd
Pico Rivera, CA 90680

City Seafoods
531 Towne Avenue
Los Angeles, CA 90013

City Of Los Angeles Office Of Finance
File 56478
Los Angeles, CA 90074

City Of Los Angeles Public
Works/Sanitation
File #58689
Los Angeles, CA 90074

Coca Cola Bottling Company
Los Angeles Sales Center
PO Box 53158
Los Angeles, CA 90074

Commercial Waste Services Inc.
P.O. Box 820
Montebello, CA  90640

Conference Direct
PO Box 69777
Los Angeles, CA 90069

Convention Management Resources
33 New Montgomery Ste 1420
San Francisco, CA 94105

Corporate Travel Consultants
450 East 22nd Street
Suite 100
Lombard, IL  60148

County Of Los Angeles Public Health
License/Permit
5050 Commerce Dr Room 117
Baldwin Park, CA 91706

Courtesy Products, LLC
PO Box 17488
St. Louis, MO 63178-7488

Cox Travel
4355 River Green Pkwy
Duluth, GA  30096

Crestline Hotels & Resorts
3950 University Drive Suite 301
Fairfax, VA 22030

Cvent Inc
P O Box 822699
Philadelphia, PA 19182

CW Government Travel Inc
425 I Street Nw
Rm 6501
Washington, DC  20536

CW Government Travel Inc
4300 Wilson Blvd
Ste 500
Arlington, VA  22203 4178

CW Government Travel Inc
c/o Dept  Of Justice
5711 University Heights Blvd Suite 300
San Antonio, TX  78249

Dai Ichi International
1000 Southwest Broadway
Suite 1170
Portland, OR  97205 3063

Dependable Electric
15832 Pasadena Avenue
Tustin, CA 92780

Detection Logic
7605 N. San Fernando Road
Burbank, CA 91505

DMX Inc
P O Box 660557
Dallas, TX 75266

DOJ OBD
950 Pensylvania Avenue
Washington, DC  20530

Dunbar Armored Inc
P 0 Box 64115
Baltimore, MD 21264

Ebara Agency Co Ltd
11 1 Haneda Asahicho
Ohta Ku
Tokyo, JP 144 0042

Ecolab
P 0 Box 100512
Pasadena, CA 91189

Ecolab Equipment Care
24673 Network Place
Chicago, IL 60673

B-1008 *Revised November 2003*

544001v1

Economic Alternatives Inc
1307 W 8th Street Ste 203
Corona, CA 92882

El Orto Co Ltd
Hibiya Mitsui Bldg 8F
1 1 2 Yurakucho
Tokyo, TK 100 8440

Emergency Assistance Japan Co
KDX Koishikawa Bldg
1 21 14 Koishikawa Bunkyo Ku
Tokyo JP 112 0002

Empire Floor Machine
18333 Napa St
Northridge, CA 91325

Encore Fire Extinguisher Service Inc
1901 S Alameda Street #117
Los Angeles, CA 90058

Entertainment Software Association
575 7th Street NW Suite 300
Washington DC 20004

Entertainment Travel
15260 Ventura Blvd
Ste 1030
Sherman Oaks, CA 91403 5353

Epson Nisshin Travel Solutions (Corp)
80 Hirooka Harashinden
Shiojiri shi, NG 399 0706

Eversoft
707 W 16th Street
Long Beach, CA 90813

Excalibur Cleaners & Tailor
Young Kwon
978 S San Pedro Street
Los Angeles, CA 90021

Excalibur Printing
9255 Glenoaks Blvd
Sun Valley CA 91352

Executive Travel Associates Inc
1333 New Hampshire Avenue NW
Suite 701
Washington, DC 20036

Express Pipe & Supply Co Inc
1235 S Lewis Street
Anaheim, CA 92805

Facility Solutions Group
P O Box 952143
Dallas, TX 75395

FEDROOMS
701 Carlson Pkwy MS 8208
Minnetonka, MN 55305

Federal Express
P O Box 7221
Pasadena, CA 91109

First Cabin Holidays Inc
3939 S Sixth Street PMB 331
14333 Hill Road
Klamath Falls, OR 97603

First Private Bank And Trust
16000 Venture Blvd
Encino, CA 91436

Flue Steam Inc.
5734 Bankfield Avenue
Culver City, CA 90230

Galileo Corporate Travel
500 W Madison St
Ste 1000
Chicago, IL 60661

Galileo Corporate Travel
801 Royal Parkway
Suite 300
Nashville, TN 37214 3746

The Gas Company
P O Box C
Monterey Park, CA 91756

Gateway Security Inc
604-608 Market Street
Newark, NJ 07105

Gene V Pira
17501 Chase Street
Northridge, CA 91325

George T Hall Company Inc
P 0 Box 25269
Anaheim, CA 92825

Gerardo Robles
Expense Report
Kyoto Grand Hotel
120 S. Los Angeles Street
Los Angeles, CA 90012

GKL Corporate Search, Inc.
915 L Street, Suite 1250
Sacramento, CA 95814-3705

Global CTI Group Inc
P 0 Box 2028
Bakersfield, CA 93303

Global Hospitality Marketing
4905 34th St. South Suite 3000
St. Petersburg, FL 33711

GML Consulting, LLC
240 South Broadway Unit 6
Redondo Beach, CA 90277

Grainger
Dept 873048888
Palatine, IL 60038

The Grease Company
4020 Bandini Blvd
Vernon, CA 90058

Group Travel Associates
Attn: Benny Cukier
262 Culview Court
Simi Valley CA 93065

Hana Grafix Art Studio
8419 Orion Avenue #4
North Hills, CA  91343

Hart Photographic, Inc.
493 S Francis St
Kent, OH 44240

HD Supply Facilities Maintenance
P 0 Box 509058
San Diego, CA 92150

Heritage Food Service Equipment Inc
P 0 Box 8710
Fort Wayne, IN 46898

Hiroshi Akimoto
16111 S Dalton Ave #1
Gardena, CA 90247

H I S International Tours LA
414 East 2nd Street
Los Angeles, CA  90012

Hodes Parking
421 N Rodeo Drive
Beverly Hills, CA 90210

Hogg Robinson USA LLC
3426 Toringdon Way
Ste 400
Charlotte, NC  28277 3497

Hospitality Solutions Intl
9977 N 90th St Ste 300
Scottsdale, AZ 85258

Hotel Shilla Co Ltd
202 Jangchung Dong 2ga
Jung Gu
Seoul,   100 856

House Sanitary Supply
1603 Palma Drive
Ventura, CA  93003

Ibahn
P 0 Box 51259
Los Angeles, CA 90051

Japan Graphics
20817 Western Ave
Torrance, CA 90501

Japan Gray Line Co  Ltd
5F  Toranomon Toyo Bldg
4 2 Toranomon 1 Chome
Tokyo, TK  105 0001

Journeycorp
350 Madison Ave FL 15
New York, NY  10017 3721

JTB USA Inc
156 W 56th St Ste 301
New York, NY  10019

JTB USA Inc
810 7th Avenue 34th Floor
New York, NY  10019

JTB CWT Business Travel
3F Sakaisuji Hon Machi Centre
Bldg 1 6 Hon Machi 2 Chome
Chuo Ku Osaka Shi,   541 0053

JTB CWT Business Travel
8F Tokyo Parkside Building
8 40  Kiba 5 Chome  Koto  Ku
Tokyo, TK  135 0042

K&M Food
K & M Foodservice
2443 E 27th Street
Vernon, CA 90058

Kelly Paper
1611 E 16th Street
Los Angeles, CA 90021

Kirman Plumbing Company
794 Merchant Street
Los Angeles, CA 90021

KJM Industries, Inc
BDA/ CA Backflow Testing
26252 Sandcastle Court
San Juan Capistrano, CA 92675

The Knowland Group
PO Box 476
Lewes, DE 19958

Kobelco Business Support
1F Kobe Seiko Bldg 9 12
Kita Shinagawa 5 Chome
Shinagawa Ku,   141 8688

KTWV-FM
P.O. Box 100495
Pasadena, CA  91189

KTWV-FM
PO Box 100495
Pasadena, CA 91189

Kyoto Grand Hotel & Gardens
120 S. Los Angeles Street
Los Angeles, CA 90012

L A Department Of Water And Power
P O Box 30808
Los Angeles, CA 90030

L A Department Of Water And Power
P O Box 30808
Los Angeles, CA 90030

L A Dept of Water & Power
P.O. Box 30808
Los Angeles, CA  90030-0808

Latin Sol And Holdings S A De
Presa Salinillas No  370 702a
Colonia Irrigacion
Mexico D F , MX  11500

Lawyers Travel Service
71 5th Avenue
11th Floor
New York, NY  10003 3004

Le Chef Bakery
7547 Telegraph Road
Montebello, CA 90640

Lexyl Travel Technology
8880 Rio San Diego Dr Ste 800
San Diego, CA 92108

Life Fitness
Dept. 77-2716
Chicago, IL 60678

LOC International Inc
2760 Chemin Du Lac
Longueuil J4N1B

Lori Travel
2124 Ne 123rd St
Ste 213
North Miami, FL  33181 2939

Mailfinance Inc.
DBA Neopost Leasing
P 0 BOX 45840
San Francisco, CA 94145

Marisa DiDomenico
Expense Report
Kyoto Grand Hotel
120 S. Los Angeles Street
Los Angeles, CA 90012

Maruhana USA Corp
4578 E 49th Street
Vernon, CA 90058

Master Cooling Corp
5430 Atlantis Court
Moorpark, CA 93021-7101

Matthew Ramirez
Hotel Expense Report
Kyoto Grand Hotel
120 S. Los Angeles St.
Los Angeles, CA 90012

The Max Company
1400 Quail Street Ste 138
Newport Beach, CA 92680

McMaster Carr Supply Co
P 0 Box 7690
Chicago, IL 60680

Mechanical Alliance Inc
13908 La Forge St
Whittier, CA 90605

Micros Systems Inc
P 0 Box 23747
Baltimore, MD 21203

Milestone Internet Marketing
2620 Augustine Drive Ste 140
Santa Clara, CA 9505

Mission Beverage Co
P O Box 33256
Los Angeles, CA 90033

Mission Building Services Inc
3865 Elliotta Dr
Riverside CA 92501

Mitsubishi Electric & Electronics USA Inc
P O Box 100403
Pasadena, CA 91189

MWT Management Inc
1830 Water Pl SE Ste 100
Atlanta, GA  30339 2042

Naigai Travel Service Co
c/o Itoh   Co Ltd   4th Flr
Itoh Ho Bldg  5 1  Kita Aoyama
Tokyo, JP  107 0061

Nationwide Meetings
6186 Coral Pink Circle
Woodland Hills, CA 91367

Nestle Waters Arrowhead
P O Box 856158
Louisville, KY 40285

Network International Co Ltd
Biko Hongo 2 Bldg
3 14 15  Bunkyo
Tokyo, JP  113 0033

Nippon Express Co Ltd
1st 6th Flrs Nittsukoku
Ginza Bldg 5 2 Shimbashi
Tokyo, TK  105 0004

Noe Corp
1F 2F 3F N4F Tanaka Tamuracho
Bldg -1215 Shinbashi 2 Chome,
Minato Ku, TO  105 0004

Nor1, Inc.
Attn: Accounts Receivable
440 North Wolfe Road MS-012
Sunnyvale, CA 94085

Omega World Travel Inc
1325 G Street Northwest Suite 930
Washington, DC  20005

Omega World Travel Inc
2118 S Queen St
York, PA  17403 4869

One Safe Place
1550 Walnut Hill Lane
Irving, TX 75038

Ontario Refrigeration
635 S. Mountain Avenue
Ontario, CA 91762

Opera America
Mr. Anthony Cekay
330 7th Street, 16th Floor
New York, NY 10001

Panorama Flextronics
Ruben Dario No 1349
Local 5 Colonia Providencia
Guadalajara, MX  44630

Pasadena Baking Wholesale
70 W. Palmetto Drive
Pasadena, CA 91105

Pellegrino Travel Agency
281 Maroondah Highway
Ringwood, VI  3134

The Plumbers Warehouse
1010 E. Manchester Avenue
Los Angeles, CA 90001

PM Squared Travel Inc
1266 High Bluff Dr  Suite 399
San Diego, CA  92130

Protravel International Inc
9171 Wilshire Blvd
Beverly Hills, CA  90210 5516

Protravel The Zenith Group
10 East 53rd Street Fl 21
New York, NY  10022 5244

Quest Diagnostics
P O Box 740709
Atlanta, GA 30374

R  T  Peak Travel Group
1221 Lincoln Avenue
San Jose, CA  95125

Red Universal De Marketing Y
C Francisca Delgado 9
Madrid, ES  28109

Redcap Tour Co Ltd
17th Flr  Hana Securities Bldg
23 3 Yoido Dong
Seoul, KR  150 876

Refrigeration Supplies Distributor
26021 Atlantic Ocean Drive
Lake Forest, CA 92630

Rennies Travel (Pty) Ltd
P O  Box 5817
Rivonia, ZA  2128

Revinate, LLC
106 Lincoln Blvd. The Presidio
San Francisco, CA 94129

Road Concierge
372 Central Park West #6G
New York, NY 10025

Road Rebel
1747 Hancock Street Suite A
San Diego, CA 92101

Robert A. Lisnow,
A Professional Corporation
10866 Wilshire Boulevard
Suite 400
Los Angeles, CA  90024

Rooftek Roofing
28115 Bradley Road, Suite 1-220
Sun City, CA  92586

Room Service Amenities
1010 Campus Drive West
Morganville, NJ 07751

Royal Gourmet Foods
2876 Main Street
San Diego, CA 92113

Saflok
31750 Sherman Avenue
Madison Heights, MI 48071

Sankei Travel Service Co Ltd
2f  Nagoya Mitsui Bldg Annex
1 24 21  Meieki Minami
Nagoya, JP  450 0003

Scentair Technologies Inc
75 Remittance Dr Suite 6542
Chicago, IL 60675

Seachange Interactive Services
P O Box 846022
Boston, MA 02284

Senior Travel Counselors
553 Shirotori  Ikeda Cho
Ibi Gun
Gifu, JP  503 2413

Seven Star Realty
319 E. 2nd Street, Suite 204
Los Angeles, CA  90012

Serv-Ease Office Systems Inc
6044 San Fernando Rd
Glendale, CA 91202

SHI Corp
P 0 Box 952121
Dallas, TX 75395

Simplexgrinnell
Dept Ch 10320
Palatine, IL 60055

Sky Travel Service
244 South Oxford Avenue No 14
Los Angeles, CA  90004

Southern California Boiler
5331 Business Drive
Huntington Beach, CA 92649

Southern California Security Centers Inc
11900 South St Ste 120
Cerritos, CA 90703

Southern Wine & Spirits
File 56002
Los Angeles, CA 90074

Sparkletts
P.O. Box 660579
Dallas, TX  75266-0579

Special T Water Systems Inc
11934 Washington Blvd
Whittier, CA 90606

B-1008 *Revised November 2003*
*544001v1*

Sprint
P 0 Box 4181
Carol Stream, IL 60197

Stacy K Porras
PO Box 5028
Burbank, CA 91504

Staples Advantage
PO Box 71217
Chicago, IL  60694

State Of California Board Of Equalization
P. O. Box 942879
Sacramento, CA 94279-8006

STA Travel Inc.
750 State Highway 121 Byp Ste 250
Lewisville, TX 75067-8199

Supertravel Of Palm Beach Inc
3380 Fairlane Farms Road
Suite 7
West Palm Beach, FL  33414 8764

Swank Audio Visuals LLC
Attn: Adrienne Rose
639-E Gravois Bluffs Blvd
Fenton, MO 63026

Swiss Chalet
9455 NW 40th St Road
Miami, FL 33178

Swiss Dairy
Department #0190
Los Angeles, CA 90088

Terminal Hardware Co Inc
824 E 8th Street
Los Angeles CA 90021

The New Act Inc.
1900 Avenue of the Stars Ste 1550
Los Angeles, CA  90067

The World Travel Specialists
300 South Grand Ave,
22nd floor
Los Angeles, CA  90071

The World Travel Specialists
666 3rd Avenue,
31st Floor
New York, NY  10017

Thimesch Law Offices
Timothy S. Thimesch
158 Hilltop Crescent
Walnut Creek, CA 94597

Tiger, Inc.
1422 E. 71 Street, Suite J
Tulsa, OK 74136

TQ3 Travel Solutions
Wilhelm-Theodor-Roemhled Str. 34
Mainz, DE 55130

TQ3Navigant
20700 44th Ave W, Ste 550
Lynnwood, WA 98036-7742

TQ3Navigant
c/o Broadcom
5300 California Ave.
Irvine, CA 92617-3038

TQ3Navigant
155 Federal St.
Boston, MA 02110

Travelclick
2193 Paysphere Circle
Chicago, IL 60674

Travel Destinations Management
100 Painters Mill Road, Suite 36
Owings Mills, MD 21117-4911

Travel Leaders
1701 Ponce De Leon
Coral Gables, FL 33134

Travel Management Partners
7208 Falls of Neuse Road
Raleigh, NC 27615

Travel Pro SA
c/o RTL Group SA
45 Bld Pierre Frieden
Luxembourg, LU 2850

Travel Pros
PO Box 213GT
Anchorage Center
Grand Cayman KY

Travelcare Sports & Events
Hanover Building
Hanover Street
Manchester, GB M60 0AD

TravelWeb-comm Rates
PO Box 915204
717 N. Harwood 6th Fl
Dallas, TX 75201

Tsusho Air & Sea Service
3F Denyo Bldg. 2-8-5
Nohonbashi horidomecho
Tokyo TK 103-0012

Tzell Travel LLC
9600 SW Oak Street
Portland, OR 97223

Tzell Travel LLC
119 West 40th Street Suite 1400
New York, NY 10018

UAB Travel Center
4555 Southlake Parkway
Birmingham, AL 35244

Ultramar Travel Bureau Inc.
14 East 47th St., 5th Fl
New York, NY 10017

Unifocus Texas LP
2455 McIver Lane
Carrollton, TX 75006

UPS
PO Box 894820
Los Angeles, CA 90189-4820

USA Today
P O Box 79782
Baltimore, MD 21279

US Foodservice/Los Angeles
File #6993
Los Angeles, CA 90074

Viajes Bel-Air S.A.DE C.V.
Paseo De La Reforma No. 295
Planta Baja-Colonia Cuauhtemoc
Mexico, D.F. 6500

Viajes Y Turisom Esmeralda
Avenida 5 De Julio
Edificio Don Jose-Local 1
Puerto LaCruz/Anzoategui

VTS Travel Enterprises, Inc.
150 East 42nd Street
New York, NY 10017

Waxie Sanitary Supply
P 0 Box 81006
San Diego, CA 92138

West Central Produce Inc
2020 E 7th Place
P 0 Box 21331
Los Angeles, CA 90021

Wilmar Industries
P O Box 404284
Atlanta, GA 30384

The Women Lawyers
Association Of Los Angeles
634 S Spring Street #617
Los Angeles, CA 90014

World Joint Corporation
370 Crenshaw Drive, Ste E106
Torrance, CA 90503-1728

World Travel Inc.
11785 Beltsville Drive
Beltsville, MD 20705

Worldchoicetravel.com
PO Box 105199
Atlanta, GA 30348-5199

Worldtravel BTI
c/o Joyce Cohen
255 California Street  9th Floor
San Francisco, CA  94111

Worldtravel BTI
c/o Cyndee Simmons
500 W Madison St Ste 1200
Chicago, IL  60661 4602

Worldtravel BTI
c/o Gulfstream
30 Lummus Dr
Savannah, GA  31407

Worldtravel BTI
c/o Jacobs Engineering
1321 Murfreesboro Pike Ste 325
Nashville, TN  37217

Worldtravel BT
c/o Time Warner Cable
7820 Crescent Executive Dr
Charlotte, NC  28217

Worldtravel BTI
c/o Universal Music Group
333 N Glenoaks Blvd Ste 410
Burbank, CA  91502

Worldtravel BTI
c/o Winston and Strawn
35 West Wacker Drive
Chicago, IL  60601

W.V.T.
299 Camino Gardens Blvd
Boca Raton. FL 33434

Yamato Travel Bureau
250 East 1st Street, Suite 502
Los Angeles, CA 90012

Yee Yuen Linen Service
2575 S Normandie Avenue
Los Angeles, CA 90007

Yoshiko Ehara
Manager Expense
Kyoto Grand Hotel
120 S. Los Angeles, St
Los Angeles, CA 90012

Young's Market Company
P 0 Box 30145
Los Angeles, CA 90030

Zenith Travel Consultants
195 South Westmonte Drive
Altamonte Springs, FL 32714

Ambius,Inc.
PO Box 95409
Palatine, IL 60095

Kaiser Foundation Health Plan Inc.
File 5915
Los Angeles, CA 90074

Avalon Property Services, Inc.
PO Box 5342
Glendale, CA 91221-5342

B-1008 *Revised November 2003*
*544001v1*

Little Tokyo Partners (6325)
General Service List
Doc #542310 – Rev. 08/26/10

Little Tokyo Partners LP
1880 Century Park East Suite 810
Los Angeles, CA 90067

Office of the US Trustee
725 S Figueroa St
Suite 2600
Los Angeles, CA 90017

Frandzel Robins Bloom Csato
Peter Csato, Esq
6500 Wilshire Blvd 17th Fl.
Los Angeles, CA 90048-4920

First Citizens Bank and Trust
1801 Century Park East Suite 800
Los Angeles, CA 90067

Excell Investment Group, LLC
23586 Calabasas Rd. #100
Calabasas, CA 91302

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Counsel for the Official Committee of
Unsecured Creditors
Mette Kurth, Esq. / M. Douglas Flahaut, Esq.
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

Able Engineering Services
Contact: Jim Johnson, VP
868 Folsom Street
San Francisco, CA 94107

Waxie Sanitary Supply
Attn:  John Olea, Corp. Credit Mngr.
PO Box 81006
San Diego, CA 92138

Room Service Amenities
Attn:  Charmaine Gardner, Accounting
Administrator
1010 Campus Drive West
Morganville, NJ 07751

LA DWP
PO Box 30808
Los Angeles, CA 90030

Crestline Hotels & Resorts
Contact: Elizabeth Lieberman, Esq.
3950 University Drive Suite 301
Fairfax, VA 22030

State of California
Board of Equalization
PO Box 942870
Sacramento, CA 94279

Bank of America N.A.
Attn: Jerri Shephard
1185 Avenue of the Americas, 16th Floor
New York, NY 10035

Wells Fargo Bank, N.A.
Attn: Michael Barry
433 North Camden Drive
Beverly Hills, CA 90210

Requests for Notice:

Samuel R. Maizel, Esq.
Mary D. Lane, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Fl.
Los Angeles, CA  90067

State of California Franchise Tax Board
P.O. Box 942857
Sacramento, CA  94257-0631

B-1008 *Revised November 2003*
*544001v1*