JEFFREY C. KRAUSE (State Bar No. 94053),
jkrause@stutman.com
CHRISTINE M. PAJAK (State Bar No. 217173), and
cpajak@stutman.com
NEETA MENON (State Bar No. 254736), Members of
nmenon@stutman.com
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone:    (310) 228-5600
Telecopy:    (310) 228-5788

Reorganization Counsel for Debtor and Debtor in Possession

<u>Debtor's Mailing Address:</u>
1880 Century Park East, Suite 810
Los Angeles, CA  90067

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:10-bk-39113-BR |
| LITTLE TOKYO PARTNERS, L.P.,<br>a Delaware limited partnership,<br><br>Debtor. | Chapter 11<br><br>**NOTICE OF SUBMISSION OF APPRAISAL REPORT FOR THE WELLER COURT RETAIL CENTER**<br><br><u>Hearing</u><br><br>Date:    October 6, 2010<br>Time:    10:00 a.m.<br>Ctrm:    Courtroom 1668<br>255 E. Temple St.<br>Los Angeles, CA  90012 |

544430v.1

**TO THE HONORABLE BARRY RUSSELL; TO THE SECURED CREDITORS; THE COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE,** that Little Tokyo Partners, L.P., a Delaware limited partnership (the "Debtor") hereby submits the Appraisal Report with respect to the Weller Court Retail Center, prepared by CB Richard Ellis, Inc.(the "Weller Court Appraisal"), dated July 12, 2010.  The Weller Court Appraisal is being submitted in support of the First Amended Disclosure Statement To Accompany Debtor's Plan of Reorganization (August 31, 2010) (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE,** that a copy of the Weller Court Appraisal is attached hereto as Exhibit "A".

Dated: October 1, 2010                    /s/ Neeta Menon
                                          JEFFREY C. KRAUSE,
                                          CHRISTINE M. PAJAK, and
                                          NEETA MENON, Members of
                                          STUTMAN, TREISTER & GLATT, P.C.
                                          Reorganization Counsel for Debtor and
                                          Debtor in Possession

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT "A"</u>**

544430v.1



**WELLER COURT RETAIL CENTER**
NWC Astronaut Ellison S. Ozinuka and E. 2nd Street
Los Angeles, Los Angeles County, California 90012
CBRE File No. 10-251LA-0620

Self-Contained
Appraisal Report

Prepared For:

Mr. Mark H. Smith
**SHARMA, SMITH, & GRAY, P.C.**
9595 Wilshire Boulevard, Suite 900
Los Angeles, California  90212

VALUATION & ADVISORY SERVICES



© 2010 CB Richard Ellis, Inc.

VALUATION & ADVISORY SERVICES



355 South Grand Avenue, 12th Floor
Los Angeles, CA  90071

T  (213) 613-3176
F  (213) 613-3131

www.cbre.com

July 12, 2010


Mr. Mark H. Smith
**SHARMA, SMITH, & GRAY, P.C.**
9595 Wilshire Boulevard, Suite 900
Los Angeles, California  90212


RE:    Appraisal of *Weller Court Retail Center*
       NWC Astronaut Ellison S. Ozinuka and E. 2nd Street
       Los Angeles, Los Angeles County, California
       CBRE File No 10-251LA-0620


Dear Mr. Smith:

At your request and authorization, CB Richard Ellis (CBRE) has prepared an appraisal of the market value of the referenced property.  Our analysis is presented in the following Self-Contained Appraisal Report.

The subject property, is identified as Weller Court, consists of a three-story retail/office development located at the northwest corner of Astronaut Ellison S. Onizuka Street and E. 2nd Street in the "Little Tokyo" district within Downtown Los Angeles, California.  The subject property is immediately adjacent to The Kyoto Grand, a 21-story hotel.  Built in 1980, the existing improvements total 69,405 rentable square feet situated on a 1.22 acre site.  As of the date of value, the subject was 88.8% percent leased to 26 tenants with five vacant units. The center is anchored by Marukai Market with other notable tenants including Bank of The West and The Curry House. The majority of the remaining tenants consist of local restaurant, retail and office tenants catering to the local ethnic population. The improvements also include three levels of subterranean parking.  The subject is more fully described, legally and physically, within the enclosed report.

Based on the analysis contained in the following report, the market value of the subject is concluded as follows:

| MARKET VALUE CONCLUSION | | | |
|---|---|---|---|
| **Appraisal Premise** | **Interest Appraised** | **Date of Value** | **Value Conclusion** |
| As Is | Leased Fee Interest | June 14, 2010 | $9,800,000 |
| Compiled by CBRE | | | |

© 2010 CB Richard Ellis, Inc.

Mr. Mark H. Smith
July 12, 2010
Page 2

Data, information, and calculations leading to the value conclusion are incorporated in the report following this letter.  The report, in its entirety, including all assumptions and limiting conditions, is an integral part of, and inseparable from, this letter.

The following appraisal sets forth the most pertinent data gathered, the techniques employed, and the reasoning leading to the opinion of value.  The analyses, opinions and conclusions were developed based on, and this report has been prepared in conformance with, our interpretation of the guidelines and recommendations set forth in the Uniform Standards of Professional Appraisal Practice (USPAP), the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

The report is for the sole use of the client; however, client may provide only complete, final copies of the appraisal report in its entirety (but not component parts) to third parties who shall review such reports in connection with loan underwriting or securitization efforts. The appraiser is not required to explain or testify as to appraisal results other than to respond to the client for routine and customary questions. Please note that our consent to allow an appraisal report prepared by CBRE or portions of such report, to become part of or be referenced in any public offering, the granting of such consent will be at our sole discretion and, if given, will be on condition that we will be provided with an Indemnification Agreement and/or Non-Reliance letter, in a form and content satisfactory to us, by a party satisfactory to us. We do consent to your submission of the reports to rating agencies, loan participants or your auditors in its entirety (but not component parts) without the need to provide us with an Indemnification Agreement and/or Non-Reliance letter.

CBRE hereby expressly grants to Client the right to copy this report and distribute it to other parties in the transaction for which this report has been prepared, including employees of Client, other lenders in the transaction, and the borrower, if any.

 It has been a pleasure to assist you in this assignment.  If you have any questions concerning the analysis, or if CBRE can be of further service, please contact us.

Respectfully submitted,

CBRE - VALUATION & ADVISORY SERVICES

_____
Sean M. Crosby
Vice President
CA State Certification AG009283

Phone:   213-613-3092
Fax:      213-613-3131
Email:    sean.crosby@cbre.com

_____
Donald R.Spradlin, MAI
Senior Managing Director
California State Certification No. AG007840

Phone:    (213) 613-3654
Fax:      (213) 613-3131
Email:    donald.spradlin@cbre.com



© 2010 CB Richard Ellis, Inc.

## CERTIFICATION OF THE APPRAISAL

We certify to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial and unbiased professional analyses, opinions, and conclusions.

3. We have no present or prospective interest in or bias with respect to the property that is the subject of this report and have no personal interest in or bias with respect to the parties involved with this assignment.

4. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

5. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

6. This appraisal assignment was not based upon a requested minimum valuation, a specific valuation, or the approval of a loan.

7. Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice, as well as the requirements of the State of California.

8. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

9. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

10. As of the date of this report, Donald R.Spradlin, MAI has completed the continuing education program of the Appraisal Institute.

11. Sean M. Crosby has and Donald R.Spradlin, MAI has not made a personal inspection of the property that is the subject of this report.

12. No one provided significant real property appraisal assistance to the persons signing this report.

13. Valuation & Advisory Services operates as an independent economic entity within CBRE. Although employees of other CBRE divisions may be contacted as a part of our routine market research investigations, absolute client confidentiality and privacy were maintained at all times with regard to this assignment without conflict of interest.

14. Sean M. Crosby has and Donald R.Spradlin, MAI has not provided any real estate related services on this property in the three years prior to accepting this assignment.

Sean M. Crosby
CA State Certification AG009283

Donald R.Spradlin, MAI
California State Certification No. AG007840



© 2010 CB Richard Ellis, Inc.

WHEELER COURT RETAIL CENTER | **SUMMARY OF SALIENT FACTS**

## SUBJECT PHOTOGRAPHS



AERIAL VIEW

CBRE
CB RICHARD ELLIS

© 2010 CB Richard Ellis, Inc.



TYPICAL VIEW OF SUBJECT FROM ASTRONAUT ELLISON S. ONIZUKA STREET



TYPICAL ON SITE VIEW OF THE SUBJECT


CB RICHARD ELLIS

© 2010 CB Richard Ellis, Inc.



TYPICAL ON SITE VIEW OF THE SUBJECT



ANOTHER ON SITE VIEW OF THE SUBJECT

CBRE
CB RICHARD ELLIS

© 2010 CB Richard Ellis, Inc.



TYPICAL VIEW OF THE SUBJECT INTERIOR COURTYARD



TYPICAL VIEW OF THE SUBJECT 2ND LEVEL



© 2010 CB Richard Ellis, Inc.

FELLER STREET RETAIL CENTER | SUMMARY OF SALIENT FACTS



TYPICAL VIEW OF THE SUBJECT RESTAURANT SPACE



TYPICAL VIEW OF THE SUBJECT RESTAURANT SPACE

© 2010 CB Richard Ellis, Inc.

CBRE
CB RICHARD ELLIS

KEPLER COURT RETAIL CENTER | **SUMMARY OF SALIENT FACTS**



VIEW OF 1ST FLOOR RETAIL SPACE



TYPICAL VIEW OF THE SUBJECT RETAIL SPACE ALONG ASTRONAUT S. ONIZUKA STREET

**CBRE**
CB RICHARD ELLIS

© 2010 CB Richard Ellis, Inc.

WELLER COURT RETAIL CENTER | **SUMMARY OF SALIENT FACTS**



INTERIOR VIEW OF BOOKSTORE SPACE



TYPICAL INTERIOR VIEW OF RESTAURANT SPACE

CBRE
CB RICHARD ELLIS

© 2010 CB Richard Ellis, Inc.



INTERIOR VIEW OF KYOKUSHIN KARATE SPACE



INTERIOR VIEW OF KAJIMA ASSOCIATES, INC.


CB RICHARD ELLIS

© 2010 CB Richard Ellis, Inc.

WELLER COURT RETAIL CENTER | **SUMMARY OF SALIENT FACTS**



INTERIOR VIEW OF SENKA CAFÉ SPACE



VIEW ALONG ASTRONAUT ELLISON S. ONIZUKA STREET; SUBJECT AT RIGHT

**CBRE**
CB RICHARD ELLIS

© 2010 CB Richard Ellis, Inc.

WELLER COURT RETAIL CENTER | **SUMMARY OF SALIENT FACTS**



SOUTHEAST VIEW ALONG 2ND STREET; SUBJECT AT LEFT



NORTHWEST VIEW ALONG 2ND STREET; SUBJECT AT RIGHT



© 2010 CB Richard Ellis, Inc.

# SUMMARY OF SALIENT FACTS

| | |
|---|---|
| **Property Name** | Weller Court Retail Center |
| **Location** | NWC Astronaut Ellison S. Ozinuka and E. 2nd Street, Los Angeles, Los Angeles County, California 90012 |
| **Assessor's Parcel Numbers** | 5161-016-021 |
| | 5161-016-024 |
| **Highest and Best Use** | |
| As If Vacant | Hold for future development |
| As Improved | Retail |
| **Property Rights Appraised** | Leased Fee Interest |

| | | |
|---|---|---|
| **Land Area** | 1.22 AC | 53,134 SF |

| | | |
|---|---|---|
| **Improvements** | | |
| Property Type | Retail | (Neighborhood/Community Center) |
| Number of Buildings | 1 | |
| Number of Stories | 3 | |
| Gross Leasable Area | 69,405 SF | |
| Year Built | 1980 | |
| Condition | Average | |
| **Major Tenants** | | |
| Marukai Market | 11,663 SF | |
| Kinokuniya Bookstore | 7,582 SF | |
| **Estimated Exposure Time** | 12 Months | |
| **Financial Indicators** | | |
| Current Occupancy | 88.8% | |
| Stabilized Occupancy | 91.0% | |
| Stabilized Credit Loss | 1.0% | |
| Overall Capitalization Rate | 9.00% | |
| Discount Rate | 11.00% | |
| Terminal Capitalization Rate | 9.50% | |

| **Pro Forma Operating Data (Market Proforma)** | *Total* | *Per SF* |
|---|---|---|
| Effective Gross Income | $1,955,216 | $28.17 |
| Operating Expenses | $1,021,745 | $14.72 |
| Expense Ratio | 52.26% | |
| Net Operating Income | $933,471 | $13.45 |

| **VALUATION** | *Total* | *Per SF* |
|---|---|---|
| Sales Comparison Approach | $10,000,000 | $144.08 |
| Income Capitalization Approach | $9,800,000 | $141.20 |

| CONCLUDED MARKET VALUE | | | |
|---|---|---|---|
| **Appraisal Premise** | **Interest Appraised** | **Date of Value** | **Value** |
| As Is | Leased Fee Interest | June 14, 2010 | $9,800,000 |

Compiled by CBRE



© 2010 CB Richard Ellis, Inc.

PELLER COURT RETAIL CENTER | **SUMMARY OF SALIENT FACTS**

## EXTRAORDINARY ASSUMPTIONS AND HYPOTHETICAL CONDITIONS

- We have applied deduction for short term deferred maintenance of $1.2 million based on a provided Property Condition Report prepared by Partner REI, Inc. Should any inaccuracies exist, we reserve the right to amend our conclusions contained herein.

- As of the date of value, the subject property was 88.8% leased. We have concluded stabilized occupancy to be 90 percent, inclusive of collection loss risk. Consequently, we have concluded that the subject's current occupancy to be essentially stabilized for As Is valuation purposes.

- As of the date of value, a number of the subject tenants are either paying rent late, are in lease default, or requesting lease modifications. As outlined in the discounted analysis section of the Income Capitalization Approach section to this report, we have made specific assumptions in relation to such tenants and their lease agreements based on information provided by ownership. Should any inaccuracies exist, we reserve the right to amend our conclusions contained herein.



© 2010 CB Richard Ellis, Inc.

# TABLE OF CONTENTS

CERTIFICATION OF THE APPRAISAL.................................................................i

SUBJECT PHOTOGRAPHS ............................................................................ii

SUMMARY OF SALIENT FACTS..................................................................... xii

TABLE OF CONTENTS...................................................................................xiv

INTRODUCTION ........................................................................................... 1

AREA ANALYSIS ............................................................................................ 6

NEIGHBORHOOD ANALYSIS ...................................................................... 21

MARKET ANALYSIS ...................................................................................... 55

SITE ANALYSIS ............................................................................................. 77

IMPROVEMENTS ANALYSIS.......................................................................... 84

ZONING ....................................................................................................... 89

HIGHEST AND BEST USE ............................................................................. 91

APPRAISAL METHODOLOGY ....................................................................... 94

SALES COMPARISON APPROACH................................................................ 97

INCOME CAPITALIZATION APPROACH...................................................... 102

RECONCILIATION OF VALUE ..................................................................... 133

ASSUMPTIONS AND LIMITING CONDITIONS ........................................... 134

ADDENDA
A   Glossary of Terms
B   Improved Sale Data Sheets
C   Rent Comparable Data Sheets
D   Operating Data
E   ARGUS Supporting Schedules
F   Legal Description
G   Précis METRO Report - Economy.com, Inc.
H   Required Client Information
I    Qualifications



© 2010 CB Richard Ellis, Inc.

# INTRODUCTION

## PROPERTY IDENTIFICATION

The subject property, is identified as Weller Court, consists of a three-story retail/office development located at the northwest corner of Astronaut Ellison S. Onizuka Street and E. 2nd Street in the "Little Tokyo" district within Downtown Los Angeles, California.  The subject property is immediately adjacent to The Kyoto, a 21-story hotel.  Built in 1980, the existing improvements total 69,405 rentable square feet situated on a 1.22 acre site.  As of the date of value, the subject was 88.8% percent leased to 26 tenants with five vacant units. The center is anchored by Marukai Market with other notable tenants including Bank of The West and The Curry House. The majority of the remaining tenants consist of local restaurant, retail and office tenants catering to the local ethnic population. The improvements also include three levels of subterranean parking.  The subject is more fully described, legally and physically, within the enclosed report.

## OWNERSHIP AND PROPERTY HISTORY

Title to the property is currently vested in the name of Little Tokyo Partners, who acquired title to the property in August 2007, as recorded in the Los Angeles County Deed Records. The seller was East West Development Corporation. Public documenation stipulated a purchase price for the subject and adjacent New Otani Hotel for $54,000,000. In addition, the buyer was responsible for $1,000,000 in brokerage commissions.  The subject property was not formally on the market for sale.  There was no allocation in the price between the subject and New Otani properties.  However, in the agreement for the brokerage commissions, 25 percent of the commissions are allocated to the subject property (implying a price of $13,500,000 for the subject.

To the best of our knowledge, there have been no other ownership transfers of the property during the previous three years other than what was previously mentioned.

## PREMISE OF THE APPRAISAL/RELEVANT DATES

The following table illustrates the various dates associated with the valuation of the subject and the valuation premise(s):

| PREMISE OF THE APPRAISAL | | |
|---|---|---|
| Item | Date | Interest Appraised |
| Date of Report: | July 12, 2010 | |
| Date of Inspection: | June 14, 2010 | |
| Date of Value As Is: | June 14, 2010 | Leased Fee Interest |
| Compiled by CBRE | | |



© 2010 CB Richard Ellis, Inc.

## PURPOSE OF THE APPRAISAL

The purpose of this appraisal is to estimate the market value of the subject property. The current economic definition of market value agreed upon by agencies that regulate federal financial institutions in the U.S. (and used herein) is as follows:

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;
2. both parties are well informed or well advised, and acting in what they consider their own best interests;
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. [1]

## TERMS AND DEFINITIONS

The Glossary of Terms in the Addenda provides definitions for additional terms that are, and may be used in this appraisal.

## SCOPE OF WORK

The scope of the assignment relates to the extent and manner in which research is conducted, data is gathered and analysis is applied, all based upon the following problem-identifying factors stated elsewhere in this report:

- Client
- Intended use
- Intended user
- Type of opinion
- Effective date of opinion
- Relevant characteristics about the subject
- Assignment conditions

This appraisal of the subject has been presented in the form of a Self-Contained Appraisal Report, which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(a) of USPAP. That is, this report incorporates, to the fullest extent possible, practical explanation of the

---

[1] Office of Comptroller of the Currency (OCC), 12 CFR Part 34, Subpart C – Appraisals, 34.42 (g); Office of Thrift Supervision (OTS), 12 CFR 564.2 (g); Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 4th ed. (Chicago: Appraisal Institute, 2002), 177-178. This is also compatible with the RTC, FDIC, FRS and NCUA definitions of market value as well as the example referenced in the *Uniform Standards of Professional Appraisal Practice (USPAP)*.



© 2010 CB Richard Ellis, Inc.

data, reasoning and analysis that were used to develop the opinion of value. This report also includes thorough descriptions of the subject and the market for the property type. CBRE completed the following steps for this assignment:

### Extent to Which the Property is Identified

CBRE collected the relevant information about the subject from the owner (or representatives), public records and through an inspection of the subject property. The property was legally identified through the following sources:

- postal address
- assessor's records
- legal description
- title report

Economic characteristics of the subject were identified via:

- analysis of leases and/or lease briefs between the lessor and lessee
- recent rent roll
- historical operating statements

### Extent to Which the Property is Inspected

CBRE inspected both the interior and exterior of the subject, as well as its surrounding environs on the effective date of appraisal.

Additional physical information regarding the subject was obtained from the following sources:

- county assessor's records
- a previous appraisal dated August 2007 and prepared by CBRE.

### Type and Extent of the Data Researched

CBRE reviewed the micro and/or macro market environments with respect to physical and economic factors relevant to the valuation process. This process included interviews with regional and/or local market participants, available published data, and other various resources. CBRE also conducted regional and/or local research with respect to the following:

- applicable tax data
- zoning requirements
- flood zone status
- demographics
- income and expense data
- comparable data

### Type and Extent of Analysis Applied

CBRE analyzed the data gathered through the use of appropriate and accepted appraisal methodology to arrive at a probable value indication via each applicable approach to value. The steps required to complete each approach are discussed in the methodology section. CBRE then



© 2010 CB Richard Ellis, Inc.

correlated and reconciled the results into a reasonable and defensible value conclusion, as defined herein.  A reasonable exposure time associated with the value estimate presented has also been considered.

## EXPOSURE/MARKETING TIME

Current appraisal guidelines require an estimate of a reasonable time period in which the subject could be brought to market and sold.  This reasonable time frame can either be examined historically or prospectively.  In a historical analysis, this is referred to as exposure time.  Exposure time always precedes the date of value, with the underlying premise being the time a property would have been on the market prior to the date of value, such that it would sell at its appraised value as of the date of value.  On a prospective basis, the term marketing time is most often used.  The exposure/marketing time is a function of price, time, and use.  It is not an isolated estimate of time alone.  In consideration of these factors, we have analyzed the following:

- exposure periods for comparable sales used in this appraisal;
- exposure/marketing time information from the CBRE *National Investor Survey* and the *Korpacz Real Estate Investor Survey;* and
- the opinions of market participants.

The following table presents the information derived from these sources.

| EXPOSURE/MARKETING TIME INFORMATION | | |
|---|---|---|
| | Exposure/Mktg. (Months) | |
| Investment Type | Range | Average |
| **Comparable Sales Data** | 3.0  -  9.0 | 6.0 |
| *CBRE Neighborhood Centers* | | |
| Class A | 3.0  -  9.0 | 5.9 |
| Class B | 3.0  -  12.0 | 6.4 |
| Class C | 4.0  -  24.0 | 9.0 |
| *CBRE Strip Centers* | | |
| Class A | 4.0  -  12.0 | 6.6 |
| Class B | 4.0  -  9.0 | 6.4 |
| Class C | 4.0  -  12.0 | 7.3 |
| *Korpacz Strip Shopping Center* | | |
| National Data | 2.0  -  18.0 | 8.6 |
| **Local Market Professionals** | 6.0  -  12.0 | 9.0 |
| **CBRE Exposure Time Estimate** | **12 Months** | |
| Source:  CBRE National Investor Survey & Korpacz Real Estate Investor Survey | | |

CBRE has concluded an exposure/marketing time of 12 months to be reasonable for the subject based upon its physical, locational and tenant/income characteristics.



© 2010 CB Richard Ellis, Inc.

This exposure/marketing time reflects current economic conditions, current real estate investment market conditions, the terms and availability of financing for real estate acquisitions, and property and market-specific factors.   It assumes that the subject is (or has been) actively and professionally marketed.  The marketing/exposure time would apply to all valuation premises included in this report..



© 2010 CB Richard Ellis, Inc.

## AREA ANALYSIS



The Los Angeles County regional analysis addresses past and probable future trends which may affect the economic structure of the real estate market. It focuses on discernible social, economic, governmental, and environmental forces which influence the value of the subject. The subject location is shown on the map exhibit.

## MOODYS ECONOMY.COM TRENDS

Economy.com provides the following Los Angeles area economic summary as of April 2010.  The full Economy.com report is presented in the addenda.

| 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | INDICATORS | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 374.2 | 391.8 | 402.7 | 414.2 | 420.6 | 425.0 | 407.8 | Gross metro product (C$B) | 417.2 | 433.1 | 457.4 | 472.6 | 481.4 |
| 2.6 | 4.7 | 2.8 | 2.9 | 1.5 | 1.1 | -4.1 | % change | 2.3 | 3.8 | 5.6 | 3.3 | 1.8 |
| 3,982.9 | 3,996.3 | 4,023.7 | 4,091.9 | 4,121.5 | 4,070.5 | 3,831.5 | Total employment (000) | 3,776.5 | 3,827.4 | 3,951.4 | 4,060.8 | 4,104.2 |
| -1.1 | 0.3 | 0.7 | 1.7 | 0.7 | -1.2 | -5.9 | % change | -1.4 | 1.3 | 3.2 | 2.8 | 1.1 |
| 7.0 | 6.5 | 5.3 | 4.8 | 5.1 | 7.5 | 11.6 | Unemployment rate | 12.6 | 12.1 | 9.4 | 6.4 | 4.7 |
| 3.4 | 4.7 | 5.7 | 8.0 | 4.7 | 2.3 | -2.5 | Personal income growth | 2.1 | 3.9 | 5.7 | 6.2 | 4.9 |
| 9,777.3 | 9,808.5 | 9,803.9 | 9,760.6 | 9,734.7 | 9,779.3 | 9,848.0 | Population (000) | 9,940.8 | 10,053.0 | 10,158.7 | 10,260.7 | 10,356.0 |
| 10,326 | 12,763 | 12,523 | 9,942 | 7,102 | 3,249 | 2,062 | Single-family permits | 2,404 | 3,400 | 5,636 | 6,672 | 7,531 |
| 10,577 | 13,766 | 10,975 | 15,260 | 12,142 | 8,561 | 3,126 | Multifamily permits | 1,895 | 5,307 | 6,509 | 8,481 | |
| 303.3 | 380.6 | 471.9 | 535.1 | 531.5 | 365.5 | 283.1 | Existing-home price ($ths) | 254.2 | 258.7 | 278.1 | 295.2 | 308.8 |
| 225,249 | 180,917 | 188,430 | 174,537 | 141,977 | 78,816 | 97,343 | Mortgage originations ($mil) | 91,485 | 73,761 | 65,120 | 72,500 | 79,157 |
| -24.2 | -48.6 | -88.6 | -128.1 | -121.6 | -48.8 | -18.1 | Net migration (000) | 5.0 | 21.4 | 12.2 | 6.1 | -2.7 |
| 41,983 | 33,796 | 48,681 | 9,320 | 16,733 | 31,524 | 51,667 | Personal bankruptcies | 68,965 | 88,402 | 86,926 | 69,382 | 62,147 |



© 2010 CB Richard Ellis, Inc.

## Recent Performance

Los Angeles is emerging from its deep recession, strengthened by rising international trade and improvements in the entertainment industry and business services such as advertising. Job losses and the rise in the unemployment rate have both subsided in recent months, and a recent rise in the labor force indicates improving optimism among job seekers. The job market, however, remains weighed down by lingering weakness in construction and local government. The housing market has begun to cool since the surge of sales and prices in late 2009, although indicators are above the lows reached at the depth of the recession. Multiple links to the recovering U.S. economy through trade and consumption will support the local economy in the coming year.

### Trade

Revival of trade flows through the area—imports in particular—will fuel its recovery in the near term. Inbound container traffic through local ports lagged outbound container traffic in the second half of 2009, but improved in early 2010. Expectations of increased imports and a stronger holiday shopping season in 2010 as a result of the improving U.S. economy bode well for rising inbound container traffic, which makes up nearly two-thirds of all loaded containers handled at the ports. Recovery in transportation and warehousing employment will lag improving trade flows, however. Shippers and distribution centers servicing the ports are operating with underutilized capacity and will not hire substantially until 2011.

### Entertainment

Improving U.S. economic conditions will also fuel recovery in Los Angeles's sizable entertainment industry in 2010. On-location film shoots increased 18% in the first quarter of 2010, according to FilmL.A., Inc., led largely by production of commercials for autos and other consumer goods. The outlook for the production of traditional television programs also is improving despite the shift toward less costly reality and live programs of recent years. The production of pilot television programs increased by more than 40% in the first quarter of 2010—increasing demand for actors, production services companies, caterers, and other service providers that benefit from on-location productions .

### Housing

The Los Angeles housing market will weaken slightly in 2010 following the improvements of last year. The median sales price of single-family homes edged down slightly in the first quarter of this year, according to the California Association of Realtors, amid the declining impact of the soon-to-expire federal tax credit for homebuyers. House prices are projected to decline an additional 9% by the end of the year as delinquencies held up by mortgage modification efforts transition to foreclosure, leading to more distress house sales.

The recent passage of new state tax credits for existing- and new-house purchases and an expanding federal mortgage modification program offer some upside potential for greater price stability.  An earlier state tax credit for new-house purchases was popular and helped to reduce inventories of unsold new homes.



© 2010 CB Richard Ellis, Inc.

*Conclusion*

Los Angeles' economic recovery will accelerate moderately this year before picking up strength in 2011. The unemployment rate will increase further, passing 12.5% before edging down by the end of this year. The entertainment industry and international trade will continue to contribute to growth. Rising U.S. consumer sentiment and economic expansion in Asia will lead to improvements in travel and tourism as well. However, high costs and net domestic out-migration will dampen job and output growth over the long run, making LOS a below-average performer.

## SOCIAL FORCES

Historical and projected population growth for Los Angeles County, the Southern California Region (defined as Los Angeles, Orange, Riverside, San Bernardino, Ventura and San Diego counties), and the State of California is presented in the following chart.

| SELECTED NEIGHBORHOOD DEMOGRAPHICS | | | |
|---|---|---|---|
| **CHARACTERISTIC** | **Los Angeles County** | **Southern California** | **State of California** |
| Population | | | |
| 2014 Population | 10,654,722 | 22,814,853 | 40,145,714 |
| 2009 Population | 10,154,857 | 21,323,606 | 37,559,728 |
| 2000 Population | 9,519,338 | 19,187,478 | 33,871,648 |
| 1990 Population | 8,863,128 | 17,029,545 | 29,760,021 |
| Growth 2009 - 2014 | 0.97% | 1.36% | 1.34% |
| Growth 2000 - 2009 | 0.72% | 1.18% | 1.15% |
| Growth 1990 - 2000 | 0.72% | 1.20% | 1.30% |
| Households | | | |
| 2014 Households | 3,436,457 | 7,362,766 | 13,342,716 |
| 2009 Households | 3,291,970 | 6,925,125 | 12,553,966 |
| 2000 Households | 3,133,774 | 6,341,784 | 11,502,870 |
| 1990 Households | 2,989,542 | 5,788,123 | 10,381,206 |
| Growth 2009 - 2014 | 0.86% | 1.23% | 1.23% |
| Growth 2000 - 2009 | 0.55% | 0.98% | 0.98% |
| Growth 1990 - 2000 | 0.47% | 0.92% | 1.03% |
| 2009 Median Household Income | $53,642 | $59,125 | $60,212 |
| 2009 Estimated Average Household Income | $77,484 | $81,522 | $72,614 |
| 2009 Estimated Per Capita Income | $25,399 | $26,814 | $26,502 |
| 2009 Median Value of all Owner-Occ HUs | $467,274 | $416,327 | $398,307 |
| Age 25+ College Graduates - 2009 | 1,462,389 | 2,984,036 | 5,669,966 |
| Age 25+ Percent College Graduates - 2009 | 22.6% | 22.1% | 23.5% |
| Source:  CBRE | | | |



© 2010 CB Richard Ellis, Inc.

Population growth rates in Los Angeles County are lower than the Southern California and statewide figures as the generally built-out nature of the region restricts new housing construction and associated population growth. Los Angeles County median household income and median per capita income are moderately lower than the regional and state-wide figures. The 2009 median home value of owner-occupied units is higher.

*Education*

The six-county Southern California region is a major center for higher education. Facilities include four University of California campuses (Los Angeles, Irvine, San Diego and Riverside), ten California State University campuses, and numerous nationally recognized private universities and colleges (including the California Institute of Technology, which was rated the No. 4 university in the United States by U.S. News and World Report for 2010). The largest private institution is the University of Southern California.

## ECONOMIC FORCES

Los Angeles County is a mature economic district with a diverse base. The International Monetary Fund reported in October 2009 that the Los Angeles County economy was the 19th largest in the world based on gross regional product.   A discussion of employment trends, industry employment levels, and short-term projections are presented on the following pages.

### *Outlook for Los Angeles County Economy*

Based on the *2010-2011 Economic Forecast & Industrial Outlook* for Los Angeles County published the Los Angeles Economic Development Corporation ("LAEDC"), the regional economy endured a steep downward trend in 2009. However, their forecast calls for a gradual economic improvement during 2010 and 2011.

The Los Angeles County economy is driven in large part by factors affecting the larger statewide economy. According to the LAEDC report, the California economy continued to weaken in 2009, as problems that originated in housing and mortgage finance during 2007/2008 spread to the rest of the economy. Issues of particular concern for the California economy according to the LAEDC report are:

- The ongoing state budget crisis. As revenues continue to shrink, the state government's deficit problems simply refuses to go away. It is expected that government spending and public employment at all levels will have to come down in 2010 and 2011.

- The fact that the statewide water supply continues to be at historically low levels. Many areas in the state are facing restrictions on water use, as water levels in the state's reservoirs have fallen well below average.



© 2010 CB Richard Ellis, Inc.

Positive forces for the Los Angeles County economy through 2010 and 2011 are reported by LAEDC as including:

- The healthcare services sector should hold its own in 2010, driven in part by the recent or planned opening of several new or renovated hospitals. Several hospitals in the county are engaged in building programs to meet stricter earthquake standards and to accommodate new patient handling techniques.

- Private education is another sector that grows even in difficult economic times. Let by topnotch universities, this sector also includes private K-12 schools and job training institutions that attract workers and the unemployed seeking training for better jobs.

- Major construction projects will provide more support in 2010, with a significant boost coming from the federal government's infrastructure program. In addition, several terminal expansion projects are underway at the Ports of Los Angeles and Long Beach, along with the Bradley International terminal expansion at Los Angeles International Airport (LAX), plus highway and transit projects funded in whole or in part by Measure R, the county's new half-cent sales tax.

- International trade is turning up after a sharp decline. A modest recovery in activity is expected in 2010 with more coming in 2011.

- Tourism will turn around in 2010 after sliding in 2009. Again, improvements will be more noticeable in 2011.

- Retail sales were hit hard by the 2008/2009 recession. Businesses and residents of Los Angeles County should feel more confident about their prospects later in 2010, which would have a positive impact on retail sales.

- The tourism sector got off to a solid start in early 2010 with the Rose Bowl college football game followed by the Bowl Championship Series college football national title game both held in Pasadena in early January. The mid-February 2010 opening of the JW Marriott hotel at LA Live is expected to have a positive impact on convention center attendance, as will the anticipated opening of the Ritz-Carlton Hotel at LA Live in late March 2010. Moreover, the LAEDC report indicates that the weak U.S. dollar should help the region's tourism business in 2010.

Negative forces for the Los Angeles County economy through 2010 and 2011 are indicated by LAEDC as including:

- The nonresidential real estate sector will continue to struggle with rising vacancies, declining rents, and falling property values in 2010. With very little project finance available,



© 2010 CB Richard Ellis, Inc.

nonresidential construction activity will come close to stalling out. More commercial properties could go into foreclosure.

- Local government finance will be a continuing concern, as the decline in home values, the slump in retail sales, and the state's budget problems all have hurt municipal and county budgets. More staff layoffs and service cuts are looming.

- Construction of apartments and condominiums will decline in 2010, reflecting higher rental vacancies and a lack of funding.

- Manufacturing employment will continue to decrease mostly reflecting the problems in construction and housing.

### *Employment and Unemployment Trends*

A summary of historical and projected non-farm employment trends is shown in the following chart. This information is based on the *2010-2011 Economic Forecast & Industry Outlook* published by the Los Angeles County Economic Development Corporation (LAEDC) in February 2010.



© 2010 CB Richard Ellis, Inc.

### HISTORICAL AND PROJECTED EMPLOYMENT AND UNEMPLOYMENT TRENDS

| Year | State of California | | | Los Angeles County | | | Los Angeles Relative Growth |
| | Employment (000s) | Annual Percent Change | Unemployment Rate | Employment (000s) | Annual Percent Change | Unemployment Rate | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1990 | 12,499.8 | -- | 5.8% | 4,135.7 | -- | 5.8% | -- |
| 1991 | 12,358.9 | -1.1% | 7.8% | 3,982.7 | -3.7% | 8.0% | -2.6% |
| 1992 | 12,153.5 | -1.7% | 9.4% | 3,804.5 | -4.5% | 9.9% | -2.8% |
| 1993 | 12,045.4 | -0.9% | 9.5% | 3,707.6 | -2.5% | 10.0% | -1.7% |
| 1994 | 12,159.5 | 0.9% | 8.6% | 3,701.9 | -0.2% | 9.3% | -1.1% |
| 1995 | 12,422.0 | 2.2% | 7.9% | 3,746.6 | 1.2% | 8.0% | -1.0% |
| 1996 | 12,743.4 | 2.6% | 7.3% | 3,788.5 | 1.1% | 8.3% | -1.5% |
| 1997 | 13,129.7 | 3.0% | 6.4% | 3,865.0 | 2.0% | 6.9% | -1.0% |
| 1998 | 13,596.1 | 3.6% | 6.0% | 3,943.5 | 2.0% | 6.6% | -1.5% |
| 1999 | 13,991.8 | 2.9% | 5.3% | 4,002.9 | 1.5% | 5.9% | -1.4% |
| 2000 | 14,487.8 | 3.5% | 4.9% | 4,072.1 | 1.7% | 5.4% | -1.8% |
| 2001 | 14,602.6 | 0.8% | 5.4% | 4,073.6 | 0.0% | 5.6% | -0.8% |
| 2002 | 14,457.0 | -1.0% | 6.7% | 4,026.8 | -1.1% | 6.8% | -0.2% |
| 2003 | 14,373.1 | -0.6% | 6.9% | 3,982.9 | -1.1% | 7.0% | -0.5% |
| 2004 | 14,532.1 | 1.1% | 6.3% | 3,996.5 | 0.3% | 6.5% | -0.8% |
| 2005 | 14,800.7 | 1.8% | 5.4% | 4,024.2 | 0.7% | 5.4% | -1.2% |
| 2006 | 15,059.8 | 1.8% | 4.9% | 4,092.5 | 1.7% | 4.8% | -0.1% |
| 2007 | 15,173.5 | 0.8% | 5.4% | 4,122.1 | 0.7% | 5.1% | 0.0% |
| 2008 | 14,994.1 | -1.2% | 7.2% | 4,069.3 | -1.3% | 7.5% | -0.1% |
| 2009 | 14,325.3 | -4.5% | 11.7% | 3,914.9 | -3.8% | 11.7% | 0.7% |
| 2010p | 14,205.0 | -0.8% | 12.3% | 3,895.0 | -0.5% | 12.4% | 0.3% |
| 2011f | 14,350.0 | 1.0% | 12.0% | 3,935.0 | 1.0% | 12.0% | 0.0% |

Source: Los Angeles Economic Development Corporation ("p" = projecteed; "f" = forecast)

As shown, job growth in California turned negative in 2008 and the rate of employment decline increased in 2009. However, LAEDC projects that statewide employment will bottom out in 2010 and then recover modestly in 2011. The unemployment rate will peak at 12.3% at year-end 2010.

Generally, employment growth trends in Los Angeles County parallel the state. Los Angeles County recorded its most significant one-year decline in employment since 1992, with a 3.8% decline in 2009. The downturn in employment for Los Angeles County is expected to moderate in 2010, with a modest recovery projected for 2011.

The unemployment rates for the California and Los Angeles County were each 11.7% at year-end 2009, both increased sharply from their respective low points of 5.4% recorded in 2006.

### Employment by Industry

The overall employment levels by major industry are presented in the following chart.



© 2010 CB Richard Ellis, Inc.

## LOS ANGELES COUNTY NON-FARM EMPLOYMENT BY INDUSTRY

| Industry | 1990 Employment | Percent of Total | 2000 Employment | Percent of Total | 2009 Employment | Percent of Total |
|---|---|---|---|---|---|---|
| Natural Resources | 8,200 | 0.2% | 3,400 | 0.1% | 3,900 | 0.1% |
| Construction | 145,100 | 3.5% | 131,700 | 3.2% | 105,800 | 2.8% |
| Manufacturing* | 812,000 | 19.6% | 612,200 | 15.0% | 374,500 | 9.8% |
|     Durable Goods | 533,200 | 12.9% | 342,300 | 8.4% | 208,000 | 5.5% |
|     Non-durable Goods | 278,800 | 6.7% | 269,900 | 6.6% | 166,500 | 4.4% |
| Trade, Trans. & Utilities* | 794,900 | 19.2% | 786,000 | 19.3% | 745,800 | 19.6% |
|     Wholesale Trade | 228,300 | 5.5% | 219,400 | 5.4% | 199,100 | 5.2% |
|     Retail Trade | 405,500 | 9.8% | 392,000 | 9.6% | 396,300 | 10.4% |
|     Transportation & Utilities | 161,000 | 3.9% | 174,600 | 4.3% | 150,400 | 4.0% |
| Information | 186,200 | 4.5% | 243,700 | 6.0% | 200,700 | 5.3% |
| Financial Activities | 279,900 | 6.8% | 224,500 | 5.5% | 217,200 | 5.7% |
| Professional and Business Svcs. | 541,600 | 13.1% | 587,900 | 14.4% | 524,000 | 13.8% |
| Educational & Health Services | 384,700 | 9.3% | 416,800 | 10.2% | 524,000 | 13.8% |
| Leisure & Hospitality | 306,700 | 7.4% | 344,700 | 8.5% | 377,700 | 9.9% |
| Other Services | 136,700 | 3.3% | 140,000 | 3.4% | 134,800 | 3.5% |
| Government | 539,800 | 13.1% | 581,300 | 14.3% | 593,700 | 15.6% |
| **Total** | **4,135,700** | **100.0%** | **4,072,200** | **100.0%** | **3,802,100** | **100.0%** |

Source: State of California Employment Development Department

The employment trends chart indicates: 1) the Manufacturing sector has declined significantly over the past 19 years, with total employment 53.9% lower in 2009 than 1990; 2) the Government sector posted generally upward trending growth from 1990 to 2009, and now comprises 15.67% of the countywide employment base; 3) the Educational & Health Services sector recorded generally steady growth from 1990 to 2009 and now comprises 13.8% of the countywide employment base; and 4) the Leisure & Hospitality sector showed generally positive growth from 1990 to 2009, with a 23.2% increase in employment.

### *Employment by Industry – Comparison to the State*

The following table presents employment figures for California and Los Angeles County as a percentage of employees in specific sectors of the economy, as well as an industry penetration comparison.



© 2010 CB Richard Ellis, Inc.

## NON-FARM EMPLOYMENT BY INDUSTRY
## LOS ANGELES COUNTY VS. CALIFORNIA

| | Los Angeles County | | State of California | | Los Angeles | |
| | 2009 Total | Percent of Total | 2009 Total | Percent of Total | County Percent of State | Industry Penetration |
|---|---|---|---|---|---|---|
| Natural Resources | 3,900 | 0.1% | 24,000 | 0.2% | 16.3% | 59.5% |
| Construction | 105,800 | 2.8% | 564,500 | 4.1% | 18.7% | 68.7% |
| Manufacturing* | 374,500 | 9.8% | 1,230,600 | 8.8% | 30.4% | 111.5% |
| Durable Goods | 208,000 | 5.5% | 770,700 | 5.5% | 27.0% | 98.9% |
| Non-durable Goods | 166,500 | 4.4% | 459,900 | 3.3% | 36.2% | 132.6% |
| Trade, Trans. & Utilities* | 745,800 | 19.6% | 2,651,500 | 19.0% | 28.1% | 103.0% |
| Wholesale Trade | 199,100 | 5.2% | 624,000 | 4.5% | 31.9% | 116.9% |
| Retail Trade | 396,300 | 10.4% | 1,554,400 | 11.2% | 25.5% | 93.4% |
| Transportation & Utilities | 150,400 | 4.0% | 473,100 | 3.4% | 31.8% | 116.5% |
| Information | 200,700 | 5.3% | 449,500 | 3.2% | 44.6% | 163.6% |
| Financial Activities | 217,200 | 5.7% | 785,200 | 5.6% | 27.7% | 101.3% |
| Professional and Business Svcs. | 524,000 | 13.8% | 2,037,100 | 14.6% | 25.7% | 94.2% |
| Educational & Health Services | 524,000 | 13.8% | 1,763,300 | 12.7% | 29.7% | 108.9% |
| Leisure & Hospitality | 377,700 | 9.9% | 1,467,800 | 10.5% | 25.7% | 94.3% |
| Other Services | 134,800 | 3.5% | 467,800 | 3.4% | 28.8% | 105.6% |
| Government | 593,700 | 15.6% | 2,487,000 | 17.9% | 23.9% | 87.5% |
| Total | 3,802,100 | 100.0% | 13,928,300 | 100.0% | 27.3% | 100.0% |

* The indented items are subcategories of the non-indented industry.
The 2009 figures are for the month of December 2009, not the monthly average for the 12 months of 2009.
Source: State of California Economic Development Department

As indicated, Los Angeles County accounts for 27.3% of the state's total employment. Industries well above average employment penetration (115% or higher) include Non-durable Goods Manufacturing, Wholesale Trade, Transportation & Utilities, and Information.

### *Major Employers*

Based on the Los Angeles Business Journal The 2010 Lists publication, the largest private employers in Los Angeles County are summarized in the following chart. This list excludes all government employers, which are a significant portion of the total employment in Los Angeles County. The companies are listed based upon number of employees in Los Angeles County.

CBRE
CB RICHARD ELLIS

© 2010 CB Richard Ellis, Inc.

## LARGEST PRIVATE EMPLOYERS - LOS ANGELES COUNTY

| Rank | Company | Employees | Core Business |
|---|---|---|---|
| 1 | Kaiser Permanente | 34,179 | Non-profit health plan |
| 2 | Northrop Grumman Corp. | 19,137 | Defense contractor |
| 3 | Boeing Inc. | 14,400 | Integrated aerospace and defense systems |
| 4 | Kroger Co. | 14,000 | Grocery retailer |
| 5 | University of Southern California | 13,044 | Private university |
| 6 | Target Corp. | 13,000 | Retailer |
| 7 | Home Depot | 10,000 | Home improvement specialty retailer |
| 8 | Wells Fargo | 9,800 | Diversified financial services |
| 9 | Providence Health Services | 9,715 | Medical centers |
| 10 | Vons | 9,688 | Grocery retailer |
| 11 | Cedars-Sinai Medical Center | 9,300 | Medical centers |
| 12 | ABM Industries Inc. | 9,000 | Facility services |
| 13 | AT&T | 8,950 | Telecommunications |
| 14 | California Institute of Technology | 8,504 | Private university |
| 15 | Fedex | 8,500 | Shipping and logistics |
| 16 | Catholic Healthcare West | 7,275 | Hospitals |
| 17 | Amgen Inc. | 6,500 | Biotechnology |
| 18 | Costco Wholesale | 5,587 | Membership chain of warehouses |
| 19 | Long Beach Memorial Medical Center | 5,400 | Regional hospital |
| 20 | UPS | 5,100 | Transportation and freight |
| 21 | JP Morgan Chase | 4,700 | Banking and financial services |
| 22 | Childrens Hospital Los Angeles | 4,211 | Hospitals |
| 23 | Toyota Motor Sales USA Inc. | 4,200 | Sales/distribution of cars |
| 24 | Adventist Health | 3,804 | Hospitals |
| 25 | Time Warner Cable Business Class | 3,100 | Cable provider |

Source: Los Angeles Business Journal The 2010 Lists

## GOVERNMENTAL FORCES

### Jurisdiction

Los Angeles County was established in 1850 and currently encompasses 4,752 square miles. Approximately 65% of the county is in unincorporated territory with the remaining 35% contained within the borders of 87 incorporated cities. A five-member Board of Supervisors controls government within Los Angeles County. The Board has executive, legislative, and quasi-judicial roles. It appoints all district heads except the assessor, district attorney, and sheriff, all of which are elected positions.

### Real Estate Taxes

In 1978, the residents of California voiced their opposition to increasing taxes through the legislative process. This major consumer "tax revolt" culminated in the passage of Proposition 13, also known as the Jarvis-Gann Initiative, which was later made into law under the provisions of Article XIII-A of the California Tax and Revenue Code. In essence, Proposition 13 determined a maximum tax rate of one percent of market value plus an increment for pre-existing bonded indebtedness. The maximum



© 2010 CB Richard Ellis, Inc.

allowable increase on property assessments, and hence taxes, was set at two percent per year, except when a property sells or undergoes major construction. Properties are reassessed at market value at the time of sale.

## ENVIRONMENTAL FORCES

### *Automobile Transportation*

The Los Angeles County transportation network is dominated by an extensive freeway system. Major north/south routes include the San Diego Freeway (Interstate 405), the Golden State Freeway (Interstate 5), the Pasadena/Harbor Freeway (State Highway 110), the Long Beach Freeway (Interstate 710), and the San Gabriel River Freeway (Interstate 605). The primary north/south route is the Golden State Freeway, which traverses the entire length of the state of California.

Major east/west routes include the Foothill Freeway (Interstate 210), the Ventura Freeway (State Highway 134/US Highway 101), the Hollywood Freeway (US Highway 101), the Santa Monica-San Bernardino Freeway (Interstate 10), the Pomona Freeway (State Highway 60), the Century Freeway (Interstate 105), and the Artesia Freeway (State Highway 91). The primary east/west route is the Santa Monica-San Bernardino Freeway, which extends from the Pacific Ocean to the Arizona State line and beyond.

The Los Angeles County Metropolitan Transportation Authority (MTA) is in the process of constructing freeway and mass transit projects in order to alleviate growth-related congestion. Projections by the MTA are that the average speed on most area freeways during peak morning commuting hours will decline from 34 to 20 (or less) miles per hour over the two decades. The passing of Measure R, which raised the county's sales tax by 0.5 percent in July 2009, will be used to increase funds for capital projects.

### *Rail Service*

Rail freight service is provided by numerous carriers and is available throughout the Southern California region. Passenger rail service is available on a more limited basis, but is being expanded through the development of a regional passenger train system. All commuter rail lines use Union Station in Downtown Los Angeles as their hub (with transfers to the other rail systems and bus lines).

Completed portions of this system are: the Blue Line (a light rail train from Downtown Los Angeles to Downtown Long Beach); the Red Line (a subway from Downtown Los Angeles to North Hollywood); the Green Line (a light rail train from the Los Angeles International Airport area to Norwalk); and the Gold Line (Union Station to Pasadena). The preceding lines serve locations proximate to downtown Los Angeles and are generally served by small trains with relatively frequent departure schedules.



© 2010 CB Richard Ellis, Inc.

Near term expansions of the light rail lines include a branch of the Gold Line from Union Station to East Los Angeles and the proposed Expo Line (Exposition Park to Culver City), both of which are under construction. The projected completions of construction dates are late 2009 and 2010, respectively.

The wider region is served by the more conventional Metrorail trains. The Metrorail lines extend to Oxnard in Ventura County, Lancaster in Los Angeles County, San Bernardino in San Bernardino County, Riverside in Riverside County, and Oceanside in San Diego County. Amtrak also provides commuter service from San Diego, Orange, and Ventura Counties.

### *Los Angeles International Airport*

Los Angeles International Airport (LAX) is the dominant passenger and airfreight facility in the Southern California region. While there are regional airports in the other areas of Los Angeles County and the adjacent counties, their passenger and airfreight volumes are substantially lower than LAX. Efforts to divert traffic from LAX to the regional facilities have largely been unsuccessful. Historical LAX volume statistics by airport categories are summarized in the following chart.

| | | | | |
|---|---|---|---|---|
| **LAX STATISTICS** | | | | |
| Year | Passengers | Annual % Change | Air Cargo | Annual % Change |
| 1999 | 64,279,813 | - - | 1,884,526 | - - |
| 2000 | 67,303,182 | 4.7% | 2,001,295 | 6.2% |
| 2001 | 61,606,253 | -8.5% | 1,778,151 | -11.1% |
| 2002 | 56,223,843 | -8.7% | 1,869,932 | 5.2% |
| 2003 | 54,982,838 | -2.2% | 1,924,148 | 2.9% |
| 2004 | 60,704,568 | 10.4% | 2,022,911 | 5.1% |
| 2005 | 61,489,523 | 1.3% | 2,048,289 | 1.3% |
| 2006 | 61,041,066 | -0.7% | 2,022,687 | -1.2% |
| 2007 | 62,438,583 | 2.3% | 2,038,325 | 0.8% |
| 2008 | 59,815,646 | -4.2% | 1,796,543 | -11.9% |
| 2009 | 56,520,843 | -5.5% | 1,663,855 | -7.4% |
| Annual % Change | | | | |
| 1999-2009 | | -1.6% | | -1.5% |
| 2004-2009 | | -1.4% | | -3.8% |
| Source: Los Angeles World Airports | | | | |

As shown, passenger volumes at LAX declined in 2008 and 2009 due to the national and regional economic recessions. Air cargo moving through LAX declined sharply in 2008 and 2009, again reflecting the slowdown in international trade as a result of the economic recession in the U.S. and slowed economic activity or recessions in many nations.

In late February 2010, ground was broken on the $1.2 billion modernization of the Bradley International Terminal at LAX. The project will create nine new boarding gates on the existing Bradley Terminal's west side to supplment existing gates on the east side. Each of the new boarding gates will


© 2010 CB Richard Ellis, Inc.

be capable of handling passengers arriving and departing on the new giant airliners, such as the Airbus A380 and the Boeing 787 Dreamliner. The plans also call for demolishing the Bradley Terminals old concourse area and building a pair of new concourses with larger passenger lounges. About 1.25 million square feet will be added for shops, restaurants, ticketing desks, security screening and baggage claim. Additionally, the federal customs inspection area will be expanded, and a pair of corridors will be built to link Terminals 3, 4 and the Bradley terminal so passengers with connecting flights do not have to exit the terminals and go through security screening again. The project will be funded with LAX operating revenues, capital improvement program funds, fees from airlines, passenger facilities charges, and airport revenue bond proceeds. The city of Los Angeles general fund will not be used.

### Port Activity

The Ports of Los Angeles and Long Beach, while adjacent to each other, are operated as separate entities. On a regional basis, the ports are generally considered a single economic entity. Together, the ports and their related trade activities form a cornerstone of the Los Angeles economy. According to the U.S. Bureau of Census, Foreign Trade Division, the combined volume of containerized trade through the Ports of Los Angeles and Long Beach in 2008 amounted to 69.9 million metric tons and accounted for 29.7% of the total containerized trade for the U.S. By comparison, the Port of New York was ranked second in terms of foreign container trade with a 13.6% share of the U.S. total. Due to the significant cargo volumes and economic contributions to the regional economy, both ports are planning expansions and capital improvements designed to increase volume and efficiency.

In addition to the capital improvements at each port, the two adjacent facilities jointly worked on facilitating the development of the Alameda Corridor, a 20-mile access route that links the two ports with major transcontinental rail facilities in downtown Los Angeles. Improvements on the Alameda Corridor largely consisted of grade-separated rail tracks (dramatically reducing the number of street crossings) and additional truck routes. The total cost of this project was $2.4 billion. Approximately half of these costs were underwritten by the ports and by federal, state, and county sources; the remainder was in the form of a federal loan and bonds. The project was completed in early 2002.

In general, shipping activity at the ports expanded through 2007 and has deteriorated significantly with the ongoing economic recession. Details for each individual port are presented on the following paragraphs.

### Port of Los Angeles

The Port of Los Angeles totals approximately 7,500 acres (including 3,200 acres of sheltered water). It is physically the larger of the two ports. Statistics for the Port of Los Angeles are summarized in the following chart.



© 2010 CB Richard Ellis, Inc.

## THE PORT OF LOS ANGELES STATISTICS

| Year | Twenty-Foot Equivalent Units (TEUs) | | | | | % Change (Loaded) |
|---|---|---|---|---|---|---|
| | Inbound Loaded | Outbound Loaded | Total Loaded | Total Empty | % Empty | |
| 2000 | 2,492,546 | 984,651 | 3,477,197 | 1,402,232 | 28.7% | N/A |
| 2001 | 2,683,657 | 1,037,795 | 3,721,452 | 1,462,068 | 28.2% | 7.0% |
| 2002 | 3,232,411 | 1,093,807 | 4,326,218 | 1,779,646 | 29.1% | 16.3% |
| 2003 | 3,814,473 | 1,163,345 | 4,977,818 | 2,201,122 | 30.7% | 15.1% |
| 2004 | 3,940,420 | 1,129,880 | 5,070,300 | 2,251,140 | 30.7% | 1.9% |
| 2005 | 3,881,326 | 1,171,231 | 5,052,557 | 2,432,068 | 32.5% | -0.3% |
| 2006 | 4,408,185 | 1,423,620 | 5,831,805 | 2,638,048 | 31.1% | 15.4% |
| 2007 | 4,410,170 | 1,607,643 | 6,017,813 | 2,337,226 | 28.0% | 3.2% |
| 2008 | 4,138,590 | 1,782,502 | 5,921,092 | 1,928,893 | 24.6% | -1.6% |
| 2009 | 3,524,386 | 1,668,911 | 5,193,297 | 1,555,698 | 23.1% | -12.3% |
| Source: Port of Los Angeles | | | | | | |

Loaded volume declined in 2009 and marked the second consecutive year of declining loaded volumes through the Port of Los Angeles. The top imports are furniture, apparel, automotive parts, electronic products, and footwear. The top five exports are paper products, scrap metal, fabrics (including raw cotton), animal feeds, and resins. The top five trading partners are China, Japan, Taiwan, South Korea, and Thailand.

In addition to cargo, the Port of Los Angeles houses the largest passenger facilities in the region. A total of 12 cruise lines use the port.

*Port of Long Beach*

The Port of Long Beach encompasses approximately 7,000 acres (including 4,000 acres of sheltered water). Statistics for the Port of Long Beach are summarized in the following chart.

## THE PORT OF LONG BEACH STATISTICS

| Year | Twenty-Foot Equivalent Units (TEUs) | | | | | % Change (Loaded) |
|---|---|---|---|---|---|---|
| | Inbound Loaded | Outbound Loaded | Total Loaded | Total Empty | % Empty | |
| 1999 | 2,317,050 | 989,221 | 3,306,271 | 1,102,209 | 25.0% | 7.7% |
| 2000 | 2,456,188 | 1,044,353 | 3,500,541 | 1,100,246 | 23.9% | 5.9% |
| 2001 | 2,420,697 | 952,844 | 3,373,531 | 1,089,428 | 24.4% | -3.6% |
| 2002 | 2,452,691 | 855,286 | 3,307,977 | 1,218,388 | 26.9% | -1.9% |
| 2003 | 2,409,577 | 904,539 | 3,314,116 | 1,344,008 | 28.9% | 0.2% |
| 2004 | 2,987,980 | 1,007,913 | 3,995,893 | 1,783,959 | 30.9% | 20.6% |
| 2005 | 3,346,054 | 1,221,419 | 4,567,473 | 2,142,345 | 31.9% | 14.3% |
| 2006 | 3,719,680 | 1,290,843 | 5,010,523 | 2,279,842 | 31.3% | 9.7% |
| 2007 | 3,704,593 | 1,574,241 | 5,278,834 | 2,033,631 | 27.8% | 5.4% |
| 2008 | 3,189,363 | 1,687,051 | 4,876,414 | 1,611,402 | 24.8% | -7.6% |
| 2009 | 2,534,897 | 1,352,053 | 3,886,950 | 1,180,647 | 23.3% | -20.3% |
| Source: Port of Long Beach | | | | | | |



© 2010 CB Richard Ellis, Inc.

Container volume activity declined for the second consecutive year in 2009, with a decrease of 20.3% in 2009 following the 7.6% decline in 2008. Container trade in TEUs has deteriorated dramatically with the economic recession.

Possibly signaling a positive turn in trade activity through the port, cargo volumes through the Port of Long Beach increased in December 2009 and January 2010 over the respective monthly figures for the prior year. The December 2009 figure was increased by 10.9% from December 2009, and the January 2010 figure was increased by 7.4% from January 2009.

## SUMMARY

California has historically been the dominant economic state in the Western United States. Trends in the state have typically mirrored the nation, although it has generally followed, versus led, the economic cycles. The State of California, Southern California region, and Los Angeles County economies contracted in 2009. Strong growth is not projected until 2011. The future impact on commercial and residential real estate is unknown, which is impacting current investment decisions. Specific locations within the region are experiencing varying levels of decline and these adverse economic conditions have been considered in this analysis.



© 2010 CB Richard Ellis, Inc.

## NEIGHBORHOOD ANALYSIS



The subject property is located at the northwest corner of Astronaut Ellison S. Onizuka Street and 2nd Street in the district of "Little Tokyo" in Downtown Los Angeles, California. The following pages provide an overview of the Downtown Los Angeles area and the subject neighborhood.

## DOWNTOWN LOS ANGELES OVERVIEW

### *Access and Transportation*

Downtown Los Angeles is surrounded and defined by a circle of freeways, making it one of the most accessible locations in Southern California.  These freeways include the Hollywood Freeway (U.S. Highway 101) to the north and east, the Santa Ana Freeway (Interstate 5) to the east, the Santa Monica Freeway (Interstate 10) to the south, and the Harbor Freeway (Interstate 110) to the west.  By comparison, other Southern California office centers, such as Beverly Hills/Century City, Newport Beach, and the South Bay all have inferior freeway access.  They suffer from equal or greater traffic congestion despite having dramatically lower levels of economic activity than Downtown Los Angeles.

Surface street access through Downtown Los Angeles is via a series of major streets generally on a grid. The most significant north/south arterials are Figueroa Street, Flower Street, Grand Avenue, Hill Street, Broadway, Main Street, Los Angeles Street, San Pedro, Central, Alameda and Santa Fe.  The primary east-west streets are Cesar Chavez (Sunset) Boulevard, Temple Street, 1st Street, 3rd Street, 4th



© 2010 CB Richard Ellis, Inc.

Street, 5th Street, 6th Street, Wilshire Boulevard, 7th Street, 8th Street, Olympic Boulevard, Pico Boulevard, and Venice Boulevard.

Downtown Los Angeles is the regional center of public transportation systems. The Metropolitan Transit Authority provides strong bus service to the area, making Downtown its hub of operations. Five commuter train lines, known as Metrolink, connect suburban districts to the north, east and south directly to Union Station in the northern portion of Downtown Los Angeles (at the east end of Chinatown and northeast of the Bunker Hill subarea).

Phases I and II of the Los Angeles MetroRail Red Line, a subway line linking Union Station with the Financial District and continuing through to the Mid-Wilshire District, were completed in 1996. Phases III and IV, extending the subway to Hollywood and then to North Hollywood in the San Fernando Valley were completed in 2000. Downtown stations for the MetroRail Red Line are located at 7th and Figueroa/Flower streets, Pershing Square, 1st and Hill Streets, and Union Station.

The Los Angeles-Long Beach Light Rail MetroRail Blue Line, completed in 1990, serves a 22-mile long corridor from Long Beach through south central Los Angeles into Downtown. The Blue Line shares a Downtown station at 7th and Flower/Figueroa streets with the Red Line. Another passenger rail line, known as the Gold Line, which operates from Union Station (north side of Downtown) to Pasadena (13.7 miles), opened in July of 2003.

Ridership statistics for these MTA lines are as follows:

| AVERAGE WEEKDAY MTA BOARDINGS | | | |
|---|---|---|---|
| | Dec. 2006 | Dec. 2007 | Dec. 2008 | Jan. 2010 |
| Red Line | 123,990 | 127,020 | 139,229 | 139,409 |
| Blue Line | 71,778 | 68,843 | 72,010 | 70,583 |
| Gold Line | 17,956 | 18,177 | 22,390 | 28,227 |
| Total | 213,724 | 214,040 | 233,629 | 238,219 |
| Source: Metropolitan Transportation Authority | | | |

Construction of a passenger rail line southeast from Union Station, jogging south on Alameda, west on 1st Street, and then east across the Los Angeles River through East Los Angeles, opened in late 2009. Construction of another passenger rail system, extending the existing Blue Line south along Flower-Figueroa to Exposition Boulevard (and the U.S.C. campus), and then west to Culver City, is now underway.

## GOVERNMENT FACTORS – LAND USE ISSUES AND POLICIES

### *Overview*

Local government services are provided primarily by the city of Los Angeles, the largest city government in the state. The mayor is elected in a citywide vote, with city council members elected by



© 2010 CB Richard Ellis, Inc.

districts.  The city controls land use planning, building codes, and construction (although state codes override in some areas).

Public education is primarily provided by the Los Angeles Unified School District.  An enormous expansion program is now underway, with the Unified School District constructing almost 80 new schools to offset overcrowding.  A large number of these new sites are in the areas surrounding Downtown.

### General Political Factors

The concentration of transportation systems in Downtown Los Angeles reflects both the historic development pattern of Los Angeles and the political power of Downtown interests.  This political clout is continuing.  Historically, the mayor, city council, and local political administrations were pro-growth, pro-business, and pro-development.

This attitude was modified by strong anti-growth political pressures in the 1980s, resulting from traffic congestion and other lifestyle problems associated with development.

The recession of the early- and mid-1990s reduced development and hence anti-growth issues.  With economic recovery, in the late 1990s, both have reoccurred.

Local government employee unions are strong politically, and are very influential in the Downtown area.  Social considerations tend to override economic considerations relative to government actions even in areas of business and development.  An example is the growing requirements on a growing range of businesses and locations for the payment of "prevailing wages" (currently $9.39 per hour with benefits/$10.64 per hour without, subject to CPI adjustment), compared to the state of California minimum wage which increased to $8.00 per hour in January 2008.

There is also strong and growing pressure for some affordable housing to be required as part of, or as a tax against, all new development in the area.

### Utilities

Electrical service in the city is provided by the Los Angeles Department of Water and Power (DWP).  It is a city-owned utility, and as such, is exempt from deregulation.  Well over half its power comes from coal and nuclear plants (some out of state), most owned by the DWP.  As a result it has more than adequate power, and in fact sold excess power at a profit to other utilities during the 2001 energy shortages.  Water is also provided by DWP, and is also adequate in supply for the foreseeable future.  Natural gas is provided by the Southern California Gas Company, a privately owned utility.  Costs rose sharply during early 2001, but have since stabilized.



© 2010 CB Richard Ellis, Inc.

## *Building Codes*

Building code changes have had a significant impact in Downtown Los Angeles.  Most pre-1980-built buildings were not fire sprinklered.  Triggered by a major fire in the high-rise 1st Interstate Bank building, a city ordinance (dated November 22, 1989) required the retroactive installation of fire sprinklers in all non-residential buildings (hotels are considered residential) over 75 feet in height.  There are also proposals to apply some form of sprinkler retrofit requirements to apartments and hotels, in addition to the existing partial sprinkler requirements now in effect (the Dorothy Mae ordinance, requiring sprinklers in the hallways and stairwells of residential floors, with one sprinkler head in each room).

Upgraded seismic safety requirements also impact older buildings in Downtown.  Of particular concern is a possible ordinance requiring reinforcement (not now required) of unreinforced masonry in-fill and partition walls.  Hollow tile partition walls, common in older buildings, would be affected.  This is a particularly difficult issue for elevator and stairwell shafts.  There are also significant questions as to the structural adequacy of even the most modern steel frame high-rise buildings.  The 1994 Northridge earthquake resulted in substantial damage to these buildings in West Los Angeles and the San Fernando Valley.  Subsequent research indicates that standard welding techniques and materials may have been insufficient to withstand their projected lateral movement.

Handicap access rules also impact older buildings in Downtown.  Federal handicap regulations, under the American with Disabilities Act (ADA), are particularly significant.

Overall city code enforcement is generally severe, with little allowance for economic considerations.  Partly as a result, a significant number of older Downtown office buildings, constructed between the 1920s and 1950s, have closed.  Government occupied buildings are particularly affected.

## *Adaptive Re-Use Ordinance*

Downtown Los Angeles is severely impacted by these ordinances due to its concentration of older, uneconomic office buildings.  In the past, numerous proposals to convert these buildings to residential use were abandoned due in part to cost considerations associated with the building code requirements.

A Los Angeles city task force, convened to solve the prohibitive complexity and expense of city code requirements for residential conversions, resulting in the Downtown Adaptive Reuse Ordinance (Ordinance No. 172,571), effective June 3, 1999.  This ordinance modified existing codes, streamlining the entitlement process to encourage conversion of older commercial buildings to residential use.  Although this ordinance did not relax any of the most significant (and expensive) life safety code requirements, it has significantly streamlined the approval process.  It also eliminated on-site parking requirements for buildings without existing on-site parking.



© 2010 CB Richard Ellis, Inc.

WELLER COURT RETAIL CENTER | NEIGHBORHOOD ANALYSIS

## Redevelopment Projects

Redevelopment projects, administered by the Community Redevelopment Agency of the City of Los Angeles, an agency of the City of Los Angeles, have had a significant influence.  Redevelopment projects are based on state law, by which any increase in property taxes (due to new construction or reappraisal on sale) goes to the Agency to combat "blight".  Blight, broadly (and politically) defined, is interpreted to require economic and cultural development, historical preservation, and – most significantly – low income housing.  The Agency has eminent domain powers and a significant de-facto city planning function.

The Downtown area has been the site of four redevelopment projects, Bunker Hill, Little Tokyo, Chinatown, and Central City.  The latter project is effectively at the end of its legal and financial term.  A new, expanded redevelopment project, covering 879 acres of Downtown, was approved by the Los Angeles City Council.  However its approval is subject to lawsuits, which the Agency has so far lost.  The most recent court ruling (issued April 19, 2005) reduces the project area to just 199 acres.

There are also plans for a new redevelopment project covering the industrial east side of Downtown.

## Business Improvement Districts

Reflecting historic dissatisfaction with city services, most of the Downtown area is now in one of several Business Improvement Districts (BID's).  These are private assessment districts, created by a majority vote of property owners, approved by the Los Angeles City Council, financed by direct assessments collected by the County Tax Collector.  They provide uniformed security (supplementing the police), additional street cleaning and graffiti removal, advertising and marketing, and some political advocacy service for their respective sub-districts.

## DOWNTOWN MARKETS/DISTRICTS/DEVELOPMENT TRENDS

Downtown Los Angeles is the location of numerous intensive economic districts and uses.  The most important and/or those most significant relative to the subject property are described on the following pages.

## Downtown Financial District Office Market

The Downtown Financial District office market generally extends from 2nd Street south to 9th Street, and from the Harbor Freeway east to Olive Street, with minor expansion west of the Harbor Freeway.

### Historic Pattern

Prior to 1967, financial offices were concentrated along the Spring Street corridor, several blocks east of the current Financial District.  Beginning in the 1960s, it began to migrate westward.  From 1967 through 1974, approximately 8,700,000 square feet of new office space was constructed from Olive



© 2010 CB Richard Ellis, Inc.

Street west to the Harbor Freeway and from 3rd Street south to 7th Street.   Subsequent development further expanded the boundaries of this new Financial District to 2nd Street on the north, Bixel Street on the west, and 9th Street on the south.  While the location of the old Financial District was partly a result of the proximity of passenger rail lines to the east, the location of the new Financial District reflects its superior freeway access (and relative distance from Skid Row influences).

### Financial District Sub-Districts

Bunker Hill comprises the northern section of the Financial District.  It covers approximately 133 acres, with a higher topography and a separate Redevelopment Project Area, located north of 5th Street and east of Figueroa Street.   Redevelopment began in the early 1960s, with new office construction starting in 1967.  It now includes high-rise office buildings, mid-rise residential buildings and hotels, and the Museum of Contemporary Art (MOCA).

The other high quality office sub-district is the Figueroa Street Corridor, extending from 2nd Street south to 9th Street, immediately east of the Harbor Freeway.  Nine high-rise office buildings were completed here from 1990 to 1992.

Other office development in the Financial District is located on parallel and cross streets to Figueroa Street south of Bunker Hill.  These include Flower Street, Hope Street, and Grand Avenue, as well as 6th Street, 7th Street, Wilshire Boulevard, and 8th Street.  These secondary street locations are generally inferior to Bunker Hill and the Figueroa corridor.  Several office buildings here are being converted to residential use.

### Current Status

A summary of the Downtown office market is shown below.

| BUILDING SUMMARY – BY BUILDING CLASS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Building Class | Number of Buildings | NRA | Direct Vacancy (SF) | Direct Vacancy | Sublease Vacancy (SF) | Total Vacancy (SF) | Overall Vacancy |
| Class A+ | 16 | 14,812,427 | 1,599,670 | 10.8% | 183,403 | 1,783,073 | 12.0% |
| Class A | 27 | 14,997,336 | 1,680,744 | 11.2% | 150,685 | 1,831,429 | 12.2% |
| Class B | 54 | 13,276,176 | 1,075,884 | 8.1% | 182,477 | 1,258,361 | 9.5% |
| Class C | 52 | 7,417,925 | 450,005 | 5.9% | 38,475 | 488,480 | 6.6% |
| Totals | 145 | 50,503,864 | 4,806,303 | 9.5% | 555,040 | 5,361,343 | 10.6% |
| Source:  CoStar, 4th Quarter 2008 | | | | | | | |

### Types of Companies in the Downtown Financial District

Downtown Los Angeles financial district occupancy is heavily legal, accounting, government, and small companies, rather than corporate.  Only six of the 100 largest public companies headquartered in Los Angeles county are located Downtown, private companies in Los Angeles County show a generally similar pattern.



© 2010 CB Richard Ellis, Inc.

WELLER COURT RETAIL CENTER | **NEIGHBORHOOD ANALYSIS**

Some indication of the strengths and weaknesses of the Downtown office market is shown by the headquarter locations of the largest Los Angeles area (typically L.A. County) based corporations, by type, as shown below.

| DOWNTOWN OFFICE SPACE USER TYPES | | |
| --- | --- | --- |
| Category | No. Located Downtown | Out of |
| Largest Public Companies | 6 | 100 largest |
| Largest Private Companies | 8 | 100 largest |
| Banks | 9 | 25 largest |
| SBA Lenders | 4 | 25 largest |
| Venture Capital Firms | 2 | 20 largest |
| Insurance Brokers | 4 | 20 largest |
| Financial Institutions | 13 | 25 largest |
| Law Firms | 32 | 50 largest |
| Accounting | 5 | 25 largest |
| Motion Picture Distributors | 2 | 20 largest |
| Advertising Agencies | 0 | 15 largest |
| Biotech/Biomed Firms | 0 | 25 largest |
| Architectural Firms | 10 | 25 largest |
| Source: _Los Angeles Business Journal_, The Lists 2010 | | |

As shown, Downtown remains strong as a location for traditional financial and business services. The representation of banks is somewhat misleading due to the relatively small size of Los Angeles based banks compared to national banks. Law firms are very strongly represented; accounting firms are understated, and the four largest accounting firms are all Downtown.

Conversely, less traditional financial services such as SBA Lenders and Venture Capital Firms are under-represented in Downtown Los Angeles.

Downtown remains very limited as a corporate headquarters location in general, and effectively non-existent as a headquarters location for entertainment or technology companies.

Over the past 15 years, consolidation and relocations (out of Downtown and often out of California) of the banking, accounting, and petroleum industries have severely impacted the Downtown financial office district. Despite significantly lower rental rates than other (particularly West Los Angeles) area office markets, there has been limited relocation into Downtown.

Architecture is a growing category, and is probably the only example of significant office movement into Downtown. Several large firms have relocated Downtown over the past several years, attracted in



© 2010 CB Richard Ellis, Inc.

part by the architecture, the growing Downtown housing and cultural presence, and the relocation Downtown of the Southern California Institute of Architecture (SCI-Arc).

### Retail Uses

Historically, 7th Street was the retail core of the west side of Downtown. Three traditional department stores, Robinson's, Broadway and Bullocks, anchored the street. Later Citicorp Plaza, a 1980s-built mixed-use office/retail development at the southwest corner of Figueroa and 7th streets, included a three-level retail component (7th Street Marketplace), originally anchored by two department stores. Numerous small retail stores, including national chains, were also located on 7th Street.

Many, if not most, of these stores are now gone, replaced by independent retailers, non-retail uses, or left vacant. Of five historic department store spaces on 7th Street, only one (Macys in the old Broadway Plaza) is still occupied as department stores.

Downtown has generally been unsuccessful in competing with suburban shopping centers, despite its large employment base. This daytime employment base is primarily limited to lunch hour shopping. Even more than other urban office districts, retail spending by office workers in the district is dominated by prepared food (buying lunch).

Accentuating the retail decline was the consolidation of the banking industry and the downsizing of retail bank space requirements, leaving numerous large ground floor spaces, previously occupied by bank branches, vacant.

Attempts to form merchant's associations to create common marketing programs have had limited success.

Other than the Hill Street Jewelry District (concentrated in the 600 block of South Hill Street) there is very little luxury oriented shopping or even high-end specialty stores. The most successful retail districts in Downtown Los Angeles are on Broadway and in the garment district along the Santee Alley, both major shopping districts, primarily serving mid- to low-income buyers, drawn from the relatively low-income districts that surround Downtown Los Angeles.

More recently, the Downtown retail market has improved. Restaurant and nightclub openings, drawn by Staples Center, other new Downtown attractions, and the growing Downtown residential market, are described below. The growing Downtown residential market is beginning to generate significant retail activity. A Ralph's supermarket opened in 2007 in the South Park area, the first new Downtown supermarket in over 50 years. It has reportedly generated very strong sales.

### Nightclubs/Restaurants

The dramatic increase in the Downtown population, and its typical demographics (young adults with good incomes and no kids), has resulted in a sudden jump in the number and quality of restaurants,



© 2010 CB Richard Ellis, Inc.

bars, and clubs in the area.  This is particularly noticeable in the more central historic core area of Downtown, along Spring and Broadway, and in the South Park area.  Staples Center and the neighboring L.A. Live project, are also generating strong activity. Significantly, these are generating strong activity from outside of Downtown.

### Off-Price Wholesale District Retail Activity

Contrasting the generally weak pattern in traditional retail, there has been strong growth in off-price retailing associated with the Downtown wholesale and industrial districts.  The east side of Downtown is a generally industrial district with numerous specialized wholesale oriented submarkets.  Many of these have developed strong retail components based on low prices (or the perception of low prices), the diversity and quantities of product, and the central location.

Examples include numerous cash and carry food markets serving individuals as well as small restaurants, primarily located along the Alameda Street corridor, in proximity to the produce markets, seafood, and other food distributors.  The wholesale toy district, between Los Angeles and San Pedro streets from 3rd Street south to 5th Street, is now being marketed as a retail destination.  Mixed with it are import-export companies, specializing in generally small, lightweight, relatively inexpensive manufactured products (giftware, beauty products, small electronics, garment accessories).  Many of these also do a major retail business.  Numerous retail flower shops surround the two wholesale flower markets on the 700 block of Wall Street.

Most significant is the retail activity in the garment district.  Some blocks, from Los Angeles Street east to San Pedro Street and from 8th Street south, generate remarkable retail activity.  Indeed, foot traffic in the best blocks is the highest of any street in Los Angeles, particularly on Saturday and on or near the Santee Alley.  Retail rents for small spaces leased to non-credit tenants are in the $12 and up per square foot per month range.

### Downtown Residential Market

The enormous Downtown work force, combined with the high cost of commuting and smaller family sizes, makes Downtown Los Angeles a logical residential district.  Past Los Angeles City Planning Department studies for the Central City Community Plan Area showed only 10,730 residential units in Downtown, compared to 200,800 jobs (1990-1994).  At 18.7 jobs per resident, Downtown had the worst housing/job ratios in the region.  As a result, government planning has long encouraged Downtown housing.  Indeed, the majority of the South Park area of Downtown (generally south of 8th Street from Flower east to Olive streets) was downzoned specifically for residential use.  Downtown is one of very few areas in the region where high-density residential development is encouraged rather than being resisted by local government and neighborhood groups.  High-rise Downtown residential and mixed-use projects now in planning are receiving expedited entitlement processing, with no opposition.



© 2010 CB Richard Ellis, Inc.

WELLER COURT RETAIL CENTER | **NEIGHBORHOOD ANALYSIS**

*History*

In the 1980s and early 1990s, a number of modern high-rise residential projects were built Downtown, primarily on Bunker Hill and in the South Park area. Despite generally high occupancy rates, they had limited financial success, even with substantial subsidies. Renovation of older buildings for non-subsidized or limited subsidy housing use at the time was even less successful.

More successful during the 1980s were conversions of older multi-story industrial loft buildings to artist loft in the industrial areas east of Alameda Street. Originally an illegal use by zone of abandoned buildings, they were later legitimized by a city ordinance. Most are (at least in theory) work-live units. Interior surfaces are generally unfinished. Unit sizes are often 1,500+ square feet, perhaps the most important distinction from typical apartments.

Initially successful, artist loft conversions stagnated in the early 1990s, reflecting both the high costs of the conversions and poor economic conditions.

*Current Status – Market Rate Downtown Housing*

These past trends have now reversed. Demand and rental rates for Downtown apartments and artist lofts have risen sharply over the past decade. Limited new construction in other areas of the city, combined with several years of strong economic growth, have driven residential rents and prices up sharply throughout the region. At the same time, cultural and social changes have made urban living more attractive to a large part of the population. The city, through the Downtown Adaptive Reuse Ordinance, effective June 3, 1999, significantly streamlined the approval process for residential conversion of obsolete commercial buildings. Declining crime rates have also been very important.

The result has been strong Downtown residential development in most cities nationwide, and most significantly in Downtown Los Angeles.

The Downtown Los Angeles residential inventory, as of First Quarter 2009 (excluding Chinatown), per the Downtown Los Angeles Business Improvement District studies, was as follows:



© 2010 CB Richard Ellis, Inc.