1  JEFFREY C. KRAUSE (State Bar No. 94053),
   jkrause@stutman.com

2  CHRISTINE M. PAJAK (State Bar No. 217173), and
   cpajak@stutman.com

3  NEETA MENON (State Bar No. 254736), Members of
   nmenon@stutman.com

4  STUTMAN, TREISTER & GLATT, P.C.
   1901 Avenue of the Stars, 12th Floor

5  Los Angeles, CA 90067
   Telephone:     (310) 228-5600

6  Telecopy:      (310) 228-5788

7  Reorganization Counsel for Debtor and Debtor in Possession

8  <u>Debtor's Mailing Address:</u>
   1880 Century Park East, Suite 810

9  Los Angeles, CA  90067

10

11              **UNITED STATES BANKRUPTCY COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13                  **LOS ANGELES DIVISION**

14  In re                               ) Case No. 2:10-bk-39113-BR
                                        )
15  LITTLE TOKYO PARTNERS, L.P.,        ) Chapter 11
    a Delaware limited partnership,     )
16                                      )
                    Debtor.             ) **NOTICE OF SUBMISSION OF APPRAISAL**
17                                      ) **REPORT FOR THE KYOTO GRAND**
                                        ) **HOTEL AND GARDENS**
18                                      )
                                        )
19                                      )       <u>Hearing</u>
                                        )
20                                      ) Date:  October 6, 2010
                                        ) Time:  10:00 a.m.
21                                      ) Ctrm:  Courtroom 1668
                                        )        255 E. Temple St.
22  _____ )        Los Angeles, CA  90012

23

24

25

26

27

28

544421v.1

1  **TO THE HONORABLE BARRY RUSSELL; THE SECURED CREDITORS;**

2  **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL OTHER**

3  **INTERESTED PARTIES:**

4      **PLEASE TAKE NOTICE,** that Little Tokyo Partners, L.P., a Delaware limited

5  partnership (the "Debtor") hereby submits the Appraisal Report with respect to the Kyoto Grand

6  Hotel and Gardens, prepared by CB Richard Ellis, Inc.(the "Hotel Appraisal"), dated June 16, 2010.

7  The Hotel Appraisal is being submitted in support of the First Amended Disclosure Statement To

8  Accompany Debtor's Plan of Reorganization (August 31, 2010) (the "Disclosure Statement").

9      **PLEASE TAKE FURTHER NOTICE,** that a copy of the Hotel Appraisal is

10  attached hereto as Exhibit "A".

11

12

13  Dated: October 1, 2010                */s/ Neeta Menon*

                                      JEFFREY C. KRAUSE,

14                                        CHRISTINE M. PAJAK, and

15                                        NEETA MENON, Members of

                                      STUTMAN, TREISTER & GLATT, P.C.

16                                        Reorganization Counsel for Debtor and

                                      Debtor in Possession

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT "A"</u>**

544421v.1



**KYOTO GRAND HOTEL**
120 South Los Angeles Street
Los Angeles (Little Tokyo), Los Angeles
County, California 90012
CBRE File No. 10-251LA-0542
Client Reference No. N/A

Self Contained Appraisal Report

Prepared For:

Mark H. Smith, Esquire
Managing Shareholder
**SHARMA, SMITH & GRAY, P.C.**
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212

VALUATION & ADVISORY SERVICES

© 2010 CB Richard Ellis, Inc.



VALUATION & ADVISORY SERVICES



355 South Grand Avenue, Suite 1200
Los Angeles, California 90071

T (213) 613-3133
F (213) 613-3131

www.cbre.com

June 16, 2010

Mark H. Smith, Esquire
Managing Shareholder
**SHARMA, SMITH & GRAY, P.C.**
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California  90212

RE:    Appraisal of Kyoto Grand Hotel
       120 South Los Angeles Street
       Los Angeles (Little Tokyo), Los Angeles County, California 90012
       CBRE File No 10-251LA-0542
       Client Reference No N/A

Dear Mr. Smith:

At your request and authorization, CB Richard Ellis (CBRE) has prepared an appraisal of the market value of the referenced property.  Our analysis is presented in the following Self Contained Appraisal Report.

The subject is located in Los Angeles (Little Tokyo), Los Angeles County, California.  The property is a commercial zoned site that totals 56,628 square feet, or 1.3 acres.  Improvements on the site consist of a 1978 built, 434-room full service hotel.  A partial renovation of the property was completed in 2007.  It is operated as an independent hotel.  In 2009, the property achieved a 51.51 percent occupancy rate and an average daily rate of $104.82.  The property rights appraised are those of leased fee estate.  The subject is more fully described, legally and physically, within the enclosed report.

Based on the analysis contained in the following report, the market value of the subject is concluded as follows:

| MARKET VALUE CONCLUSION | | | | |
|---|---|---|---|---|
| **Appraisal Premise** | **Interest Appraised** | **Date of Value** | **Exposure Time** | **Value Conclusion** |
| As Is | Leased Fee Interest | May 24, 2010 | 12 months or less | $8,000,000 |
| Compiled by CBRE | | | | |

The following extraordinary assumptions are associated with this analysis.

© 2010 CB Richard Ellis, Inc.

Mark H. Smith, Esquire
June 16, 2010
Page 2

1.  The opinion(s) of market value include the contributory value of the furniture, fixtures, and equipment and are based on the assumption the hotel is open and will remain operational.

2.  This report assumes that the subject will continue to be operated as an independent hotel.  If the subject is re-branded as a chain affiliated property, it could have an impact on our concluded opinion(s) of market value.

There are no hypothetical conditions associated with this analysis.

Data, information, and calculations leading to the value conclusion are incorporated in the report following this letter.  The report, in its entirety, including all assumptions and limiting conditions, is an integral part of, and inseparable from, this letter.

The following appraisal sets forth the most pertinent data gathered, the techniques employed, and the reasoning leading to the opinion of value.  The analyses, opinions and conclusions were developed based on, and this report has been prepared in conformance with, our interpretation of the guidelines and recommendations set forth in the Uniform Standards of Professional Appraisal Practice (USPAP) and the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

CBRE hereby expressly granted to Client the right to copy this report and distribute it to other parties in the transaction for which this report has been prepared, including employees of Client, other lenders in the transaction, and the borrower, if any.  It has been a pleasure to assist you in this assignment.  If you have any questions concerning the analysis, or if CBRE can be of further service, please contact us.


Respectfully submitted,

**CBRE - VALUATION & ADVISORY SERVICES**

Anthony J. D'Angelo III
Senior Appraiser
California Certification Number AG008216

Telephone: (213)613-3248
Facsimile: (213)613-3131
E-Mail: tony.dangelo@cbre.com

Eric R. Stucky, MAI
Vice President
California Certification Number AG021314

Telephone: (213)613-3553
Facsimile: (213)613-3131
E-Mail: eric.stucky@cbre.com

© 2010 CB Richard Ellis, Inc.



# CERTIFICATION OF THE APPRAISAL

We certify to the best of our knowledge and belief:

1.  The statements of fact contained in this report are true and correct.

2.  The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial and unbiased professional analyses, opinions, and conclusions.

3.  We have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

4.  Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

5.  Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

6.  This appraisal assignment was not based upon a requested minimum valuation, a specific valuation, or the approval of a loan.

7.  Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal, as well as the requirements of the State of California.

8.  The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

9.  The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

10. As of the date of this report, Eric R. Stucky, MAI has completed the continuing education program of the Appraisal Institute.

11. Anthony J. D'Angelo III has and Eric R. Stucky, MAI has not made a personal inspection of the property that is the subject of this report.

12. No one provided significant real property appraisal assistance to the persons signing this report.

13. Valuation & Advisory Services operates as an independent economic entity within CBRE.  Although employees of other CBRE divisions may be contacted as a part of our routine market research investigations, absolute client confidentiality and privacy are maintained at all times with regard to this assignment without conflict of interest.

14. Anthony J. D'Angelo III and Eric R. Stucky, MAI have not provided any real estate related services on this property in the three years prior to accepting this assignment.


_____        _____
Anthony J. D'Angelo III                         Eric R. Stucky, MAI
Senior Appraiser                                Vice President
California Certification Number AG008216        California Certification Number AG021314

© 2010 CB Richard Ellis, Inc.


CBRE
CB RICHARD ELLIS

RISTO GRAND HOTEL | **SUBJECT PHOTOGRAPHS**

## SUBJECT PHOTOGRAPHS



AERIAL VIEW

© 2010 CB Richard Ellis, Inc.



KYOTO GRAND HOTEL | SUBJECT PHOTOGRAPHS



FRONT VIEW OF THE SUBJECT



VIEW OF THE MAIN PEDESTRIAN ENTRANCE

© 2010 CB Richard Ellis, Inc.

CBRE
CB RICHARD ELLIS

PROTO GRAND HOTEL | SUBJECT PHOTOGRAPHS



VIEW OF THE LOBBY.



VIEW OF THE LOBBY SITTING AREA.

© 2010 CB Richard Ellis, Inc.



ROYAL GRAND HOTEL | SUBJECT PHOTOGRAPHS



VIEW OF THE PRE FUNCTION AREA.



VIEW OF THE GRAND BALLROOM.

© 2010 CB Richard Ellis, Inc.



PROTO GRAND HOTEL | SUBJECT PHOTOGRAPHS



TYPICAL UPPER FLOOR ELEVATOR LOBBY.



TYPICAL UPPER FLOOR CORRIDOR.

© 2010 CB Richard Ellis, Inc.


CBRE
CB RICHARD ELLIS

KOTO GRAND HOTEL | SUBJECT PHOTOGRAPHS



INTERIOR VIEW OF A TYPICAL GUESTROOM.



INTERIOR VIEW OF A TYPICAL GUESTROOM.

© 2010 CB Richard Ellis, Inc.



PROTO GRAND HOTEL | **SUBJECT PHOTOGRAPHS**



INTERIOR VIEW OF A TYPICAL GUESTROOM.



INTERIOR VIEW OF A TYPICAL GUESTROOM.

© 2010 CB Richard Ellis, Inc.



ROYO GRAND HOTEL | SUBJECT PHOTOGRAPHS



VIEW OF THE LEASED RESTAURANT SPACE (NOW VACANT).



INTERIOR VIEW OF THE ROOFTOP GARDEN.

© 2010 CB Richard Ellis, Inc.

CBRE
CB RICHARD ELLIS

PICO GRAND HOTEL | **SUBJECT PHOTOGRAPHS**



VIEW OF THE HOTEL RESTAURANT



VIEW OF THE RESTAURANT BUFFET AREA.

**CBRE**
CB RICHARD ELLIS

PICO GRAND HOTEL | SUBJECT PHOTOGRAPHS



2ND STREET LOOKING EAST



2ND STREET LOOKING WEST

© 2010 CB Richard Ellis, Inc.



PHOTO GRAND HOTEL | SUBJECT PHOTOGRAPHS



LOS ANGELES STREET LOOKING NORTH



LOS ANGELES STREET LOOKING SOUTH

© 2010 CB Richard Ellis, Inc.

CBRE
CB RICHARD ELLIS

# SUMMARY OF SALIENT FACTS

| | |
|---|---|
| **Property Name** | Kyoto Grand Hotel |
| **Location** | 120 South Los Angeles Street, Los Angeles (Little Tokyo), California |
| **Assessor's Parcel Number** | 5161-016-020 and 027 |
| **Highest and Best Use** | |
| As Though Vacant | Hotel |
| As Improved | Hotel |
| **Property Rights Appraised** | Leased Fee |
| **Land Area** | 1.30 AC                    56,628 SF |
| **Improvements** | |
| Number of Buildings | 1 |
| Number of Stories | 21 |
| Gross Building Area | 316,289 SF |
| Number of Rooms | 434 |
| Restaurant/Lounge | Azalea Restaurant / Rendezvous Lounge |
| Total Meeting Space | 7,834 SF |
| Largest Meeting Space | 4,212 SF |
| Total Meeting Space Per Room | 18 SF |
| Property Amenities | Pool, Rooftop Garden |
| Year Built | 1978 |
| Condition | Average |
| **Estimated Exposure Time** | 12 months or less |
| **Financial Indicators** | |
| Projected Year 1 Occupancy | 51.0% |
| Stabilized Occupancy | 59.0% |
| Estimated Stabilization | May-13 |
| Projected Year 1 Average Daily Rate | $105.00 |
| Stabilized Average Daily Rate | $119.80 |

| Projected Inflation Rates | ADR | Expenses |
|---|---|---|
| Year 1 | 0.0% | 0.0% |
| Year 2 | 3.0% | 3.0% |
| Year 3 | 4.5% | 3.0% |
| Stabilized | 3.0% | 3.0% |

| | |
|---|---|
| Going-In Capitalization Rate | 9.50% |
| Terminal Capitalization Rate | 10.00% |
| Discount Rate | 12.00% |

© 2010 CB Richard Ellis, Inc.



GRAND HOTEL | SUMMARY OF SALIENT FACTS

| Year 1 Operating Data | *Total* | *Per Room* |
|---|---|---|
| Total Revenue | $12,263,782 | $28,258 |
| Operating Expenses | $14,649,775 | $33,755 |
| Expense Ratio | 119.46% | |
| Net Operating Income (EBITDA) | ($2,385,993) | ($5,498) |
| **Stabilized Operating Data - Year 4** | *Total* | *Per Room* |
| Total Revenue | $16,189,803 | $37,304 |
| Operating Expenses | $14,256,328 | $32,849 |
| Expense Ratio | 88.06% | |
| Net Operating Income (EBITDA) | $1,933,476 | $4,455 |

| VALUATION PREMISE | DATE OF VALUE | TOTAL | PER ROOM |
|---|---|---|---|
| **As Is Analysis** | May 24, 2010 | | |
| Sales Comparison Approach | | $8,600,000 | $19,816 |
| Income Capitalization Approach | | $8,000,000 | $18,433 |

| CONCLUDED MARKET VALUE | | | |
|---|---|---|---|
| Appraisal Premise | Interest Appraised | Date of Value | Value |
| As Is | Leased Fee Interest | May 24, 2010 | $8,000,000 |

Compiled by CBRE

## EXTRAORDINARY ASSUMPTIONS & HYPOTHETICAL CONDITIONS

The following extraordinary assumptions are associated with this analysis.

1.  The opinion(s) of market value include the contributory value of the furniture, fixtures, and equipment and are based on the assumption the hotel is open and will remain operational.

2.  This report assumes that the subject will continue to be operated as an independent hotel. If the subject is re-branded as a chain affiliated property, it could have an impact on our concluded opinion(s) of market value.

There are no hypothetical conditions associated with this analysis.

© 2010 CB Richard Ellis, Inc.



MONO GRAND HOTEL | TABLE OF CONTENTS

# TABLE OF CONTENTS

CERTIFICATION OF THE APPRAISAL................................................................i

SUBJECT PHOTOGRAPHS ...........................................................................ii

SUMMARY OF SALIENT FACTS...................................................................xiii

TABLE OF CONTENTS................................................................................ xv

INTRODUCTION ......................................................................................... 1

AREA ANALYSIS ........................................................................................ 6

HOTEL MARKET ANALYSIS ....................................................................... 42

SITE ANALYSIS ........................................................................................ 64

IMPROVEMENTS ANALYSIS ...................................................................... 68

ZONING .................................................................................................. 77

TAX AND ASSESSMENT DATA .................................................................. 78

HIGHEST AND BEST USE .......................................................................... 80

APPRAISAL METHODOLOGY .................................................................... 83

SALES COMPARISON APPROACH.............................................................. 85

INCOME CAPITALIZATION APPROACH...................................................... 92

RECONCILIATION OF VALUE ................................................................... 133

REAL PROPERTY VALUE ALLOCATION ..................................................... 134

ASSUMPTIONS AND LIMITING CONDITIONS ............................................ 136

ADDENDA
A    Glossary of Terms
B    Legal Description
C    Improved Sale Data Sheets
D    Competitive Hotel Data Sheets
E    Historical Trends Report – Smith Travel Research
F    Engagement Letter
G    Qualifications

© 2010 CB Richard Ellis, Inc.



# INTRODUCTION

## PROPERTY IDENTIFICATION

The subject is located in Los Angeles (Little Tokyo), Los Angeles County, California.  The property is a commercial zoned site that totals 56,628 square feet, or 1.3 acres.  Improvements on the site consist of a 1978 built, 434-room full service hotel.  A partial renovation of the property was completed in 2007.  It is operated as an independent hotel.  In 2009, the property achieved a 51.51 percent occupancy rate and an average daily rate of $104.82.  The property rights appraised are those of leased fee estate.  The subject's street address is 120 South Los Angeles Street, Los Angeles (Little Tokyo), Los Angeles County, California 90012.

## OWNERSHIP AND PROPERTY HISTORY

Title to the property is currently vested in the name of Little Tokyo Partners.  This entity acquired the subject property and an adjacent retail center from East West Development Corporation in August 2007.  Available Los Angeles County Assessor's records show a sale price of $54,000,000 for the combined property.  The subject property was not formally on the market for sale.  There was no allocation in the price between the subject and Weller Court properties.  However, in the agreement for the brokerage commissions, 75 percent of the commissions are allocated to the subject property (implying a price of $40,500,000 for the subject).  In addition to the purchase price, the buyer was responsible for $1,000,000 in brokerage commissions.

We are unaware of any other transfers of the property in the last three years.  Likewise, we are unaware of any listing, unsolicited offers, negotiations, or other potential sale-related activities within the past three years.

Documentation provided indicates the lender has initiated foreclosure procedures.

## PREMISE OF THE APPRAISAL/RELEVANT DATES

The various dates associated with the valuation of the subject and the valuation premise(s) are illustrated as follows:

| PREMISE OF THE APPRAISAL/RELEVANT DATES | |
|---|---|
| Date of Report: | June 16, 2010 |
| Date of Inspection: | May 24, 2010 |
| Dates of Value | |
| | May 24, 2010 |
| As Stabilized | May 24, 2013 |
| Compiled by CBRE | |

© 2010 CB Richard Ellis, Inc.



GRAND HOTEL | INTRODUCTION

## PURPOSE OF THE APPRAISAL

The purpose of this appraisal is to estimate the market value of the subject property.

## DEFINITION OF MARKET VALUE

The current economic definition agreed upon by agencies that regulate federal financial institutions in the U.S. (and used herein) is as follows:

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1.  buyer and seller are typically motivated;
2.  both parties are well informed or well advised, and acting in what they consider their own best interests;
3.  a reasonable time is allowed for exposure in the open market;
4.  payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5.  the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. [1]

## TERMS AND DEFINITIONS

The Glossary of Terms in the Addenda provides definitions for terms that are, and may be used in this appraisal.

## INTENDED USE AND USER OF REPORT

This appraisal is to be used by the client for business planning purposes.

## SCOPE OF WORK

The scope of the assignment relates to the extent and manner in which research is conducted, data is gathered and analysis is applied, all based upon the following problem-identifying factors stated elsewhere in this report:

*   Client
*   Intended use
*   Intended user
*   Type of opinion
*   Effective date of opinion

---

[1] Office of Comptroller of the Currency (OCC), 12 CFR Part 34, Subpart C – Appraisals, 34.42 (g); Office of Thrift Supervision (OTS), 12 CFR 564.2 (g); Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 4th ed. (Chicago: Appraisal Institute, 2002), 177-178.  This is also compatible with the RTC, FDIC, FRS and NCUA definitions of market value as well as the example referenced in the *Uniform Standards of Professional Appraisal Practice (USPAP)*.



MGM GRAND HOTEL | **INTRODUCTION**

- Relevant characteristics about the subject
- Assignment conditions

This appraisal of the subject has been presented in the form of a Self-Contained Appraisal Report, which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(a) of USPAP.  That is, this report incorporates, to the fullest extent possible, practical explanation of the data, reasoning and analysis that were used to develop the opinion of value.  This report also includes thorough descriptions of the subject and the market for the property type.  CBRE completed the following steps for this assignment:

### *Extent to Which the Property is Identified*

The subject property was legally identified through its postal address, assessor's records, and legal description.  It was physically identified through information provided by the property owner and a physical inspection.  Economic characteristics of the subject were identified via an analysis of historical and budgeted operating statements and market segmentation data.

### *Extent to Which the Property is Inspected*

CBRE conducted a physical inspection of the site and its surrounding environs on the date of inspection.  An exterior inspection of the subject was completed as well as an interior inspection of an adequate number of guestrooms, meeting rooms, and common areas to ascertain overall project finish, quality, and condition levels.

### *Type and Extent of the Data Researched*

Based on our review of the subject, it became apparent that the subject functions as an income generating property.

CBRE analyzed the macro and/or micro market environments with respect to physical and economic factors relevant to the valuation process.  This knowledge was expanded through interviews with regional and/or local market participants, available published data, and other various resources.  We also conducted regional and/or local research with respect to applicable economics, demographics, tax data, zoning requirements, flood zone status, etc.  Revenue levels (average daily rate and occupancy) were reviewed and compared to a survey of comparable/competitive properties and improved sales were researched to determine pricing and return levels.  The type and extend of the data researched was commensurate with the property type.

### *Type and Extent of Analysis Applied*

CBRE analyzed the data gathered through the use of appropriate and accepted appraisal methodology to arrive at a reasonable value indication via each applicable approach to value.  The sales comparison and income capitalization approaches to value were utilized.  The cost approach was determined not to be relevant to the analysis and was accordingly excluded from the valuation

© 2010 CB Richard Ellis, Inc.



(however, it has been included in the report).  CBRE then correlated and reconciled the results into a reasonable and defensible value conclusion, as defined herein.  We also estimated a reasonable exposure time and marketing time associated with the value estimate presented.

## EXTRAORDINARY ASSUMPTIONS & HYPOTHETICAL CONDITIONS

Extraordinary assumptions are defined by the Uniform Standards of Professional Appraisal Practice as "…an assumption, directly related to a specific assignment, which, if found to be false, could alter the appraiser's opinions or conclusions.  Extraordinary assumptions presume as fact otherwise uncertain information about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis."

The following extraordinary assumptions are associated with this analysis.

1.  The opinion(s) of market value include the contributory value of the furniture, fixtures, and equipment and are based on the assumption the hotel is open and will remain operational.

2.  This report assumes that the subject will continue to be operated as an independent hotel.  If the subject is re-branded as a chain affiliated property, it could have an impact on our concluded opinion(s) of market value.

Hypothetical conditions are defined by the Uniform Standards of Professional Appraisal Practice as "…that which is contrary to what exists but is supposed for the purpose of analysis.  Hypothetical conditions assume conditions contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in the analysis."

There are no hypothetical conditions associated with this analysis.

## SPECIAL APPRAISAL INSTRUCTIONS

There have been no special appraisal instructions for this assignment.

## EXPOSURE/MARKETING TIME

Current appraisal guidelines require an estimate of a reasonable time period in which the subject could be brought to market and sold.  This reasonable time frame can either be examined historically or prospectively.  In a historical analysis, this is referred to as exposure time.  Exposure time always precedes the date of value, with the underlying premise being the time a property would have been on the market prior to the date of value, such that it would sell at its appraised value as of the date of value.  On a prospective basis, the term marketing time is most often used.  The exposure/marketing time is a function of price, time, and use.  It is not an isolated estimate of time alone.  In consideration of these factors, we have analyzed the following:

© 2010 CB Richard Ellis, Inc.



- exposure periods for comparable sales used in this appraisal;
- marketing time information from the Korpacz Real Estate Investor Survey; *and*
- the opinions of market participants.

The information derived from these sources is presented as follows:

| EXPOSURE TIME INFORMATION | | | |
|---|---|---|---|
| | **Exposure Time (Months)** | | |
| **Investment Type** | Range | | Average |
| Comparable Sales Data | 3.0 - | 9.0 | 6.0 |
| *Korpacz Hotels: 1st Qtr. 2010* | | | |
| Luxury | 4.0 - | 20.0 | 10.4 |
| Full Service | 3.0 - | 24.0 | 9.3 |
| Limited Service | 4.0 - | 12.0 | 7.4 |
| Extended Stay | 3.0 - | 24.0 | 9.5 |
| Local Market Professionals | 6.0 - | 12.0 | 9.0 |
| **CBRE Estimate** | **12 Months or Less** | | |
| Source:  Korpacz Real Estate Investor Survey | | | |

An exposure/marketing time of 12 months or less would be considered reasonable for the subject. This reflects current economic conditions, current real estate investment market conditions, the terms and availability of financing for real estate acquisitions, and property and market-specific factors.  It assumes that the subject is (or has been) actively and professionally marketed.  The marketing/exposure time would apply to all valuation premises included in this report.

© 2010 CB Richard Ellis, Inc.



GRAND HOTEL | NEIGHBORHOOD ANALYSIS

## AREA ANALYSIS

The subject is located in downtown Los Angeles.  Discussions of downtown Los Angeles and the subject neighborhood are presented in this section.  A regional map is shown below.



## DOWNTOWN LOS ANGELES OVERVIEW

### *Access and Transportation*

Downtown Los Angeles is surrounded and defined by a circle of freeways, making it one of the most accessible locations in Southern California.  These freeways include the Hollywood Freeway (U.S. Highway 101) to the north and east, the Santa Ana Freeway (Interstate 5) to the east, the Santa Monica Freeway (Interstate 10) to the south, and the Harbor Freeway (Interstate 110) to the west.  By comparison, other Southern California office centers, such as Beverly Hills/Century City, Newport Beach, and the South Bay all have inferior freeway access.  They suffer from equal or greater traffic congestion despite having dramatically lower levels of economic activity than Downtown Los Angeles. An area map is on the following page.

Surface street access through Downtown Los Angeles is via a series of major streets generally on a grid.  The most significant north/south arterials are Figueroa Street, Flower Street, Grand Avenue, Hill Street, Broadway, Main Street, Los Angeles Street, San Pedro, Central, Alameda and Santa Fe.  The primary east-west streets are Cesar Chavez (Sunset) Boulevard, Temple Street, 1st Street, 3rd Street, 4th

© 2010 CB Richard Ellis, Inc.


CBRE
CB RICHARD ELLIS

MUSE GRAND HOTEL | NEIGHBORHOOD ANALYSIS

Street, 5th Street, 6th Street, Wilshire Boulevard, 7th Street, 8th Street, Olympic Boulevard, Pico Boulevard, and Venice Boulevard.



Downtown Los Angeles is the regional center of public transportation systems. The Metropolitan Transit Authority provides strong bus service to the area, making Downtown its hub of operations. Five commuter train lines, known as Metrolink, connect suburban districts to the north, east and south directly to Union Station in the northern portion of Downtown Los Angeles (at the east end of Chinatown and northeast of the Bunker Hill subarea).

Phases I and II of the Los Angeles MetroRail Red Line, a subway line linking Union Station with the Financial District and continuing through to the Mid-Wilshire District, were completed in 1996. Phases III and IV, extending the subway to Hollywood and then to North Hollywood in the San Fernando Valley were completed in 2000. Downtown stations for the MetroRail Red Line are located at 7th and Figueroa/Flower streets, Pershing Square, 1st and Hill Streets, and Union Station.

The Los Angeles-Long Beach Light Rail MetroRail Blue Line, completed in 1990, serves a 22-mile long corridor from Long Beach through south central Los Angeles into Downtown. The Blue Line shares a Downtown station at 7th and Flower/Figueroa streets with the Red Line. Another passenger rail line, known as the Gold Line, which operates from Union Station (north side of Downtown) to Pasadena (13.7 miles), opened in July of 2003.

Ridership statistics for these MTA lines are as follows:

© 2010 CB Richard Ellis, Inc.


CBRE
CB RICHARD ELLIS

MILO GRAND HOTEL | NEIGHBORHOOD ANALYSIS

| AVERAGE WEEKDAY MTA BOARDINGS | | | | | |
|---|---|---|---|---|---|
| | Dec. 2006 | Dec. 2007 | Dec. 2008 | Dec. 2009 | Apr. 2010 |
| Red Line | 123,990 | 127,020 | 139,229 | 137,296 | 152,507 |
| Blue Line | 71,778 | 68,843 | 72,010 | 70,765 | 77,966 |
| Gold Line | 17,956 | 18,177 | 22,390 | 28,621 | 32,315 |
| Total | 213,724 | 214,040 | 233,629 | 236,682 | 262,788 |
| Source: Metropolitan Transportation Authority | | | | | |

Construction of a passenger rail line southeast from Union Station, jogging south on Alameda, west on 1st Street, and then east across the Los Angeles River through East Los Angeles, opened in late 2009. Construction of another passenger rail system, extending the existing Blue Line south along Flower-Figueroa to Exposition Boulevard (and the USC campus), and then west to Culver City, is now underway.

## GOVERNMENT FACTORS – LAND USE ISSUES AND POLICIES

### Overview

Local government services are provided primarily by the city of Los Angeles, the largest city government in the state. The mayor is elected in a citywide vote, with city council members elected by districts. The city controls land use planning, building codes, and construction (although state codes override in some areas).

Public education is primarily provided by the Los Angeles Unified School District. An enormous expansion program is now underway, with the Unified School District constructing almost 80 new schools to offset overcrowding. A large number of these new sites are in the areas surrounding Downtown.

### General Political Factors

The concentration of transportation systems in Downtown Los Angeles reflects both the historic development pattern of Los Angeles and the political power of Downtown interests. This political clout is continuing. Historically, the mayor, city council, and local political administrations were pro-growth, pro-business, and pro-development.

This attitude was modified by strong anti-growth political pressures in the 1980s, resulting from traffic congestion and other lifestyle problems associated with development.

The recession of the early- and mid-1990s reduced development and hence anti-growth issues. With economic recovery, in the late 1990s, both have reoccurred.

Local government employee unions are strong politically, and are very influential in the Downtown area. Social considerations tend to override economic considerations relative to government actions

© 2010 CB Richard Ellis, Inc.



even in areas of business and development.  An example is the growing requirements on a growing range of businesses and locations for the payment of "prevailing wages" (currently $9.39 per hour with benefits/$10.64 per hour without, subject to CPI adjustment), compared to the state of California minimum wage which increased to $8.00 per hour in January 2008.

There is also strong and growing pressure for some affordable housing to be required as part of, or as a tax against, all new development in the area.

### Utilities

Electrical service in the city is provided by the Los Angeles Department of Water and Power (DWP).  It is a city-owned utility, and as such, is exempt from deregulation.  Well over half its power comes from coal and nuclear plants (some out of state), most owned by the DWP.  As a result it has more than adequate power, and in fact sold excess power at a profit to other utilities during the 2001 energy shortages.  Water is also provided by DWP, and is also adequate in supply for the foreseeable future. Natural gas is provided by the Southern California Gas Company, a privately owned utility.  Costs rose sharply during early 2001, but have since stabilized.

### Building Codes

Building code changes have had a significant impact in Downtown Los Angeles.  Most pre-1980-built buildings were not fire sprinklered.  Triggered by a major fire in the high-rise 1st Interstate Bank building, a city ordinance (dated November 22, 1989) required the retroactive installation of fire sprinklers in all non-residential buildings (hotels are considered residential) over 75 feet in height. There are also proposals to apply some form of sprinkler retrofit requirements to apartments and hotels, in addition to the existing partial sprinkler requirements now in effect (the Dorothy Mae ordinance, requiring sprinklers in the hallways and stairwells of residential floors, with one sprinkler head in each room).

Upgraded seismic safety requirements also impact older buildings in Downtown.  Of particular concern is a possible ordinance requiring reinforcement (not now required) of unreinforced masonry in-fill and partition walls.  Hollow tile partition walls, common in older buildings, would be affected. This is a particularly difficult issue for elevator and stairwell shafts.  There are also significant questions as to the structural adequacy of even the most modern steel frame high-rise buildings.  The 1994 Northridge earthquake resulted in substantial damage to these buildings in West Los Angeles and the San Fernando Valley.  Subsequent research indicates that standard welding techniques and materials may have been insufficient to withstand their projected lateral movement.

Handicap access rules also impact older buildings in Downtown.  Federal handicap regulations, under the American with Disabilities Act (ADA), are particularly significant.

© 2010 CB Richard Ellis, Inc.



Overall city code enforcement is generally severe, with little allowance for economic considerations. Partly as a result, a significant number of older Downtown office buildings, constructed between the 1920s and 1950s, have closed. Government occupied buildings are particularly affected.

### Adaptive Re-Use Ordinance

Downtown Los Angeles is severely impacted by these ordinances due to its concentration of older, uneconomic office buildings. In the past, numerous proposals to convert these buildings to residential use were abandoned due in part to cost considerations associated with the building code requirements.

A Los Angeles city task force, convened to solve the prohibitive complexity and expense of city code requirements for residential conversions, resulting in the Downtown Adaptive Reuse Ordinance (Ordinance No. 172,571), effective June 3, 1999. This ordinance modified existing codes, streamlining the entitlement process to encourage conversion of older commercial buildings to residential use. Although this ordinance did not relax any of the most significant (and expensive) life safety code requirements, it has significantly streamlined the approval process. It also eliminated on-site parking requirements for buildings without existing on-site parking.

### Redevelopment Projects

Redevelopment projects, administered by the Community Redevelopment Agency of the City of Los Angeles, an agency of the City of Los Angeles, have had a significant influence. Redevelopment projects are based on state law, by which any increase in property taxes (due to new construction or reappraisal on sale) goes to the Agency to combat "blight". Blight, broadly (and politically) defined, is interpreted to require economic and cultural development, historical preservation, and – most significantly – low income housing. The Agency has eminent domain powers and a significant de-facto city planning function.

The Downtown area has been the site of four redevelopment projects, Bunker Hill, Little Tokyo, Chinatown, and Central City. The latter project is effectively at the end of its legal and financial term. A new, expanded redevelopment project, covering 879 acres of Downtown, was approved by the Los Angeles City Council. However its approval is subject to lawsuits, which the Agency has so far lost. The most recent court ruling (issued April 19, 2005) reduces the project area to just 199 acres.

There are also plans for a new redevelopment project covering the industrial east side of Downtown.

### Business Improvement Districts

Reflecting historic dissatisfaction with city services, most of the Downtown area is now in one of several Business Improvement Districts (BID's). These are private assessment districts, created by a majority vote of property owners, approved by the Los Angeles City Council, financed by direct assessments



MONO GRAND HOTEL | NEIGHBORHOOD ANALYSIS

collected by the County Tax Collector.  They provide uniformed security (supplementing the police), additional street cleaning and graffiti removal, advertising and marketing, and some political advocacy service for their respective sub-districts.

## DOWNTOWN MARKETS/DISTRICTS/DEVELOPMENT TRENDS

Downtown Los Angeles is the location of numerous intensive economic districts and uses.  The most important and/or those most significant relative to the subject property are described on the following pages.

### *Downtown Financial District Office Market*

The Downtown Financial District office market generally extends from 2nd Street south to 9th Street, and from the Harbor Freeway east to Olive Street, with minor expansion west of the Harbor Freeway.

### *Historic Pattern*

Prior to 1967, financial offices were concentrated along the Spring Street corridor, several blocks east of the current Financial District.  Beginning in the 1960s, it began to migrate westward.  From 1967 through 1974, approximately 8,700,000 square feet of new office space was constructed from Olive Street west to the Harbor Freeway and from 3rd Street south to 7th Street.  Subsequent development further expanded the boundaries of this new Financial District to 2nd Street on the north, Bixel Street on the west, and 9th Street on the south.  While the location of the old Financial District was partly a result of the proximity of passenger rail lines to the east, the location of the new Financial District reflects its superior freeway access (and relative distance from Skid Row influences).

### *Financial District Sub-Districts*

Bunker Hill comprises the northern section of the Financial District.  It covers approximately 133 acres, with a higher topography and a separate Redevelopment Project Area, located north of 5th Street and east of Figueroa Street.  Redevelopment began in the early 1960s, with new office construction starting in 1967.  It now includes high-rise office buildings, mid-rise residential buildings and hotels, and the Museum of Contemporary Art (MOCA).

The other high quality office sub-district is the Figueroa Street Corridor, extending from 2nd Street south to 9th Street, immediately east of the Harbor Freeway.  Nine high-rise office buildings were completed here from 1990 to 1992.

Other office development in the Financial District is located on parallel and cross streets to Figueroa Street south of Bunker Hill.  These include Flower Street, Hope Street, and Grand Avenue, as well as 6th Street, 7th Street, Wilshire Boulevard, and 8th Street.  These secondary street locations are generally inferior to Bunker Hill and the Figueroa Street corridor.  Several office buildings here are being converted to residential use.

© 2010 CB Richard Ellis, Inc.



MIYAKO GRAND HOTEL | NEIGHBORHOOD ANALYSIS

*Current Status*

A summary of the Downtown office market is shown below.

| BUILDING SUMMARY – BY BUILDING CLASS | | | | | | |
|---|---|---|---|---|---|---|
| Building Class | No. of Buildings | NRA | Direct Vacancy (SF) | Direct Vacancy Rate | Sublease Vacancy (SF) | Overall Vacancy Rate |
| Class A+ | 12 | 12,356,541 | 1,471,755 | 11.90% | 175,074 | 13.30% |
| Class A | 20 | 12,800,006 | 1,544,235 | 12.80% | 156,883 | 14.00% |
| Class B | 20 | 6,050,864 | 972,848 | 16.10% | 42,794 | 16.80% |
| Class C | 15 | 1,890,943 | 530,023 | 28.00% | 12,162 | 28.70% |
| Totals | 67 | 32,478,354 | 4,528,861 | 13.90% | 386,913 | 15.10% |
| Source:  CoStar 4th Quarter 2009 | | | | | | |

*Types of Companies in the Downtown Financial District*

Downtown Los Angeles financial district occupancy is heavily legal, accounting, government, and small companies, rather than corporate.  Only six of the 100 largest public companies headquartered in Los Angeles County are located Downtown, private companies in Los Angeles County show a generally similar pattern.

Some indication of the strengths and weaknesses of the Downtown office market is shown by the headquarter locations of the largest Los Angeles area (typically L.A. County) based corporations, by type, as shown below.

© 2010 CB Richard Ellis, Inc.



MUIO GRAND HOTEL | NEIGHBORHOOD ANALYSIS

## DOWNTOWN OFFICE SPACE USER TYPES

| Category | No. Located Downtown | Out of |
|---|---|---|
| Largest Public Companies | 6 | 100 largest |
| Largest Private Companies | 8 | 100 largest |
| Banks | 9 | 25 largest |
| SBA Lenders | 4 | 25 largest |
| Venture Capital Firms | 2 | 20 largest |
| Insurance Brokers | 4 | 20 largest |
| Financial Institutions | 13 | 25 largest |
| Law Firms | 32 | 50 largest |
| Accounting | 5 | 25 largest |
| Motion Picture Distributors | 2 | 20 largest |
| Advertising Agencies | 0 | 15 largest |
| Biotech/Biomed Firms | 0 | 25 largest |
| Architectural Firms | 10 | 25 largest |

Source:  Los Angeles Business Journal, The Lists 2010

As shown, Downtown remains strong as a location for traditional financial and business services.  The representation of banks is somewhat misleading due to the relatively small size of Los Angeles based banks compared to national banks.  Law firms are very strongly represented; accounting firms are understated, and the four largest accounting firms are all Downtown.

Conversely, less traditional financial services such as SBA Lenders and Venture Capital Firms are under represented Downtown.

Downtown remains very limited as a corporate headquarters location in general, and effectively non-existent as a headquarters location for entertainment or technology companies.

Over the past 15 years, consolidation and relocations (out of Downtown and often out of California) of the banking, accounting, and petroleum industries have severely impacted the Downtown financial office district.  Despite significantly lower rental rates than other (particularly West Los Angeles) area office markets, there has been limited relocation into Downtown.

Architecture is a growing category, and is probably the only example of significant office movement into Downtown.  Several large firms have relocated Downtown over the past several years, attracted in

© 2010 CB Richard Ellis, Inc.



AUTO GRAND HOTEL | NEIGHBORHOOD ANALYSIS

part by the architecture, the growing Downtown housing and cultural presence, and the relocation Downtown of the Southern California Institute of Architecture (SCI-Arc).

### Retail Uses

Historically, 7th Street was the retail core of the west side of Downtown.  Three traditional department stores, Robinson's, Broadway and Bullocks, anchored the street.  Later Citicorp Plaza, a 1980s-built mixed-use office/retail development at the southwest corner of Figueroa and 7th streets, included a three-level retail component (7th Street Marketplace), originally anchored by two department stores. Numerous small retail stores, including national chains, were also located on 7th Street.

Many, if not most, of these stores are now gone, replaced by independent retailers, non-retail uses, or left vacant.  Of five historic department store spaces on 7th Street, only one (Macys in the old Broadway Plaza) is still occupied as department stores.

Downtown has generally been unsuccessful in competing with suburban shopping centers, despite its large employment base.  This daytime employment base is primarily limited to lunch hour shopping. Even more than other urban office districts, retail spending by office workers in the district is dominated by prepared food (buying lunch).

Accentuating the retail decline was the consolidation of the banking industry and the downsizing of retail bank space requirements, leaving numerous large ground floor spaces, previously occupied by bank branches, vacant.

Attempts to form merchant's associations to create common marketing programs have had limited success.

Other than the Hill Street Jewelry District (concentrated in the 600 block of South Hill Street) there is very little luxury oriented shopping or even high-end specialty stores.  The most successful retail districts in Downtown Los Angeles are on Broadway and in the garment district along the Santee Alley, both major shopping districts, primarily serving mid- to low-income buyers, drawn from the relatively low-income districts that surround Downtown Los Angeles.

More recently, the Downtown retail market has improved.  Restaurant and nightclub openings, drawn by Staples Center, other new Downtown attractions, and the growing Downtown residential market, are described below.  The growing Downtown residential market is beginning to generate significant retail activity.  A Ralph's supermarket opened in 2007 in the South Park area, the first new Downtown supermarket in over 50 years.  It has reportedly generated very strong sales.

### Nightclubs/Restaurants

The dramatic increase in the Downtown population, and its typical demographics (young adults with good incomes and no kids), has resulted in a sudden jump in the number and quality of restaurants,

© 2010 CB Richard Ellis, Inc.



bars, and clubs in the area.  This is particularly noticeable in the more central historic core area of Downtown, along Spring Street and Broadway, and in the South Park area.  Staples Center and the neighboring L.A. Live project, are also generating strong activity.  Significantly, these are generating strong activity from outside of Downtown.

### Off-Price Wholesale District Retail Activity

Contrasting the generally weak pattern in traditional retail, there has been strong growth in off-price retailing associated with the Downtown wholesale and industrial districts.  The east side of Downtown is a generally industrial district with numerous specialized wholesale oriented submarkets.  Many of these have developed strong retail components based on low prices (or the perception of low prices), the diversity and quantities of product, and the central location.

Examples include numerous cash and carry food markets serving individuals as well as small restaurants, primarily located along the Alameda Street corridor, in proximity to the produce markets, seafood, and other food distributors.  The wholesale toy district, between Los Angeles and San Pedro streets from 3rd Street south to 5th Street, is now being marketed as a retail destination.  Mixed with it are import-export companies, specializing in generally small, lightweight, relatively inexpensive manufactured products (giftware, beauty products, small electronics, garment accessories).  Many of these also do a major retail business.  Numerous retail flower shops surround the two wholesale flower markets on the 700 block of Wall Street.

Most significant is the retail activity in the garment district.  Some blocks, from Los Angeles Street east to San Pedro Street and from 8th Street south, generate remarkable retail activity.  Indeed, foot traffic in the best blocks is the highest of any street in Los Angeles, particularly on Saturday and on or near the Santee Alley.  Retail rents for small spaces leased to non-credit tenants are in the $12 and up per square foot per month range.

### Downtown Residential Market

The enormous Downtown work force, combined with the high cost of commuting and smaller family sizes, makes Downtown Los Angeles a logical residential district.  Past Los Angeles City Planning Department studies for the Central City Community Plan Area showed only 10,730 residential units in Downtown, compared to 200,800 jobs (1990-1994).  At 18.7 jobs per resident, Downtown had the worst housing/job ratios in the region.  As a result, government planning has long encouraged Downtown housing.  Indeed, the majority of the South Park area of Downtown (generally south of 8th Street from Flower east to Olive streets) was downzoned specifically for residential use.  Downtown is one of very few areas in the region where high-density residential development is encouraged rather than being resisted by local government and neighborhood groups.  High-rise Downtown residential and mixed-use projects now in planning are receiving expedited entitlement processing, with no opposition.

© 2010 CB Richard Ellis, Inc.



MILLARD HOTEL | NEIGHBORHOOD ANALYSIS

*History*

In the 1980s and early 1990s, a number of modern high-rise residential projects were built Downtown, primarily on Bunker Hill and in the South Park area. Despite generally high occupancy rates, they had limited financial success, even with substantial subsidies. Renovation of older buildings for non-subsidized or limited subsidy housing use at the time was even less successful.

More successful during the 1980s were conversions of older multi-story industrial loft buildings to artist loft in the industrial areas east of Alameda Street. Originally an illegal use by zone of abandoned buildings, they were later legitimized by a city ordinance. Most are (at least in theory) work-live units. Interior surfaces are generally unfinished. Unit sizes are often 1,500+ square feet, perhaps the most important distinction from typical apartments.

Initially successful, artist loft conversions stagnated in the early 1990s, reflecting both the high costs of the conversions and poor economic conditions.

*Current Status – Market Rate Downtown Housing*

These past trends have now reversed. Demand and rental rates for Downtown apartments and artist lofts have risen sharply over the past decade. Limited new construction in other areas of the city, combined with several years of strong economic growth, have driven residential rents and prices up sharply throughout the region. At the same time, cultural and social changes have made urban living more attractive to a large part of the population. The city, through the Downtown Adaptive Reuse Ordinance, effective June 3, 1999, significantly streamlined the approval process for residential conversion of obsolete commercial buildings. Declining crime rates have also been very important.

The result has been strong Downtown residential development in most cities nationwide, and most significantly in Downtown Los Angeles.

The Downtown Los Angeles residential inventory, as of 4th Quarter 2009 (excluding Chinatown), per the Downtown Los Angeles Business Improvement District studies, was as follows:

| DOWNTOWN LOS ANGELES MULTIFAMILY HOUSING PRODUCTION | | | | | |
|---|---|---|---|---|---|
| | Affordable Apartments/ Condos | Market Rate Apartments | Market Rate Condos | Total Market Rate | Total Units |
| Existing Units | | | | | |
| Existing as of December 31, 1998 | 8,445 | 2,352 | 829 | 3,181 | 11,626 |
| Constructed since Adaptive Reuse Ordinance | 2,347 | 8,851 | 4,494 | 13,345 | 15,692 |
| Total Existing Residential Units | 10,792 | 11,203 | 5,323 | 16,526 | 27,318 |
| | | | | | |
| Under Construction | 16 | 1,090 | 922 | 2,012 | 2,028 |
| Source: Downtown Business Improvement District, 4th Quarter 2009 | | | | | |

© 2010 CB Richard Ellis, Inc.



ROYAL GRAND HOTEL | **NEIGHBORHOOD ANALYSIS**

Since the start of 1999, 13,127 market rate units (rental and condo) have been built compared to only 3,181 pre-existing market rate units at year-end 1998. The overall inventory is still close to forty percent affordable or low income units but the percentage of affordable or low-income units is declining steadily.

Long vacant commercial buildings became economic for residential conversion. Indeed, of 50 such historic buildings previously identified as appropriate for such conversion, 44 are reported as having been, or being, converted.

Particularly significant in the history of this market has been the success of the following pioneering projects:

> A series of older office buildings along 4th Street from Main to Spring streets (marketed as the "Old Bank District") were converted in 1999 to residential by the Gilmore Group. The conversions, totaling 240± units, achieved good occupancy. This was the first adaptive reuse project, located in marginal (or worse) neighborhood.

> The Medici, a 636-unit market rate apartment complex on the west side of the Harbor Freeway at Seventh Street was completed in 2001 (a second phase was constructed a year later). It was the first new ground up apartment project in almost a decade. Leasing activity was and is quite successful, at high rental rates. It was built on the site of an abandoned planned office building development.

> The Flower Street Lofts, a 91-unit residential conversion of an older loft building, is located one block east of Staples Arena. Consisting of large (primarily 1,600+ square foot) units, it opened in fall 2003. Sales—typically in the $300 per square foot range ($500,000+ per unit) were very strong, proving the residential condominium market Downtown.

> The Toy Factory Lofts is an older six-story industrial building converted into 119 residential condominiums over ground floor retail. It is located in an industrial neighborhood at Mateo and Industrial Streets near the Los Angeles River on the east side of Downtown. It opened in July 2004, over 90 percent pre-sold at typical prices of $300 per square foot. The same developer now has a neighboring building under construction for a similar conversion.

Construction on the first new high-rise residential development in over a decade (at 11th Street and Grand Avenue) began in September 2004. This 194-unit condominium known as Elleven was entirely pre-sold during construction and is now complete. The same developer has completed two neighboring condominium towers. One (Luma) sold out successfully; the other (Evo) is now open. Most of the buyers that reserved units prior to the opening ultimately canceled their contracts. Sales were initially sluggish but have increased to over 20 signed contracts per month, beginning in March 2009; however, prices have been heavily discounted from the initial closed sales at the project.

© 2010 CB Richard Ellis, Inc.



MIURA GRAND HOTEL | NEIGHBORHOOD ANALYSIS

Construction on two other high-rise residential projects is also near complete (Concerto at 9th Street & Flower Street and another at 9th Street & Figueroa Street). Both are in bankruptcy, although in both cases this is due in part to non-economic factors. A third (Hanover at Olympic and Figueroa) opened in 2008.

New Downtown residential projects were primarily condominium (for sale) rather than rental between 2005 and the middle of 2007, reflecting the rapid rise in condominium sale prices compared to apartment rents. This applies to conversions as well as to new construction. This trend abated in August 2007 as market conditions softened for new condominium sales. Numerous developments since then have been converted to apartment, reflecting the relative strength of the rental market.

Government agencies strongly support residential development (although with potential affordable housing and prevailing/union wage requirements). Social and political considerations cause some lenders (particularly state and local government employee pension funds) to favor lending on such projects.

### Sales – Resales of Existing Downtown Condominiums

Through 2007, the retail or individual condominium sales market in Downtown Los Angeles has been very strong, reflecting both region wide trends (and low interest rates) and the limited supply of new housing in other densely developed areas of Los Angeles. The following chart summarizes the average price for one-bedroom, two –bedroom, and three –bedroom residential condo units from 2003 to 2009.

© 2010 CB Richard Ellis, Inc.



GRAND HOTEL | NEIGHBORHOOD ANALYSIS

## DOWNTOWN CONDOMINIUM PRICE TRENDS

| PRICE PER UNIT | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|
| 1 BR (700 - 900 SF) | $218,681 | $309,450 | $376,862 | $456,082 | $429,296 | $386,266 | $279,065 |
| % Change | | 41.5% | 21.8% | 21.0% | -5.9% | -10.0% | -27.8% |
| 2 BR (900 - 1,300 SF) | $360,000 | $492,385 | $585,401 | $624,844 | $593,109 | $535,893 | $386,249 |
| % Change | | 36.8% | 18.9% | 6.7% | -5.1% | -9.6% | -27.9% |
| 3 BR (+1,300 SF) | $399,973 | $556,816 | $659,012 | $686,070 | $633,760 | $570,385 | $553,939 |
| % Change | | 39.2% | 18.4% | 4.1% | -7.6% | -10.0% | -2.9% |
| Average - Price Per Unit | $326,218 | $452,884 | $540,425 | $588,999 | $552,055 | $497,515 | $406,418 |
| % Change | | 38.8% | 19.3% | 9.0% | -6.3% | -9.9% | -18.3% |
| | | | | | | | |
| PRICE PER SF | | | | | | | |
| 1 BR (700 - 900 SF) | $275.59 | $389.29 | $462.51 | $559.09 | $527.54 | $475.49 | $340.31 |
| % Change | | 41.3% | 18.8% | 20.9% | -5.6% | -9.9% | -28.4% |
| 2 BR (900 - 1,300 SF) | $318.36 | $440.42 | $525.82 | $558.66 | $528.86 | $485.86 | $348.19 |
| % Change | | 38.3% | 19.4% | 6.2% | -5.3% | -8.1% | -28.3% |
| 3 BR (+1,300 SF) | $328.46 | $462.50 | $553.95 | $576.46 | $530.52 | $490.52 | $476.52 |
| % Change | | 40.8% | 19.8% | 4.1% | -8.0% | -7.5% | -2.9% |
| Average - Price Per Unit | $307.47 | $430.74 | $514.09 | $564.74 | $528.97 | $483.96 | $388.34 |
| % Change | | 40.1% | 19.4% | 9.9% | -6.3% | -8.5% | -19.8% |

Source: Downtown Business Improvement District, 4th Quarter 2009

On a price per unit basis, from 2003 through 2006, the average condo price increased by 80.6 percent, or 26.9 percent per year on average.  The average condo price declined by 15.5 percent from 2006 through 2008, which reflects the generally downward trend in home pricing for Los Angeles County since late 2006.  The data through the third quarter of 2009 indicates a decline of 20.9 percent from 2008 levels, as developers with projects in the sell-off phase have aggressively discounted prices in order to attract buyers.

On a price per square foot basis, the data shows a similar trend.  From 2003 through 2006, the average condo price per square foot increased by 83.7 percent, or 27.9 percent per year on average. The average price per square foot declined by 14.3 percent from 2006 through 2008.  Through the third quarter of 2009 the data indicates a decline of 27.9 percent from 2008 levels.

The following chart summarizes the trends in residential condo sales for Downtown Los Angeles by zip code area.  The data is based on Los Angeles County Assessors records as provided by Win2Data, and shows primarily re-sales of existing units rather than new condominium sales.

© 2010 CB Richard Ellis, Inc.



MONTE CRAND HOTEL | **NEIGHBORHOOD ANALYSIS**

| DOWNTOWN CONDOMINIUM SALES | | | | | | |
|---|---|---|---|---|---|---|
| Zip Code | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
| 90013 | 0 | 0 | 10 | 135 | 141 | 178 |
| 90014 | 0 | 50 | 64 | 94 | 74 | 23 |
| 90015 | 83 | 27 | 58 | 46 | 131 | 56 |
| 90016 | 56 | 78 | 89 | 77 | 44 | 30 |
| 90017 | 0 | 2 | 0 | 109 | 156 | 76 |
| 90021 | 0 | 59 | 22 | 47 | 45 | 9 |
| 90071 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total DTLA | 139 | 216 | 243 | 508 | 591 | 372 |
| Source: Los Angeles County Assessor, by Win2Data | | | | | | |

The Downtown residential condo market experienced a steady increase in sales from 2003 to 2007, with annual sales more than quadrupling from 2003 to 2007. From 2007 to 2008, the number of sales decreased by 37.1 percent. This is due to the weakening of the national and regional economies and the increased caution on the part of many, if not most, lenders with regard to home loan financing.

*Demand for Housing*

Many residents choosing to live Downtown fall into one of three primary categories: 1) Downtown employees: 2) Students at Downtown schools; or 3) Residents who migrated to Downtown for a more urban lifestyle.

There are five colleges in the greater Downtown area, with a combined full and part-time student enrollment of 46,488 students. Only approximately 6,150 of these students can be accommodated by on-campus and/or off-campus housing provided by the respective schools. The school-provided housing represents only 13 percent of the total student population, leaving nearly 40,338 students requiring off-campus housing.

Demand for newly developed housing in Downtown Los Angeles was very strong for the past several years but weakened in the second half of 2008 due to the slowing of the national and regional economies. Residential developments completed from 2003 to 2006 experienced rapid absorption and high occupancy rates. However, the pace of absorption related to for-sale units has slowed over the past three years (2007 through 2009) due to the weakening of the national and regional economies and the uncertainty in the debt markets. Absorption of rental units has held up relatively well, resulting in numerous projects being converted to rental.

Clearly, the viability of Downtown Los Angeles as a residential community is improving, although demand for residential units is expected to be negatively impacted by the current weakness in the national and regional economies.

© 2010 CB Richard Ellis, Inc.



KYOTO GRAND HOTEL | NEIGHBORHOOD ANALYSIS

*Overall Benefit of Residential Development*

Although Downtown Los Angeles has not fully achieved the residential "24-hour city" status typical of more successful (New York, San Francisco, Chicago) Downtown areas, it is now approaching it. Such Downtown areas are more favored generally by real estate investors. For the first time in generations, Downtown Los Angeles has a realistic potential to achieve this status.

Most significantly, competition for available sites (and for buildings appropriate for conversion) drove prices up sharply from 2003 to 2007. The demand from investors and/or developers absorbed a substantial amount of Class C (or abandoned) office space and older multi-story industrial loft buildings. Competition from residential uses also impacted the availability of industrial land in the area. However, the demand by investors/developers has weakened due to the ongoing uncertainties in the capital markets and the downturn in the national and regional economies.

## DOWNTOWN HOTEL MARKET

Hotel development in Downtown Los Angeles is dominated by eight generally upscale full service hotels, summarized in the following chart.

| DOWNTOWN LOS ANGELES HOTELS | | |
|---|---|---|
| Name | Yr. Built | No. of Rooms |
| JW Marriott | 2010 | 876 |
| Ritz Carlton | 2010 | 124 |
| Westin Bonaventure Hotel | 1976 | 1,368 |
| Wilshire Grand (former Omni and Hilton hotels) | 1952 | 900 |
| Millennium Biltmore Hotel | 1923 | 700 |
| Sheraton (formerly Hyatt Regency) | 1983 | 485 |
| Marriott (former Sheraton Grande) | 1983 | 469 |
| Kyoto Grand Hotel & Gardens (former New Otani) | 1977 | 438 |
| Checkers Hotel | 1929 | 192 |
| Omni Hotel (former Hotel Inter-Continental) | 1992 | 470 |
| Standard | 2002 | 207 |
| Total | | 6,230 |
| Compiled By:  CBRE | | |

Six of the 25 largest hotels in the city are located in Downtown Los Angeles. All of the older properties (the Biltmore, Wilshire Grand, and Checkers) underwent extensive renovations in the mid-1980s, being both downsized in number of rooms and upgraded as to quality.

The Kyoto Grand Hotels & Gardens was renovated and rebranded in 2008 after a sale of the property. Plans have been announced for renovations to the Omni and Westin Bonaventure. In late 2009, the owners of the Wilshire Grand announced that Thomas Properties has been retained to re-entitle the property for redevelopment with a five-star luxury hotel, office and residential high-rise

© 2010 CB Richard Ellis, Inc.



MULTI-GRAND HOTEL | NEIGHBORHOOD ANALYSIS

development, with the existing hotel and office complex being demolished.  The entitlement process is reportedly moving forward there is no timeframe for beginning construction.

Occupancy and average daily rate trends in the Downtown Los Angeles hotel market are summarized below.

| | OCCUPANCY AND AVERAGE DAILY RATE TRENDS DOWNTOWN LOS ANGELES | | | |
|---|---|---|---|---|
| Year | Occupancy Rate | Percent Change | Average Daily Rate | Percent Change |
| 1999 | 69.0% | N/A | $111.51 | N/A |
| 2000 | 69.1% | 0.1% | $122.52 | 9.9% |
| 2001 | 55.2% | -20.1% | $125.15 | 2.1% |
| 2002 | 49.9% | -9.6% | $125.74 | 0.5% |
| 2003 | 51.0% | 2.2% | $117.83 | -6.3% |
| 2004 | 59.5% | 16.7% | $120.72 | 2.5% |
| 2005 | 67.6% | 13.6% | $120.28 | -0.4% |
| 2006 | 73.2% | 8.3% | $124.58 | 3.6% |
| 2007 | 75.0% | 2.5% | $132.24 | 6.1% |
| 2008 | 70.4% | -6.1% | $147.98 | 11.9% |
| 2009 | 61.8% | -12.2% | $133.37 | -9.9% |
| Source: PKF Consulting | | | | |

The declines in 2001 and 2002 reflect the generally poor economic conditions, the September 11, 2001 terrorist attacks, and problems at the Los Angeles Convention Center (discussed below).  Data for 2004 through 2007 shows significant occupancy increases, reflecting industry and region wide trends; 2008 and 2009 show substantial declines for the same reasons.

Occupancy rates for Downtown Los Angeles hotels have consistently under-performed hotels in the County Los Angeles overall.  Travelers with business Downtown often stay at West Los Angeles hotels, despite the commuting inconvenience.  For 2006 through 2008 the gap narrowed, widening again in 2009.  An occupancy comparison of Los Angeles County and Downtown Los Angeles is shown in the following chart.

© 2010 CB Richard Ellis, Inc.



### OCCUPANCY AND AVERAGE DAILY RATE TRENDS
### DOWNTOWN LOS ANGELES

| Year | Occupancy Rate | Percent Change | Average Daily Rate | Percent Change |
|------|------|------|------|------|
| 1999 | 69.0% | N/A | $111.51 | N/A |
| 2000 | 69.1% | 0.1% | $122.52 | 9.9% |
| 2001 | 55.2% | -20.1% | $125.15 | 2.1% |
| 2002 | 49.9% | -9.6% | $125.74 | 0.5% |
| 2003 | 51.0% | 2.2% | $117.83 | -6.3% |
| 2004 | 59.5% | 16.7% | $120.72 | 2.5% |
| 2005 | 67.6% | 13.6% | $120.28 | -0.4% |
| 2006 | 73.2% | 8.3% | $124.58 | 3.6% |
| 2007 | 75.0% | 2.5% | $132.24 | 6.1% |
| 2008 | 70.4% | -6.1% | $147.98 | 11.9% |
| 2009 | 61.8% | -12.2% | $133.37 | -9.9% |
| Source: PKF Consulting | | | | |

Despite the improvement in relative occupancy rates however, the Downtown average daily rate and REPAIR remain well below countywide figures.

***Proposed/Under Construction Hotels***

Two major convention hotels opened in early 2010. Two others are proposed. A table illustrating the anticipated date of completion is indicated in the following table.

### NEW HOTEL FORECAST

| Venue | Proposed YOC | Est. Opening | No. Rooms |
|-------|------|------|------|
| JW Marriott (Convention Center) | 2010 | 2/1/2010 | 876 |
| Ritz Carlton (Convention Center) | 2010 | 2/1/2010 | 124 |
| W Hotel | N/A | N/A | 223 |
| Mandarin Hotel | N/A | N/A | 284 |
| Wilshire Grand Site | N/A | N/A | 700 |
| Compiled By: CBRE | | | |

The convention center Marriott opened in February 2010 and the Ritz Carlton will open in March 2010. Both hotels are located within the same 54-story high-rise building, which also includes 124 luxury condominiums on the upper floors. The project received significant public funding and operator subsidies.

The W hotel is proposed for the Figueroa Central site across from the Convention Center and Staples arena. It does not have development approvals, but would be similar in design to the Ritz-Carlton in

© 2010 CB Richard Ellis, Inc.



GRAND HOTEL | **NEIGHBORHOOD ANALYSIS**

that it will comprise the lower floors of a mixed-use tower with the upper floors having for sale condominiums.  Development of this site has stalled and there is no anticipated date for construction to commence.

The Mandarin Hotel would be part of the now delayed Grand Avenue project, discussed later in this section.

Not included in the preceding chart is the Gansevoort West project, a proposed renovation of the long vacant Embassy Hotel and Trinity Auditorium.  The property was to be operated as a boutique property, competing with the Standard, and to a lesser degree Hilton Checkers.  The project is now cancelled.

### Convention Center/Staples Center/Proposed Additional Development

#### Los Angeles Convention Center

The Los Angeles Convention Center is located on the west side of Figueroa Street, extending from 11th Street south to Venice Boulevard.  It was expanded in the early 1990s, to a total of 808,000 square feet, making it the 5th largest facility in the United States (and the largest west of Las Vegas, Nevada) at the time.  An additional expansion, to 970,000 square feet, was completed in late 1996.

This expansion was designed to make Los Angeles competitive in the national and international market for major conventions and exhibitions.  It previously competed primarily for local trade shows, generating limited hotel business.

The ability of the Convention Center to attract major conventions, in competition with more tourist-oriented western United States convention center locations (Long Beach, Anaheim, San Diego, San Francisco, Honolulu and Las Vegas) is still questionable.  The lack of entertainment and nightlife in Downtown, as well as the relative lack of hotels and restaurants, are major negative factors.

Compounding these problems, competitive West Coast convention centers have also expanded.  In December of 2000, the Anaheim Convention Center expanded to 1,650,000 square feet (including 815,000 square feet of exhibit space), making it larger than Los Angeles.

Event and attendance statistics from the Los Angeles Convention Center are shown below.

© 2010 CB Richard Ellis, Inc.



GRAND HOTEL | NEIGHBORHOOD ANALYSIS

## LOS ANGELES CONVENTION CENTER TRENDS

| Fiscal Year Ending June 30, | No. Of Events | Attendance | Change in Attendance |
|---|---|---|---|
| 2001 | 325 | 1,810,266 | - - - |
| 2002 | 325 | 1,927,336 | 117,070 |
| 2003 | 316 | 1,722,222 | -205,114 |
| 2004 | 288 | 2,049,662 | 327,440 |
| 2005 | 388 | 2,360,000 | 310,338 |
| 2006 | 360 | 1,992,145 | -367,855 |
| 2007 | 420 | 2,027,237 | 35,092 |
| 2008 | 420 | 1,890,236 | -137,001 |
| 2009 | 369 | 1,961,398 | 71,162 |
| *Forecast 2010* | *375* | *1,800,000* | *-161,398* |
| *Forecast 2011* | *420* | *2,000,000* | *200,000* |
| *Forecast 2012* | *430* | *2,100,000* | *100,000* |
| *Forecast 2013* | *430* | *2,200,000* | *100,000* |
| *Forecast 2014* | *430* | *2,300,000* | *100,000* |
| Source: Los Angeles Convention Center | | | |

Projections by the Los Angeles Convention Center indicate that attendance is estimated to increase from an annual average of just under 2,000,000 persons between fiscal 2000 and 2009 to 2,300,000 persons in fiscal 2015. The 300,000 additional attendees could generate a daily average of 821 additional room-nights of demand (300,000 ÷ 365 days). This level of demand would largely offset the supply added by the JW Marriott and the Ritz-Carlton. However, it would not create any net benefit for the overall market.

### Staples Center

Partly to solve this, the Los Angeles City Council approved the private construction of a 20,000-seat sports arena at Figueroa and 11th (Chick Hearn Way), on part of the Convention Center site. The development group owned the Los Angeles Kings, a major league professional hockey team, and had agreements with the Los Angeles Lakers and Los Angeles Clippers basketball teams. All relocated to the new arena.

Construction was completed in October of 1999. Known as Staples Center, it has been a tremendous boost to the area, increasing Downtown parking and restaurant business in particular. It is in use at least 225 nights a year. Staples Center is home to the Los Angeles Lakers, Los Angeles Clippers, Los Angeles Kings, and the Los Angeles Sparks (women's professional basketball team).

### L.A. Live Development

The Anschutz Group (AEG), owners of Staples Center, is nearing completion of a major entertainment, retail, and hotel complex, known as L.A. Live. The project occupies the oversized block bounded by 11th Street/Chick Hearn Way, Figueroa, Olympic, and the Harbor Freeway. It is to



include a 1,100-room convention center hotel complex/Marriott Marquis and Ritz-Carlton) with 224 condominiums now near complete.  It also includes the Nokia Theatre and Club Nokia complex (7,100± seats and 2,300± seats, respectively), an ESPN Zone restaurant and Sports Center studios, a Grammy Museum (33,000 sq. ft.), numerous other restaurants, some office space, a 14-screen Regent Cinema complex, and a possible further expansion of the convention center.

Phase 1 of the project was the Nokia Theatre and adjacent Nokia Plaza.  It opened in October 2007. It hosts approximately 125 events per year, many by major performers, including music shows/concerts, dance productions, comedy acts, award productions, and product launches.  In March 2008, the Nokia Theatre was selected as the permanent home for the Primetime Emmy Awards, beginning with the 60th Primetime Emmy Awards national telecast on September 21, 2008. The Nokia Theatre is a major draw to the area; local restaurants report increased reservations.

Several restaurants at L.A. Live opened as part of the second phase of the project in Fall 2008, including ESPN Zone, The Farm of Beverly Hills, Fleming's Prime Steakhouse & Wine Bar, Katsuya, Yard House, Rosa Mexicano, Starbucks Coffee, New Zealand Natural Ice Cream, Rock'n Fish, Trader Vic's, Conga Room, Lucky Strike Bowling, a new concept restaurant from Wolfgang Puck, and other venues.  It is attracting strong crowds.

The convention center hotel component has long been considered a requirement for the convention center, but numerous studies clearly indicated that it needs financial subsidies.  Agreement was reached in 2007 and construction on a combined Marriott and Ritz-Carlton hotel and residential condominium tower is near complete.  When finished in 2010 it will be a 54-story tower with 1,001 hotel rooms and a 3,000-seat ballroom, with 224 luxury condominiums on the upper 26 floors.  The City of Los Angeles will rebate an estimated $246,000,000 in hotel bed tax (transient occupancy tax) to the project.

### Downtown Cultural Attractions

The traditional older Downtown cultural attractions are summarized below.

| OLDER DOWNTOWN LOS ANGELES CULTURAL ATTRACTIONS | |
|---|---|
| Venue | Description |
| Museum of Contemporary Art (MOCA) | Museum |
| LA Theatre Center/Tom Bradley Center | Live Theater |
| Ahmanson Theatre | Live Theater |
| Dorothy Chandler Pavilion | Symphony Hall |
| Mark Taper Forum | Live Theater |
| Japanese American Natural Museum | Museum |
| Compiled By:  CBRE | |

© 2010 CB Richard Ellis, Inc.



While the preceding are staples of Downtown, a number of new (and mostly highly publicized) facilities are more significant.  These include:

### Walt Disney Concert Hall

The Frank Gehry designed Walt Disney Concert Hall at First Street and Grand Avenue opened in November of 2003.  It includes a 2,263-seat concert hall, 266-seat Cal Art (REDCAT) auditorium and 300-seat outdoor theater, and Patina Restaurant.  It houses the Philharmonic, Los Angeles Opera and the Master Chorale.   Reported annual attendance was 370,999 (fiscal 2008-2009).  It is of unique architectural design and has generated tremendous publicity.

### Colburn School for Performing Arts

The Colburn School, located adjacent to the Museum of Contemporary Art, opened in 1998.  The school provides instruction in the performing arts to the community of Los Angeles.  The original campus was comprised of 55,000-square-foot building.  The campus was expanded in 2007 with a new, 326,000-square-foot, 12-story high-rise facility with a 200-seat performance lab, rehearsal hall, teaching studios, etc.

### Cathedral of Our Lady of the Angels

Located on the north side of Temple Street, from Grand Avenue east to Hill Street, adjacent to the south of the Hollywood Freeway, it is a $195,000,000 cathedral, and headquarters of the Los Angeles Catholic Archdiocese.  It was designed by Jose Ralph Moneo, a noted European architect, to last "500-years".  It is a major attraction, drawing well over 1,000,000 visitors its first year.   The 63,000-square-foot, 3,000-seat cathedral and a three-acre plaza opened in September 2002.

Church services alone draw approximately 600,000 per year.

### Los Angeles Center Studios

This is a film production facility located on the west side of the Harbor Freeway in the former Unocal headquarters.   It includes six 18,000-square-foot sound stages and dressing rooms, a 500-seat screening room and a commissary.  Portions of the old Unocal headquarters building were renovated to accommodate production office needs.

### Civic Center/Government

The Los Angeles Civic Center District is located on the north side of 1st Street, extending north to the Hollywood/Santa Ana/San Bernardino Freeway.   It is generally considered to be the largest government center in the country outside of Washington D.C.

Major Civic Center buildings include the Los Angeles County Kenneth Hahn Hall of Administration and County Courthouse, the County Law Library, the Criminal Courts Building, the Los Angeles City

© 2010 CB Richard Ellis, Inc.



Hall and City Hall Annex Buildings, the Parker Center Los Angeles City Police Administrative Headquarters, the Los Angeles Music Center, the Los Angeles Department of Water and Power Headquarters, the Federal Building, the U.S. Courthouse and (located south of 1ˢᵗ Street) the State Office Building, the Caltrans Building, and Times Mirror Square.

*Government Development Policies for Downtown*

There are strong (but generally unsuccessful) government initiatives to concentrate their office space requirements in Downtown areas.  In particular, federal government policy (per Executive Order No. 130066, signed by President Clinton) gives priority to historic buildings in historic districts and to central cities for federal facilities.

Several years ago, the state of California announced plans to relocate several thousand workers into renovated buildings in the Historic Core, just south of the Civic Center District.  However, only two projects, the renovation of the old Broadway Department Store for office occupancy (at 4ᵗʰ Street and Broadway), and the remodeling of the Washington Building (at 3ʳᵈ and Spring Streets) occurred.

The Los Angeles Civic Center Master Plan, emphasizing "pedestrian access, open space, and new identity" has at its goal to integrate the existing Civic Center buildings and neighboring areas, as well as to share certain government facilities between agencies.  Concentration of government offices within a 10 minute walk (one-half mile) of the Los Angeles City Hall, at 1ˢᵗ, Main, Spring, and Temple streets, is recommended.  This policy however has had little effect.  The 2004 purchase by the city of the Transamerica Center complex at Hill and 12ᵗʰ streets, and the subsequent relocation of city workers to it from rented space on Spring Street, and the planned 2010 relocation of the Community Redevelopment Agency from Spring to the Garfield building on West 7ᵗʰ Street, directly contradicts it.

*Recent/Current Government Downtown Development*

Many existing Civic Center office buildings are now obsolete, with significant building code violations.  The main Los Angeles City Hall was vacated for several years for earthquake renovation, but is now reoccupied.  The Parker Center Police Headquarters, an eight-story, 400,000-square-foot structure built in 1955, by construction of a new facility, on the block bound by First, Main, Second, and Spring Streets (the old Cal Trans site).  Both the State Office Building (at 1ˢᵗ, Hill, 2ⁿᵈ, and Broadway) and the old Caltrans Building were previously vacated and demolished due to physical problems.  The main Federal building, built in 1964 (at 300 North Los Angeles Street) is undergoing a $93,000,000 renovation.

Construction of a major (700,000± square foot) replacement building for Caltrans was completed in 2007 on the block bound by 1ˢᵗ, Main, 2ⁿᵈ, and Los Angeles Streets.  The building and the design architect have received several awards and recognition for its design.

© 2010 CB Richard Ellis, Inc.



A new 20-story federal courthouse, replacing the vacated State Office Building on the south side of 1st Street from Hill to Broadway and 2nd, has been planned for some time. The old structures have been removed but the project was put on hold due to cost and budget concerns. The future of this site is uncertain.

The Los Angeles Unified School District (LAUSD) Headquarters relocated in early 2003 to a renovated building at 3rd and Beaudry streets, immediately west of the Harbor Freeway. LAUSD is also building a large number of new public schools in the areas immediately surrounding downtown (particularly on the west side).

### Planned Grand Avenue Project

The Grand Avenue Project is a public/private partnership for the development on four government owned parcels totaling approximately 7.5 acres and the renovation of an existing 16-acre park/outdoor mall. The development parcels are identified as follows:

- Phase I – block bounded by 1st Street, 2nd Street, Grand Avenue and Olive Street

- Civic Park – considered part of Phase I. Located north of 1st Street, extending from the Music Center, at Grand Avenue, east to City Hall, at Spring Street

- Phase II – northern portion of the block (north of Grand Tower Apartments) bounded by 2nd Street, Hope Street, Grand Avenue and 3rd Street

- Phase III – block bounded by 1st Street, 2nd Street, Olive Street and Hill Street

The land is owned by either the Los Angeles Community Redevelopment Agency or the County of Los Angeles, and leased to a private developer. The Related Companies was chosen as the developer in 2005 and entered into a long-term ground lease for the development parcels.

Upon completion, the Grand Avenue Project would include a 16-acre civic park, streetscape improvements to Grand Avenue from 5th Street to Cesar Chavez Avenue, and up to 3.8 million square feet of mixed-use development, including 400,000 square feet of retail, a boutique hotel and up to 2,600 affordable and market rate residential units, both condominiums and apartments.

The Design Development package for Phase I was approved by the Grand Avenue Authority in February 2008. The approximately three-acre site located across from the Disney Concert Hall would include:

- 48-story Mandarin Oriental Hotel & Residences, with 295 rooms and 266 condominiums;

- 19-story residential tower, with 126 market rate apartments and 98 affordable units;

© 2010 CB Richard Ellis, Inc.


CBRE
CB RICHARD ELLIS