1   JEFFREY C. KRAUSE (State Bar No. 94053),
    jkrause@stutman.com
2   CHRISTINE M. PAJAK (State Bar No. 217173), and
    cpajak@stutman.com
3   NEETA MENON (State Bar No. 254736), Members of
    nmenon@stutman.com
4   STUTMAN, TREISTER & GLATT, P.C.
    1901 Avenue of the Stars
5   12th Floor
    Los Angeles, CA 90067
6   Telephone:  (310) 228-5600
    Telecopy:   (310) 228-5788
7
    Reorganization Counsel for
8   Debtor and Debtor in Possession

9   Debtor's Mailing Address:
    1880 Century Park East, Suite 810
10  Los Angeles, CA  90067

11              UNITED STATES BANKRUPTCY COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13                  LOS ANGELES DIVISION

14

15  In re                          )  Case No. 2:10-39113-BR
                                   )
16  LITTLE TOKYO PARTNERS, L.P.,    )  Chapter 11
    a Delaware limited partnership, )
17                                 )
                                   )
18              Debtor.             )  **SUBMISSION OF EXHIBITS 7**
                                   )  **THROUGH 11, INCLUSIVE, TO THE**
19                                 )  **SECOND AMENDED DISCLOSURE**
                                   )  **STATEMENT (OCTOBER 5, 2010)**
20                                 )
                                   )
21                                 )
                                   )          **Disclosure Statement Hearing**
22                                 )
                                   )  Date:    October 6, 2010
23                                 )  Time:    10:00 a.m.
                                   )  Place:   Courtroom 1668
24                                 )           255 E. Temple St.
                                   )           Los Angeles, CA  90012
25                                 )
                                   )
26                                 )
                                   )
27  _____)

28

                                                              1

1       Attached hereto are Exhibits 7 through 11, inclusive, to the "Second Amended

2   Disclosure Statement to Accompany Debtor's Amended Plan of Reorganization (October 5, 2010)"

3   the "Disclosure Statement."  Each Exhibit is listed and generally described on pages 2-3 of the

4   Disclosure Statement.

5       Exhibit 7 is an expanded liquidation analysis.  The first page of Exhibit 7 has not

6   changed from the exhibit previously filed with the Court.  The second page of Exhibit 7 has been

7   added, to reflect the impact in a chapter 7 liquidation of potential preference  recoveries, based on

8   the amendments to the Disclosure Statement requested by the Official Committee of Unsecured

9   Creditors (the "Committee").

10       Exhibit 8 is a list of the information provided to the appraiser engaged by

11   First-Citizens Bank & Trust Company, as referenced in the Disclosure Statement.

12       Exhibit 9 is the list of unsecured creditors holding claims of less than $25,000, which

13   is being added to address the Committee's informal request for more information about who the

14   unsecured creditors are and is described on page 3 of the Disclosure Statement.

15       Exhibit 10 and Exhibit 11 are the summaries of the Budget Analysis taken from the

16   Property Condition Reports.  The entire reports were previously filed with the Court, but are too

17   voluminous to attach to the Disclosure Statement.  These summaries show the financial impact of the

18   deferred maintenance of the two properties.  The Disclosure Statement at page 3 includes the

19   following explanation of the available information:

20          The complete Hotel appraisal and Weller Court appraisal, as well as the current
21          property condition reports for both properties, summaries of which are attached
       hereto as Exhibits "10" and "11"  have been separately filed with the Bankruptcy
22          Court.

23   Dated:  October 18, 2010                _/s/ Neeta Menon_
                                 JEFFREY C. KRAUSE,
24                                    CHRISTINE M. PAJAK, and
25                                    NEETA MENON, Members of
                                 STUTMAN, TREISTER & GLATT
26                                    PROFESSIONAL CORPORATION
                                 Reorganization Counsel for
27                                    Debtor and Debtor in Possession

28

544853v1

1
2
3
4
5
6
7
8
9
10
11
12                                **<u>EXHIBIT 7</u>**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Exhibit 7
## Liquidation Analysis

**HOTEL**

| | |
|---|---:|
| Hotel Value | 9,000,000 |
| Less: Sales Commission + Costs (4% of Value) | (360,000) |
| Forecasted Cash Accumulation Through 12/31/10 | 1,180,313 |
| Gross Value of Hotel Collateral | 9,820,313 |
| | |
| Hotel Loan Balance - Secured* | (33,580,000) |
| | |
| Hotel - Net Equity | 0 |

**WELLER COURT**

| | |
|---|---:|
| Weller Court Value | 9,800,000 |
| Less: Sales Commission + Costs (4% of Value) | (392,000) |
| Forecasted Cash Accumulation Through 12/31/10 | 1,112,950 |
| Gross Value of Collateral | 10,520,950 |
| | |
| Bank Loan Balance - Secured | (10,400,000) |
| Bank Post Petition Interest Through 12/31/10** | (143,650) |
| Excell Loan Balance - Secured | (300,000) |
| Excell Post Petition Interest Through 12/31/10*** | (8,250) |
| Weller Loan Balance & Interest - Secured** *** | (10,851,900) |
| | |
| Weller Court - Net Equity | 0 |
| | |
| Cash Available for Unsecured Creditors | 0 |

*Excludes any interest or penalties due.
**At the non-default interest rate from 8/1/10 through 12/31/10. The interest was paid through July 31, 2010.
***At the non-default interest rate from 7/15/10 through 12/31/10.

**Potential Preference Recoveries**

| | | |
|---|---:|---:|
| Preference recoveries | | $130,000[1] |
| Litigation Costs | 20,000 | |
| Trustee's fees | 40,000 | |
| Administrative professionals[2] | 350,000 | |
| Total Administrative Costs | | 410,000 |
| Net Cash Available for distribution | | 0 |

---

[1] 3D Investments IV, LLC received an interest payment of approximately $130,000 during the 1 year insider preference period. Other payments were made to creditors that may be insiders during that year in the aggregate amount of approximately $160,000, but these were payments made currently for ongoing services and the Debtor believes they would not likely be avoidable as preferences. Even if the $160,000 could be recovered the total recoveries would be less than the administrative professional fees in this case. Payments to other creditors during the 90 days immediately prior to the Petition Date appear to have been made in the ordinary course of business.

[2] This includes estimated chapter 11 and chapter 7 attorneys' fees payable to counsel for the Debtor, counsel for the Committee and the chapter 7 trustee's counsel. This estimate was provided by Stutman, Treister & Glatt.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT 8</u>**

6

### Kyoto Grand Hotel

#### Documents Provided By Debtor to the <u>Second</u> Appraiser for First Citizens Bank -- Gary Cohen
#### (All Documents Delivered by Debtor to Appraiser in September 2010)*

1. **Hotel Operating Statements – Calendar Year 2009**

2. **Hotel Operating Statements – Twelve Months Ended July 2010**

3. **Hotel Operating Statements – Jan. – July 2010**

4. **STR Report 2009 Full Year (str#11663)**

5. **STR Report August 2010 YTD (str#11663)**

6. **Hotel Property Condition Report by Partner Engineering and Science - Dated September 20, 2010**

7. **Hotel ADA Survey completed by AEI Consultants, Inc.**

8. **Copy of ADA Lawsuit Katherine Saint-Hillaire (filed August 12, 2010)**

9. **Copy of ADA Lawsuit Hugh Marsh and Neva Lema (filed March 1, 2010)**

10. **Lot Tie Separation Documents**

11. **M J Hellmuth Bid for $830,000 (Waste-line and Re-circ System) (Dated April 6, 2010)**

12. **Sundance Plumbing Co Bid for $5,367,000 (Copper Re-piping) (Dated November 16, 2009)**

13. **Liftech Elevator Services Elevator Repair Bid for $1,525,000 (Dated March 25, 2010)**

14. **CBRE Appraisal  - Dated June 16, 2010**

15. **Current Tenant Rent Roll**

16. **Tenant Leases for Henken Gallery, JAMCA, Liparri, Starbucks, World Tour Associates, United Rent A Car**

*Documents were also delivered to First Citizens Bank's <u>first</u> appraiser (Easley & Associates) in April / May 2010.*

7

*Weller Court*

**Documents Provided By Debtor to the <u>Second</u> Appraiser for First Citizens Bank -- Gary Cohen**

**(All Documents Delivered by Debtor to Appraiser in September 2010)\***


1.  **Weller Court Operating Statements – Calendar Year 2009**

2.  **Weller Court Operating Statements – Twelve Months Ended July 2010**

3.  **Tenant Rent Roll, including Tenant Payment Schedule for Rent, Property Taxes, Insurance, Common Area Expenses, Utilities; Lease Termination Dates; Security Deposits**

4.  **Copy of Tenant Ledgers for Tenants with Rent Delinquencies**

5.  **Weller Court Property Condition Report by Partner Engineering and Science - Dated June 21, 2010**

6.  **CBRE Appraisal  - Dated July 12, 2010**

7.  **Tenant Leases for all Tenants at the Property, including all Lease Addenda**

8.  **Copies of 2009 Property Tax Bills**

9.  **Leasing Flyer for the Property**

10. **Detailed Site-plan Reflecting Occupied and Vacant Units at the Property**


**\* Documents were also delivered to First Citizens Bank's <u>first</u> appraiser (Appraisal Pacific) in May 2010.**

8

1

2

3

4

5

6

7

8

9

10

11

12

**<u>EXHIBIT 9</u>**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

544853v1

| Creditor Name | Amount of Claim | Distribution Amout |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| L A Department Of Water And Power | $23,472.39 | $2,000.00 |
| Ibahn | $16,310.07 | $2,000.00 |
| Swiss Dairy | $15,580.71 | $2,000.00 |
| Tiger, Inc. | $15,236.19 | $2,000.00 |
| K&M Food | $14,041.37 | $2,000.00 |
| Waxie Sanitary Supply | $12,140.07 | $2,000.00 |
| Room Service Amenities | $11,535.23 | $2,000.00 |
| Mitsubishi Electric & Electronics USA Inc | $10,476.00 | $2,000.00 |
| KTWV-FM | $8,500.00 | $2,000.00 |
| ABM Security Services, Inc. | $8,416.93 | $2,000.00 |
| Yee Yuen Linen Service | $7,104.87 | $2,000.00 |
| Commercial Waste Services Inc. | $6,867.95 | $2,000.00 |
| Global Hospitality Marketing | $6,684.00 | $2,000.00 |
| The Gas Company | $6,055.82 | $2,000.00 |
| Pasadena Baking Wholesale | $5,858.30 | $2,000.00 |
| Simplexgrinnell | $5,407.98 | $2,000.00 |
| KTWV-FM | $5,000.00 | $2,000.00 |
| City Seafoods | $4,980.45 | $2,000.00 |
| Kyoto Grand Hotel & Gardens | $4,916.93 | $2,000.00 |
| Swank Audio Visuals LLC | $4,915.00 | $2,000.00 |
| Gene V Pira | $4,650.00 | $2,000.00 |
| Ambius INC (23) | $4,621.48 | $2,000.00 |
| Cvent Inc | $4,560.00 | $2,000.00 |
| County Of Los Angeles Public Health | $3,391.94 | $2,000.00 |
| Courtesy Products, LLC | $3,391.94 | $2,000.00 |
| Kirman Plumbing Company | $3,291.74 | $2,000.00 |
| Seachange Interactive Services | $3,086.71 | $2,000.00 |
| Royal Gourmet Foods | $3,049.93 | $2,000.00 |
| Road Rebel | $2,603.40 | $1,718.24 |
| Convention Management Resources | $2,508.50 | $1,655.61 |
| McMaster Carr Supply Co | $2,372.10 | $1,565.59 |
| Alsco-American Linen Division | $2,317.56 | $1,529.59 |
| Hospitality Solutions Intl | $2,175.55 | $1,435.86 |
| HD Supply Facilities Maintenance | $2,096.02 | $1,383.37 |
| Century Rooter | $1,968.00 | $1,298.88 |
| Ecolab Equipment Care | $1,900.87 | $1,254.57 |
| Refrigeration Supplies Distributor | $1,811.90 | $1,195.85 |
| Milestone Internet Marketing | $1,797.00 | $1,186.02 |
| Economic Alternatives Inc | $1,750.00 | $1,155.00 |
| Canon Financial Services Inc | $1,666.41 | $1,099.83 |
| Global CTI Group Inc | $1,560.00 | $1,029.60 |
| Ana's Gardens | $1,533.00 | $1,011.78 |
| Ecolab | $1,508.73 | $995.76 |
| Unifocus Texas LP | $1,499.82 | $989.88 |
| Sprint | $1,492.24 | $984.88 |
| Mechanical Alliance Inc | $1,490.00 | $983.40 |

| | | |
|---|---|---|
| Staples Advantage | $1,458.13 | $962.37 |
| ADP Inc | $1,422.73 | $939.00 |
| Stacy K Porras | $1,350.00 | $891.00 |
| Antbusters Inc | $1,345.00 | $887.70 |
| Grainger | $1,343.66 | $886.82 |
| Terminal Hardware Co Inc | $1,324.80 | $874.37 |
| Baltic Linen Company Inc | $1,290.00 | $851.40 |
| Southern Wine & Spirits | $1,273.52 | $840.52 |
| Swiss Chalet | $1,239.96 | $818.37 |
| Conference Direct | $1,199.00 | $791.34 |
| Facility Solutions Group | $1,140.55 | $752.76 |
| American Hotel Register Co | $1,133.60 | $748.18 |
| USA Today | $1,123.22 | $741.33 |
| Saflok | $1,113.93 | $735.19 |
| Opera America | $1,110.00 | $732.60 |
| Nor1, Inc. | $1,097.00 | $724.02 |
| Hotel Shilla Co Ltd | $1,070.00 | $706.20 |
| Acco Engineered Systems | $1,037.48 | $684.74 |
| Brown's Green Thumb, Inc. | $1,016.47 | $670.87 |
| GML Consulting, LLC | $1,000.00 | $660.00 |
| Le Chef Bakery | $998.99 | $659.33 |
| Heritage Food Service Equipment Inc | $936.10 | $617.83 |
| SHI Corp | $934.61 | $616.84 |
| Entertainment Software Association | $870.00 | $574.20 |
| AGB | $865.00 | $570.90 |
| Express Pipe & Supply Co Inc | $844.01 | $557.05 |
| AT&T | $811.87 | $535.83 |
| Micros Systems Inc | $810.00 | $534.60 |
| The Grease Company | $800.00 | $528.00 |
| Mission Building Services Inc | $790.00 | $521.40 |
| Coca Cola Bottling Company | $772.20 | $509.65 |
| George T Hall Company Inc | $762.68 | $503.37 |
| AT&T | $746.24 | $492.52 |
| Cintas #053 | $721.75 | $476.36 |
| AT&T | $714.20 | $471.37 |
| Excalibur Printing | $666.21 | $439.70 |
| ACT-NV | $666.00 | $439.56 |
| Scentair Technologies Inc | $658.50 | $434.61 |
| Special T Water Systems Inc | $652.69 | $430.78 |
| Yoshiko Ehara | $637.38 | $420.67 |
| West Central Produce Inc | $621.34 | $410.08 |
| Young's Market Company | $607.50 | $400.95 |
| Nationwide Meetings | $600.00 | $396.00 |
| Apollo Business Travel | $591.15 | $390.16 |
| LOC International Inc | $586.00 | $386.76 |
| The Plumbers Warehouse | $550.51 | $363.34 |
| Dependable Electric | $535.24 | $353.26 |
| Dunbar Armored Inc | $498.81 | $329.21 |
| L A Dept of Water & Power | $484.86 | $320.01 |
| Epson Nisshin Travel Solutions (Corp) | $477.80 | $315.35 |
| Flue Steam Inc. | $475.00 | $313.50 |

| | | |
|---|---|---|
| Travelclick | $472.00 | $311.52 |
| CA Short Company | $469.16 | $309.65 |
| Encore Fire Extinguisher Service Inc | $445.95 | $294.33 |
| Maruhana USA Corp | $414.50 | $273.57 |
| Revinate, LLC | $408.00 | $269.28 |
| Empire Floor Machine | $395.76 | $261.20 |
| Wilmar Industries | $380.44 | $251.09 |
| The Knowland Group | $375.00 | $247.50 |
| Master Cooling Corp | $354.20 | $233.77 |
| Advanced Lock & Security | $336.15 | $221.86 |
| House Sanitary Supply | $334.75 | $220.94 |
| Federal Express | $319.95 | $211.17 |
| Nestle Waters Arrowhead | $307.58 | $203.00 |
| Hana Grafix Art Studio | $300.00 | $198.00 |
| Mailfinance Inc. | $298.15 | $196.78 |
| Southern California Security Centers Inc | $295.12 | $194.78 |
| Azix Inc | $295.00 | $194.70 |
| Ontario Refrigeration | $290.00 | $191.40 |
| AquaTrol | $270.00 | $178.20 |
| First Private Bank And Trust | $269.29 | $177.73 |
| Alta Dena Dairy | $258.75 | $170.78 |
| Road Concierge | $244.90 | $161.63 |
| One Safe Place | $243.81 | $160.91 |
| Detection Logic | $238.38 | $157.33 |
| American Travel Associates | $228.10 | $150.55 |
| Carlson Wagonlit Travel | $221.84 | $146.41 |
| Japan Graphics | $218.41 | $144.15 |
| Protravel The Zenith Group | $217.50 | $143.55 |
| Excalibur Cleaners & Tailor | $216.10 | $142.63 |
| Chef Works Inc | $212.27 | $140.10 |
| Quest Diagnostics | $212.00 | $139.92 |
| Audio Marketing Systems Inc | $207.00 | $136.62 |
| DMX Inc | $184.44 | $121.73 |
| Group Travel Associates | $178.00 | $117.48 |
| Tzell Travel LLC | $176.91 | $116.76 |
| Carlson Wagonlit Travel | $175.50 | $115.83 |
| Airgas West, Inc | $167.85 | $110.78 |
| American Express Travel Related | $167.80 | $110.75 |
| Worldtravel BTI | $156.60 | $103.36 |
| Lexyl Travel Technology | $150.00 | $99.00 |
| Life Fitness | $150.00 | $99.00 |
| FEDROOMS | $148.50 | $98.01 |
| Marisa DiDomenico | $146.35 | $96.59 |
| Worldchoicetravel.com | $144.41 | $95.31 |
| Amex Travel Microsoft | $140.50 | $92.73 |
| TQ3Navigant | $140.50 | $92.73 |
| CW Government Travel Inc | $137.10 | $90.49 |
| City Of Los Angeles Office Of Finance | $133.05 | $87.81 |
| Travel Pros | $132.80 | $87.65 |
| Associated Of Los Angeles Inc | $129.88 | $85.72 |
| KJM Industries, Inc | $125.00 | $82.50 |

| | | |
|---|---|---|
| Serv-Ease Office Systems Inc | $125.00 | $82.50 |
| City Of Los Angeles Public Works/Sanitation | $122.00 | $80.52 |
| Carlson Wagonlit Travel Inc | $121.50 | $80.19 |
| Eversoft | $120.61 | $79.60 |
| Carlson Wagonlit Travel Inc | $120.40 | $79.46 |
| Administrative Services Coop | $119.95 | $79.17 |
| Emergency Assistance Japan Co | $119.10 | $78.61 |
| Rennies Travel (Pty) Ltd | $118.60 | $78.28 |
| American Express Travel | $115.60 | $76.30 |
| American Express Travel Related | $115.60 | $76.30 |
| JTB CWT Business Travel | $111.20 | $73.39 |
| Travel Pro SA | $111.20 | $73.39 |
| Galileo Corporate Travel | $110.70 | $73.06 |
| First Cabin Holidays Inc | $108.36 | $71.52 |
| Carlson Wagonlit Travel | $107.80 | $71.15 |
| Southern California Boiler | $106.28 | $70.14 |
| Athens Services | $105.92 | $69.91 |
| Carlson Wagonlit Travel | $105.70 | $69.76 |
| Worldtravel BT | $102.30 | $67.52 |
| TQ3 Travel Solutions | $100.80 | $66.53 |
| Adelman Travel Group | $100.60 | $66.40 |
| Association of Black City Attorneys | $100.23 | $66.15 |
| Hogg Robinson USA LLC | $99.80 | $65.87 |
| Air Travel Services | $98.70 | $65.14 |
| Amexco | $98.21 | $64.82 |
| H I S International Tours LA | $97.40 | $64.28 |
| GKL Corporate Search, Inc. | $95.00 | $62.70 |
| Corporate Travel Consultants | $94.20 | $62.17 |
| TravelWeb-comm Rates | $93.80 | $61.91 |
| R  T  Peak Travel Group | $93.40 | $61.64 |
| AT&T | $92.04 | $60.75 |
| Ebara Agency Co Ltd | $90.40 | $59.66 |
| Red Universal De Marketing Y | $89.73 | $59.22 |
| Latin Sol And Holdings S A De | $86.70 | $57.22 |
| Kelly Paper | $83.85 | $55.34 |
| Hart Photographic, Inc. | $82.50 | $54.45 |
| Omega World Travel Inc | $81.00 | $53.46 |
| Capehart Cutlery | $78.00 | $51.48 |
| CW Government Travel Inc | $76.80 | $50.69 |
| World Travel Inc. | $76.80 | $50.69 |
| Mission Beverage Co | $75.60 | $49.90 |
| El Orto Co Ltd | $72.50 | $47.85 |
| Carlson Wagonlit Travel Inc | $70.20 | $46.33 |
| Worldtravel BTI | $70.20 | $46.33 |
| American Express Intl | $68.70 | $45.34 |
| Pellegrino Travel Agency | $67.00 | $44.22 |
| American Express Travel | $66.90 | $44.15 |
| The Women Lawyers | $66.40 | $43.82 |
| CW Government Travel Inc | $65.40 | $43.16 |
| Worldtravel BTI | $64.80 | $42.77 |
| World Joint Corporation | $63.80 | $42.11 |
| Carlson Wagonlit Travel Inc | $62.90 | $41.51 |

| | | |
|---|---|---|
| Lori Travel | $62.82 | $41.46 |
| Protravel International Inc | $62.70 | $41.38 |
| Worldtravel BTI | $62.70 | $41.38 |
| Lawyers Travel Service | $61.90 | $40.85 |
| Travel Destinations Management | $61.90 | $40.85 |
| Worldtravel BTI | $61.20 | $40.39 |
| Viajes Bel-Air S.A.DE C.V. | $58.32 | $38.49 |
| Yamato Travel Bureau | $58.20 | $38.41 |
| Executive Travel Associates Inc | $57.40 | $37.88 |
| Redcap Tour Co Ltd | $56.70 | $37.42 |
| Sparkletts | $56.05 | $36.99 |
| Senior Travel Counselors | $55.20 | $36.43 |
| Travel Leaders | $53.82 | $35.52 |
| American Express Travel Related | $48.80 | $32.21 |
| JTB CWT Business Travel | $46.20 | $30.49 |
| BCD Travel USA LLC | $45.60 | $30.10 |
| Carlson Wagonlit Travel Inc | $41.40 | $27.32 |
| DOJ OBD | $40.50 | $26.73 |
| UPS | $40.00 | $26.40 |
| American Express | $39.30 | $25.94 |
| Carlson Wagonlit Canada | $36.90 | $24.35 |
| BTI Canada | $34.90 | $23.03 |
| Omega World Travel Inc | $34.60 | $22.84 |
| Tzell Travel LLC | $33.80 | $22.31 |
| TQ3Navigant | $33.20 | $21.91 |
| AAA Southern New England Inc | $33.12 | $21.86 |
| JTB USA Inc | $32.08 | $21.17 |
| American Express Travel | $31.90 | $21.05 |
| American Express Travel Related | $31.90 | $21.05 |
| Panorama Flextronics | $31.90 | $21.05 |
| PM Squared Travel Inc | $31.90 | $21.05 |
| Sankei Travel Service Co Ltd | $31.90 | $21.05 |
| Travelcare Sports & Events | $31.90 | $21.05 |
| American Express Centurion | $31.20 | $20.59 |
| Tsusho Air & Sea Service | $30.80 | $20.33 |
| Central Fulfilment Center | $30.40 | $20.06 |
| The New Act Inc. | $30.40 | $20.06 |
| American Express Travel Related | $30.00 | $19.80 |
| American Express Travel Related | $30.00 | $19.80 |
| American Express Travel Related | $30.00 | $19.80 |
| Cox Travel | $29.80 | $19.67 |
| US Foodservice/Los Angeles | $29.11 | $19.21 |
| Gerardo Robles | $28.84 | $19.03 |
| BCD Travel USA LLC | $28.70 | $18.94 |
| Carlson Wagonlit Travel Inc | $28.70 | $18.94 |
| Carlson Wagonlit Travel Inc | $28.70 | $18.94 |
| The World Travel Specialists | $28.70 | $18.94 |
| Entertainment Travel | $28.60 | $18.88 |
| JTB USA Inc | $27.12 | $17.90 |
| UAB Travel Center | $27.00 | $17.82 |
| American Express Travel Related | $26.80 | $17.69 |
| Matthew Ramirez | $26.64 | $17.58 |

| | | |
|---|---|---|
| The World Travel Specialists | $26.50 | $17.49 |
| STA Travel Inc. | $25.80 | $17.03 |
| Supertravel Of Palm Beach Inc | $25.80 | $17.03 |
| The Max Company | $25.00 | $16.50 |
| Noe Corp | $22.00 | $14.52 |
| Axess International Network | $20.90 | $13.79 |
| Carlson Wagonlit Travel | $20.10 | $13.27 |
| Christopherson Travel | $18.80 | $12.41 |
| TQ3Navigant | $18.80 | $12.41 |
| Travel Management Partners | $18.80 | $12.41 |
| Worldtravel BTI | $18.00 | $11.88 |
| Journeycorp | $17.90 | $11.81 |
| Carlson Wagonlit Travel Inc | $17.00 | $11.22 |
| Dai Ichi International | $16.90 | $11.15 |
| AAA Travel Agency | $16.56 | $10.93 |
| MWT Management Inc | $16.50 | $10.89 |
| Japan Gray Line Co  Ltd | $15.90 | $10.49 |
| Kobelco Business Support | $15.90 | $10.49 |
| Nippon Express Co Ltd | $15.90 | $10.49 |
| Ultramar Travel Bureau Inc. | $15.20 | $10.03 |
| Hiroshi Akimoto | $15.00 | $9.90 |
| AAA Travel Agency | $14.90 | $9.83 |
| Sky Travel Service | $14.90 | $9.83 |
| Zenith Travel Consultants | $14.90 | $9.83 |
| Galileo Corporate Travel | $13.90 | $9.17 |
| Naigai Travel Service Co | $13.90 | $9.17 |
| Viajes Y Turisom Esmeralda | $13.90 | $9.17 |
| Network International Co Ltd | $11.90 | $7.85 |
| Carlson Wagonlit Travel Inc | $11.70 | $7.72 |
| W.V.T. | $11.70 | $7.72 |
| Buford Productions and Travel | $11.00 | $7.26 |
| VTS Travel Enterprises, Inc. | $10.80 | $7.13 |
| | | |
| | | |
| | | |
| Total: | $323,497.20 | $121,969.11 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT 10</u>**

# BUDGET ANALYSIS TABLES

### IMMEDIATE REPAIRS & DEFERRED MAINTENANCE COST ESTIMATES

### ANNUAL RESERVE REPLACEMENT BUDGET

# COMPONENT LIFE ANALYSIS

This section provides estimates for the repair items noted within this report.

## Cost Evaluation

Estimates are based on construction costs developed by construction resources such as *Marshall & Swift, RS Means,* Partner's Commercial Inspectors' experience with past costs for similar projects, city cost indexes, consulting with local specialty contractors, client provided information, and assumptions regarding future economic conditions. Actual costs may differ from Partner's cost estimates. Actual cost estimates are determined by many factors including but not limited to: choice and availability of materials, choice and availability of a qualified contractor, regional climate zone, quality of existing materials, site compatibility, and access to the subject property and buildings. Costs are solely based on material replacement and do not account for soft costs.

## Immediate Repairs and Deferred Maintenance Cost Estimates

Items which will need to be performed over the immediate term (within the next 90 days) are included in the Immediate Repairs and Deferred Maintenance Cost Estimate Table I. Immediate repair items would include but are not limited to items that present unsafe conditions or deferred maintenance.

## Annual Reserve Replacement Budget

Items that will most likely need to be performed over the length of the evaluation period (12 years) such as repairs, replacements and significant maintenance items are listed in the Annual Replacement Reserves Table II.

Items included in the Annual Reserve Replacement Table are determined based upon the estimated useful life (EUL) of a system or component, the effective age (EA) of the system, and the remaining useful life (RUL) of that system. Factors that may affect the age and condition of a system include, but are not limited to, the frequency of use, exposure to environmental elements, quality of construction and installation, and amount of maintenance provided. Based on these factors, a system may have an effective age that is greater or less than its actual chronological age. Routine maintenance costs are not included as part of this evaluation.

## ADA Immediate Needs Disclaimer

Any construction work at any commercial building that currently is not 100% ADA title III compliant and requiring a permit for construction for any remodel work, must upgrade non-compliant areas to current ADA title III standards during the remodel. **This cost is not reflected in the *Budget Tables.***

# IMMEDIATE REPAIRS AND DEFERRED COST ESTIMATE TABLE I
The Kyoto Grand Hotel
PARTNER PROJECT NO. 10-70141.1

120 South Los Angeles Street
Los Angeles, California 90012

BUILDING AREA (SF):     396,766
SITE EFFECTIVE AGE (YR):     33
IMMEDIATE PERIOD:     90 Days

| ITEM | QTY | UNIT | UNIT COST | TOTAL UNIT COST | CONDITION | COMMENT |
|---|---|---|---|---|---|---|
| **SITE/TRACT IMPROVEMENTS** | | | | | | |
| Water Sculpture | 1 | LS | $ 15,000.00 | $ 15,000 | The water sculpture feature at the northwest plaza is not operational. | Immediate Repair |
| Subterranean Ground Water Intrusion | 2 | EA | $ 5,500.00 | $ 11,000 | There is a reported significant leak in the Basement 1 Level at the perimeter wall/ceiling line in the laundry room. It appears as though a DWP vault under the sidewalk fills up with rain water and then leaks into the basement area at that location.  Assume core drilling and floating the backside of the basement wall epoxy pressure injection. | Immediate Repair |
| Garden Landscape Planters | 29584 | LS | $ 3.75 | $ 110,940 | The Asian roof garden on the third level exhibits isolated leaks into the ballroom and sales offices; assume 2 coat asphalt with fibers. | Immediate Repair |
| **BUILDING ENVELOPE** | | | | | | |
| Tower Roof Replacement | 11560 | SF | $ 20.00 | $ 231,200 | Tear-off and replace existing BUR with tapered insulation; assume replacement with single-ply EPDM membrane. | Immediate Repair |
| **BUILDING MECHANICAL & ELECTRICAL SYSTEMS** | | | | | | |
| Replace Damaged Air Handlers | 2 | LS | $ 90,000 | $ 90,000 | Replace damaged Air handlers AH-12 (Plugged coils) and AH-AH-6 (bottom totally corroded/leaking) | Immediate Repair |
| Replace Evapco Cooling Towers | All | LS | $ 355,500 | $ 355,500 | Replace 1994 Evapco cooling towers, leaking basin and rusted eliminators needing constant repair in Year 1 at 15-yeare equipment life.  Specify all stainless steel construction and variable speed drive fans controlled on leaving water temp. Incl. repl. CW pumps. | Immediate Repair |
| Replace CHW & HW Coils | 15 | LS | $ 20,000.00 | $ 300,000 | Replace old corroded CHW and HW coils in 15 ea. air handler units, new drain pans, deferred maintenance | |
| Guestroom Tub Drains | 434 | EA | $ 50.00 | $ 21,700 | The guestroom bathroom tub/shower drains are missing or not operational. | Immediate Repair |
| Elevator Repairs | 2 | LS | $ 84,000.00 | $ 84,000 | Replace machine drive and hoist ropes in shaft 5 and 6.  The ropes are sitting on the bottom of groove.  In addition add compliant handrails in all elevators. | Immediate Repair |
| Elevator Control Repairs | 1 | LS | $ 115,736.00 | $ 115,736 | In addition, the Chief Engineer reported that Elevator 1 had water damage recently and controls shown sign of corrosion.  The elevator is currently experiencing problems with the controls and the current service provider is providing quotes for repairs. | Immediate Repair |
| **BUILDING INTERIOR ELEMENTS & FINISHES** | | | | | | |

EA = EACH
LS = LUMP SUM
SF = SQUARE FOOT
LF = LINEAR FOOT
SY = SQUARE YARD

| | | | | |
|---|---|---|---|---|
| **Total** | | | $ | 1,335,076 |



## ANNUAL RESERVE REPLACEMENT BUDGET TABLE II

The Kyoto Grand Hotel

PARTNER PROJECT NO. 10-70141.1

**120 South Los Angeles Street**
**Los Angeles, California 90012**

| | |
|---|---|
| NUMBER OF UNITS: | 434 |
| SIZE (SF): | 396,766 |
| SITE EFFECTIVE AGE (YRS): | 33 |
| INFLATION RATE: | 2.5 |
| EVALUATION PERIOD (YR): | 12 |

| DESCRIPTION | AVG. EUL (YR) | EFF AGE (YR) | RUL (YR) | QTY | UNIT | UNIT COST | LINE TOTALS | YEAR 1 2011 | YEAR 2 2012 | YEAR 3 2013 | YEAR 4 2014 | YEAR 5 2015 | YEAR 6 2016 | YEAR 7 2017 | YEAR 8 2018 | YEAR 9 2019 | YEAR 10 2020 | YEAR 11 2021 | YEAR 12 2022 | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SITE/TRACT IMPROVEMENTS** | | | | | | | | | | | | | | | | | | | | |
| Re-line stripe parking lot | 5 | 0 | 5 | 434 | SF | $ 4.00 | $ 5,208 | 1,736 | | | | | 1,736 | | | | | 1,736 | | $ 5,208 |
| Paint Parking Garage | | | | 198,536 | SF | $ 0.39 | $ 77,429 | | 77,429 | | | | | | | | | | | $ 77,429 |
| Water Fall/Pond Pump Replacement | 7 | 3 | 4 | 3 | EA | $ 500. | $ 3,000 | | | | 1,500 | | | | | | 1,500 | | | $ 3,000 |
| Water Fountain Pump Replacement | 7 | 0 | 7 | 1 | EA | $ 500.00 | $ 500 | | | | | | | 500 | | | | | | $ 500 |
| Water Filtration Equipment Replacement | 10 | Varies | Varies | 2 | EA | $ 2,000 | $ 4,000 | | | | | 2,000 | | | | | 2,000 | | | $ 4,000 |
| Flatwork Replacement | | | | 15000 | SF | $ 14.00 | $ 210,000 | | | | | | | | | | | | | $ |
| **BUILDING ENVELOPE** | | | | | | | | | | | | | | | | | | | | |
| Replace Tower EPDM Roofing | 25 | 0 | 25 | 11560 | SF | $ 20.00 | $ 231,200 | 231,200 | | | | | | | | | | | | $ 231,200 |
| Heliport Roof Replacement | 10 | 0 | 10 | 2500 | SF | $ 9.00 | $ 45,000 | 22,500 | | | | | | | | | 22,500 | | | $ 45,000 |
| Replace Flat BUR over Spa/Salon | 20 | 10 | 10 | 2,500 | SF | $ 5.00 | $ 12,500 | | | | | | | | | | 12,500 | | | $ 12,500 |
| Replace Flat BUR over Retail Wing | 20 | 10 | 10 | 14,450 | SF | $ 3.50 | $ 50,575 | | | | | | | | | | 50,575 | | | $ 50,575 |
| Re-paint Exterior Sidewalls | 10+ | 10+ | 0 | 434 | Unit | $ 250.00 | $ 108,500 | 108,500 | | | | | | | | | | | | $ 108,500 |
| Window Re-finishing & Repairs | 10+ | 10+ | 0 | 434 | Unit | $ 200.00 | $ 86,800 | 86,800 | | | | | | | | | | | | $ 86,800 |
| Storefront Replacement | 15 | 15+ | 0 | 350 | LF | $ 350.00 | $ 122,500 | | | | 122,500 | | | | | | | | | $ 122,500 |
| Pressure wash, repaint exteriors, replace sealants | 8 | 0 | 8 | 434 | EA | $ 300.00 | $ 130,200 | | | | | | | | 130,200 | | | | | $ 130,200 |
| | | | | | | | | | | | | | | | | | | | $ |
| **BUILDING MECHANICAL AND ELECTRICAL SYSTEMS** | | | | | | | | | | | | | | | | | | | | |
| Continue replacement of all leaking and out of order room small fan coil units in Year 1, Replace all 425 units, do 42 per year over a 10-year period | 25 | 25 | 0 | 425 | EA | $ 1,750 | $ 743,750 | 74,375 | 74,375 | 74,375 | 74,375 | 74,375 | 74,375 | 74,375 | 74,375 | 74,375 | 74,375 | | | $ 743,750 |
| Replace 2 ea. old 1976 gas-fired hot water boilers rated at 7000-kbh input with new high efficiency units (oil burner alt. capacity) | 25 | 22 | 3 | 14000 | KBH | $ 25 | $ 350,000 | | | 350,000 | | | | | | | | | | $ 350,000 |
| Replace 1997 Trane 450 Ton nominal chiller R123 with new-high efficiency chiller using Non CFC refrigerant and variable frequency drive for compressor in Year 7, 20-year equipment life.  Include repl. CHW pumps. | 20 | 13 | 7 | 450 | Ton | $ 895 | $ 402,750 | | | 402,750 | | | | | | | | | | $ 402,750 |
| Guestroom Bathroom Shower Mixing Valves | | | | 124 | EA | $ 300 | $ 37,200 | 7,440 | 7,440 | 7,440 | 7,440 | 7,440 | | | | | | | | $ 37,200 |
| Continue replacement of domestic cold and hot water systems incl. DHW heat exchanger w/ new Cu Type L piping, original pipes damaged / plugged by poor epoxy repair. Spread costs out over years 1-3. | 30 | 30 | 0 | 1 | LS | $ 3,800,000 | $ 3,800,000 | 1,266,667 | 1,266,667 | 1,266,667 | | | | | | | | | | $ 3,800,000 |
| Replace / repair cast iron waste/ sewer lines that are corroded and cracked.  Incl. laundry deck room waste pipe replacements. | 30 | 30 | 0 | 1 | LS | $ 330,000 | $ 330,000 | 66,000 | 66,000 | 66,000 | 66,000 | 66,000 | | | | | | | | $ 330,000 |
| Replace / repair cast iron roof drains | 30 | 30 | 0 | 1 | LS | $ 200,000 | $ 200,000 | 100,000 | 100,000 | | | | | | | | | | | $ 200,000 |
| Replace recirculating domestic water system | 30 | 30 | 0 | 1 | LS | $ 450,000 | $ 450,000 | 150,000 | 150,000 | 150,000 | - | - | | | | | | | | $ 450,000 |
| Add water softener | 25 | 0 | 25 | 1 | LS | $ 85,000 | $ 85,000 | 85,000 | | | | | | | | | | | | $ 85,000 |
| Recommend infrared "thermo graphic" circuit board / electrical connection integrity testing with appropriate resulting lug tightening be done in Year 1 and every three years hence following. | 3 | 3 | 0 | 1 | LS | $ 7,500 | $ 7,500 | 7,500 | | | 7,500 | | | 7,500 | | | 7,500 | | | $ 30,000 |



PARTNER
Engineering and Science

# ANNUAL RESERVE REPLACEMENT BUDGET TABLE II

The Kyoto Grand Hotel
PARTNER PROJECT NO. 10-70141.1

**120 South Los Angeles Street**
**Los Angeles, California 90012**

NUMBER OF UNITS: 434
SIZE (SF): 396,766
SITE EFFECTIVE AGE (YRS): 33
INFLATION RATE: 2.5
EVALUATION PERIOD (YR): 12

| DESCRIPTION | AVG. EUL (YR) | EFF AGE (YR) | RUL (YR) | QTY | UNIT | UNIT COST | LINE TOTALS | YEAR 1 2011 | YEAR 2 2012 | YEAR 3 2013 | YEAR 4 2014 | YEAR 5 2015 | YEAR 6 2016 | YEAR 7 2017 | YEAR 8 2018 | YEAR 9 2019 | YEAR 10 2020 | YEAR 11 2021 | YEAR 12 2022 | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Replace outdated internet access points and wiring. Install wireless throughout hotel. Repair/upgrade phone wiring throughout complex. | 10 | 8 | 2 | 50 | Points | $3,000 | $150,000 | | | $150,000 | | | | | | | | | | $150,000 |
| Replace outdate and non-functional security cameras and CCTV systems. | 10 | 10 | 0 | 1 | LS | $50,000 | $50,000 | | | $50,000 | | | | | | | | | | $50,000 |
| Elevator Cab Finish Upgrades Including Car & Hall Signals Replacements (Elevator #'s 1, 2, 3, 4, 5, 6, and 8) | 10 | 5 | 5 | 7 | EA | $15,000 | $105,000 | $105,000 | | | | | | | | | | | | $105,000 |
| Elevator Repair (Elevator #'s 1, 8, and 11) | 25 | 0 | 25 | 3 | LS | $95,000 | $95,000 | $95,000 | | | | | | | | | | | | $95,000 |
| **BUILDING INTERIOR ELEMENTS AND FINISHES** | | | | | | | | | | | | | | | | | | | | |
| Common area carpet | 30 | 24 | 6 | 59,515 | SF | $4.80 | $285,672 | | | | $57,134 | $57,134 | $57,134 | $57,134 | $57,134 | $57,134 | $57,134 | | | $399,941 |
| Common Area Wall Finishes Replacement | 10 | 4 | 6 | 59,515 | SF | $4.00 | $238,060 | | | | $47,612 | $47,612 | $47,612 | $47,612 | $47,612 | $47,612 | $47,612 | | | $333,283 |
| Guestroom Remodeling-Standard | 10 | 4 | 6 | 81 | EA | $6,000 | $486,000 | | | | | $162,000 | $162,000 | $162,000 | | | | | | $486,000 |
| Guestroom Remodeling - Suites | 10 | 4 | 6 | 3 | EA | $8,000 | $24,000 | | | | $24,000 | | | | | | | | | $24,000 |
| Guestroom Bathrooms | 10 | 4 | 6 | 124 | EA | $1,500 | $186,000 | | | | | $62,000 | $62,000 | $62,000 | | | | | | $186,000 |
| Tatami Room Conversion | | | | 3 | EA | $42,000 | $126,000 | $126,000 | | | | | | | | | | | | $126,000 |
| Guestroom Door Hardware | | | | 434 | EA | $150 | $65,100 | | | | | $32,550 | $32,550 | | | | | | | $65,100 |
| Guestroom Draperies | 12 | 6 | | 84 | EA | $100 | $8,400 | | | | | | $2,800 | $2,800 | $2,800 | | | | | $8,400 |
| Guestroom Smoke Seals and Thresholds | | | | 434 | EA | $180 | $78,120 | | | | $39,060 | $39,060 | | | | | | | | $78,120 |
| Guestroom Entry Door Card Readers | | | | 434 | EA | $991 | $430,094 | | | | $215,047 | $215,047 | | | | | | | | $430,094 |
| Guestroom Carpet Replacement | 7 | 1 | 6 | 84 | EA | $400 | $33,600 | | | | | | $11,200 | $11,200 | $11,200 | | | | | $33,600 |
| Guestroom Finishes Replacement | 7 | 1 | 6 | 84 | EA | $800 | $67,200 | | | | | | $22,400 | $22,400 | $22,400 | | | | | $67,200 |
| Guestroom Soft Goods Replacement | 7 | 1 | 6 | 84 | EA | $900 | $75,600 | | | | | | $25,200 | $25,200 | $25,200 | | | | | $75,600 |
| Guestroom Furniture | 15 | 9 | 6 | 84 | EA | $2,500 | $210,000 | | | | | | $70,000 | $70,000 | $70,000 | | | | | $210,000 |
| Guestroom TVs | 12 | 6 | 6 | 84 | EA | $750 | $63,000 | | | | | | $21,000 | $21,000 | $21,000 | | | | | $63,000 |
| Tower - Common Corridors Carpet Replacement | | | | 36848 | SF | $6.30 | $232,142 | | | | $77,381 | $77,381 | $77,381 | | | | | | | $232,142 |
| Tower - Common Corridor Wall finish Replacement | | | | 36848 | SF | $4.50 | $165,816 | | | | $55,272 | $55,272 | $55,272 | | | | | | | $165,816 |
| Tower - Common Corridor Signage Upgrades | | | | 434 | UNIT | $100.00 | $43,400 | | | | $14,467 | $14,467 | $14,467 | | | | | | | $43,400 |
| Lower Level Common Area Signage Upgrades | | | | 434 | UNIT | $100.00 | $43,400 | | | | $43,400 | | | | | | | | | $43,400 |
| Garden Level - Vacant Grill Room, Restaurant, & Lounge (Tenant Improvement) | | | | 5500 | SF | $20.00 | $110,000 | | | | $110,000 | | | | | | | | | $110,000 |
| Garden Level - Carpet Flooring Replacement | | | | 2167.5 | SF | $6.30 | $13,655 | | | | $13,655 | | | | | | | | | $13,655 |
| Banquet Level - Ballroom & Meeting Room Carpet Flooring Replacement | | | | 6500 | SF | $4.80 | $31,200 | | | | $31,200 | | | | | | | | | $31,200 |
| Banquet Level - Ballroom & Meeting Room Wall Finish Replacement | | | | 6500 | SF | $13.08 | $85,020 | | | | $85,020 | | | | | | | | | $85,020 |
| Banquet Room Entry Doors | | | | 7 | EA | $2,000.00 | $14,000 | | | | $14,000 | | | | | | | | | $14,000 |
| Banquet Level - Pre-function Carpet Flooring Replacement | | | | 5000 | SF | $4.80 | $24,000 | | | | $24,000 | | | | | | | | | $24,000 |
| Banquet Level - Pre-function Wall Finish Replacement | | | | 5000 | SF | $4.50 | $22,500 | | | | $22,500 | | | | | | | | | $22,500 |
| Employee Cafeteria Remodeling | | | | 1 | LS | $25,000.00 | $25,000 | | | | $25,000 | | | | | | | | | $25,000 |
| Exercise Room Remodel | | | | 1 | LS | $75,000.00 | $75,000 | | | | | | $75,000 | | | | | | | $75,000 |
| Restaurant Remodel | | | | 6000 | SF | $12.00 | $72,000 | | | | | $72,000 | | | | | | | | $72,000 |
| Back-of-House Corridors | | | | 29757 | SF | $2.00 | $59,514 | | | | $59,514 | | | | | | | | | $59,514 |

3 of 4



**ANNUAL RESERVE REPLACEMENT BUDGET TABLE II**

The Kyoto Grand Hotel

PARTNER PROJECT NO. 10-70141.1

**120 South Los Angeles Street**
**Los Angeles, California 90012**

| | |
|---|---|
| NUMBER OF UNITS: | 434 |
| SIZE (SF): | 396,766 |
| SITE EFFECTIVE AGE (YRS): | 33 |
| INFLATION RATE: | 2.5 |
| EVALUATION PERIOD (YR): | 12 |

| DESCRIPTION | AVG. EUL (YR) | EFF AGE (YR) | RUL (YR) | QTY | UNIT | UNIT COST | LINE TOTALS | YEAR 1 2011 | YEAR 2 2012 | YEAR 3 2013 | YEAR 4 2014 | YEAR 5 2015 | YEAR 6 2016 | YEAR 7 2017 | YEAR 8 2018 | YEAR 9 2019 | YEAR 10 2020 | YEAR 11 2021 | YEAR 12 2022 | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lobby Level - Common Corridors wall Finishes | | | | 2500 | SF | $ 4.50 | $ 11,250 | | | | | $ 11,250 | | | | | | | | $ 11,250 |
| Lobby Level - Common Corridor Carpet replacement | | | | 2500 | SF | $ 4.80 | $ 12,000 | | | | $ 12,000 | | | | | | | | | $ 12,000 |
| Employee Restroom Remodeling | | | | 4 | EA | $ 10,000.00 | $ 40,000 | | | | | $ 40,000 | | | | | | | | $ 40,000 |

**Unit Definitions**

EA= EACH
LS = LUMP SUM
SF = SQUARE FOOT
LF = LINEAR FOOT
SY = SQUARE YARD

| | | | | | | | | | | | | | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Uninflated Totals: | $ 2,533,718 | $ 2,494,661 | $ 1,764,482 | $ 1,282,127 | $ 1,188,188 | $ 779,577 | $ 563,721 | $ 309,321 | $ 179,121 | $ 274,196 | $ 3,236 | $ - | 11,372,348 |
| Inflation Rate : | 1.000 | 1.025 | 1.051 | 1.077 | 1.104 | 1.131 | 1.160 | 1.189 | 1.218 | 1.249 | 1.280 | 1.312 | |
| Inflated Totals: | $ 2,533,718 | $ 2,557,027 | $ 1,853,809 | $ 1,380,711 | $ 1,311,537 | $ 882,020 | $ 653,744 | $ 367,686 | $ 218,242 | $ 342,434 | $ 4,142 | $ - | 12,105,068 |

| | |
|---|---|
| **Uninflated Cost Per Unit Per Year:** | **$2,183.63** |
| **Inflated Cost Per Unit Per Year:** | **$2,324.32** |

4 of 4

22



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT 11</u>**

544853v1

# BUDGET ANALYSIS TABLES

## IMMEDIATE REPAIRS & DEFERRED MAINTENANCE COST ESTIMATES

## ANNUAL RESERVE REPLACEMENT BUDGET

# COMPONENT LIFE ANALYSIS

This section provides estimates for the repair items noted within this report.

## Cost Evaluation

Estimates are based on construction costs developed by construction resources such as *Marshall & Swift, RS Means,* Partner's Commercial Inspectors' experience with past costs for similar projects, city cost indexes, consulting with local specialty contractors, client provided information, and assumptions regarding future economic conditions. Actual costs may differ from Partner's cost estimates. Actual cost estimates are determined by many factors including but not limited to: choice and availability of materials, choice and availability of a qualified contractor, regional climate zone, quality of existing materials, site compatibility, and access to the subject property and buildings. Costs are solely based on material replacement and do not account for soft costs.

## Immediate Repairs And Deferred Maintenance Cost Estimates

Items which will need to be performed over the immediate term (within the next 90 days) are included in the Immediate Repairs And Deferred Maintenance Cost Estimate Table I. Immediate repair items would include but are not limited to items that present unsafe conditions or deferred maintenance.

## Annual Reserve Replacement Budget

Items that will most likely need to be performed over the length of the evaluation period (12 years) such as repairs, replacements and significant maintenance items are listed in the Annual Replacement Reserves Table II.

Items included in the Annual Reserve Replacement Table are determined based upon the estimated useful life (EUL) of a system or component, the effective age (EA) of the system, and the remaining useful life (RUL) of that system. Factors that may affect the age and condition of a system include, but are not limited to, the frequency of use, exposure to environmental elements, quality of construction and installation, and amount of maintenance provided. Based on these factors, a system may have an effective age that is greater or less than its actual chronological age. Routine maintenance costs are not included as part of this assessment.

## ADA Immediate Needs Disclaimer

Any construction work at any commercial building that currently is not 100% ADA title III compliant and requiring a permit for construction for any remodel work, must upgrade non-compliant areas to current ADA title III standards during the remodel. **This cost is not reflected in the *Budget Tables.***

# IMMEDIATE REPAIRS & DEFERRED COST ESTIMATES  TABLE I

Weller Court Retail / Offices
PARTNER PROJECT NO.:  10-68652.1
June 21, 2010

227 East Second Street
Los Angeles, California 90012

BUILDING AREA (SF):    77,863
SITE EFFECTIVE AGE (YR):    29
HOLDBACK PERIOD:    90 Days

| SEC ID | ITEM | QTY | UNIT | UNIT COST | TOTAL UNIT COST | CONDITION | LOCATION | PICTURE NO. |
|---|---|---|---|---|---|---|---|---|
| **SITE/TRACT IMPROVEMENTS** | | | | | | | | |
| | None | | | $    - | | | | |
| | | | | $    - | | | | |
| **BUILDING ENVELOPE** | | | | | | | | |
| 3.4 | Parking Garage / Courtyard: | 1 | LS | $    35,000.00 | $   35,000 | Partner observed water intrusion in the upper two levels of the parking garage. The water appears to be entering form expansion / control joints and cracked ceramic tiles above.  These areas are allowing water intrusion and efflorescence. Therefore, Partner recommends that the tiles be removed and replaced and courtyard areas be sealed / caulked to prevent further water intrusion. In addition, all cracks in the concrete decking greater than 1/8" should be epoxy injected to prevent further crack propagation and water intrusion. | Second and third levels. | 9, 10, 29-32, 42, 43, 48 |
| Ref. Sec | Parking Garage Retrofit Recommendation | 1 | LS | $    110,000.00 | $   110,000 | Maintain precast concrete beam and column connection as a "pin connection" – to ensure all embed insert plates not fully welded but with lateral confinement and Maintain all non-load-bearing concrete masonry unit (CMU) walls in parking garage with separation gap on top but with out of plan confinement. | Garage | |
| 4.5 | Elevated Walkways: | 1 | LS | $    125,000.00 | $   125,000 | Partner observed water stained ceiling tiles located in the following tenant spaces (Kinokuniya, Tofu Village, Orochon, Makoshushi, Haircraft and Ishito). The leaks appear to be caused from leaking elevated walkways and roof leaks. Partner recommends that the elevated walkway tiles be removed, walkways be seal coated and tiles be replaced. | Elevated walkways | 11 |
| 4.4.2 | Windows: | 1 | LS | $    25,000.00 | $   25,000 | Many of the windows observed contained weathered and/or missing sealant. Partner recommends that the exterior windows be resealed as an immediate item. | Windows | 4-6 |
| 4.4.1 | Exterior Painting: | 50,000 | SF | $    0.75 | $   37,500 | The exterior paint exhibits faded and stained areas throughout. Partner recommends that the building be repainted as an immediate item. | Building exterior | 1, 2 |
| 4.3.2 | Roofing: | 28000 | SF | $    7.00 | $   196,000 $    - | The roofing exhibits worn surfacing, blisters, ridging of the felts, many patches and active roof leaks. Immediate costs have been allocated for re-roofing. | Rooftop | 14-18 |
| **BUILDING MECHANICAL AND ELECTRICAL SYSTEMS** | | | | | | | | |
| 5.1 | Cooling Tower: | 1 | LS | $    175,000.00 | $   175,000 | The cooling tower located on the rooftop exhibits significant corrosion and appears to be beyond its estimated useful life. In addition, a leaking line / joint located in the rooftop penthouse was observed. Therefore, Partner recommends that the cooling tower be replaced. | Rooftop | 20-22 |
| 5.5 | Elevators: | 3 | EA | $    135,000.00 | $   405,000 | The elevators are not ADA compliant in any regard and are original in place for 29 years. Partner recommends that the elevators be modernized to be ADA compliant. Immediate costs have been allocated. | Elevators | 33-35 |
| 5.2 | Waste Lines: | 1 | LS | $    20,000.00 | $   20,000 | Partner observed corroded waste lines located in the garage area, which require immediate replacements. | Waste lines - garage | 39-41 |
| 5.6 | Fire Extinguishers: | 1 | LS | $    1,500.00 | $   1,500 $    - | Fire extinguishers displayed expired tags, dated March 2009. Therefore, immediate costs have been allocated for a fire extinguisher inspection and for subsequent replacements as needed. | Fire extinguishers | N/A |
| **BUILDING INTERIOR ELEMENTS AND FINISHES** | | | | | | | | |



## IMMEDIATE REPAIRS & DEFERRED COST ESTIMATES  TABLE I

Weller Court Retail / Offices
PARTNER PROJECT NO.:  10-68652.1
June 21, 2010

227 East Second Street
Los Angeles, California 90012

BUILDING AREA (SF):    77,863
SITE EFFECTIVE AGE (YR):    29
HOLDBACK PERIOD:    90 Days

| SEC ID | ITEM | QTY | UNIT | UNIT COST | TOTAL UNIT COST | CONDITION | LOCATION | PICTURE NO. |
|--------|------|-----|------|-----------|-----------------|-----------|----------|-------------|
| 6.1.2 | Restrooms: | 2 | EA | $ 25,000.00 | $ 50,000 | The common area restrooms located on the second level are not ADA compliant. Partner recommends that the restrooms be upgraded to be ADA compliant. | Second level. | N/A |
|  |  |  |  |  | $ - |  |  |  |
|  |  |  |  |  | $ - |  |  |  |

EA= EACH
LS = LUMP SUM
SF = SQUARE FOOT
LF = LINEAR FOOT
SY = SQUARE YARD

| Total | $ 1,180,000.00 |
|-------|----------------|



27

# ANNUAL RESERVE  REPLACEMENT BUDGET Table II

Weller Court Retail / Offices
PARTNER PROJECT NO.:  10-68652.1
June 21, 2010

227 East Second Street
Los Angeles, California 90012

BUILDING AREA (SF): 77,863
SITE EFFECTIVE AGE (YR): 29
INFLATION RATE: 2.5
EVALUATION PERIOD (YR): 12

| SEC ID | DESCRIPTION | AVG. EUL (YR) | EFF AGE (YR) | RUL (YR) | QTY | UNIT | UNIT COST | TOTAL UNIT COST | YEAR 1 2011 | YEAR 2 2012 | YEAR 3 2013 | YEAR 4 2014 | YEAR 5 2015 | YEAR 6 2016 | YEAR 7 2017 | YEAR 8 2018 | YEAR 9 2019 | YEAR 10 2020 | YEAR 11 2021 | YEAR 12 2022 | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SITE/TRACT IMPROVEMENTS** | | | | | | | | | | | | | | | | | | | | | |
| 3.1 | **TOPOGRAPHY & STORM DRAINAGE** | | | | | | | | | | | | | | | | | | | | $ - |
| | Routine maintenance. | | | | | | | | | | | | | | | | | | | | $ - |
| 3.2 | **LANDSCAPING & IRRIGATION** | | | | | | | | | | | | | | | | | | | | $ - |
| | Routine maintenance. | | | | | | | | | | | | | | | | | | | | $ - |
| 3.3 | **FLATWORK WALKWAYS, STEPS & RAMPS** | | | | | | | | | | | | | | | | | | | | $ - |
| | Routine maintenance. | | | | | | | | | | | | | | | | | | | | $ - |
| 3.4 | **PARKING, PAVING AND CURBING** | | | | | | | | | | | | | | | | | | | | $ - |
| | Stripe Parking Garage | 5 | 0 | 5 | 120 | Stalls | $ 5.00 | $ 600 | | | | | $ 600 | | | | | $ 600 | | | $ 1,200 |
| 3.5 | **BARRIER WALLS, FENCES AND GATES** | | | | | | | | | | | | | | | | | | | | $ - |
| | N/A | | | | | | | | | | | | | | | | | | | | $ - |
| 3.6 | **EXTERIOR LIGHTING** | | | | | | | | | | | | | | | | | | | | $ - |
| | Routine maintenance. | | | | | | | | | | | | | | | | | | | | $ - |
| 3.7 | **SITE & BUILDING SIGNAGE** | | | | | | | | | | | | | | | | | | | | $ - |
| | Routine maintenance. | | | | | | | | | | | | | | | | | | | | $ - |
| 3.8 | **REFUSE TRANSFER AREA(S)** | | | | | | | | | | | | | | | | | | | | $ - |
| | Routine maintenance. | | | | | | | | | | | | | | | | | | | | $ - |
| 3.9 | **OTHER SITE IMPROVEMENTS** | | | | | | | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | | | | | | | | $ - |
| **BUILDING ENVELOPE** | | | | | | | | | | | | | | | | | | | | | |
| 4.1 | **FOUNDATION** | | | | | | | | | | | | | | | | | | | | $ - |
| | Routine maintenance. | | | | | | | | | | | | | | | | | | | | $ - |
| 4.2 | **SUPERSTRUCTURE** | | | | | | | | | | | | | | | | | | | | $ - |
| | Routine maintenance. | | | | | | | | | | | | | | | | | | | | $ - |
| 4.3 | **ROOF STRUCTURE(S) AND SURFACING** | | | | | | | | | | | | | | | | | | | | $ - |
| | Routine maintenance. | | | | | | | | | | | | | | | | | | | | $ - |
| 4.4 | **EXTERIOR WALLS, WINDOWS, AND DOORS** | | | | | | | | | | | | | | | | | | | | $ 60,000 |
| | Exterior painting | 7 | 0 | 7 | 50,000 | SF | $ 1.20 | $ 60,000 | | | | | | | $ 60,000 | | | | | | $ - |
| 4.5 | **EXTERIOR STAIRS, BALCONIES AND ELEVATED WALKWAYS** | | | | | | | | | | | | | | | | | | | | $ 20,000 |
| | Walkway Sealing | 7 | 0 | 7 | 1 | LS | ######### | $ 20,000 | | | | | | | $ 20,000 | | | | | | $ - |
| **BUILDING MECHANICAL AND ELECTRICAL SYSTEMS** | | | | | | | | | | | | | | | | | | | | | |
| 5.1 | **HEATING, VENTILATING, AND AIR-CONDITIONING** | | | | | | | | | | | | | | | | | | | | |



28

# ANNUAL RESERVE  REPLACEMENT BUDGET Table II

Weller Court Retail / Offices
PARTNER PROJECT NO.:  10-68652.1
June 21, 2010

227 East Second Street
Los Angeles, California 90012

BUILDING AREA (SF):  77,863
SITE EFFECTIVE AGE (YR):  29
INFLATION RATE:  2.5
EVALUATION PERIOD (YR):  12

| SEC ID | DESCRIPTION | AVG. EUL (YR) | EFF AGE (YR) | RUL (YR) | QTY | UNIT | UNIT COST | TOTAL UNIT COST | YEAR 1 2011 | YEAR 2 2012 | YEAR 3 2013 | YEAR 4 2014 | YEAR 5 2015 | YEAR 6 2016 | YEAR 7 2017 | YEAR 8 2018 | YEAR 9 2019 | YEAR 10 2020 | YEAR 11 2021 | YEAR 12 2022 | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Periodic repairs / replacements | 1 | 1 | 1 | 12 | EA | $ 2,500.00 | $ 30,000 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 30,000 |
| | | | | | | | | | | | | | | | | | | | | | $ - |
| 5.2 | PLUMBING, DOMESTIC HOT WATER AND SEWER SYSTEMS | | | | | | | | | | | | | | | | | | | | $ - |
| | Routine maintenance. | | | | | | | | | | | | | | | | | | | | $ - |
| 5.3 | GAS DISTRIBUTION | | | | | | | | | | | | | | | | | | | | $ - |
| | Routine maintenance. | | | | | | | | | | | | | | | | | | | | $ - |
| 5.4 | POWER AND SIGNAL | | | | | | | | | | | | | | | | | | | | $ - |
| | Routine maintenance. | | | | | | | | | | | | | | | | | | | | $ - |
| 5.5 | ELEVATORS AND CONVEYING SYSTEMS | | | | | | | | | | | | | | | | | | | | $ - |
| | Routine maintenance. | | | | | | | | | | | | | | | | | | | | $ - |
| 5.6 | FIRE PROTECTION | | | | | | | | | | | | | | | | | | | | $ - |
| | Routine maintenance. | | | | | | | | | | | | | | | | | | | | $ - |
| | **BUILDING INTERIOR ELEMENTS AND FINISHES** | | | | | | | | | | | | | | | | | | | | |
| 6.1 | COMMON AREA FINISHES | | | | | | | | | | | | | | | | | | | | $ - |
| | Routine maintenance. | | | | | | | | | | | | | | | | | | | | $ - |
| 6.2 | TENANT FINISHES | | | | | | | | | | | | | | | | | | | | $ - |
| | Tenant responsibility | | | | | | | | | | | | | | | | | | | | $ - |

Unit Definitions

EA = EACH
LS = LUMP SUM
SF = SQUARE FOOT
LF = LINEAR FOOT
SY = SQUARE YARD

| | | | | | | | | | | | | | **Totals** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Uninflated Totals: | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 3,100 | $ 2,500 | $ 82,500 | $ 2,500 | $ 2,500 | $ 3,100 | $ 2,500 | $ 2,500 | 111,200 |
| Inflation Rate : | 1.000 | 1.025 | 1.051 | 1.077 | 1.104 | 1.131 | 1.160 | 1.189 | 1.218 | 1.249 | 1.280 | 1.312 | |
| Inflated Totals: | $ 2,500 | $ 2,563 | $ 2,627 | $ 2,692 | $ 3,422 | $ 2,829 | $ 95,675 | $ 2,972 | $ 3,046 | $ 3,871 | $ 3,200 | $ 3,280 | 128,676 |

Uninflated Cost Per Square Foot Per Year:  $  0.119
Inflated Cost Per Square Foot Per Year:  $  0.138

Inflated Cost Per Year:  $  10,723.00



29

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1901 Avenue of the Stars, 12th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document described as **SUBMISSION OF EXHIBITS 7 THROUGH 11, INCLUSIVE TO THE SECOND AMENDED DISCLOSURE STATEMENT (OCTOBER 5, 2010)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 18, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Dan E Chambers on behalf of Interested Party Courtesy NEF
dan.chambers@troutmansanders.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Peter Csato on behalf of Interested Party Courtesy NEF
efiling@frandzel.com, banderson@frandzel.com;pcsato@frandzel.com

Michael G Fletcher on behalf of Interested Party Courtesy NEF
mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

Bernard R Given on behalf of Interested Party Courtesy NEF
bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com

Mette H Kurth on behalf of Creditor Committee Official Committee of Unsecured Creditors
kurth.mette@arentfox.com

Mary D Lane on behalf of Creditor Crestline Hotels & Resorts, Inc.
mlane@pszjlaw.com

Samuel R Maizel on behalf of Debtor Little Tokyo Partners, L.P.
smaizel@pszjlaw.com, smaizel@pszjlaw.com

Neeta Menon on behalf of Debtor Little Tokyo Partners, L.P.
nmenon@stutman.com

Kenneth N Russak on behalf of Counter-Defendant First Citizens Bank & Trust Company
krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com

Meghan C Sherrill on behalf of Counter-Claimant Little Tokyo Partners, L.P.
meghan.sherrill@troutmansanders.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐  Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
544856v.1

**F 9013-3.1.PROOF.SERVICE**

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **October 18, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail,
first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes
a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

*See Exhibit A, which is attached hereto and incorporated herein by reference*

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or
entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 18, 2010,** I served the following person(s)
and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile
transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge
<u>will be</u> completed no later than 24 hours after the document is filed.

**SERVED BY PERSONAL DELIVERY**

Hon. Barry Russell
U.S. Bankruptcy Court
255 E Temple St Ste 1660
Los Angeles, CA  90012-3543

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 18, 2010 | Joanne B. Stern | *Joanne B. Stern* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
544856v.1

**F 9013-3.1.PROOF.SERVICE**

## Exhibit A

## (SERVED BY U.S. MAIL)

Little Tokyo Partners (6325)
General Service List
Doc #542310 – Rev. 08/26/10

Little Tokyo Partners LP
1880 Century Park East Suite 810
Los Angeles, CA 90067

Office of the US Trustee
725 S Figueroa St
Suite 2600
Los Angeles, CA 90017

Frandzel Robins Bloom Csato
Peter Csato, Esq
6500 Wilshire Blvd 17th Fl
Los Angeles, CA 90048-4920

First Citizens Bank and Trust
1801 Century Park East Suite 800
Los Angeles, CA 90067

Excell Investment Group, LLC
23586 Calabasas Rd. #100
Calabasas, CA 91302

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Counsel for the Official Committee of
Unsecured Creditors
Mette Kurth, Esq. / M. Douglas Flahaut, Esq.
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

Able Engineering Services
Contact: Jim Johnson, VP
868 Folsom Street
San Francisco, CA 94107

Waxie Sanitary Supply
Attn:  John Olea, Corp. Credit Mngr.
PO Box 81006
San Diego, CA 92138

Room Service Amenities
Attn:  Charmaine Gardner, Accounting
Administrator
1010 Campus Drive West
Morganville, NJ 07751

LA DWP
PO Box 30808
Los Angeles, CA 90030

Crestline Hotels & Resorts
Contact: Elizabeth Lieberman, Esq.
3950 University Drive Suite 301
Fairfax, VA 22030

State of California
Board of Equalization
PO Box 942870
Sacramento, CA 94279

Bank of America N.A.
Attn: Jerri Shephard
1185 Avenue of the Americas, 16th Floor
New York, NY 10035

Wells Fargo Bank, N.A.
Attn: Michael Barry
433 North Camden Drive
Beverly Hills, CA 90210

Requests for Notice:

Samuel R. Maizel, Esq.
Mary D. Lane, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Fl.
Los Angeles, CA  90067

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
544856v.1

**F 9013-3.1.PROOF.SERVICE**