1 | JEFFREY C. KRAUSE (State Bar No. 94053),
jkrause@stutman.com
2 | CHRISTINE M. PAJAK (State Bar No. 217173), and
cpajak@stutman.com
3 | NEETA MENON (State Bar No. 254736), Members of
nmenon@stutman.com
4 | STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
5 | Los Angeles, CA 90067
Telephone:   (310) 228-5600
6 | Telecopy:    (310) 228-5788

7 | Reorganization Counsel for
Debtor and Debtor in Possession

<u>Debtor's Mailing Address:</u>
9 | 1880 Century Park East, Suite 810
Los Angeles, CA  90067

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re                                                                        )   Case No. 2:10-39113-BR
                                                                              )
LITTLE TOKYO PARTNERS, L.P.,                       )   Chapter 11
a Delaware limited partnership,                           )
                                                                              )   **STIPULATION REGARDING EXTENSION
                            Debtor.                              )   OF DEBTOR'S AUTHORITY TO USE CASH
                                                                              )   COLLATERAL**
                                                                              )
                                                                              )                            <u>Hearing</u>
                                                                              )
                                                                              )   Date:    December 17, 2010
                                                                              )   Time:   10:00 a.m.
                                                                              )   Place:   Courtroom 1668
                                                                              )                255 E. Temple St.
                                                                              )                Los Angeles, CA  90012

545737v1

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR'S SECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

This stipulation is entered into by and between Little Tokyo Partners, L.P., the debtor and debtor in possession (the "Debtor") in the above-captioned case, and First-Citizen's Bank & Trust Company (the "Bank") with reference to the following facts and recitals:

A. On July 15, 2010 (the "Petition Date"), the Debtor filed a voluntary petition with this Court for relief under chapter 11 of the Bankruptcy Code commencing the above-captioned chapter 11 case (the "Chapter 11 Case").

B. The Debtor has retained possession of its property and continues the operation and management of its business as debtor in possession pursuant to Bankruptcy Code §§ 1107 and 1108.

C. The Court has jurisdiction over the Chapter 11 Case, the parties and the Debtor's property pursuant to 28 U.S.C. §§ 157(b) and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue for the Chapter 11 Case is proper under 28 U.S.C. §§ 1408 and 1409.

D. On the Petition Date, the Debtor filed its "Emergency Motion For Order (1) Authorizing The Debtor To Use Cash Collateral And Provide Adequate Protection To First Citizens Bank And Trust Company and Excell Investment Group, LLC Pursuant To 11 U.S.C. §§ 361 And 363; (2) Scheduling Final Hearing On Continued Use Of Cash Collateral, And (3) Authorizing Continued Use Of Cash Collateral" [Docket No. 7] (the "Motion").[1] Pursuant to the Motion, the Debtor sought immediate use of its Cash Collateral to continue the operation of its business as debtor-in-possession under chapter 11 of the Bankruptcy Code.

E. After the initial hearing to consider the Motion, which took place on July 20, 2010, this Court entered an interim order on the Motion [Docket No. 59] (the "First Cash Collateral Order"). The First Cash Collateral Order provided, inter alia, that the Debtor was permitted to use Cash Collateral on an interim basis and set forth the terms of the adequate protection afforded to the Debtor's secured lenders on account of their interests in the Cash Collateral. The interim relief

---

[1] All capitalized terms not explicitly defined herein shall have the same meaning ascribed to them as in the Motion.

described in the First Cash Collateral Order was granted pending the entry of a subsequent cash collateral order by this Court.

F. On August 24, 2010, a further cash collateral hearing took place, and based on findings of fact and determinations of law made during that hearing, the Court entered a second cash collateral order (the "Second Cash Collateral Order) [Docket No. 100], which allowed the Debtor to continue to use Cash Collateral through December 3, 2010 in accordance with the terms therein. See Second Cash Collateral Order, ¶ 7.

G. The December 3, 2010 expiration date is rapidly approaching. The Debtor and the Bank have agreed to enter into this Stipulation to extend the Debtor's authorized use of Cash Collateral for a period of two weeks, at which time a hearing on the further extension of the Debtor's authority to use cash collateral will take place on regular notice.

H. Excell Investment Group, LLC has informed the Debtor that it consents to the Debtor's use of cash collateral through December 17, 2010 pursuant to the terms of this Stipulation.

**NOW, THEREFORE**, the parties hereby stipulate and agree as follows:

1. Notwithstanding anything to the contrary in the Second Cash Collateral Order, the Debtor's authorization to use Cash Collateral shall terminate on **December 17, 2010** absent further order of this Court. A hearing on the Debtor's authorization to use Cash Collateral after this date shall be held on December 17, 2010 at 10:00 a.m.

2. The 13 week budget attached hereto as Exhibit "A" for the period commencing December 3, 2010 is deemed to be attached to the Second Cash Collateral Order as Exhibit "A". All other terms governing the Debtor's authority to use Cash Collateral until December 17, 2010 shall be as set forth in the Second Cash Collateral Order.

3. This Stipulation may be signed in counterparts which, when taken as a whole, shall constitute one and the same document, and faxed or scanned .pdf signatures shall be deemed originals.

4. The Court shall retain exclusive jurisdiction and enforce the terms of this Stipulation.

//

545737v1

3

1    **IT IS SO STIPULATED.**

2

3   Dated: November __, 2010

4   _____
    NEETA MENON
    STUTMAN, TREISTER & GLATT
5   PROFESSIONAL CORPORATION
    Attorneys for Little Tokyo Partners, L.P.

6

7   Dated: November __, 2010

8   _____
    BERNARD R. GIVEN II
    FRANDZEL ROBINS BLOOM & CSATO, L.C.
9   Attorneys for First Citizens Bank & Trust Company

10  **Approved as to Form and Content:**

11

12  Dated: November 18, 2010        /s/ M. D. Flahaut
13                                  _____
                                    M. DOUGLAS FLAHAUT
                                    ARENT FOX LLP
14                                  Attorneys for the Official Committee of
                                    Unsecured Creditors

15

16

17

18

19

20

21

22

23

24

25

26

27

28

545737v1                            4

**IT IS SO STIPULATED**.

Dated: November 18, 2010

*/s/ Neeta Menon*
NEETA MENON
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
Attorneys for Little Tokyo Partners, L.P.

Dated: November 18, 2010

*/s/ Bernard R. Given II*
BERNARD R. GIVEN II
FRANDZEL ROBINS BLOOM & CSATO, L.C.
Attorneys for First Citizens Bank & Trust Company

**Approved as to Form and Content**:

Dated: November __, 2010

M. DOUGLAS FLAHAUT
ARENT FOX LLP
Attorneys for the Official Committee of
Unsecured Creditors

# *<u>EXHIBIT A</u>*

| WELLER + HOTEL ROLLUP Little Tokyo Partners, LP December 4, 2010 to March 4, 2011 13-Week Budget | WEEK 1 12/04/10 - 12/10/10 | WEEK 2 12/11/10 - 12/17/10 | WEEK 3 12/18/10 - 12/24/10 | WEEK 4 12/25/10 - 12/31/10 | WEEK 5 01/01/11 - 01/07/11 | WEEK 6 01/08/11 - 01/14/11 | WEEK 7 01/15/11 - 01/21/11 | WEEK 8 01/22/11 - 01/28/11 | WEEK 9 01/29/11 - 02/04/11 | WEEK 10 02/04/11 - 02/11/11 | WEEK 11 02/12/11 - 02/18/11 | WEEK 12 02/19/11 - 02/25/11 | WEEK 13 02/26/11 - 03/04/11 | TOTAL 13-WEEK PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account Name** | | | | | | | | | | | | | | |
| REVENUE | | | | | | | | | | | | | | |
| Weller Court | 103,780 | 20,510 | 17,833 | 12,200 | 102,450 | 22,740 | 17,833 | 20,510 | 101,080 | 22,740 | 17,833 | 20,510 | 101,080 | 581,099 |
| Kyoto Grand Hotel | 193,263 | 203,314 | 145,118 | 149,689 | 200,254 | 201,395 | 264,574 | 254,775 | 314,270 | 298,074 | 253,678 | 178,515 | 277,430 | 2,934,348 |
| TOTAL REVENUE | 297,043 | 223,824 | 162,951 | 161,889 | 302,704 | 224,135 | 282,407 | 275,285 | 415,350 | 320,814 | 271,511 | 199,025 | 378,510 | 3,515,447 |
| EXPENSES | | | | | | | | | | | | | | |
| Weller Court | 21,950 | 42,750 | 10,000 | 4,000 | 21,000 | 34,050 | 4,500 | 8,950 | 13,500 | 33,050 | 10,500 | 950 | 7,500 | 212,700 |
| Kyoto Grand Hotel | 324,482 | 145,018 | 257,322 | 27,445 | 263,252 | 233,002 | 270,183 | 42,661 | 268,226 | 261,530 | 239,352 | 54,454 | 276,958 | 2,663,885 |
| TOTAL EXPENSES | 346,432 | 187,768 | 267,322 | 31,445 | 284,252 | 267,052 | 274,683 | 51,611 | 281,726 | 294,580 | 249,852 | 55,404 | 284,458 | 2,876,585 |
| NET OPERATING INCOME | (49,389) | 36,057 | (104,372) | 130,443 | 18,452 | (42,918) | 7,724 | 223,674 | 133,624 | 26,234 | 21,659 | 143,621 | 94,052 | 638,862 |
| **Beginning Cash Balance** | 1,557,168 | 1,507,780 | 1,543,836 | 1,439,464 | 1,569,908 | 1,588,359 | 1,545,442 | 1,553,166 | 1,776,840 | 1,910,464 | 1,936,698 | 1,958,357 | 2,101,978 | 1,557,168 |
| +/<-> Net Operating Cash | (49,389) | 36,057 | (104,372) | 130,443 | 18,452 | (42,918) | 7,724 | 223,674 | 133,624 | 26,234 | 21,659 | 143,621 | 94,052 | 638,862 |
| +/<-> Non Cash BS Items | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Cash Balance** | 1,507,780 | 1,543,836 | 1,439,464 | 1,569,908 | 1,588,359 | 1,545,442 | 1,553,166 | 1,776,840 | 1,910,464 | 1,936,698 | 1,958,357 | 2,101,978 | 2,196,030 | 2,196,030 |

| WELLER COURT  Little Tokyo Partners, LP  December 4, 2010 to March 4, 2011  13-Week Budget  Account Name | WEEK 1  12/04/10 - 12/10/10 | WEEK 2  12/11/10 - 12/17/10 | WEEK 3  12/18/10 - 12/24/10 | WEEK 4  12/25/10 - 12/31/10 | WEEK 5  01/01/11 - 01/07/11 | WEEK 6  01/08/11 - 01/14/11 | WEEK 7  01/15/11 - 01/21/11 | WEEK 8  01/22/11 - 01/28/11 | WEEK 9  01/29/11 - 02/04/11 | WEEK 10  02/04/11 - 02/11/11 | WEEK 11  02/12/11 - 02/18/11 | WEEK 12  02/19/11 - 02/25/11 | WEEK 13  02/26/11 - 03/04/11 | TOTAL  13-WEEK  PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | | |
| Rent | 85,000 | 14,500 | 4,200 | 9,000 | 82,000 | 16,500 | 4,200 | 14,500 | 82,000 | 16,500 | 4,200 | 14,500 | 82,000 | 429,100 |
| Rent Storage | 1,480 | - | - | - | 1,480 | - | - | - | 1,480 | - | - | - | 1,480 | 5,920 |
| Rent Parking Monthly | - | - | 12,000 | - | - | - | 12,000 | | | | 12,000 | | | 36,000 |
| Recov Insurance | 300 | 120 | 33 | - | 300 | 130 | 33 | 120 | 300 | 130 | 33 | 120 | 300 | 1,919 |
| Recov Marketing | - | - | - | - | 1,370 | - | | | | | | | | 1,370 |
| Recov Taxes Property | 3,400 | 1,400 | 320 | 800 | 3,600 | 1,500 | 320 | 1,400 | 3,600 | 1,500 | 320 | 1,400 | 3,600 | 23,160 |
| Recov Utilities | 1,200 | 90 | 130 | - | 900 | 210 | 130 | 90 | 900 | 210 | 130 | 90 | 900 | 4,980 |
| Recov CAM Est | 12,400 | 4,400 | 1,150 | 2,400 | 12,800 | 4,400 | 1,150 | 4,400 | 12,800 | 4,400 | 1,150 | 4,400 | 12,800 | 78,650 |
| **TOTAL REVENUE** | **103,780** | **20,510** | **17,833** | **12,200** | **102,450** | **22,740** | **17,833** | **20,510** | **101,080** | **22,740** | **17,833** | **20,510** | **101,080** | **581,099** |
| **EXPENSES** | | | | | | | | | | | | | | |
| Administrative | 500 | - | - | - | 500 | - | | | 500 | | | | | 1,500 |
| Cleaning | 2,000 | - | - | 1,000 | - | - | 1,000 | | 2,000 | | 1,000 | | 2,000 | 9,000 |
| Electrical | - | - | - | - | - | - | | 500 | | | | 500 | | 1,000 |
| Elevator | - | 5,000 | - | - | 5,000 | - | | | | | | | 2,500 | 12,500 |
| Fire Life Safety | - | 500 | - | - | - | - | 500 | | | | 500 | | | 1,500 |
| Grounds | 450 | - | - | - | - | - | | | 450 | | | 450 | | 1,350 |
| HVAC | 5,000 | - | 2,000 | - | 5,000 | - | | | 5,000 | | 2,000 | | 2,000 | 21,000 |
| Landscape | - | 3,200 | - | - | - | 2,000 | | | | 2,000 | | | | 7,200 |
| PR Wages/Taxes/Benefits | - | 13,500 | - | - | - | 11,500 | | | | 11,500 | | | | 36,500 |
| Plumbing | 1,000 | - | - | - | 500 | - | | | | 1,000 | | | 1,000 | 3,500 |
| Prof Legal Unlawful Detainer | 3,000 | - | - | 3,000 | - | - | | | 3,000 | | | | | 9,000 |
| Project Mgr | 5,000 | - | - | - | 5,000 | - | | | | 5,000 | | | | 15,000 |
| Repairs & Maintenance | 5,000 | - | 5,000 | - | - | - | | | 5,000 | | | 5,000 | | 20,000 |
| Security | - | 7,000 | - | - | - | 7,000 | | | | | 7,000 | | | 21,000 |
| Util Electricity | - | 7,000 | - | - | - | 7,000 | | | | | 7,000 | | | 21,000 |
| Util Gas | - | 550 | - | - | - | 550 | | | | | 550 | | | 1,650 |
| Util Water Potable | - | 4,000 | - | - | - | 4,000 | | | | | 4,000 | | | 12,000 |
| Util Sewer | - | 2,000 | - | - | - | 2,000 | | | | | 1,000 | | | 5,000 |
| Util Refuse Removal | - | - | 3,000 | - | - | - | 3,000 | | | | | 2,000 | | 8,000 |
| DT Tenant Repairs/Improvements | - | - | - | - | 5,000 | - | | | | | | | | 5,000 |
| **TOTAL EXPENSES** | **21,950** | **42,750** | **10,000** | **4,000** | **21,000** | **34,050** | **4,500** | **8,950** | **13,500** | **33,050** | **10,500** | **950** | **7,500** | **212,700** |
| **NET OPERATING INCOME** | **81,830** | **(22,240)** | **7,833** | **8,200** | **81,450** | **(11,310)** | **13,333** | **11,560** | **87,580** | **(10,310)** | **7,333** | **19,560** | **93,580** | **368,399** |
| **Beginning Cash Balance** | 1,197,528 | 1,279,358 | 1,257,118 | 1,264,951 | 1,273,151 | 1,354,601 | 1,343,291 | 1,356,624 | 1,368,184 | 1,455,764 | 1,445,454 | 1,452,787 | 1,472,347 | 1,197,528 |
| +/<-> Net Operating Cash | 81,830 | (22,240) | 7,833 | 8,200 | 81,450 | (11,310) | 13,333 | 11,560 | 87,580 | (10,310) | 7,333 | 19,560 | 93,580 | 368,399 |
| +/<-> Non Cash BS Items | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Cash Balance** | **1,279,358** | **1,257,118** | **1,264,951** | **1,273,151** | **1,354,601** | **1,343,291** | **1,356,624** | **1,368,184** | **1,455,764** | **1,445,454** | **1,452,787** | **1,472,347** | **1,565,927** | **1,565,927** |

| KYOTO GRAND HOTEL<br>Little Tokyo Partners, LP<br>December 4, 2010 to March 4, 2011<br>13-Week Budget<br>Account Name | WEEK 1<br>12/04/10 -<br>12/10/10 | WEEK 2<br>12/11/10 -<br>12/17/10 | WEEK 3<br>12/18/10 -<br>12/24/10 | WEEK 4<br>12/25/10 -<br>12/31/10 | WEEK 5<br>01/01/11 -<br>01/07/11 | WEEK 6<br>01/08/11 -<br>01/14/11 | WEEK 7<br>01/15/11 -<br>01/21/11 | WEEK 8<br>01/22/11 -<br>01/28/11 | WEEK 9<br>01/29/11 -<br>02/04/11 | WEEK 10<br>02/05/11 -<br>02/11/11 | WEEK 11<br>02/12/11 -<br>02/18/11 | WEEK 12<br>02/19/11 -<br>02/25/11 | WEEK 13<br>02/26/11 -<br>03/04/11 | TOTAL<br>13-WEEK<br>PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | | |
| Rooms | 122,654 | 121,251 | 94,392 | 114,699 | 135,241 | 158,526 | 190,671 | 183,609 | 226,480 | 214,343 | 182,581 | 128,483 | 181,489 | 2,054,418 |
| Food and Beverage | 59,045 | 70,607 | 41,366 | 23,812 | 52,116 | 28,874 | 54,255 | 52,246 | 62,145 | 64,510 | 52,563 | 36,989 | 82,335 | 680,861 |
| Other Misc Departments | 11,565 | 11,457 | 9,360 | 11,178 | 12,897 | 13,995 | 19,648 | 18,920 | 25,645 | 19,221 | 18,534 | 13,043 | 13,606 | 199,069 |
| Interest Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL REVENUE** | 193,263 | 203,314 | 145,118 | 149,689 | 200,254 | 201,395 | 264,574 | 254,775 | 314,270 | 298,074 | 253,678 | 178,515 | 277,430 | 2,934,348 |
| **EXPENSES** | | | | | | | | | | | | | | - |
| Cost of Sales | 14,112 | 16,875 | 9,886 | 5,691 | 12,456 | 6,901 | 12,967 | 12,487 | 14,853 | 15,418 | 12,563 | 8,840 | 19,678 | 162,726 |
| Cleaning Supplies | 773 | 813 | 580 | 599 | 801 | 806 | 1,058 | 1,019 | 1,257 | 1,192 | 1,015 | 714 | 1,110 | 11,737 |
| Credit Card Discounts | 14,093 | 508 | 339 | 554 | 14,282 | 468 | 527 | 541 | 971 | 15,463 | 320 | 392 | 771 | 49,229 |
| Guest Supplies | 2,319 | 2,440 | 1,741 | 1,796 | 2,403 | 2,417 | 3,175 | 3,057 | 3,771 | 3,577 | 3,044 | 2,142 | 3,329 | 35,212 |
| Linens | - | 3,231 | - | - | - | 1,960 | - | - | - | 2,089 | - | - | 2,055 | 9,335 |
| Radio & Television | - | - | - | 6,230 | - | - | - | 6,230 | - | - | - | - | 6,230 | 18,690 |
| Reservation Expense | - | - | 11,540 | - | - | 14,693 | - | - | - | 13,418 | - | - | 14,286 | 53,937 |
| Sales & Marketing | 4,445 | 4,676 | 3,338 | 3,443 | 4,606 | 4,632 | 6,085 | 5,860 | 7,228 | 6,856 | 5,835 | 4,106 | 6,381 | 67,490 |
| Travel Agent Commission | 2,187 | 2,163 | 1,707 | 2,052 | 2,401 | 2,797 | 2,646 | 2,548 | 3,143 | 2,981 | 2,537 | 1,785 | 2,774 | 31,720 |
| Uniforms (Cleaning) | 361 | 361 | 361 | 361 | 361 | 361 | 361 | 361 | 361 | 361 | 361 | 361 | 361 | 4,693 |
| Adm Equipment | - | - | 1,965 | - | - | - | 1,965 | - | - | - | - | 1,965 | - | 5,895 |
| Adm Printing & Office Supplies | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,250 |
| Payroll & Taxes | 169,256 | - | 182,089 | - | 202,044 | - | 200,133 | - | 206,458 | - | 191,006 | - | 196,022 | 1,347,007 |
| Health / Dental Insurances | - | 29,000 | - | - | - | 29,000 | - | - | - | 29,000 | - | - | - | 87,000 |
| Engineering Labor | - | 74,150 | - | - | - | 74,150 | - | - | - | 74,150 | - | - | - | 222,450 |
| Mgmt Fee Asset Mgr | - | 1,000 | - | 1,000 | - | 1,000 | - | 1,000 | - | - | 1,000 | - | 1,000 | 6,000 |
| Mgmt Fee Hotel Mgmt Co | - | - | 24,858 | - | - | - | 19,232 | - | - | - | - | 27,122 | - | 71,212 |
| Parking Labor | 13,000 | 2,800 | 13,000 | - | 13,000 | 2,800 | 13,000 | - | 13,000 | 2,800 | 13,000 | - | 13,000 | 99,400 |
| Prof Legal - ADA Lawsuit | 2,000 | - | - | - | - | - | - | - | 2,000 | - | - | - | - | 4,000 |
| Project Mgr - Deferred Maintenance | 4,000 | - | - | - | 4,000 | - | - | - | 4,000 | - | - | - | - | 12,000 |
| Repair & Maintenance | 6,223 | 6,547 | 4,673 | 4,820 | 6,448 | 6,485 | 8,519 | 8,204 | 10,119 | 9,598 | 8,168 | 5,748 | 8,933 | 94,486 |
| Telephone & Postage | - | - | 850 | 500 | - | - | - | 850 | 500 | - | - | 850 | 500 | 4,050 |
| Transportation Expense | 193 | 203 | 145 | 150 | 200 | 201 | 265 | 255 | 314 | 298 | 254 | 179 | 277 | 2,934 |
| Utilities | 91,270 | - | - | - | - | 84,082 | - | - | - | 84,079 | - | - | - | 259,431 |
| **TOTAL EXPENSES** | 324,482 | 145,018 | 257,322 | 27,445 | 263,252 | 233,002 | 270,183 | 42,661 | 268,226 | 261,530 | 239,352 | 54,454 | 276,958 | 2,663,885 |
| **NET OPERATING INCOME** | (131,219) | 58,297 | (112,205) | 122,243 | (62,998) | (31,608) | (5,609) | 212,114 | 46,044 | 36,544 | 14,326 | 124,061 | 472 | 270,463 |
| **Beginning Cash Balance** | 359,640 | 228,421 | 286,718 | 174,513 | 296,756 | 233,758 | 202,150 | 196,541 | 408,655 | 454,700 | 491,244 | 505,570 | 629,631 | 359,640 |
| +/<-> Net Operating Cash | (131,219) | 58,297 | (112,205) | 122,243 | (62,998) | (31,608) | (5,609) | 212,114 | 46,044 | 36,544 | 14,326 | 124,061 | 472 | 270,463 |
| +/<-> Non Cash BS Items | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Cash Balance** | 228,421 | 286,718 | 174,513 | 296,756 | 233,758 | 202,150 | 196,541 | 408,655 | 454,700 | 491,244 | 505,570 | 629,631 | 630,103 | 630,103 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1901 Avenue of the Stars, 12th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document described as **STIPULATION REGARDING EXTENSION OF DEBTOR'S AUTHORITY TO USE CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 18, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Dan E Chambers on behalf of Interested Party Courtesy NEF
dan.chambers@troutmansanders.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Peter Csato on behalf of Interested Party Courtesy NEF
efiling@frandzel.com, banderson@frandzel.com;pcsato@frandzel.com

Michael G Fletcher on behalf of Interested Party Courtesy NEF
mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

Bernard R Given on behalf of Interested Party Courtesy NEF
bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com

Mette H Kurth on behalf of Creditor Committee Official Committee of Unsecured Creditors
kurth.mette@arentfox.com

Mary D Lane on behalf of Creditor Crestline Hotels & Resorts, Inc.
mlane@pszjlaw.com

Samuel R Maizel on behalf of Debtor Little Tokyo Partners, L.P.
smaizel@pszjlaw.com, smaizel@pszjlaw.com

Neeta Menon on behalf of Debtor Little Tokyo Partners, L.P.
nmenon@stutman.com

Kenneth N Russak on behalf of Counter-Defendant First Citizens Bank & Trust Company
krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com

Meghan C Sherrill on behalf of Counter-Claimant Little Tokyo Partners, L.P.
meghan.sherrill@troutmansanders.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                              **F 9013-3.1.PROOF.SERVICE**
545846v.1

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **November 18, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*See Exhibit A, which is attached hereto and incorporated herein by reference*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 18, 2010 | Joanne B. Stern | *Joanne B. Stern* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**
545846v.1

## Exhibit A

### (SERVED BY U.S. MAIL)

Little Tokyo Partners (6325)
General Service List
Doc #542310 – Rev. 08/26/10

| | | |
|---|---|---|
| Little Tokyo Partners LP<br>1880 Century Park East Suite 810<br>Los Angeles, CA 90067 | Office of the US Trustee<br>725 S Figueroa St<br>Suite 2600<br>Los Angeles, CA 90017 | Frandzel Robins Bloom Csato<br>Peter Csato, Esq<br>6500 Wilshire Blvd 17th Fl<br>Los Angeles, CA 90048-4920 |
| First Citizens Bank and Trust<br>1801 Century Park East Suite 800<br>Los Angeles, CA 90067 | Excell Investment Group, LLC<br>23586 Calabasas Rd. #100<br>Calabasas, CA 91302 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Counsel for the Official Committee of Unsecured Creditors<br>Mette Kurth, Esq. / M. Douglas Flahaut, Esq.<br>Arent Fox LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013 | Able Engineering Services<br>Contact: Jim Johnson, VP<br>868 Folsom Street<br>San Francisco, CA 94107 | Waxie Sanitary Supply<br>Attn:  John Olea, Corp. Credit Mngr.<br>PO Box 81006<br>San Diego, CA 92138 |
| Room Service Amenities<br>Attn:  Charmaine Gardner, Accounting Administrator<br>1010 Campus Drive West<br>Morganville, NJ 07751 | LA DWP<br>PO Box 30808<br>Los Angeles, CA 90030 | Crestline Hotels & Resorts<br>Contact: Elizabeth Lieberman, Esq.<br>3950 University Drive Suite 301<br>Fairfax, VA 22030 |
| State of California<br>Board of Equalization<br>PO Box 942870<br>Sacramento, CA 94279 | Bank of America N.A.<br>Attn: Jerri Shephard<br>1185 Avenue of the Americas, 16th Floor<br>New York, NY 10035 | Wells Fargo Bank, N.A.<br>Attn: Michael Barry<br>433 North Camden Drive<br>Beverly Hills, CA 90210 |
| Requests for Notice: | Samuel R. Maizel, Esq.<br>Mary D. Lane, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 11th Fl.<br>Los Angeles, CA  90067 | |

**SERVED BY OVERNIGHT DELIVERY:**

Hon. Barry Russell
U.S. Bankruptcy Court
255 E Temple St Ste 1660
Los Angeles, CA  90012-3543

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**
545846v.1