1  JEFFREY C. KRAUSE (State Bar No. 94053),
   jkrause@stutman.com
2  CHRISTINE M. PAJAK (State Bar No. 217173), and
   cpajak@stutman.com
3  NEETA MENON (State Bar No. 254736), Members of
   nmenon@stutman.com
4  STUTMAN, TREISTER & GLATT, P.C.
   1901 Avenue of the Stars
5  12th Floor
   Los Angeles, CA 90067
6  Telephone:   (310) 228-5600
   Telecopy:    (310) 228-5788
7
   Reorganization Counsel for
8  Debtor and Debtor in Possession

9  Debtor's Mailing Address:
   1880 Century Park East, Suite 810
10 Los Angeles, CA  90067

11                  **UNITED STATES BANKRUPTCY COURT**

12                  **CENTRAL DISTRICT OF CALIFORNIA**

13                      **LOS ANGELES DIVISION**

14 In re                            )  Case No. 2:10-39113-BR
                                    )
15 LITTLE TOKYO PARTNERS, L.P.,     )  Chapter 11
   a Delaware limited partnership,  )
16                                  )
                  Debtor.           )  **STATUS CONFERENCE REPORT RE**
17                                  )  **DISCLOSURE STATEMENT HEARING**
                                    )
18                                  )
                                    )               Hearing
19                                  )
                                    )  Date:        November 24, 2010
20                                  )  Time:        10:00 a.m.
                                    )  Ctrm:        Courtroom 1668
21                                  )               255 E. Temple St.
                                    )               Los Angeles, CA  90012
22                                  )
                                    )
23                                  )
                                    )
24                                  )

25

26

27

28

1    Little Tokyo Partners, L.P., the debtor and debtor in possession in the above

2    captioned case (the "Debtor"), files this status report to update the Court on recent developments in

3    this Chapter 11 case in advance of the hearing scheduled for November 24, 2010 (the "Hearing")

4    The Debtor will not be moving forward with its Motion to Approve its Disclosure

5    Statement [Docket No. 93] at the Hearing.  Instead, the Debtor has a filed an amended plan of

6    reorganization which unimpairs all creditors.  Every creditor will receive everything to which it is

7    entitled under state law.  The Bank's secured claim will be cured and reinstated to its original term,

8    which runs through 2019.  All other claims will be paid in full in cash.  As a result, the Debtor is not

9    required to solicit any votes on its Amended Plan and, instead, plans to move forward directly to

10   confirmation of its Amended Plan.

11   On November 4, 2010, the Debtor filed the "Amended Plan of Reorganization

12   (November 4, 2010)" [Docket No. 141] (the "Amended Plan"), which contemplates Debtor's

13   reorganization strategy, which involves a legally binding commitment by the Debtor's limited

14   partner, 3D Investments IV, L.P. ("3D"), to invest $8,000,000 in the Debtor in order to re-brand the

15   Hotel as a Doubletree by Hilton franchise pursuant to a franchise license agreement (the "Doubletree

16   Agreement") with Hilton Worldwide, Inc. ("Hilton").  The Debtor is confident that the increased

17   revenue from and profitability of the Hotel as a result of the Hotel being re-branded as a Doubletree

18   by Hilton hotel, together with the Debtor's existing assets and the multi-million capital infusion to be

19   made by the Debtor's limited partner, will be sufficient to pay all of the property improvements that

20   are required by Hilton pursuant to the Doubletree Agreement, other deferred maintenance items at

21   the Hotel, ongoing debt service obligations to the Bank on account of its reinstated claims, and the

22   payment, in full, of all other claims as required under Bankruptcy Code § 1124.  See Amended Plan,

23   pp. 16 – 17.  The Debtor has also engaged two industry experts to review and testify to the

24   reasonableness of the projections regarding the costs and revenues of the Hotel after conversion of

25   the Hotel to a Doubletree.

26   Furthermore, the implementation of the Doubletree Agreement and consequent

27   continuity of ownership of the Subject Properties will ensure that the 170 employees who work at

28   the Hotel will continue to be employed.  Prior to the Hearing, the Debtor anticipates filing a further

1    amended plan to address certain issues that have been raised by the Creditors' Committee and to

2    increase the amount of the new capital contribution to $10,000,000.

3         The Debtor has not yet finalized a formal Doubletree franchise agreement.  The

4    Debtor has entered into a letter of intent (the "LOI") with Hilton and has completed and submitted

5    the entire Hilton franchise application to Hilton.  The LOI includes a 15 page property improvement

6    plan ("PIP") that has been fully-negotiated and finalized between the Debtor and Hilton over the past

7    two months.  The Debtor has asked for authority from Hilton to file the LOI and PIP with the Court.

8    In the meantime, the Debtor, with Hilton's permission, has provided copies of the LOI and the PIP to

9    the Bank and the Creditors' Committee on a confidential basis.  The Debtor has been informed by

10   Hilton that its franchise application will be approved by mid-December 2010.

11        To assure creditors of the feasibility of the Amended Plan, 3D has executed a

12   commitment letter, pursuant to which it commits to funding $10,000,000 under the Amended Plan,

13   conditioned only upon confirmation of the Plan and the occurrence of the Effective Date.

14   Furthermore, 3D has placed $10,000,000 into a segregated interest-bearing account to ensure the

15   availability of these funds.  Copies of the commitment letter, and a letter from the bank evidencing

16   the segregated deposit of $10,000,000 are attached hereto as Exhibits "A" and "B", respectively.

17        As soon the Debtor and Hilton formalize the Doubletree franchise agreement, the

18   Debtor will be in a position to proceed with confirmation of its Amended Plan.  Again, because no

19   class of creditors is impaired under the Plan, all creditors are deemed to accept the Amended Plan,

20   and the Debtor can seek confirmation of the Amended Plan without any prior solicitation of votes

21   from creditors.  At the Hearing, the Debtor intends to ask the Court to set briefing and discovery

22   schedules in advance of a hearing to consider confirmation of the Debtor's Amended Plan.

23   Dated:  November 22, 2010          */s/ Christine M. Pajak*

24                  JEFFREY C. KRAUSE, and

25                  CHRISTINE M. PAJAK, Members of
                    STUTMAN, TREISTER & GLATT, P.C.

26                  Reorganization Counsel for Debtor
                    and Debtor in Possession

27

28

**EXHIBIT A**

**3D INVESTMENTS IV, L.P.**
**1880 Century Park East, Suite 810**
**Los Angeles, California 90067**
**Telephone: (310) 276-1290**
**Facsimile: (310) 276-1590**

November 22, 2010

Jeff Krause, Esq.
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Re:    In re Little Tokyo Partners, L.P. – New Capital Contribution Commitment

Dear Jeff:

In connection with the Chapter 11 bankruptcy case of Little Tokyo Partners, L.P. ("**Debtor**"), Case No.
2:10-39113-BR, pending in the United States Bankruptcy Court, Central District of California, Los
Angeles Division (the "**Bankruptcy Case**"), you have requested that we confirm our commitment to
contribute the New Capital Contribution to the Reorganized Debtor as contemplated under the "Debtor's
Amended Plan of Reorganization (November 4, 2010)" [Docket No. 141] (the "**Plan**").[1] As we have
discussed, we have agreed to increase the New Capital Contribution to $10,000,000, which will be
included in an amended Plan to be filed with the Bankruptcy Court shortly.

Conditioned only upon confirmation of the Plan (which may be amended with our consent) and subject
to all other conditions for the occurrence of the Effective Date being satisfied under the Plan, 3D
Investments IV, L.P. shall make the New Capital Contribution to the Reorganized Debtor.  To secure
payment of the New Capital Contribution, we have placed $10,000,000 in a separate segregated interest-
bearing account to ensure that funds are available to make such contribution at the appropriate time.

Attached hereto as Exhibit "1" is a letter from Pacific Western Bank which evidences the bank account
described above.

Sincerely,

3D Investments IV, L.P.

By: _____
Its: Authorized Signatory

---

[1]    Terms not otherwise defined herein shall have the same meanings ascribed to them in the Plan.

**EXHIBIT B**

**PACIFIC WESTERN
BANK**

November 22, 2010

Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Attention:  Jeff Krause, Esq.

RE: 3D Investments IV, L.P. Doubletree Hotel

Dear Mr. Krause:

This letter is to confirm that a new account in the name of 3D Investments IV, L.P. Doubletree
Hotel, with an initial deposit of $10 million, has been opened at Pacific Western Bank.  This is a
Premier Money Market account.

Please contact me directly if I can answer any questions about this account.

Sincerely,

Timothy T. Hamilton
Senior Vice President, Manager
 L. A. Region - Real Estate Industries Group

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1901 Avenue of the Stars, 12th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document described as **STATUS CONFERENCE REPORT RE DISCLOSURE STATEMENT HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 22, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

> Dan E Chambers on behalf of Counter-Claimant Little Tokyo Partners, L.P.
> dan.chambers@troutmansanders.com
>
> Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
> russell.clementson@usdoj.gov
>
> Peter Csato on behalf of Counter-Defendant First Citizens Bank & Trust Company
> efiling@frandzel.com, banderson@frandzel.com;pcsato@frandzel.com
>
> Moriah D Flahaut on behalf of Creditor Committee Official Committee of Unsecured Creditors
> flahaut.douglas@arentfox.com
>
> Michael G Fletcher on behalf of Creditor First-Citizens Bank & Trust Company
> mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
>
> Bernard R Given on behalf of Interested Party Courtesy NEF
> bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
>
> Michael J Gomez on behalf of Creditor First-Citizens Bank & Trust Company
> mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
>
> Mette H Kurth on behalf of Creditor Committee Official Committee of Unsecured Creditors
> kurth.mette@arentfox.com
>
> Mary D Lane on behalf of Creditor Crestline Hotels & Resorts, Inc.
> mlane@pszjlaw.com
>
> Samuel R Maizel on behalf of Debtor Little Tokyo Partners, L.P.
> smaizel@pszjlaw.com, smaizel@pszjlaw.com
>
> Neeta Menon on behalf of Debtor Little Tokyo Partners, L.P.
> nmenon@stutman.com
>
> Christine M Pajak on behalf of Debtor Little Tokyo Partners, L.P.
> cpajak@stutman.com
>
> Thomas M Robins on behalf of Counter-Defendant First Citizens Bank & Trust Company
> efiling@frandzel.com, achase@frandzel.com;trobins@frandzel.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
545944v1

**F 9013-3.1.PROOF.SERVICE**

Kenneth N Russak on behalf of Counter-Defendant First Citizens Bank & Trust Company
krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com

Meghan C Sherrill on behalf of Counter-Claimant Little Tokyo Partners, L.P.
meghan.sherrill@troutmansanders.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **November 22, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United
States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*See Exhibit A, which is attached hereto and incorporated herein by reference*

☒ Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or
entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 5, 2010,** I served the following person(s)
and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile
transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge
will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| November 22, 2010 | Danielle S. Trujillo | *Danielle S. Trujillo* |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
545944v1

**F 9013-3.1.PROOF.SERVICE**

## Exhibit A

**Served By Overnight Mail:**

Hon. Barry Russell
U.S. Bankruptcy Court
255 E Temple St Ste 1660
Los Angeles, CA  90012-3543

**Served By U.S. Mail:**

Little Tokyo Partners (6325)
General Service List
Doc #542310 – Rev. 08/26/10

Little Tokyo Partners LP
1880 Century Park East Suite 810
Los Angeles, CA 90067

Office of the US Trustee
725 S Figueroa St
Suite 2600
Los Angeles, CA 90017

Frandzel Robins Bloom Csato
Peter Csato, Esq
6500 Wilshire Blvd 17th Fl
Los Angeles, CA 90048-4920

First Citizens Bank and Trust
1801 Century Park East Suite 800
Los Angeles, CA 90067

Excell Investment Group, LLC
23586 Calabasas Rd. #100
Calabasas, CA 91302

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Counsel for the Official Committee of
Unsecured Creditors
Mette Kurth, Esq. / M. Douglas Flahaut, Esq.
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

Able Engineering Services
Contact: Jim Johnson, VP
868 Folsom Street
San Francisco, CA 94107

Waxie Sanitary Supply
Attn:  John Olea, Corp. Credit Mngr.
PO Box 81006
San Diego, CA 92138

Room Service Amenities
Attn:  Charmaine Gardner, Accounting
Administrator
1010 Campus Drive West
Morganville, NJ 07751

LA DWP
PO Box 30808
Los Angeles, CA 90030

Crestline Hotels & Resorts
Contact: Elizabeth Lieberman, Esq.
3950 University Drive Suite 301
Fairfax, VA 22030

State of California
Board of Equalization
PO Box 942870
Sacramento, CA 94279

Bank of America N.A.
Attn: Jerri Shephard
1185 Avenue of the Americas, 16th Floor
New York, NY 10035

Wells Fargo Bank, N.A.
Attn: Michael Barry
433 North Camden Drive
Beverly Hills, CA 90210

Requests for Notice:

Samuel R. Maizel, Esq.
Mary D. Lane, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Fl.
Los Angeles, CA  90067

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
545944v1

**F 9013-3.1.PROOF.SERVICE**