1  Michael Gerard Fletcher (State Bar No. 070849)
       mfletcher@frandzel.com
2  Bernard R. Given II (State Bar No. 134718)
       bgiven@frandzel.com
3  Michael J. Gomez (State Bar No. 251571)
       mgomez@frandzel.com
4  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   6500 Wilshire Boulevard
5  Seventeenth Floor
   Los Angeles, California  90048-4920
6  Telephone: (323) 852-1000
   Facsimile: (323) 651-2577
7
   Attorneys for Secured Creditor
8  First-Citizens Bank & Trust Company

9

10                    UNITED STATES BANKRUPTCY COURT

11                     CENTRAL DISTRICT OF CALIFORNIA

12                            LOS ANGELES DIVISION

| | |
|---|---|
| 13  In re | Case No. 2:10-bk-39113-BR |
| 14  LITTLE TOKYO PARTNERS, L.P., a Delaware limited partnership, | Chapter 11 |
| 15         Debtor. | **STIPULATION REGARDING CONFIRMATION HEARING OF DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION (DECEMBER 15, 2010) AND HEARING ON FIRST-CITIZENS BANK & TRUST COMPANY'S MOTION TO APPROVE ITS DISCLOSURE STATEMENT; DECLARATION OF BERNARD R. GIVEN II IN SUPPORT THEREOF** |
| | Disclosure Statement Hearing |
| | DATE: January 25, 2011<br>TIME: 10:00 a.m.<br>CTRM: 1668<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |
| | Confirmation Hearing |
| | DATE: February 14, 2011<br>TIME: 2:00 p.m.<br>CTRM: 1668<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

795942.2 | 100102-0083
547324v1

                                    1
           STIPULATION TO CONTINUE SCHEDULING DEADLINES

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

This Stipulation is entered into by and between Little Tokyo Partners, L.P., a Debtor and Debtor-in-Possession (the "Debtor") and First-Citizens Bank and Trust Company (the "Bank" and collectively with the Debtor, the "Parties") to stipulate to: (1) a continued hearing date on the confirmation of the Debtor's Plan of Reorganization; (2) a revised discovery and briefing schedule regarding the continued confirmation hearing of the Debtor's Plan of Reorganization; (3) a continued hearing date on the Bank's motion to approve its Disclosure Statement; and (4) a continued briefing schedule for the continued hearing on the Bank's Disclosure Statement, based upon the following facts:

1. The Debtor filed an Amended Plan of Reorganization (November 4, 2010) which it subsequently amended by filing a Second Amended Plan of Reorganization (November 30, 2010) and a Third Amended Plan of Reorganization (December 15, 2010) (collectively, the "Plan").

2. This Court held a status conference on November 24, 2010, and established a hearing date on the Plan (the "Confirmation Hearing"), as well as briefing and discovery deadlines on the Confirmation Hearing (the "Confirmation Deadlines").

3. The Court entered an "Order Scheduling Confirmation Hearing on Debtor's Second Amended Plan of Reorganization (November 30, 2010) and Establishing Deadlines with Respect Thereto" (the "Order") on December 6, 2010, memorializing the Confirmation Hearing and Confirmation Deadlines. Pursuant to the Order,

   a. The Debtor had to file a motion in support of the Plan and its direct testimony and evidence in support of confirmation of the Plan by December 15, 2010.

   b. The Debtor had to file a witness list for the Confirmation Hearing by November 29, 2010.

   c. Parties opposing the Plan had to file their witness lists by December 15, 2010.

   d. The discovery cutoff date for parties opposing the Plan was set for January 14, 2011.

    e. Objections to confirmation of the Plan together with testimony and evidence are to be filed by January 25, 2011.

    f. The discovery cutoff date for the Debtor and the deadline to file a reply in support of the Plan is February 9, 2011.

    g. The Confirmation hearing was set for February 14, 2011, at 2:00 p.m.

  4. The Bank filed a Plan of Liquidation (December 8, 2010) (the "Competing Plan") and Disclosure Statement on December 8, 2010.

  5. In compliance with the Order,

    a. The Debtor filed a motion in support of the Plan as well as direct testimony and evidence on December 15, 2010.

    b. The Debtor and the Bank filed witness lists on December 15, 2010.

  6. The Bank filed a motion for the approval of its Disclosure Statement on December 20, 2010 (the "Motion"). The hearing on the Motion is set for January 25, 2011, at 10:00 a.m.

  7. The Committee filed an Opposition to the Motion on January 11, 2011. The Bank informally agreed to extend the Debtor's time to respond to the Bank's Disclosure Statement through January 14, 2011 while the parties have been discussing a settlement.

  8. The Bank's deadline to file a reply in support of the Motion is January 18, 2011.

  9. The Debtor and the Bank have held and continue to hold settlement discussions.

**NOW THEREFORE**, in light of the Debtor and the Bank's ongoing settlement discussions, the Parties agree as follows:

  A. The Confirmation Hearing shall be continued from February 14, 2011, at 2:00 p.m. for approximately two weeks, to the first available date on the Court's calendar on or after March 1, 2011.

  B. The discovery cutoff date for parties opposing the Plan shall be continued to seventeen days before the confirmation hearing.

  C. Objections to confirmation of the Plan together with testimony and evidence are to be filed two weeks before the confirmation hearing.

  D. The discovery cutoff date for the Debtor and the deadline to file a reply in support

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

1 of the Plan shall be continued to five days before the continued date on the Confirmation Hearing.

2    E.    The hearing on the Motion for approval of the Bank's Disclosure Statement be continued for approximately two weeks to the earliest date available to the Court on or after February 16, 2011.

    F.    The Debtor's deadline to file an opposition to the Motion to approve the Bank's Disclosure Statement shall be continued to ten days before the continued hearing date on the Motion

    G.    The Bank's deadline to file a reply in support of the Motion to approve its Disclosure Statement be continued to five days before the continued hearing date on the Motion.

SO STIPULATED.

DATED: January 18, 2011        FRANDZEL ROBINS BLOOM & CSATO, L.C.
                               MICHAEL GERARD FLETCHER
                               BERNARD R. GIVEN II
                               MICHAEL J. GOMEZ


                               By:  /s/ Bernard R. Given, II
                                    ─────────────────────────────
                                    BERNARD R. GIVEN, II
                                    Attorneys for First-Citizens Bank & Trust
                                    Company

DATED: January 18, 2011        STUTMAN, TREISTER & GLATT
                               PROFESSIONAL CORPORATION
                               JEFFREY C. KRAUSE
                               CHRISTINE M. PAJAK
                               NEETA MENON


                               By:  [signature]
                                    ─────────────────────────────
                                    JEFFREY C. KRAUSE
                                    Reorganization Counsel for the Debtor and
                                    Debtor-in-Possession

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

795942.2 | 100102-0083
4
STIPULATION TO CONTINUE SCHEDULING DEADLINES

DATED: January 18, 2011

TROUTMAN SANDERS LLP
MARTIN W. TAYLOR
DAN E. CHAMBERS
MEGHAN CANTY SHERRILL

By: /s/ Martin W. Taylor
MARTIN W. TAYLOR
Litigation Counsel for the Debtor and
Debtor-in-Possession

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

795942.2 | 100102-0083

5

STIPULATION TO CONTINUE SCHEDULING DEADLINES

## DECLARATION OF BERNARD R. GIVEN II

I, Bernard R. Given II, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a member of Frandzel Robins Bloom & Csato L.C., attorneys of record for the First-Citizens Bank & Trust Company (the "Bank").

2. Subsequent to the Court establishing a hearing date and deadlines in connection with the Third Amended Plan of Reorganization (December 15, 2010) filed by Little Tokyo Partners, L.P., the Debtor and Debtor-in-Possession (the "Debtor"), the Bank and the Debtor have engaged in numerous settlement discussions.

3. In an effort to resolve the matter, the Bank and the Debtor participated in a mediation before the Honorable Judge Ryan (ret.) on January 6, 2011. The Bank and the Debtor are continuing to hold settlement discussions.

4. In order to focus on resolving the matter, the Bank and the Debtor have agreed to continue the hearing dates and deadlines related to the Debtor's Third Amended Plan of Reorganization (December 15, 2010) and the Bank's Motion to have its Disclosure Statement approved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed January 18, 2011, at Los Angeles, California.

/s/ *Bernard R. Given II*
BERNARD R. GIVEN II

| In re: | CHAPTER: 11 |
|---|---|
| LITTLE TOKYO PARTNERS, L.P. | |
| Debtor(s). | CASE NUMBER: 2:10-bk-39113-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles, California 90048-4920

A true and correct copy of the foregoing document described as **STIPULATION REGARDING CONFIRMATION HEARING OF DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION (DECEMBER 15, 2010) AND HEARING ON FIRST-CITIZENS BANK & TRUST COMPANY'S MOTION TO APPROVE ITS DISCLOSURE STATEMENT; DECLARATION OF BERNARD R. GIVEN II IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 19, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

Dan E Chambers    dan.chambers@troutmansanders.com
Russell Clementson    russell.clementson@usdoj.gov
Peter Csato    efiling@frandzel.com, ltokubo@frandzel.com;pcsato@frandzel.com
Moriah D Flahaut    flahaut.douglas@arentfox.com
Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Mette H Kurth    kurth.mette@arentfox.com
Mary D Lane    mlane@pszjlaw.com
Samuel R Maizel    smaizel@pszjlaw.com, smaizel@pszjlaw.com
Neeta Menon    nmenon@stutman.com
Hal M Mersel    mark.mersel@bryancave.com
Christine M Pajak    cpajak@stutman.com
Thomas M Robins    efiling@frandzel.com, achase@frandzel.com;trobins@frandzel.com
Terrel Ross    tross@trcmllc.com
Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
Meghan C Sherrill    meghan.sherrill@troutmansanders.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☒ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On January 19, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell                                   VIA OVERNIGHT MAIL
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012-3332

☒ Service Information continued on attached page.

This form is mandatory. It has been approved

January 2009                                                                                    F 9013-3.1

| In re: | CHAPTER: 11 |
|---|---|
| LITTLE TOKYO PARTNERS, L. P. | |
| Debtor(s). | CASE NUMBER: 2:10-bk-39113-BR |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

January 19, 2011            Sandra Young King
*Date*                      *Type Name*                           *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                      F 9013-3.1

| In re:<br>LITTLE TOKYO PARTNERS, L. P.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:10-bk-39113-BR |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

| Little Tokyo Partners, L.P.,<br>1880 Century Park East, Suite 810<br>Los Angeles, CA 90067<br><br>Debtor<br><br>Via U. S. Mail | Neeta Menon<br>Christine M. Pajak<br>Stutman Treister & Glatt, P. C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br><br>Attorney for:<br> Debtor<br><br>Via U. S. Mail | Russell Clementson<br>Office of the US Trustee<br>725 South Figueroa Street<br>Suite 2600<br>Los Angeles, CA 90017-5413<br><br>United States Trustee<br><br>Via U. S. Mail |
| Mette H. KJurth<br>Arent Fox LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br><br>Attorney for:<br>Creditor Committee<br><br>Via U. S. Mail | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 9013-3.1