1  Michael Gerard Fletcher (State Bar No. 070849)
    mfletcher@frandzel.com
2  Bernard R. Given II (State Bar No. 134718)
    bgiven@frandzel.com
3  Michael J. Gomez (State Bar No. 251571)
    mgomez@frandzel.com
4  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   6500 Wilshire Boulevard
5  Seventeenth Floor
   Los Angeles, California  90048-4920
6  Telephone: (323) 852-1000
   Facsimile: (323) 651-2577
7
   Attorneys for Secured Creditor
8  First-Citizens Bank & Trust Company

9

10                **UNITED STATES BANKRUPTCY COURT**

11                 **CENTRAL DISTRICT OF CALIFORNIA**

12                    **LOS ANGELES DIVISION**

13  In re                              Case No. 2:10-bk-39113-BR

14  LITTLE TOKYO PARTNERS, L.P., a     Chapter 11
    Delaware limited partnership,
15                                     **SECOND STIPULATION REGARDING**
                                       **CONFIRMATION HEARING OF**
16         Debtor.                     **DEBTOR'S THIRD AMENDED PLAN OF**
                                       **REORGANIZATION (DECEMBER 15,**
17                                     **2010) AND HEARING ON FIRST-**
                                       **CITIZENS BANK & TRUST COMPANY'S**
18                                     **MOTION TO APPROVE ITS**
                                       **DISCLOSURE STATEMENT;**
19                                     **DECLARATION OF BERNARD R.**
                                       **GIVEN II IN SUPPORT THEREOF**
20
                                       Disclosure Statement Hearing
21
                                       DATE:   February 22, 2011
22                                     TIME:   10:00 a.m.
                                       CTRM:   1668
23                                             255 E. Temple Street
                                               Los Angeles, CA 90012
24
                                       Confirmation Hearing
25
                                       DATE:   March 2, 2011
26                                     TIME:   2:00 p.m.
                                       CTRM:   1668
27                                             255 E. Temple Street
                                               Los Angeles, CA 90012
28

803517.1 | 100102-0083                    1
547324v1
          STIPULATION TO CONTINUE SCHEDULING DEADLINES

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

This Stipulation is entered into by and between Little Tokyo Partners, L.P., a Debtor and Debtor-in-Possession (the "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), and First-Citizens Bank and Trust Company (the "Bank" and collectively with the Debtor and the Committee, the "Parties") to stipulate to: (1) a continued hearing date on the confirmation of the Debtor's Plan of Reorganization; (2) a revised discovery and briefing schedule regarding the continued confirmation hearing of the Debtor's Plan of Reorganization; (3) a continued hearing date on the Bank's motion to approve its Disclosure Statement; and (4) a continued briefing schedule for the continued hearing on the Bank's Disclosure Statement, based upon the following facts:

1.    The Debtor and the Bank have arrived at a settlement that they are in the process of documenting it.

2.    The Debtor filed an Amended Plan of Reorganization (November 4, 2010) which it subsequently amended by filing a Second Amended Plan of Reorganization (November 30, 2010) and a Third Amended Plan of Reorganization (December 15, 2010) (collectively, the "Plan").

3.    This Court held a status conference on November 24, 2010, and established a hearing date on the Plan (the "Confirmation Hearing"), as well as briefing and discovery deadlines on the Confirmation Hearing (the "Confirmation Deadlines").

4.    The Court entered an "Order Scheduling Confirmation Hearing on Debtor's Second Amended Plan of Reorganization (November 30, 2010) and Establishing Deadlines with Respect Thereto" (the "Order") on December 6, 2010, memorializing the Confirmation Hearing and Confirmation Deadlines.

5.    The Bank filed a Plan of Liquidation (December 8, 2010) (the "Competing Plan") and Disclosure Statement on December 8, 2010.

6.    In compliance with the Order,

a.    The Debtor filed a motion in support of the Plan as well as direct testimony and evidence on December 15, 2010.

b.    The Debtor and the Bank filed witness lists on December 15, 2010.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

1    7.    The Bank filed a motion for the approval of its Disclosure Statement on December

2  20, 2010 (the "Motion").

3    8.    The Committee filed an Opposition to the Motion on January 11, 2011.

4    9.    The Court entered an "Order on Stipulation Regarding Confirmation Hearing of

5  Debtor's Third Amended Plan of Reorganization (December 15, 2010) and Hearing on First-

6  Citizens Bank & Trust Company's Motion to Approve Its Disclosure Statement" (the "Second

7  Order") on January 20, 2011.  Pursuant to the Second Order, the Court continued:

8         a.    The Confirmation Hearing to March 2, 2011, at 2:00 p.m.

9         b.    The discovery cutoff date for parties opposing the Plan to seventeen (17)

10  days before the Confirmation Hearing.

11         c.    The deadline for the filing of objections and evidence in support of the

12  objections to the Plan to two weeks before the Confirmation Hearing.

13         d.    The hearing on the Motion to February 22, 2011, at 2:00 p.m. (the

14  "Disclosure Statement Hearing").

15         e.    The Debtor's deadline to file an opposition to the Motion to ten days before

16  the Disclosure Statement Hearing.

17         f.    The Bank's deadline to file a reply in support of the Motion to five days

18  before the Disclosure Statement Hearing.

19    **NOW THEREFORE**, in light of the Debtor and the Bank's ongoing settlement

20  discussions, the Parties agree as follows:

21    A.    The Confirmation Hearing shall be continued from March 2, 2011, at 2:00 p.m. for

22  approximately two weeks, to the first available date on the Court's calendar.

23    B.    The discovery cutoff date for parties opposing the Plan shall be continued to

24  seventeen days before the continued date of the Confirmation Hearing.

25    C.    Objections to confirmation of the Plan together with testimony and evidence are to

26  be filed two weeks before the continued Confirmation Hearing.

27    D.    The discovery cutoff date for the Debtor and the deadline to file a reply in support

28  of the Plan shall be continued to five days before the continued date on the Confirmation Hearing.

1    E.    The Disclosure Statement Hearing shall be continued from February 22, 2011, at

2  2:00 p.m. for approximately two weeks, to the first available date on the Court's calendar.

3    F.    The Debtor's deadline to file an opposition to the Motion shall be continued to ten

4  days before the continued Disclosure Statement Hearing.

5    G.    The Bank's deadline to file a reply in support of the Motion shall be continued to

6  five days before the continued Disclosure Statement Hearing.

7

8  SO STIPULATED.

9

10  DATED: February 8, 2011        FRANDZEL ROBINS BLOOM & CSATO, L.C.
                                    MICHAEL GERARD FLETCHER
11                                  BERNARD R. GIVEN II
                                    MICHAEL J. GOMEZ
12

13

14                              By:  /s/ Bernard R. Given, II
                                    _____
15                                  BERNARD R. GIVEN, II
                                    Attorneys for First-Citizens Bank & Trust
16                                  Company

17  DATED: February  8 , 2011       STUTMAN, TREISTER & GLATT
                                    PROFESSIONAL CORPORATION
18                                  JEFFREY C. KRAUSE
                                    CHRISTINE M. PAJAK
19                                  NEETA MENON

20

21

22                              By:  Jeffrey C. Krause /emp/
                                    _____
23                                  JEFFREY C. KRAUSE
                                    Reorganization Counsel for the Debtor and
24                                  Debtor-in-Possession

25

26

27

28

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

1 DATED: February 8, 2011

TROUTMAN SANDERS LLP
MARTIN W. TAYLOR
DAN E. CHAMBERS
MEGHAN CANTY SHERRILL

By: _____
    MARTIN W. TAYLOR
    Litigation Counsel for the Debtor and
    Debtor-in-Possession

9 DATED: February ___, 2011

ARENT FOX LLP
METTE H. KURTH
M. DOUGLAS FLAHAUT

By: _____
    METTE H. KURTH
    Attorneys for the Official Committee of
    Unsecured Creditors

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000



1  DATED: February ___, 2011            TROUTMAN SANDERS LLP
2                                       MARTIN W. TAYLOR
                                        DAN E. CHAMBERS
3                                       MEGHAN CANTY SHERRILL

4

5                                       By: _____
                                            MARTIN W. TAYLOR
6                                           Litigation Counsel for the Debtor and
                                            Debtor-in-Possession
7

8

9  DATED: February _8_, 2011           ARENT FOX LLP
                                        METTE H. KURTH
10                                      M. DOUGLAS FLAHAUT

11

12                                      By: _____
                                            METTE H. KURTH   DOUG FLAHAUT
13                                          Attorneys for the Official Committee of
                                            Unsecured Creditors
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

803517.1 | 100102-0083                          5
                         STIPULATION TO CONTINUE SCHEDULING DEADLINES

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

## DECLARATION OF BERNARD R. GIVEN II

I, Bernard R. Given II, declare as follows:

1.    I am an attorney duly admitted to practice before this Court.  I am a member of Frandzel Robins Bloom & Csato L.C., attorneys of record for the First-Citizens Bank & Trust Company (the "Bank").

2.    Subsequent to the Court establishing a hearing date and deadlines in connection with the Third Amended Plan of Reorganization (December 15, 2010) filed by Little Tokyo Partners, L.P., the Debtor and Debtor-in-Possession (the "Debtor"), the Bank and the Debtor have engaged in numerous settlement discussions.

3.    In an effort to resolve the matter, the Bank and the Debtor participated in a mediation before the Honorable Judge Ryan (ret.) on January 6, 2011.  The Bank and the Debtor are continuing to hold settlement discussions and have agreed to a settlement in principle.  The Bank and the Debtor are presently memorializing the settlement and require additional time to complete the documentation.

4.    In order to focus on resolving the matter, the Bank and the Debtor have agreed to continue the hearing dates and deadlines related to the Debtor's Third Amended Plan of Reorganization (December 15, 2010) and the Bank's Motion to have its Disclosure Statement approved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 8, 2011, at Los Angeles, California.

*/s/ Bernard R. Given II*
BERNARD R. GIVEN II

| In re:<br><br>LITTLE TOKYO PARTNERS, L.P.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:10-bk-39113-BR |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles, California 90048-4920

A true and correct copy of the foregoing document described as **STIPULATION REGARDING CONFIRMATION HEARING OF DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION (DECEMBER 15, 2010) AND HEARING ON FIRST-CITIZENS BANK & TRUST COMPANY'S MOTION TO APPROVE ITS DISCLOSURE STATEMENT; DECLARATION OF BERNARD R. GIVEN II IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 11, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

Dan E Chambers    dan.chambers@troutmansanders.com
Russell Clementson    russell.clementson@usdoj.gov
Peter Csato    efiling@frandzel.com, ltokubo@frandzel.com;pcsato@frandzel.com
Moriah D Flahaut    flahaut.douglas@arentfox.com
Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Mette H Kurth    kurth.mette@arentfox.com
Mary D Lane    mlane@pszjlaw.com
Samuel R Maizel    smaizel@pszjlaw.com, smaizel@pszjlaw.com
Neeta Menon    nmenon@stutman.com
Hal M Mersel    mark.mersel@bryancave.com
Christine M Pajak    cpajak@stutman.com
Thomas M Robins    efiling@frandzel.com, achase@frandzel.com;trobins@frandzel.com
Terrel Ross    tross@trcmllc.com
Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
Meghan C Sherrill    meghan.sherrill@troutmansanders.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

⊠ Service Information continued on attached page.

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On February 11, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell                                    VIA OVERNIGHT MAIL
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012-3332

⊠ Service Information continued on attached page.

This form is mandatory. It has been approved

*January 2009*                                                              **F 9013-3.1**

In re:
LITTLE TOKYO PARTNERS, L. P.

CHAPTER: 11

Debtor(s).

CASE NUMBER: 2:10-bk-39113-BR

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

February 11, 2011
_Date_

Sandra Young King
_Type Name_

_Signature_

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_

F 9013-3.1

| In re:<br>LITTLE TOKYO PARTNERS, L. P. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-39113-BR |

<u>ADDITIONAL SERVICE INFORMATION</u> (if needed):

| | | |
|---|---|---|
| Little Tokyo Partners, L.P.,<br>1880 Century Park East, Suite 810<br>Los Angeles, CA 90067<br><br>Debtor<br><br>Via U. S. Mail | Neeta Menon<br>Christine M. Pajak<br>Stutman Treister & Glatt, P. C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br><br>Attorney for:<br> Debtor<br><br>Via U. S. Mail | Russell Clementson<br>Office of the US Trustee<br>725 South Figueroa Street<br>Suite 2600<br>Los Angeles, CA 90017-5413<br><br>United States Trustee<br><br>Via U. S. Mail |
| Mette H. KJurth<br>Arent Fox LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br><br>Attorney for:<br>Creditor Committee<br><br>Via U. S. Mail | Martin W. Taylor<br>Troutman Sanders, LLP<br>5 Park Plaza, Suite 1400<br>Irvine, California 92614-2545<br><br>Attorney for:<br>Debtor<br><br>Via U. S. Mail | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          F 9013-3.1