1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TROUTMAN SANDERS LLP
Martin W. Taylor (Bar No. 149744)
martin.taylor@troutmansanders.com
Dan E. Chambers (Bar No. 156853)
dan.chambers@troutmansanders.com
Meghan Canty Sherrill (Bar No. 259487)
meghan.sherrill@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:    949.622.2700
Facsimile:    949.622.2739

Counsel for Defendants and Counterclaimants Little
Tokyo Partners, LP, Joseph Daneshgar, Nader
Daneshgar and George Daneshgar, and Defendants
Shiva Daneshgar, Sophia Daneshgar and Soheila
Daneshgar

**FILED & ENTERED**

**FEB 28 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY fortier      DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re

LITTLE TOKYO PARTNERS, L.P., a
Delaware limited partnership,

Debtor.

Case No.  2:10-bk-39113-BR


**ORDER REGARDING STATUS
CONFERENCE AND SCHEDULING
HEARING FOR ALL PENDING
MATTERS IN THE BANKRUPTCY CASE**


Date:      March 29, 2010
Time:      2:00 p.m.
Judge:     Hon. Barry Russell

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE , CA  92614 -2545

1085128v1

- 1 -

ORDER REGARDING STATUS CONFERENCE AND SCHEDULING HEARING

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE , CA  92614 -2545

1    On February 14, 2011, the Court held, among other things, a continued status conference

2    hearing on the above-captioned Chapter 11 bankruptcy case of debtor and debtor-in-possession

3    Little Tokyo Partners, LP ("Debtor").  The parties represented to the Court that they are close to

4    documenting a settlement and wish to reserve a hearing date for a motion to approve a settlement

5    and dismiss the case ("Settlement Motion").  In light of the foregoing, and good cause appearing

6    therefore, it is hereby ordered as follows:

7    1.    A hearing on the Settlement Motion is hereby scheduled for March 29, 2011 at

8    2:00 p.m. subject to the filing and service of such Settlement Motion in accordance with

9    applicable Federal Rules of Bankruptcy Procedure and applicable Local Rules;

10    2.    All other matters currently scheduled for hearing before the Court in this case,

11    including but not limited to the matters identified below, are hereby  continued to March 29, 2011

12    at 2:00 p.m., at which time such matters shall either be taken off calendar as a result of the

13    Court's granting of the Settlement Motion or otherwise further continued to dates to be set by the

14    Court:

15    a.    Confirmation of Debtor's Third Amended Plan of Reorganization

16    (December 15, 2010);

17    b.    Motion for Approval of First-Citizens Bank & Trust Company's ("Bank")

18    Disclosure Statement ;

19    c.    Chapter 11 Status Conference.

20

21    ###

22

23

24

25

26

27

28

- 2 -

ORDER REGARDING STATUS CONFERENCE AND SCHEDULING HEARING

1  SUBMITTED BY:

2

3  DATED: February 23, 2011          TROUTMAN SANDERS LLP
                                     MARTIN W. TAYLOR
4                                    DAN E. CHAMBERS
                                     MEGHAN CANTY SHERRILL
5

6

7                                    By:  */s/ Martin W. Taylor*
                                          MARTIN W. TAYLOR
8                                         Litigation Counsel for the Debtor and
                                          Debtor-in-Possession
9

   APPROVED AS TO FORM BY:
10

11 DATED: February 23, 2011          FRANDZEL ROBINS BLOOM & CSATO, L.C.
                                     MICHAEL GERARD FLETCHER
12                                   BERNARD R. GIVEN II
                                     MICHAEL J. GOMEZ
13

14

15                                   By:  */s/Bernard R. Given*
                                          BERNARD R. GIVEN, II
16                                        Attorneys for First-Citizens Bank & Trust
                                          Company
17

18
   DATED: February 23, 2011          STUTMAN, TREISTER & GLATT
19                                   PROFESSIONAL CORPORATION
                                     JEFFREY C. KRAUSE
20                                   CHRISTINE M. PAJAK
                                     NEETA MENON
21

22

23                                   By:  */s/Jeffrey C. Krause*
                                          JEFFREY C. KRAUSE
24                                        Reorganization Counsel for the Debtor and
                                          Debtor-in-Possession
25

26

27

28

1085128v1                            - - 3 - -

ORDER REGARDING STATUS CONFERENCE AND SCHEDULING HEARING

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614 -2545

1   DATED: February 23, 2011                ARENT FOX LLP
                                            METTE H. KURTH
2                                           M. DOUGLAS FLAHAUT

3

4                                           By:   */s/M. Douglas Flahaut*
                                                  M. DOUGLAS FLAHAUT
5                                                 Attorneys for the Official Committee of
                                                  Unsecured Creditors
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   DATED: February 28, 2011          _____
                                       United States Bankruptcy Judge
26

27

28

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

1085128v1                              - - 4 - -

ORDER REGARDING STATUS CONFERENCE AND SCHEDULING HEARING

| In re:<br>Little Tokyo Partners LP | CHAPTER: 11 |
| --- | --- |
| Debtor(s). | CASE NUMBER: 2:10-bk-39113-BR |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Troutman Sanders LLP, 5 Park Plaza, Suite 1400, Irvine, California 92614

A true and correct copy of the foregoing document described as **ORDER REGARDING STATUS CONFERENCE AND SCHEDULING HEARING FOR ALL PENDING MATTERS IN THE BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On February 23, 2011 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**BY U.S. MAIL**

| | |
| --- | --- |
| Bernard R. Given<br>Frandzel Robins Bloom & Csato, L.C.<br>6500 Wilshire Boulevard, 17th Floor<br>Los Angeles, CA 90048-4920 | M. Douglas Flahaut<br>Arent Fox LLP<br>555 W Fifith Street, 48th Floor<br>Los Angeles, CA 90013 |
| Jeffrey C. Krause<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars 12th Floor<br>Los Angeles, CA 90067 | FTI Consulting<br>633 West 5th Street Ste 1600<br>Los Angeles, CA 90071 |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, ~~FACSIMILE TRANSMISSION OR EMAIL~~** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 24, 2011 _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) ~~by facsimile transmission and/or email~~ as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Hon. Barry Russell
U.S. Bankruptcy Court-Central District
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 23, 2011 | Cindy A. Mulder | /s/Cindy A. Mulder |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                      **F 9013-3.1**

| In re:<br>Little Tokyo Partners LP | CHAPTER: 11 |
| | |
| Debtor(s). | CASE NUMBER: 2:10-bk-39113-BR |

<u>NOTE TO USERS OF THIS FORM</u>:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER REGARDING STATUS CONFERENCE AND SCHEDULING HEARING FOR ALL PENDING MATTERS IN THE BANKRUPTCY CASE** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>February 23, 2011</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Dan E Chambers     dan.chambers@troutmansanders.com
- Russell Clementson     russell.clementson@usdoj.gov
- Peter Csato     efiling@frandzel.com, ltokubo@frandzel.com;pcsato@frandzel.com
- Moriah D Flahaut     flahaut.douglas@arentfox.com
- Michael G Fletcher     mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Bernard R Given     bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Michael J Gomez     mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Mette H Kurth     kurth.mette@arentfox.com
- Mary D Lane     mlane@pszjlaw.com
- Samuel R Maizel     smaizel@pszjlaw.com, smaizel@pszjlaw.com
- Neeta Menon     nmenon@stutman.com
- Hal M Mersel     mark.mersel@bryancave.com
- Christine M Pajak     cpajak@stutman.com
- Thomas M Robins     efiling@frandzel.com, achase@frandzel.com;trobins@frandzel.com
- Terrel Ross     tross@trcmllc.com
- Kenneth N Russak     krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Meghan C Sherrill     meghan.sherrill@troutmansanders.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

FTI Consulting
633 West 5th Street Ste 1600
Los Angeles, CA 90071

☐ Service information continued on attached page

**III. <u>TO BE SERVED BY THE LODGING PARTY</u>:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                            **F 9013-3.1**