JEFFREY C. KRAUSE (State Bar No. 94053),
jkrause@stutman.com
CHRISTINE M. PAJAK (State Bar No. 217173), and
cpajak@stutman.com
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone:    (310) 228-5600
Telecopy:    (310) 228-5788

Reorganization Counsel for
Debtor and Debtor in Possession

<u>Debtor's Mailing Address</u>:
1880 Century Park East, Suite 810
Los Angeles, CA  90067

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:10-39113-BR |
| LITTLE TOKYO PARTNERS, L.P.,<br>a Delaware limited partnership, | Chapter 11 |
| Debtor. | **NOTICE OF HEARING ON MOTION FOR ORDER (1) APPROVING SETTLEMENT WITH FIRST-CITIZENS BANK & TRUST COMPANY, (2) DISMISSING THE CHAPTER 11 CASE PURSUANT TO BANKRUPTCY CODE SECTION 1112(b); AND (3) DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE** |
| | <u>Hearing</u> |
| | Date:    March 29, 2011<br>Time:    2:00 p.m.<br>Ctrm:    Courtroom 1668<br>255 E. Temple St.<br>Los Angeles, CA  90012 |

549058v.1

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL OF THE DEBTOR'S CREDITORS AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on March 15, 2011, Little Tokyo Partners, L.P., the above-captioned debtor and debtor-in-possession (the "Debtor") by its undersigned counsel, served and filed with the Court its "Motion For Order (1) Approving Settlement With First-Citizens Bank & Trust Company, (2) Dismissing The Chapter 11 Case Pursuant To Bankruptcy Code Section 1112(b), and (3) Dismissing the Adversary Proceeding With Prejudice" (the "9019/Dismissal Motion"), the Memorandum of Points and Authorities and accompanying declarations in support thereof (collectively, the "9019/Dismissal Pleadings").  Concurrently with the 9019/Dismissal Pleadings, NCB also served and filed its "Ex Parte Motion For Order Shortening Time For Hearing On the Motion For Order (1) Approving Settlement With First-Citizens Bank & Trust Company, (2) Dismissing The Chapter 11 Case Pursuant To Bankruptcy Code Section 1112(b), and (3) Dismissing the Adversary Proceeding With Prejudice" (the "Ex Parte Motion"), and proposed order on the Ex Parte Motion (the "Order").

**PLEASE TAKE FURTHER NOTICE** that the Court has entered its Order on the Ex Parte Motion, setting the hearing date on the 9019/Dismissal Motion for March 29, 2011 at 2:00 p.m. before the Honorable Judge Barry Russell, United States Bankruptcy Judge, at 255 E. Temple Street, Courtroom 1668, Los Angeles, CA, 90012.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, if you wish to oppose the 9019/Dismissal Motion, you must file and serve a written response, such that that any opposition papers are received by the Court (with a courtesy copy to the Judge's Chambers) no later than March 24, 2011 at 12:00 p.m., and served no later than March 24, 2011 at 12:00 p.m., personally, (by messenger, e-mail, or facsimile delivery) on counsel to the Debtor, at:

> Stutman, Treister & Glatt Professional Corporation
> Attn:   Jeffrey C. Krause, Esq.
>            Christine M. Pajak, Esq.
> 1901 Avenue of the Stars, 12th Floor
> Los Angeles, CA 90067
> Tel:  310-228-5600
> Fax: 310-228-5788
> E-mail:  cpajak@stutman.com

1         **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy

2 Rule 9013-1(h), the failure to file and serve a written opposition to the 9019/Dismissal Motion may

3 be deemed to constitute consent to the relief requested in the 9019/Dismissal Motion.

4         **PLEASE TAKE FURTHER NOTICE** that you were previously served with copies

5 of the 9019/Dismissal Pleadings.  If you would like an additional copy of the 9019/Dismissal

6 Pleadings, please contact Joanne Stern at: Stutman, Treister & Glatt Professional Corporation, 1901

7 Avenue of the Stars, 12th Floor, Los Angeles, California 90067, facsimile (310) 228-5788, or via e-

8 mail at jstern@stutman.com.

Dated:  March 16, 2011                              Respectfully submitted,

                                                              */s/ Christine M. Pajak*
                                                              JEFFREY C. KRAUSE, AND
CHRISTINE M. PAJAK, MEMBERS OF
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

549058v.1                                                   3