JEFFREY C. KRAUSE (State Bar No. 94053), and
jkrause@stutman.com
CHRISTINE M. PAJAK (State Bar No. 217173), Members of
cpajak@stutman.com
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Telecopy:  (310) 228-5788

Reorganization Counsel for
Debtor and Debtor in Possession

Debtor's Mailing Address:
1880 Century Park East, Suite 810
Los Angeles, CA  90067

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LITTLE TOKYO PARTNERS, L.P.,<br>a Delaware limited partnership,<br><br>　　　　　　　Debtor. | Case No. 2:10-39113-BR<br><br>Chapter 11<br><br>**DECLARATION OF CHRISTINE PAJAK RE: NO OBJECTIONS TO LODGED ORDERS:**<br><br>**(A) ORDER APPROVING MOTION FOR ORDER (1) APPROVING SETTLEMENT WITH FIRST-CITIZENS BANK & TRUST COMPANY, (2) DISMISSING CHAPTER 11 CASE PURSUANT TO BANKRUPTCY CODE SECTION 1112(b), AND (3) DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE**<br><br>**OR**<br><br>**(2) ORDER APPROVING MODIFICATION OF THE ADA SETTLEMENT IN CONNECTION WITH THE MOTION FOR ORDER (1) APPROVING SETTLEMENT WITH FIRST-CITIZENS BANK & TRUST COMPANY, (2) DISMISSING CHAPTER 11 CASE PURSUANT TO BANKRUPTCY CODE SECTION 1112(b), AND (3) DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE** |

549939v1

I, Christine M. Pajak, declare as follows:

1. I am over 18 years old and, if called as a witness, could and would testify competently to the matters set forth herein, as based on my personal knowledge, except as otherwise set forth below.

2. I am a member of Stutman, Treister & Glatt Professional Corporation, and am reorganization counsel for Little Tokyo Partners, L.P., the debtor and debtor in possession (the "Debtor") in the above-captioned case. This declaration (the "Declaration") is submitted to inform the Court that there is no opposition to the entry of the following orders:

- Order Approving Motion For Order (1) Approving Settlement With First-Citizens Bank & Trust Company, (2) Dismissing Chapter 11 Case Pursuant To Bankruptcy Code Section 1112(B), And (3) Dismissing The Adversary Proceeding With Prejudice (the "Dismissal Order"), lodged with the Court on April 6, 2011; or

- Order Approving Modification Of The ADA Settlement In Connection With The Motion For Order (1) Approving Settlement With First-Citizens Bank & Trust Company, (2) Dismissing Chapter 11 Case Pursuant To Bankruptcy Code Section 1112(B), And (3) Dismissing The Adversary Proceeding With Prejudice (the "ADA-Related Dismissal Order"), lodged with the Court on April 8, 2011.[1]

3. Prior to lodging the Dismissal Order, I circulated a draft form of order to counsel for the Official Committee of Unsecured Creditors, the Bank, as well as the ADA Claimants (the only parties who opposed the dismissal of the bankruptcy case). After incorporating comments, I again circulated the Dismissal Order. I received no further comments or objections to the form of the Dismissal Order.

4. Following the hearing on the Debtor's motion to dismiss, the Debtor, the ADA Litigants, and TRC entered into further settlement discussions and agreed upon a resolution of the ADA Litigation, which is reflected in the ADA-Related Dismissal Order. There are no objections to the form of the ADA-Related Dismissal Order.

---

[1] Terms not otherwise defined herein shall have the same meanings ascribed to them in the ADA-Related Dismissal Order.

549939v1                                          2

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of April, 2011, at Los Angeles, California.

*/s/ ChristinePajak*
CHRISTINE PAJAK

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **DECLARATION OF CHRISTINE PAJAK RE: NO OBJECTIONS TO LODGED ORDERS: (A) ORDER APPROVING MOTION FOR ORDER (1) APPROVING SETTLEMENT WITH FIRST-CITIZENS BANK & TRUST COMPANY, (2) DISMISSING CHAPTER 11 CASE PURSUANT TO BANKRUPTCY CODE SECTION 1112(b), AND (3) DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE OR (2)ORDER APPROVING MODIFICATION OF THE ADA SETTLEMENT IN CONNECTION WITH THE MOTION FOR ORDER (1) APPROVING SETTLEMENT WITH FIRST-CITIZENS BANK & TRUST COMPANY, (2) DISMISSING CHAPTER 11 CASE PURSUANT TO BANKRUPTCY CODE SECTION 1112(b), AND (3) DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 13, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Dan E Chambers   dan.chambers@troutmansanders.com
- Russell Clementson   russell.clementson@usdoj.gov
- Peter Csato   efiling@frandzel.com, ltokubo@frandzel.com;pcsato@frandzel.com
- Moriah D Flahaut   flahaut.douglas@arentfox.com
- Michael G Fletcher   mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Bernard R Given   bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Michael J Gomez   mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Mette H Kurth   kurth.mette@arentfox.com
- Mary D Lane   mlane@pszjlaw.com
- Samuel R Maizel   smaizel@pszjlaw.com, smaizel@pszjlaw.com
- Neeta Menon   nmenon@stutman.com
- Hal M Mersel   mark.mersel@bryancave.com
- Christine M Pajak   cpajak@stutman.com
- Thomas M Robins   efiling@frandzel.com, achase@frandzel.com;trobins@frandzel.com
- Terrel Ross   tross@trcmllc.com
- Kenneth N Russak   krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Meghan C Sherrill   meghan.sherrill@troutmansanders.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐  Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*   **F 9013-3.1.PROOF.SERVICE**

549939v1

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **April 13, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*See Exhibit A attached hereto and incorporated herein by reference.*

☒　　Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 13, 2011,** I served the following person(s) and/or entity(ies) by personal delivery, ~~or (for those who consented in writing to such service method), by facsimile transmission and/or email~~ as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

　　　　Honorable Barry Russell
　　　　United States Bankruptcy Court
　　　　Central District of California
　　　　255 E. Temple Street, Suite 1660
　　　　Los Angeles, CA 90012

☐　　Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 13, 2011 | Denice Sanchez | *Denice Sanchez* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**
549939v1

**SERVED VIA U.S. MAIL**

## Exhibit A

Little Tokyo Partners (6325)
General Service List
Doc #542310 – Rev. 11/29/10

| | | |
|---|---|---|
| Little Tokyo Partners LP<br>1880 Century Park East Suite 810<br>Los Angeles, CA 90067 | Office of the US Trustee<br>725 S Figueroa St<br>Suite 2600<br>Los Angeles, CA 90017 | Frandzel Robins Bloom Csato<br>Bernard Given / Peter Csato<br>6500 Wilshire Blvd 17th Fl.<br>Los Angeles, CA 90048-4920 |
| First Citizens Bank and Trust<br>1801 Century Park East Suite 800<br>Los Angeles, CA 90067 | Excell Investment Group, LLC<br>23586 Calabasas Rd. #100<br>Calabasas, CA 91302 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Counsel for Creditors' Committee<br>Mette Kurth / M. Douglas Flahaut<br>Arent Fox LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013 | Able Engineering Services<br>Contact: Jim Johnson, VP<br>868 Folsom Street<br>San Francisco, CA 94107 | Waxie Sanitary Supply<br>Attn:  John Olea, Corp Credit Mgr<br>PO Box 81006<br>San Diego, CA 92138 |
| Room Service Amenities<br>Attn:  Charmaine Gardner,<br>Accounting Administrator<br>1010 Campus Drive West<br>Morganville, NJ 07751 | LA DWP<br>PO Box 30808<br>Los Angeles, CA 90030 | Crestline Hotels & Resorts<br>Contact: Elizabeth Lieberman, Esq.<br>3950 University Drive Suite 301<br>Fairfax, VA 22030 |
| State of California<br>Board of Equalization<br>PO Box 942870<br>Sacramento, CA 94279 | Bank of America N.A.<br>Attn: Jerri Shephard<br>1185 Avenue of the Americas,<br>16th Floor<br>New York, NY 10035 | Wells Fargo Bank, N.A.<br>Attn: Michael Barry<br>433 North Camden Drive<br>Beverly Hills, CA 90210 |
| David S. Kupetz, Esq.<br>Mark S. Horoupian, Esq.<br>SulmeyerKupetz<br>333 South Hope St, 35th Floor<br>Los Angeles, CA  90071 | Michael Foreman, Esq.<br>Haynes & Boone<br>30 Rockefeller Plaza 26th Fl.<br>New York, NY 10112 | |
| Requests for Notice: | Samuel R. Maizel, Esq.<br>Mary D. Lane, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 11th Fl.<br>Los Angeles, CA  90067 | Timothy S. Thimesch, Esq.<br>Gene A. Farber, Esq.<br>Thimesch Law Offices<br>158 Hilltop Crescent<br>Walnut Creek, CA 94597-3452 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                               **F 9013-3.1.PROOF.SERVICE**
549939v1