1  JEFFREY C. KRAUSE (STATE BAR NO. 94053), and
   jkrause@stutman.com
2  CHRISTINE M. PAJAK (STATE BAR NO. 217173), Members of
   cpajak@stutman.com
3  STUTMAN, TREISTER & GLATT
   PROFESSIONAL CORPORATION
4  1901 Avenue of the Stars, 12th Floor
5  Los Angeles, CA 90067
   Telephone:    (310) 228-5600
6  Telecopy:     (310) 228-5788

7  Reorganization Counsel for
8  Debtor and Debtor in Possession

9  Debtor's Mailing Address:
   1888 Century Park East, Suite 810
10 Los Angeles, CA 90067

11

12              UNITED STATES BANKRUPTCY COURT
                CENTRAL DISTRICT OF CALIFORNIA
13                  LOS ANGELES DIVISION

14 In re                           )  Case No. 2:10-39113-BR
                                    )
15 LITTLE TOKYO PARTNERS, L.P.,     )  Chapter 11
   a Delaware limited partnership,  )
16                                  )
                                    )  **ORDER APPROVING MODIFICATION OF**
17          Debtor.                 )  **THE ADA SETTLEMENT IN**
                                    )  **CONNECTION WITH THE MOTION FOR**
18                                  )  **ORDER (1) APPROVING SETTLEMENT**
                                    )  **WITH FIRST-CITIZENS BANK & TRUST**
19                                  )  **COMPANY, (2) DISMISSING CHAPTER 11**
                                    )  **CASE PURSUANT TO BANKRUPTCY**
20                                  )  **CODE SECTION 1112(b), AND (3)**
                                    )  **DISMISSING THE ADVERSARY**
21                                  )  **PROCEEDING WITH PREJUDICE**
                                    )
22                                  )
                                    )
23                                  )          Hearing
                                    )
24                                  )  Date:    March 29, 2011
                                    )  Time:    2:00 p.m.
25                                  )  Ctrm:    Courtroom 1668
                                    )           255 E. Temple St.
26                                  )           Los Angeles, CA  90012
                                    )
27 _____ )

28

549501v4

1    The "Motion For Order (1) Approving Settlement With First-Citizens Bank & Trust

2  Company, (2) Dismissing The Chapter 11 Case Pursuant To Bankruptcy Code Section 1112(b), and

3  (3) Dismissing the Adversary Proceeding with Prejudice" [Docket No. 218] (the "Motion")[1], filed by

4  Little Tokyo Partners, L.P., the above-captioned debtor and debtor-in-possession (the "Debtor"),

5  came on for hearing on March 29, 2011 at 2:00 p.m. (the "Hearing") before the Honorable Barry

6  Russell, United States Bankruptcy Judge.

7    Based upon the review and consideration of the Motion, the Memorandum of Points

8  and Authorities in support of the Motion, the Declarations of Joseph Daneshgar and David Goddard

9  in support of the Motion (respectively, the "Daneshgar Declaration" and "Goddard Declaration"), the

10  "Order Granting Plaintiff's Ex Parte Application For An Order Shortening Time For Hearing on the

11  [Motion]" [Docket No. 223] (the "OST Order"), the "Notice of Hearing on the [Motion]" [Docket

12  No. 224] and the corresponding declarations of service thereof [Docket Nos. 222 and 225], the

13  "Adversarial-Proceeding Claimants' Conditional Objection to Debtor's Motion to Dismiss" [Docket

14  No. 230] (the "ADA Litigant Opposition"), the "Opposition to the Motion for Order (1) Approving

15  Settlement with First-Citizens Bank & Trust Company, (2) Dismissing Chapter 11 Case Pursuant to

16  Bankruptcy Code Section 1112(B), and (3) Dismissing the Adversary Proceeding with Prejudice"

17  [Docket No. 233] (the "TRC Opposition" and together with the ADA Litigant Opposition, the "ADA

18  Oppositions"), the Reply by the Debtor to the ADA Oppositions [Docket No. 234], the

19  representations of counsel as reflected in the Court's record at the Hearing, and, following the

20  Hearing, being informed that the parties have reached agreement on the settlement of the ADA

21  Litigation,[2] the Court hereby finds that: (a) TRC Optimum Fund, LLC ("TRC") and the Debtor have

22  agreed to modify the ADA Settlement (as defined and set forth in the TRC Opposition) (as modified,

23

24

[1]  Terms not otherwise defined herein shall have the same meanings ascribed to them in the
25    Motion.

[2]  The ADA Litigation refers to that certain lawsuit in the United States District Court for the
26    Central District of California in Los Angeles styled *Hugh Marsh and Neva Lema, Plaintiffs v.*
*Grand Kyoto Hotel; Little Tokyo Partners, L.P.; Little Tokyo Partners, LLC; Crestline Hotels*
27    *And Resorts, Inc.; and DOES 1 THROUGH 50, Inclusive, Defendants*, U.S.D.C. C.D. Cal. Case
No. CV 10-1511 PA (AGRx), which was re-assigned from the Honorable Percy Anderson to the
28    Honorable Josephine Stanton Tucker, District Judge, changing the Case Number to CV 10-1511
JST (AGRx) (the "ADA Litigation").

1 | the "ADA Settlement"), and (b) the implementation of the ADA Settlement is in the best interests of

2 | the Debtor, its estate, its creditors, and other parties-in-interest; and (c) good cause exists to grant the

3 | relief requested by the parties at the Hearing,

4 | **NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND**

5 | **DECREED, AS FOLLOWS:**

6 |       1.     The ADA Litigation shall be docketed with the Bankruptcy Court and

7 | assigned an adversary docket number (the "ADA Adversary Proceeding").

8 |       2.     The Debtor is authorized to implement the ADA Settlement.

9 |       3.     The Consent Decree, a copy of which has been submitted to the Court

10 | [Docket No. 244], shall be entered in the ADA Adversary Proceeding.

11 |

12 | PRESENTED BY:

13 | */s/ Christine M. Pajak*
JEFFREY C. KRAUSE, and
14 | CHRISTINE M. PAJAK, Members of
STUTMAN, TREISTER & GLATT
15 | PROFESSIONAL CORPORATION

16 | Reorganization Counsel for
Debtor and Debtor in Possession

17 |

18 |

            # # #

19 |

20 |

21 |

22 |

23 |

24 |

25 |

   DATED: April 15, 2011

                United States Bankruptcy Judge

26 |

27 |

28 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document described as **ORDER APPROVING MODIFICATION OF THE ADA SETTLEMENT IN CONNECTION WITH THE MOTION FOR ORDER (1) APPROVING SETTLEMENT WITH FIRST-CITIZENS BANK & TRUST COMPANY, (2) DISMISSING CHAPTER 11 CASE PURSUANT TO BANKRUPTCY CODE SECTION 1112(b), AND (3) DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April ___, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page

**II.** **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April 8, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

*See Exhibit A attached hereto and incorporated herein by reference.*

☒   Service information continued on attached page

**III.** **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 8, 2011 | Denice Sanchez | *Denice Sanchez* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                            **F 9013-3.1.PROOF.SERVICE**

549501v4

**Exhibit A**

**SERVED VIA U.S. MAIL**

Honorable Barry Russell
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

**SERVED VIA U.S. MAIL**

Little Tokyo Partners (6325)
General Service List
Doc #542310 – Rev. 11/29/10

| | | |
|---|---|---|
| Little Tokyo Partners LP<br>1880 Century Park East Suite 810<br>Los Angeles, CA 90067 | Office of the US Trustee<br>725 S Figueroa St<br>Suite 2600<br>Los Angeles, CA 90017 | Frandzel Robins Bloom Csato<br>Bernard Given, Esq./Peter Csato, Esq.<br>6500 Wilshire Blvd 17th Fl.<br>Los Angeles, CA 90048-4920 |
| First Citizens Bank and Trust<br>1801 Century Park East Suite 800<br>Los Angeles, CA 90067 | Excell Investment Group, LLC<br>23586 Calabasas Rd. #100<br>Calabasas, CA 91302 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Counsel for the Official Committee of Unsecured Creditors<br>Mette Kurth, Esq. / M. Douglas Flahaut, Esq.<br>Arent Fox LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013 | Able Engineering Services<br>Contact: Jim Johnson, VP<br>868 Folsom Street<br>San Francisco, CA 94107 | Waxie Sanitary Supply<br>Attn: John Olea, Corp. Credit Mngr.<br>PO Box 81006<br>San Diego, CA 92138 |
| Room Service Amenities<br>Attn: Charmaine Gardner, Accounting Administrator<br>1010 Campus Drive West<br>Morganville, NJ 07751 | LA DWP<br>PO Box 30808<br>Los Angeles, CA 90030 | Crestline Hotels & Resorts<br>Contact: Elizabeth Lieberman, Esq.<br>3950 University Drive Suite 301<br>Fairfax, VA 22030 |
| State of California<br>Board of Equalization<br>PO Box 942870<br>Sacramento, CA 94279 | Bank of America N.A.<br>Attn: Jerri Shephard<br>1185 Avenue of the Americas, 16th Floor<br>New York, NY 10035 | Wells Fargo Bank, N.A.<br>Attn: Michael Barry<br>433 North Camden Drive<br>Beverly Hills, CA 90210 |
| Requests for Notice: | Samuel R. Maizel, Esq.<br>Mary D. Lane, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 11th Fl.<br>Los Angeles, CA 90067 | Timothy S. Thimesch, Esq.<br>Gene A. Farber, Esq.<br>Thimesch Law Offices<br>158 Hilltop Crescent<br>Walnut Creek, CA 94597-3452 |

549501v4

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER APPROVING MODIFICATION OF THE ADA SETTLEMENT IN CONNECTION WITH THE MOTION FOR ORDER (1) APPROVING SETTLEMENT WITH FIRST-CITIZENS BANK & TRUST COMPANY, (2) DISMISSING CHAPTER 11 CASE PURSUANT TO BANKRUPTCY CODE SECTION 1112(b), AND (3) DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 8, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Dan E Chambers    dan.chambers@troutmansanders.com
- Russell Clementson    russell.clementson@usdoj.gov
- Peter Csato    efiling@frandzel.com, ltokubo@frandzel.com;pcsato@frandzel.com
- Moriah D Flahaut    flahaut.douglas@arentfox.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Mette H Kurth    kurth.mette@arentfox.com
- Mary D Lane    mlane@pszjlaw.com
- Samuel R Maizel    smaizel@pszjlaw.com, smaizel@pszjlaw.com
- Neeta Menon    nmenon@stutman.com
- Hal M Mersel    mark.mersel@bryancave.com
- Christine M Pajak    cpajak@stutman.com
- Thomas M Robins    efiling@frandzel.com, achase@frandzel.com;trobins@frandzel.com
- Terrel Ross    tross@trcmllc.com
- Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Meghan C Sherrill    meghan.sherrill@troutmansanders.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*      **F 9021-1.1.NOTICE.ENTERED.ORDER**
549501v4

1

**II.** <u>**SERVED BY THE COURT VIA U.S. MAIL:**</u> A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

2

3    Christine M. Pajak, Esq.
     Stutman, Treister & Glatt
     1901 Avenue of the Stars, 12th Floor
4    Los Angeles, CA 90067

5

6                                                    ☐   Service information continued on attached page

7

8    **III.** <u>**TO BE SERVED BY THE LODGING PARTY**</u>: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of

9    service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

10

11            See Exhibit "A" attached hereto and incorporated herein by reference

12                                                    ☒   Service information continued on attached page

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

549501v4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit A**

Little Tokyo Partners (6325)
General Service List
Doc #542310 – Rev. 11/29/10

Little Tokyo Partners LP
1880 Century Park East Suite 810
Los Angeles, CA 90067

Office of the US Trustee
725 S Figueroa St
Suite 2600
Los Angeles, CA 90017

Frandzel Robins Bloom Csato
Bernard Given, Esq./Peter Csato, Esq.
6500 Wilshire Blvd 17th Fl.
Los Angeles, CA 90048-4920

First Citizens Bank and Trust
1801 Century Park East Suite 800
Los Angeles, CA 90067

Excell Investment Group, LLC
23586 Calabasas Rd. #100
Calabasas, CA 91302

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Counsel for the Official Committee of
Unsecured Creditors
Mette Kurth, Esq. / M. Douglas Flahaut, Esq.
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

Able Engineering Services
Contact: Jim Johnson, VP
868 Folsom Street
San Francisco, CA 94107

Waxie Sanitary Supply
Attn:  John Olea, Corp. Credit Mngr.
PO Box 81006
San Diego, CA 92138

Room Service Amenities
Attn:  Charmaine Gardner, Accounting Administrator
1010 Campus Drive West
Morganville, NJ 07751

LA DWP
PO Box 30808
Los Angeles, CA 90030

Crestline Hotels & Resorts
Contact: Elizabeth Lieberman, Esq.
3950 University Drive Suite 301
Fairfax, VA 22030

State of California
Board of Equalization
PO Box 942870
Sacramento, CA 94279

Bank of America N.A.
Attn: Jerri Shephard
1185 Avenue of the Americas, 16th Floor
New York, NY 10035

Wells Fargo Bank, N.A.
Attn: Michael Barry
433 North Camden Drive
Beverly Hills, CA 90210

Requests for Notice:

Samuel R. Maizel, Esq.
Mary D. Lane, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Fl.
Los Angeles, CA  90067

Timothy S. Thimesch, Esq.
Gene A. Farber, Esq.
Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA 94597-3452

549501v4