# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Little Tokyo Partners, L.P.
aka Kyoto Grand Hotel & Gardens, aka Weller Court

**BANKRUPTCY NO.** 2:10–bk–39113–BR

**CHAPTER** 11

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax–Identification (EIN) No(s).(if any):** 26–0665905
**Debtor Dismissal Date:** 4/15/11

**Address:**
1880 Century Park East Suite 810
Los Angeles, CA 90067–0000

You are notified that an order was entered **DISMISSING** the above–captioned case and vacating the discharge if previously entered.

Dated: April 15, 2011

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntcdsm Rev. 03/09) VAN–24     **249 / SF**