JEFFREY C. KRAUSE (STATE BAR NO. 94053), and
jkrause@stutman.com
CHRISTINE M. PAJAK (STATE BAR NO. 217173), Members of
cpajak@stutman.com
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone:    (310) 228-5600
Telecopy:    (310) 228-5788

Reorganization Counsel for
Debtor and Debtor in Possession

Debtor's Mailing Address:
1888 Century Park East, Suite 810
Los Angeles, CA 90067

**FILED & ENTERED**

**APR 18 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LITTLE TOKYO PARTNERS, L.P.,<br>a Delaware limited partnership,<br><br>                    Debtor. | Case No. 2:10-39113-BR<br><br>Chapter 11<br><br>**ORDER APPROVING MOTION FOR ORDER (1) APPROVING SETTLEMENT WITH FIRST-CITIZENS BANK & TRUST COMPANY, (2) DISMISSING CHAPTER 11 CASE PURSUANT TO BANKRUPTCY CODE SECTION 1112(b), AND (3) DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE**<br><br><u>Hearing</u><br><br>Date:    March 29, 2011<br>Time:   2:00 p.m.<br>Ctrm:    Courtroom 1668<br>            255 E. Temple St.<br>            Los Angeles, CA  90012 |

549687v1

The "Motion For Order (1) Approving Settlement With First-Citizens Bank & Trust Company, (2) Dismissing The Chapter 11 Case Pursuant To Bankruptcy Code Section 1112(b), and (3) Dismissing the Adversary Proceeding with Prejudice" [Docket No. 218] (the "Motion")[1], filed by Little Tokyo Partners, L.P., the above-captioned debtor and debtor-in-possession (the "Debtor"), came on for hearing on March 29, 2011 at 2:00 p.m. (the "Hearing") before the Honorable Barry Russell, United States Bankruptcy Judge.

Based upon the review and consideration of the Motion, the Memorandum of Points and Authorities in support of the Motion, the Declarations of Joseph Daneshgar and David Goddard in support of the Motion (respectively, the "Daneshgar Declaration" and "Goddard Declaration"), the "Order Granting Plaintiff's Ex Parte Application For An Order Shortening Time For Hearing on the [Motion]" [Docket No. 223] (the "OST Order"), the "Notice of Hearing on the [Motion]" [Docket No. 224] and the corresponding declarations of service thereof [Docket Nos. 222 and 225], the "Adversarial-Proceeding Claimants' Conditional Objection to Debtor's Motion to Dismiss" [Docket No. 230] (the "ADA Litigant Opposition"), the "Opposition to the Motion for Order (1) Approving Settlement with First-Citizens Bank & Trust Company, (2) Dismissing Chapter 11 Case Pursuant to Bankruptcy Code Section 1112(B), and (3) Dismissing the Adversary Proceeding with Prejudice" [Docket No. 233] (the "TRC Opposition" and together with the ADA Litigant Opposition, the "ADA Oppositions"), the Reply by the Debtor to the ADA Oppositions [Docket No. 234], and the representations of counsel as reflected in the Court's record at the Hearing, the Court hereby finds that: (a) the Settlement Agreement and dismissal of the Chapter 11 Case will not prejudice the Debtor's creditors and is in the best interests of the Debtor, its estate, its creditors, and other parties-in-interest, (b) notice of the Motion and the hearing thereon were appropriate under the circumstances; (c) good cause exists to grant the relief requested in the Motion,

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, AS FOLLOWS:**

1. The Motion is hereby granted in its entirety.

---

[1] Terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

2.  The Settlement Agreement, including the operative documents attached thereto, is hereby approved.  Notwithstanding anything else contained therein the Debtor is and the Bank are authorized to and shall amend the Settlement Agreement to provide that the condition precedent to implementation of the Settlement Agreement that this Order be a final order from which no timely notice of appeal has been filed, shall be and is modified, such that if a timely notice of appeal is filed, but no stay pending appeal is issued, the Settlement Agreement shall become effective and be implemented on the first business day on or after the fifteenth calendar day after entry of this Order.

3.  The Debtor's voluntary dismissal of the Chapter 11 Case is hereby approved.

4.  The Debtor is hereby directed to pay, in full, all U.S. Trustee fees and Court fees.

5.  Upon this Order becoming a final, non-appealable order or, if an appeal is timely filed, the first business day that is at least fifteen calendar days after entry of this Order on which no stay pending appeal of this Order has been issued (the "Distribution Date"), the Debtor is hereby directed to pay, in full: (a) all Undisputed Claims in the amounts set forth on Exhibit 1 to the Goddard Declaration accompanying the Motion; and (b) all Disputed Claims in the amounts set forth on Exhibit 2 to the Goddard Declaration, or such other amounts as may be agreed to between the parties or as directed by this Court in accordance with Paragraph 6(b), below.  Following the Distribution Date, the Debtor will pay any other claims asserted against the estate – including, but not limited to, the claims asserted by the Los Angeles County Treasurer and the Tax Collector – in the ordinary course of business.

6.  This Court shall retain jurisdiction with respect to the following limited matters: (a) setting hearings and entering orders on final fee applications to be submitted by professionals employed by the Debtor or the Official Committee of Unsecured Creditors if a dispute arises between the Debtor and any professional regarding the payment of fees and expenses; (b) deciding matters related to Disputed Claims if a dispute arises in connection therewith; (c) hearing and determining all matters arising from the implementation of the ADA Settlement (as defined in the TRC Opposition and as modified by order of this Court entered concurrently

herewith) and the ADA Adversary proceeding, (d) overseeing any administrative matter that may arise in connection with implementing the dismissal; (e) entering such ministerial orders as necessary to implement the dismissal, and (f) hearing and determining all matters arising from the implementation of this Order, including any disputes regarding the payment or non-payment of Disputed or Undisputed Claims.

PRESENTED BY:

*/s/ Christine M. Pajak*
JEFFREY C. KRAUSE, and
CHRISTINE M. PAJAK, Members of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

Reorganization Counsel for
Debtor and Debtor in Possession

# # #

DATED: April 18, 2011

United States Bankruptcy Judge

| In re:<br>LITTLE TOKYO PARTNERS, a Delaware limited partnership,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:10-39113-BR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **ORDER APPROVING MOTION FOR ORDER (1) APPROVING SETTLEMENT WITH FIRST-CITIZENS BANK & TRUST COMPANY, (2) DISMISSING CHAPTER 11 CASE PURSUANT TO BANKRUPTCY CODE SECTION 1112(b), AND (3) DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April ___, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April 6, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, ~~and/or with an overnight mail service~~ addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*See Exhibit A attached hereto and incorporated herein by reference.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April __, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 6, 2011 | Denice Sanchez | *Denice Sanchez* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**
549687v1

| In re: <br> LITTLE TOKYO PARTNERS, a Delaware limited partnership, <br><br> Debtor(s). | CHAPTER 11 <br><br> CASE NUMBER 2:10-39113-BR |
|---|---|

# Exhibit A

**SERVED VIA U.S. MAIL**

Honorable Barry Russell
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

**SERVED VIA U.S. MAIL**

Little Tokyo Partners (6325)
General Service List
Doc #542310 – Rev. 11/29/10

| | | |
|---|---|---|
| Little Tokyo Partners LP <br> 1880 Century Park East Suite 810 <br> Los Angeles, CA 90067 | Office of the US Trustee <br> 725 S Figueroa St <br> Suite 2600 <br> Los Angeles, CA 90017 | Frandzel Robins Bloom Csato <br> Bernard Given, Esq./Peter Csato, Esq. <br> 6500 Wilshire Blvd 17th Fl. <br> Los Angeles, CA 90048-4920 |
| First Citizens Bank and Trust <br> 1801 Century Park East Suite 800 <br> Los Angeles, CA 90067 | Excell Investment Group, LLC <br> 23586 Calabasas Rd. #100 <br> Calabasas, CA 91302 | Internal Revenue Service <br> PO Box 21126 <br> Philadelphia, PA 19114 |
| Counsel for the Official Committee of Unsecured Creditors <br> Mette Kurth, Esq. / M. Douglas Flahaut, Esq. <br> Arent Fox LLP <br> 555 West Fifth Street, 48th Floor <br> Los Angeles, CA 90013 | Able Engineering Services <br> Contact: Jim Johnson, VP <br> 868 Folsom Street <br> San Francisco, CA 94107 | Waxie Sanitary Supply <br> Attn: John Olea, Corp. Credit Mngr. <br> PO Box 81006 <br> San Diego, CA 92138 |
| Room Service Amenities <br> Attn: Charmaine Gardner, Accounting Administrator <br> 1010 Campus Drive West <br> Morganville, NJ 07751 | LA DWP <br> PO Box 30808 <br> Los Angeles, CA 90030 | Crestline Hotels & Resorts <br> Contact: Elizabeth Lieberman, Esq. <br> 3950 University Drive Suite 301 <br> Fairfax, VA 22030 |
| State of California <br> Board of Equalization <br> PO Box 942870 <br> Sacramento, CA 94279 | Bank of America N.A. <br> Attn: Jerri Shephard <br> 1185 Avenue of the Americas, 16th Floor <br> New York, NY 10035 | Wells Fargo Bank, N.A. <br> Attn: Michael Barry <br> 433 North Camden Drive <br> Beverly Hills, CA 90210 |
| Requests for Notice: | Samuel R. Maizel, Esq. <br> Mary D. Lane, Esq. <br> Pachulski Stang Ziehl & Jones LLP <br> 10100 Santa Monica Blvd., 11th Fl. <br> Los Angeles, CA 90067 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
549687v1

| In re:<br>LITTLE TOKYO PARTNERS, a Delaware limited partnership,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:10-39113-BR |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)**  **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING MOTION FOR ORDER (1) APPROVING SETTLEMENT WITH FIRST-CITIZENS BANK & TRUST COMPANY, (2) DISMISSING CHAPTER 11 CASE PURSUANT TO BANKRUPTCY CODE SECTION 1112(b), AND (3) DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **April, 6, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Dan E Chambers    dan.chambers@troutmansanders.com
- Russell Clementson    russell.clementson@usdoj.gov
- Peter Csato    efiling@frandzel.com, ltokubo@frandzel.com;pcsato@frandzel.com
- Moriah D Flahaut    flahaut.douglas@arentfox.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Mette H Kurth    kurth.mette@arentfox.com
- Mary D Lane    mlane@pszjlaw.com
- Samuel R Maizel    smaizel@pszjlaw.com, smaizel@pszjlaw.com
- Neeta Menon    nmenon@stutman.com
- Hal M Mersel    mark.mersel@bryancave.com
- Christine M Pajak    cpajak@stutman.com
- Thomas M Robins    efiling@frandzel.com, achase@frandzel.com;trobins@frandzel.com
- Terrel Ross    tross@trcmllc.com
- Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Meghan C Sherrill    meghan.sherrill@troutmansanders.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐  Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                **F 9021-1.1.NOTICE.ENTERED.ORDER**
549687v1

| In re:                                                      |            | CHAPTER 11                  |
|-------------------------------------------------------------|------------|-----------------------------|
| LITTLE TOKYO PARTNERS, a Delaware limited partnership,      | Debtor(s). | CASE NUMBER 2:10-39113-BR   |

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

> Christine M. Pajak, Esq.
> Stutman, Treister & Glatt
> 1901 Avenue of the Stars, 12th Floor
> Los Angeles, CA 90067

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

*See Service List Attached Hereto and Incorporated Herein by Reference*

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
549687v1

| In re:<br>LITTLE TOKYO PARTNERS, a Delaware limited partnership,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:10-39113-BR |
|---|---|

# SERVICE LIST

## TO BE SERVED BY THE LODGING PARTY:

Little Tokyo Partners (6325)
General Service List
Doc #542310 – Rev. 11/29/10

Little Tokyo Partners LP
1880 Century Park East Suite 810
Los Angeles, CA 90067

Office of the US Trustee
725 S Figueroa St
Suite 2600
Los Angeles, CA 90017

Frandzel Robins Bloom Csato
Bernard Given, Esq./Peter Csato, Esq.
6500 Wilshire Blvd 17th Fl.
Los Angeles, CA 90048-4920

First Citizens Bank and Trust
1801 Century Park East Suite 800
Los Angeles, CA 90067

Excell Investment Group, LLC
23586 Calabasas Rd. #100
Calabasas, CA 91302

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Counsel for the Official Committee of
Unsecured Creditors
Mette Kurth / M. Douglas Flahaut
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

Able Engineering Services
Contact: Jim Johnson, VP
868 Folsom Street
San Francisco, CA 94107

Waxie Sanitary Supply
Attn: John Olea, Corp. Credit Mngr.
PO Box 81006
San Diego, CA 92138

Room Service Amenities
Attn: Charmaine Gardner Acct Admin
1010 Campus Drive West
Morganville, NJ 07751

LA DWP
PO Box 30808
Los Angeles, CA 90030

Crestline Hotels & Resorts
Contact: Elizabeth Lieberman, Esq.
3950 University Drive Suite 301
Fairfax, VA 22030

State of California
Board of Equalization
PO Box 942870
Sacramento, CA 94279

Bank of America N.A.
Attn: Jerri Shephard
1185 Avenue of the Americas, 16th Floor
New York, NY 10035

Wells Fargo Bank, N.A.
Attn: Michael Barry
433 North Camden Drive, 12th Fl.
Beverly Hills, CA 90210

Requests for Notice:

Samuel R. Maizel, Esq.
Mary D. Lane, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Fl.
Los Angeles, CA 90067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
549687v1